# EXHIBIT 2

**DECLARATION OF BRIAN R HITCHENS, PG (CA), CHG (CA), RG (AZ), PURSUANT TO 28 U.S.C. § 1746.**

I, Brian R. Hitchens, hereby declare and state as follows:

1.    I, Brian R. Hitchens, am over eighteen years of age and I have personal knowledge of each fact herein and would competently testify thereto under oath.

2.    I am employed as a Senior Principal Hydrogeologist at Geosyntec Consultants ("Geosyntec"). I direct Geosyntec's Site Assessment and Remediation division for San Diego and have more than 21 years of experience managing site characterization programs at facilities nationwide and leading teams in the design and implementation of remedial actions for many constituents including PCBs, hexavalent chromium, hydrocarbons, chlorinated solvents, and dioxins and furans, in soil, sediment, soil vapor, and indoor air. My Curriculum Vitae is attached hereto as Exhibit A.

3.    I am in receipt of various citations issued by the City of East St. Louis, Illinois in which the City has alleged that the presence of PCBs on certain parcels of property owned by the City has resulted in a public nuisance. The parcels allegedly affected by PCBs are listed in Exhibit A to the citations.

4.    I have been retained to provide an estimate of costs that would be legally required to investigate and, if necessary, to commence an abatement of PCBs from the parcels of listed parcels. This Declaration is made to evaluate the cost to assess the nature and extent of the alleged nuisance present at the parcels and right of way segments presented in Exhibit A of the served citations. The costs identified herein are costs associated with site characterization activities required even before an abatement of PCBs could be undertaken. These costs would be required even if some sampling had already been undertaken.

5.    The first step in an evaluation of the nature and extent of an alleged release and presence of PCBs on the subject parcels listed in Exhibit A is to characterize the release following the protocols established under 40 CFR §761.61 Subpart N – Cleanup Site Characterization Sampling. This section of the Code of Federal Regulations applies to the cleanup and disposal of PCBs.

6.    40 CFR §761.265 establishes the protocol for assessment of porous surfaces, such as the soils in the lots identified in Exhibit A, using a three-meter grid sampling pattern. Compositing of samples is allowed to reduce total number of analyses, but no more than 9 samples may be used per composite, collected from a square of 9 adjacent, 3-meter grid units. This results in one composite sample submitted for laboratory analysis for each 81 square meter area. A minimum of 3 samples is required per parcel.

7.    I have reviewed each parcel listed in Exhibit A. There are 373 separate rows of property descriptions. However, several parcels/lots/blocks may have been

repeated multiple times.  Others may have been identified for an incorrect parcel number.  This review has identified a minimum of 153 unique parcels and 22 right of way segments in this complaint.

8.    I have calculated the cost of characterizing these 153 parcels and 22 right of way segments based on usual and customary costs for field labor, reporting, and laboratory analytical costs.  I have assumed a cost of $2,600/day for a 2-person field team plus equipment, vehicles, and supplies.   The time required to collect the samples is based on:

- 1.5 hours per parcel/right of way segment for mobilization, grid layout, chain of custody processing and sample management;

- an average sampling rate of 30 minutes per 9-point composite area for sampling, compositing, and equipment decontamination; and

- an average analytical cost of $85/per sample for PCB analysis.

Pre-field planning including preparation of a Workplan, Sampling and Analysis Plan, and Health and Safety Plan is estimated to cost $20,000.

9.    For each parcel, I have estimated the number of samples needed to characterize each area per the sampling protocols described in 40 CFR §761.61 Subpart N and parcel size information from the St Clair County Parcel Map Viewer[1].  Based on this analysis, over 10,000 surficial soil samples would be required for initial characterization purposes.  After compositing, this would result in a minimum of 1,123 laboratory analyses for PCBs by EPA Method 8082.  This is an average of slightly more than 6 composite analyses per parcel, with the number on each parcel varying by parcel size.

10.   Based on these factors, the cost of planning, collecting, and analyzing the data required to characterize the parcels listed in Exhibit A if the citations is approximately $353,000.

11.   Costs related to data management and reporting are estimated to be approximately $50,000 if all sites were managed in a single aggregated report.  Consequently, the cost for implementing an evaluation of the nature and extent of the alleged discharges alone is approximately $400,000.

12.   Costs related to follow on risk assessment, feasibility study analysis of potential remedial alternatives (if necessary), and implementation of those remedial actions would be over and above the costs presented herein.

---

[1] St Clair County Parcel Map Viewer:
https://www.arcgis.com/apps/webappviewer/index.html?id=6943a374c91a427b955e242a ceb62fc6

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 1, 2021 by

Brian R. Hitchens

3

Exhibit A



| | |
|---|---|
| **BRIAN R. HITCHENS, PG, CHG, RG** | site characterization/remediation |
| **Senior Principal Hydrogeologist** | sediment assessment/management |
| | database/GIS management |
| | litigation support |

## EDUCATION

M.S., Structural Geology, University of Wyoming, Laramie, WY, 1999

B.A., Geology, The College of Wooster, Wooster, OH, 1997

## REGISTRATIONS AND CERTIFICATIONS

Professional Geologist, California Board for Professional Engineers, Land Surveyors, and Geologists, No.7593

Certified Hydrogeologist, California Board for Professional Engineers, Land Surveyors, and Geologists, No. 839

Registered Geologist, Arizona State Board of Technical Registration, No. 58587

## CAREER SUMMARY

Mr. Hitchens has over 21 years of site assessment and remediation experience and is a practice leader for the assessment and remediation of polychlorinated biphenyls, chlorinated solvents, PFAS, PAHs, and heavy metals in sediment, soil, and groundwater. He manages Geosyntec's San Diego Remediation Group and specializes in applied in-situ remediation, litigation support, sediment remediation, data management, and data visualization. He has served as the project director for the investigation, remedial design, remedial action implementation, and closure of several large-scale industrial facilities. Mr. Hitchens has experience managing remedial programs under CERCLA, RCRA, and TSCA, and draws on his diverse experience identify remediation strategies and cleanup goals which are protective, cost-effective, achievable, and sustainable.

### Site Characterization/Remediation

***Radiant/Former Teledyne Aeroquip Facility, Gardena, California*** Mr. Hitchens is the project director for the remediation of chlorinated solvent impacts at a commercial/industrial site in Gardena California. The project has involved operation of a Soil Vapor Extraction System for removal of residual VOC impacts in the vadose zone and in-situ bioremediation of VOCs in the shallow and intermediate aquifer systems. Due to complex geology and active commercial



Brian Hitchens, P.G., C.HG., R.G.
Page 2

operations in an overlying structure that covers the majority of the property, logistics for well installation and injection operations have been a primary concern. Following the initial phase of injections, significant declines of cVOCs were demonstrated through a 3-D volumetric model which was developed to depict changes in plume mass over approximately 3 years. A second phase of injections is currently planned, focused on the remaining high concentration source area in the shallow aquifer.

***Davis Monthan Air Force Base, Tucson, Arizona*** Mr. Hitchens is a senior hydrogeologist for the Geosyntec/Ahtna project team tasked with design and implementation of a Phase I Remedial Investigation for PFOA impacts in the vicinity of several fire training areas and former crash sites at the Davis Monthan Air Force Base. PFOS impacts have been documented in regional groundwater in the vicinity of the base, this 5-year investigation has been designed to evaluate the nature and extent of releases associated with historical base activities.

***Lake Havasu Ave and Holly Ave site, Lake Havasu, Arizona*** Mr. Hitchens has served as a project manager for this Site which was entered into the WQARF registry in 2018. Geosyntec prepared a Remedial Investigation to evaluate the current extent of hexavalent chromium and nitrate impacts to soil and groundwater, and VOC impacts to soil, soil vapor and groundwater. Mr. Hitchens assisted with the design and implementation of an in-situ bioremediation pilot study for the reduction of hexavalent chromium impacts in downgradient groundwater. The pilot study was implemented in 2019-2020 and initial results have shown that hexavalent chromium concentrations have been substantially reduced in the vicinity of the pilot injection well. These data will be used to inform the design of a full-scale remedy for the site.

***Former Ryan Electronics, San Diego, California.*** Mr. Hitchens provides technical support for the evaluation of the extent of cVOC impacts at a former industrial facility in San Diego. Following initial source control efforts at the site, Mr. Hitchens has lead negotiations with DTSC to evaluate monitored natural attenuation as the appropriate technology for cost-effective management of residual constituents in groundwater at the site.

***1,4-Dioxane Treatability Study, Farris, New Jersey*** Mr. Hitchens served as project director for the implementation of a bench scale treatability study evaluating the aerobic metabolic degradation of 1,4-dioxane with a newly-isolated microbial culture.

***Former Conexant Systems, Newport Beach, California*** Mr. Hitchens has provided technical program support for the evaluation of an enhanced in-situ bioremediation pilot test, evaluating both source zone and downgradient bio-barrier project designs. This project has incorporated 3D evaluation of VOC plume morphology over time to evaluate the impact of the pilot injections and identify optimal locations for the full-scale project design.



Brian Hitchens, P.G., C.HG., R.G.
Page 3

***Former Rohr/Goodrich Site, San Diego, California*** Mr. Hitchens assisted with the mediation of an insurance cost-claim between Rohr/Goodrich and the Port of San Diego with regard to the source PCB impacts on a former aircraft manufacturing plan in the southern portion of San Diego Bay. Forensic analysis of the distribution of PCBs across the site demonstrated that the PCBs were most likely associated with the import of contaminated fill material from an off-site source as opposed to manufacturing-related releases from the facility. He continues to assist the project as a technical resource for negotiation of remedial action goals.

***TDY Industries, LLC, San Diego, California*** Mr. Hitchens served as the project manager directing the investigation of the nature, extent, and source of VOC, SVOC, metals, and PCB impacts on a former aerospace manufacturing facility. He designed and directed extensive on-site and off-site investigations to collect data in support of ongoing litigation, and in compliance with the existing Cleanup and Abatement Order. The project remedial design included a large-scale passive bioaugmentation program which involved the injection of over 1,000 direct push points. Chlorinated solvent concentrations were successfully reduced from concentrations indicative of potential DNAPL to non-detect within two years over the majority of the treated area. Hexavalent chromium (CrVI) concentrations have been reduced to non-detect within the CrVI treatment area. The site now meets soil and groundwater risk goals site-wide and has received a site wide No-Further Action letter.

***Confidential Client, Tempe, Arizona*** Mr. Hitchens evaluated historical site data relating to historical PCB cleanup actions at a brownfields site to facilitate real-estate negotiations. Mr. Hitchens successfully led negotiations with EPA Region 9 for the issuance of a no-further action letter related to the residual PCB impacts based on the existing site data and implementation of institutional controls. This was accomplished with a straightforward statistical analysis of the existing site data, avoiding an expensive and time-consuming phase 3 sampling program.

***Former Transformer Manufacturer, Oakland, California*** Mr. Hitchens assisted with the regulatory negotiation and implementation of a major PCB/VOC remedial action at a former transformer facility in Oakland, CA which formerly manufactured PCB containing transformers. The project was performed under DTSC/EPA region 9 oversight, in compliance with TSCA regulations. The combined remedy involved targeted excavation and removal, capping, and a groundwater extraction and treatment system.

***Naval Air Station North Island, San Diego, California*** Mr. Hitchens led the design of a Soil Vapor Extraction (SVE)/Light Non-Aqueous Phase Liquid (LNAPL) treatment system for a large manufacturing building on Naval Air Station North Island (NASNI). The treatment system is designed to mitigate potential vapor intrusion concerns in the overlying manufacturing building and expedite treatment of a large co-mingled LNAPL/TCE plume beneath the structure. During



Brian Hitchens, P.G., C.HG., R.G.
Page 4

the first six months of operation, over 650 gallons of product was removed from the subsurface through the initial two horizontal SVE wells. The program is currently expanding to include two additional horizontal SVE wells, two horizontal LNAPL recovery wells, and one horizontal steam injection well to further enhance this system.

***Able Engineering, Phoenix, Arizona*** Mr. Hitchens served as the project manager for a cadmium/hexavalent chromium remediation project at a former aircraft parts manufacturer. This project is conducted under the Arizona Department of Environmental Quality (ADEQ) Voluntary Remediation Program. Following completion of site characterization activities, the site was remediated through direct excavation of shallow soil impacts and in-situ reduction of the residual hexavalent chromium impacts above residential screening levels in the vadose in deeper intervals. To prevent mobilization of these impacts to groundwater, this was accomplished by flushing Hydrogen Sulfide gas through the impacted area. This pioneering project was the first commercial field-scale application of this in-situ gaseous reduction approach for treatment of hexavalent chromium. Project remedial goas were achieved after 8 weeks of treatment, leading to the issuance of a No-Further Action letter.

***Nammo Talley, Inc. Mesa, Arizona*** Mr. Hitchens serves as a senior technical advisor for the design of a Perchlorate Remedial Action Plan for source area control and treatment. The remedial design involves the assessment of a cap to control migration of perchlorate from the vadose zone and bioremediation for groundwater/deep vadose zone perchlorate treatment.

***Confidential Client, San Diego, California*** Mr. Hitchens represents a major developer in the evaluation of an engineered fill area following questions from the Local Enforcement Agency as to whether inappropriate waste materials have been placed in the fill area, and whether the fill area should be managed as a landfill under Title 22. Mr. Hitchens has prepared an evaluation workplan to document the nature and extent of construction debris within the fill, if the material is appropriately characterized as inert, and what remedial actions, if any, are warranted.

***United States Navy, Space and Naval Warfare Systems Center (SPAWAR), San Diego, California*** Mr. Hitchens managed the design and implementation of the Soil Vapor Extraction (SVE)/in-situ bioremediation pilot study portion of the Remedial Investigation at SPAWAR's Old Town Campus Installation Restoration Sites 10 and 11. Source area treatment for a chlorinated solvent plume was evaluated through this project involving oversight from the Department of Toxics Substances Control (DTSC) and the San Diego Regional Water Quality Control Board (RWQCB). The pilot remedial design involved passive bioaugmentation to remediate groundwater impacts by introducing electron donor and a dechlorinating microbial culture through approximately 100 temporary direct push points. Three SVE wells were used to treat impacts in



Brian Hitchens, P.G., C.HG., R.G.
Page 5

the vadose zone, this project has moved to a full-scale remedy based on the success of the pilot study.

***Four Star Chemical, Vernon, California*** Mr. Hitchens managed a project assisting Four Star Chemical in evaluating and improving historical environmental compliance practices at the site, agency negotiations, and investigation and remediation of a small area of VOC impacted soil on the property.  The site was provided with a No Further Action letter from the City of Vernon, Health and Environmental Control Department within 9 months of receipt of the original notice of violation.

***Former Manufacturing Facility, Lynwood, California*** Mr. Hitchens served as project director for in the implementation of a large scale in-situ bioremediation/Soil Vapor Extraction (SVE)/Electrical Resistance Heating (ERH) remedy under DTSC oversight through the California Land Reuse and Revitalization Act (CLRRA) program.  Program elements include a detailed characterization of the dense non-aqueous phase liquid (DNAPL) source zone through a cone penetrometer test / membrane interface probe study, and downgradient soil, soil gas, and groundwater impacts.  The source area was rapidly addressed using ERH and dual-phase extraction, while the downgradient vadose zone and groundwater impacts were treated by in-situ bioremediation and SVE respectively.  The project has met all criteria established under the CLRRA program and project closure is pending.

***Rancho Tissue Technologies, Rancho San Diego, California*** Mr. Hitchens assisted in resolving a notice of violation and dispute regarding surficial infiltration of greenhouse runoff and rinse water at a nursery in Rancho San Diego.  Analysis of water chemistry data documented that the water was acceptable for percolation through an existing on-site septic system.  Once the plumbing design modifications were approved by the City of San Diego and Regional Water Quality Control Board, the NOV was resolved and the case was closed by the RWQCB.

***Former Manufacturing Facility, Los Angeles, California*** Mr. Hitchens serves as project director for in the implementation of a large scale remediation project implementing a combination of *in situ* bioremediation and dual phase extraction at a former manufacturing facility under the oversight of the LA RWQCB.  This project involves implementation of several hundred deep bioremediation injection points across an active commercial facility, and has been successfully implemented in cooperation with the current property owner without significant disruption to ongoing business activities.

***Confidential Client, San Diego, California*** Mr. Hitchens serves as the Project Director for the installation of a zero valent iron (ZVI) permeable reactive barrier for the treatment of off-site VOC impacts.  The project is currently operated under DTSC and RWQCB oversight as an interim remedial measure while ongoing source control options are evaluated.



Brian Hitchens, P.G., C.HG., R.G.
Page 6

***County of San Diego, San Diego, California*** Mr. Hitchens led the investigation of two unpermitted historical waste disposal/burn dumps in the San Pasqual area of San Diego County. Mr. Hitchens implemented a well installation and boring program to define the extent of waste impacts, followed by the excavation and clean closure of one cell and closure in-place of a second cell.  He successfully demonstrated no impact to groundwater through a short-term groundwater monitoring program and obtained authorization to discontinue the groundwater monitoring program from the San Diego RWQCB.

***County of San Diego, San Diego, California*** Mr. Hitchens led the investigation of an unpermitted historical burn dumps in Ocotillo Wells, California.  Mr. Hitchens implemented a boring program to define the extent of waste impacts, followed by the excavation and clean closure of the burn dump.  The site was closed under San Diego RWQCB oversight.

***Phoenix Aviation, Phoenix Arizona*** In 2015, Mr. Hitchens compiled a review of available groundwater concentration trends from wells on and adjacent to the Sky Harbor Airport to evaluate whether migration of contaminants from surrounding plumes could adversely affect airport operations.  Mr. Hitchens also assisted with providing 3rd party reviews of environmental reports for ongoing remediation projects on properties adjacent to the Sky Harbor facility.

***Shannon Road/ECDC WQARF Site, Tucson, Arizona*** Mr. Hitchens serves as a senior technical advisor on the Shannon Rd./ECDC Water Quality Assurance Revolving Fund (WQARF) site for the Arizona Department of Environmental Quality (ADEQ).  This project has involved preparation of a detailed feasibility study of potential remedial alternatives to controls groundwater impacts in the vicinity of the Shannon Rd. WQARF site.

***Cooper and Commerce WQARF Site, Gilbert, Arizona*** Mr. Hitchens provides project oversight and management of the Cooper and Commerce WQARF site for the Arizona Department of Environmental Quality (ADEQ).  This project has involved evaluation of the existing pump and treat/SVE/Air Sparge early response action (ERA), modeling of PCE migration through the shallow aquifer, well installation, and evaluation of potential vapor intrusion/SVE rebound effects.

***Central and Camelback WQARF Site, Phoenix, Arizona*** Mr. Hitchens serves as a senior technical advisor on the Central and Camelback WQARF site for ADEQ.  This project has involved the evaluation of an existing pump and treat ERA, and an evaluation of potential additional sources.

***West Osborn Complex WQARF Site, Phoenix, Arizona*** Mr. Hitchens serves as a senior technical advisor on the West Osborn Complex WQARF site for ADEQ.  This project has involved the evaluation of an existing pump and treat Proposed Remedial Action Plan for the protection of local groundwater resources.  Mr. Hitchens has also led a large-scale soil vapor survey, identifying possible additional source of VOC impacts to groundwater.  This investigation identified



significant concentrations of VOCs in shallow soil vapor, leading to follow-on indoor air sampling to evaluate potential risk to current building tenants, and pilot-scale SVE operations to mitigate soil vapor impacts.

***Confidential Client, San Diego, California*** Mr. Hitchens conducted a re-evaluation of an estimate of environmental remediation costs related to the redevelopment of a property under the Polanco Act. He evaluated alternate remediation strategies, the appropriateness of proposed cleanup standards, confirmatory analytical suites, and anticipated excavation volumes. He served as a client advocate to support the negotiation of fair terms for the property transfer.

***Wah Chang Superfund Site, Albany, Oregon*** Mr. Hitchens consulted on the investigation of an area impacted by 1,1,1-TCA on an active manufacturing facility in Albany Oregon. He assisted with the design and interpretation of a soil, groundwater, and MIP investigation to determine the extent of impacts. This data was then used to design an aggressive in-situ bioremediation program to meet the cleanup goals specified within the existing record of decision for the Site.

***Confidential Client, San Diego, California*** Mr. Hitchens managed the Phase I/Phase II investigation into potential UST related impacts at a Site in San Diego in support of due diligence for potential real estate transactions and to counter environmental holdback fees requested by the property lessor. He also performed detailed historical records review, personnel interviews, and physical site investigations to assist attorneys with the real-estate transaction.

***Inactive Landfills Management, County of San Diego, California*** Mr. Hitchens managed hydrologic assessment and remediation programs at several inactive landfills for San Diego County. Maintained GIS and Access database platforms to store and display thousands of historical groundwater records. Performed site investigations using hydropunch sampling, trenching, and air rotary drilling combined with downhole geophysical logging including resistivity, guard resistivity, natural gamma, caliper, and borehole image processing system (BIPS) downhole imaging.

***NRC Environmental Services, San Diego, California*** Mr. Hitchens manages an on-call consulting contract for NRC Environmental Services, an emergency response hazmat responder. Geosyntec provides third party evaluation of emergency response cleanups and for reporting to regulatory agencies and geologic and environmental evaluation of analytical data for commercial clients.

***High Tech High North County, San Diego, California*** Mr. Hitchens served as the project manager for High Tech High for the evaluation of the potential use of a brownfields site for the future siting of a charter school. The project included preparation of a Phase I environmental site assessment, and a soil and soil gas phase II study. Negotiations with the San Diego Regional Water Quality



Brian Hitchens, P.G., C.HG., R.G.
Page 8

Control Board and the environmental consultants for the responsible party led to the successful negotiation of the lease and on-time opening of the school facility.

***Fike/Artel Superfund Site, Nitro, West Virginia*** Supervised CPT logging and direct-push installation of temporary sampling points. Using this technology, it was possible to log the subsurface geology in real-time, allowing for accurate placement of sampling points in a complex, fluvial depositional setting. Supervised and led groundwater sampling efforts during annual sampling events. Field and laboratory data were then entered into a site database and GIS model. Mr. Hitchens has helped to develop site conceptual models of this site using 3D visualization developed with environmental visualization system (EVS) and geographic information system (GIS) tools. He has contributed to both soil and groundwater remedial investigation/feasibility study (RI/FS) reports and is currently developing an expanded off-site groundwater investigation again utilizing CPT/DP technologies.

***Allied/Honeywell Coal Tar Facility, Fairfield, Alabama*** Mr. Hitchens has played a large role in reporting, GIS development and database management for this site. Led several rounds of groundwater and soil sampling, as well as well installation using direct-push, and air rotary techniques.

***LCP Superfund Site/Terry Creek, Brunswick, Georgia*** Mr. Hitchens has contributed to the analysis of this site through four-dimensional modeling of contaminant plumes utilizing EVS and GIS technologies. He has also directed rock coring operations at the site and consulted on the installation and design of two, quarter mile long horizontal monitoring wells.

## Sediment Assessment/Management

***Former United Heckathorn Superfund Site, Richmond, California*** Mr. Hitchens serves as a technical advisor for the design of an activated carbon pilot study to evaluate the effectiveness of an enhanced natural recovery remedy to address residual pesticide impacts in sediment within the Lauritzen Channel.

***Laurel – Hawthorn Embayment West, San Diego, California*** Mr. Hitchens managed the assessment and remediation of PCB impacted sediments in the western portion of the Laurel Hawthorn embayment for a major industrial client. After delineating the extent of sediment impacts from an industrial storm drain outfall, Mr. Hitchens developed a protective and cost-effective remedial solution which involved a small 125 cubic yard dredge combined with a 1-acre enhanced natural recovery (ENR) sand cover which is designed to mitigate PCBs and PAHs through the addition of activated carbon. This project was the first implementation of and ENR remedy in Southern California. This alternative to dredging is both more cost-effective and less environmentally damaging and has been highlighted as an example of a new efficient remediation



Brian Hitchens, P.G., C.HG., R.G.
Page 9

approach by the San Diego RWQCB.  A no further action letter was issued to the site in February 2020.

***Laurel – Hawthorn Embayment East, San Diego, California*** Mr. Hitchens is currently managing the evaluation of PCB impacted sediments at a second site in the eastern portion of the Laurel Street to Hawthorne street embayment on behalf of Navistar/Solar Turbines.  This project involves the evaluation of the distribution of PCB, PAH, and Metals impacts in bay sediment adjacent to two storm drain outfalls.  Concentrations of COCs have shown a progressive improvement through natural recovery processes through over 15 years of data collection in this area of the bay.  Through detailed analysis of the patterns of PCB congener data and the distribution of other marker COCs, the area of impacts related to discharges from the discharger's storm drain have been shown to have a characteristic congener pattern which is differentiable from the general PCB fingerprint of the larger embayment.  Work is ongoing on a second investigative order to further define the lateral and vertical extent of impacts, and potential impacts to human health, aquatic dependent wildlife and the benthic community.

***Convair Lagoon, San Diego, California*** Mr. Hitchens serves as project manager for the ongoing monitoring and assessment of Convair Lagoon, a capped area of historical PCB impacts in the northern portion of San Diego Bay.   Mr. Hitchens has maintained compliance with WDR regulations for the Convair Lagoon cap for over 13 years and successfully negotiated a revision of the WDR threat and complexity classification for the site.  This change has already saved the client over $240,000 in associated WDR fees, and will continue saving the client over $46,000 annually, indefinitely.

***Fish Harbor Pilot Study, Port of Los Angeles, California*** Mr. Hitchens provides technical support to the implementation of an enhanced natural recovery pilot study for Fish Harbor within the Port of Los Angeles (POLA).  This study has evaluated a range of potential enhanced recovery alternatives including various carbon amendments, clean sand, and clean high-organic dredge material.  Based on the results of the successful bench test, a field-based pilot test is currently in development.

***Ryerson Creek, Muskegon, Michigan*** Mr. Hitchens is assisting a client with negotiating alternative sediment remediation strategies under the Great Lakes Legacy Act (GLLA), administered by EPA Region 2.   Working in concert with regulators, Non-Government Organizations, and Industry, this project was enrolled in the GLLA program, and Geosyntec has completed a supplemental investigation and prepared the Remedial Design for the project, which blends limited dredging, sand cover, and habitat restoration.  Through this project Geosyntec has served as the primary coordinator between EPA, Michigan Department of Environment, Great Lakes and Energy, and various local stakeholders to reach an acceptable design, obtain necessary



permits, and coordinate in-kind contributions from various collaborators.  Once complete, this project will resolve the last remaining Beneficial Use Impairment for Muskegon Lake, paving the way for final de-listing.

***NASSCO/BAE Shipyards Sediment Site, San Diego, California*** Mr. Hitchens served as the project manager for the preparation of the Marine Biology, Hazardous Materials, and Water Quality Technical Studies for the Environmental Impact Report being prepared by LSA Associates for the Sediment Shipyards Site.  This project involves the dredging and disposition of approximately 150,000 cubic yards of contaminated sediment and will be the largest remedial dredging action in San Diego Bay to date.

***CP Kelco Leasehold Investigation, San Diego, California***  Mr. Hitchens served as geologist of record for the investigation of subsurface sediment conditions in San Diego Bay for the CP Kelco leasehold, immediately north of the NASSCO/BAE Shipyard Sediment remediation project.  This project was performed in response to an RWQCB investigative order to assess the nature and extent of PAH, metals, and PCBs north of the Shipyard remediation area.

***Confidential Client, San Diego, California*** Mr. Hitchens managed the forensic investigation into the source, nature, and extent of polychlorinated biphenyl (PCB) impacts through a detailed study of PCBs distribution in building material, surface sediment, soil, groundwater, and an extensive on and off-site regional study of PCB distribution in storm water conveyance systems sediment and the adjacent San Diego Bay.  This analysis was followed by a major storm drain cleanout action which removed over 160 tons of impacted sediment from more than 8,000 feet of storm drain ranging from 4 to 60 inches in diameter.  Mr. Hitchens has also directed sediment characterization and removal actions within San Diego Bay and is currently evaluating the implementation of Sediment Quality Objective evaluation programs in three areas of San Diego Bay.

***City/County of San Diego, Post-Fire Emergency Erosion Control, San Diego, California*** Mr. Hitchens led field teams in the emergency assessment of Post-Fire Erosion potential following the catastrophic wildfires which struck San Diego County in 2003.  Over 300,000 acres were rapidly assessed to identify High Priority Sites where houses, roads, and infrastructure were at immediate risk of debris flow/landslide impacts following the firestorm.  After identifying high risk sites, Mr. Hitchens led several field crews in the implementation of sediment control structures including hydromulch application, installation of hay waddles, construction of sand bag check-dams, and K-Rail diversion structures.

## GIS/Database Management

***Waste Management Inc., Environmental Resources Mapping, El Sobrante, California*** Mr. Hitchens led the development of GIS maps to support the ongoing environmental resource



evaluation and reporting for the El Sobrante Landfill.  These geographic databases and mapping tools track observed environmentally sensitive species across the site, approved sheep grazing areas, weed removal areas, and revegetation/disturbed area tracking.

***Waste Management Inc., Landfill Gas Extraction System Interactive Mapping, El Sobrante and Azusa Landfills, California*** Mr. Hitchens led the development of an interactive mapping utility to aid in the visualization of the landfill gas extraction system through an active landfill.  Through the use of a 2D distributable application, the clients were provided a tool to assist in the placement of new landfill gas extraction points to maximize the efficiency and profitability of their landfill gas to energy program.  A 3D model was also created to provide spatial visualization of the landfill gas extraction network from within the landfill to further identify targets for additional extraction points.

***City/County of San Diego, Post-Fire Emergency Erosion Control, San Diego, California*** Mr. Hitchens developed and managed the GIS data platform utilized during the emergency erosion control response after the 2003 and 2007 wildfires in San Diego County.  He assisted in the development of a PDA data collection platform for the rapid and efficient collection and dissemination of field data.  Compiled satellite and other remote sensing data along with PDA field data to produce up-to-date maps for use in implementation of mitigation measures.

***Texas City Plant, Union Carbide, Texas City, Texas*** Compiled and prepared a GIS and Access database from thousands of historical paper records and inaccessible data files to integrate historical data from 800+ wells and CPT borings into a comprehensive site assessment tool.

## Litigation Support

**Confidential Client, multiple sites** Provided non-testifying technical support to a team of attorneys in the defense of multiple state and city lawsuits related to product liability claims. Assisted with the preparation of multiple expert reports.  Directed a team which analyzed of hundreds of thousands of documents produced in the discovery process, assessed the basis and credibility of alleged damages, conducted detailed evaluations of accounting records, and coordinated the support of multiple defense teams.  These efforts resulted in a 96% reduction in claimed damages prior to trial for one of the claims. Several ongoing cases are currently pending trial.

**Confidential Client, Southern California** Provided non-testifying technical support to a team of attorneys in the defense of multiple lawsuits related to product liability claims. Assisted with the preparation of multiple expert reports.  Directed a team which analyzed of tens of thousands of documents produced in the discovery process, assessed the basis and credibility of alleged damages and coordinated the support of multiple defense teams.  These efforts resulted in a complete dismissal of one case through a summary judgment verdict and a partial summary



Brian Hitchens, P.G., C.HG., R.G.
Page 12

judgment for a second case.  Remaining case currently pending trial.

***City of Fresno v. Chevron U.S.A. Inc., et al.*** United States District Court, Case No. 04-CV-04973 Provided support for expert witness representing a Joint Defense Group in matter related to alleged MtBE impacts to municipal drinking water wells.  Assisted in the preparation of thirty-one site-specific expert reports for individual service stations in Fresno and Clovis, California and prepared one master expert report to describe hydrogeologic conditions in the greater Fresno area. Judgment was in favor of the defendant.

***TDY Industries v. United States Department of Defense*** United States District Court, Southern District of California, Case 07-CV-0787-JAH Provided support for expert witnesses and assisted attorneys with environmental data associated with matters pertaining to timing and source of chlorinated solvents, PCBs, and heavy metal impacts from historical aerospace manufacturing operations.  Assisted in the preparation of expert reports, evaluation of environmental cost claims, depositions, compliance with court requests, pre-trial preparation of experts, and courtroom support.

***San Diego Unified Port District v. TDY Industries, Inc.*** United States Central District Court, California, Case No. 03 CV 1146B Provided support for expert witnesses and assisted attorneys with matters pertaining to the nature, extent, and source of heavy metals, chlorinated solvents, and PCBs at a former aerospace manufacturing facility adjacent to the San Diego International Airport and San Diego Bay.  Assisted in the preparation of expert reports, evaluation of environmental cost claims, and compliance with court requests.

***Kinder-Morgan v. Equiva, et al.*** Superior Court of California – County of San Diego Provided support for expert witnesses and assisted attorneys with matters pertaining to fuel hydrocarbons impacts due to historical operations at the Mission Valley Fuel Terminal in San Diego.  Case was settled unanimously in favor of the defendant including complete indemnification for all future claims and reimbursement for past costs associated with assessment and remediation.

## PROFESSIONAL EXPERIENCE

Geosyntec Consultants, San Diego, California, 2002 – Present

Geosyntec Consultants, Atlanta, Georgia, 2000 – 2002

Burlington Resources, Midland, Texas, 1998

University of Wyoming, Laramie, Wyoming, 1997-1999



**TEACHING EXPERIENCE**

University of Wyoming – 1998, Physical Geology Laboratory

University of Wyoming – 1997, Mineralogy Laboratory

**REPRESENTATIVE PUBLICATIONS**

16-1   Hitchens, Brian, C. Bird, K Craig, 2016.  *Full Scale In-Situ Gaseous Reduction of Hexavalent Chromium in Vadose Zone Soils with $H_2S$ Gas*. Battelle Tenth International Conference on Remediation of Chlorinated and Recalcitrant Compounds (May 22-26, 2016, Palm Springs, CA) [Abstract] Battelle Press, Columbus, OH  2016.

14-1   Hitchens, Brian, S. Williams, 2014 *A Full-Scale, Eight Year Study of the Remediation of Chlorinated Solvents and Heavy Metals Through In-situ Reduction*.  Battelle Ninth International Conference on Remediation of Chlorinated and Recalcitrant Compounds (May 19-22, 2014, Monterey, CA) [Abstract] Battelle Press, Columbus, OH  2014.

12-1   Hitchens, Brian, C. Gale, and S. Williams 2012.  In-Situ Remediation of NAPL with a Hammer, a Vacuum, and an Oven: Three Case Studies of Bioremediation In: Proceedings of the Seventh International Conference on Remediation of Chlorinated and Recalcitrant Compounds (May 21-24, 2012, Monterey, CA). [Abstract] Battelle Press, Columbus, OH 2012.

11-1   Hitchens, Brian, S. Williams 2011.  PCB Forensics: Fingerprinting, Finger-Pointing, and a Case for Background Values.  In: Proceedings of the Sixth International Conference on Remediation of Contaminated Sediments (February 7-10, 2011, New Orleans, LA). [Abstract] Battelle Press, Columbus, OH  2011.

09-1   Hitchens, Brian, S. Williams 2009.  Source Characterization and Remediation of PCB-Impacted Sediment in and Industrial Storm Water System.  In: Proceedings of the Fifth International Conference on Remediation of Contaminated Sediments (February 2-5, 2009, Jacksonville, FL).  [Abstract] Battelle Press, Columbus, OH 2009.

08-1   Hitchens, Brian, S. Williams, S. O'Hara, B.Pulver 2008.  *Reductive Dechlorination of VOCs in Fractured Bedrock Using In-Situ Bioaugmentation.*  In: Proceedings of the Sixth International Conference on Remediation of Chlorinated and Recalcitrant Compounds (May 19-22, 2008, Monterey, CA). [Abstract] Battelle Press, Columbus, OH  2008.

06-1   Hitchens, Brian, C. Forrest, R. Johnson, M. Quigley, N. Jacobsen, D. Isbell, C. Tesoro. *San Diego Fires 2003: Rapid Assessment of Post Fire Impacts*.  In GeoCongress 2006 – Geotechnical Engineering in the Information Technology Age (February 27- March 1, 2006, Atlanta, GA).



04-1    Johnson, Ronald, B. Hitchens, C. Forrest, N. Jacobsen, M. Quigley, C. Tesoro.  *Rapid Assessment and Treatment of Post-fire Erosion Hazards using Innovative Data Collection and Assessment Tools*. In: ICSE-2 Second International Conference on Scour and Erosion (November 14-17, 2004, Meritus Mandarin, Singapore).

04-2    Hitchens, Brian, S. O'Hara, D. Major, C. Gibson, B. Pulver 2004.  *Remediation of Chlorinated VOCs in Fractured Bedrock Through In-Situ Bioaugmentation.*  in: Proceedings of the Fourth International Conference on Remediation of Chlorinated and Recalcitrant Compounds (May 24-27, 2004, Monterey, CA). [Abstract] Battelle Press, Columbus, OH  2004.

99-1    Hitchens, Brian R.  1999.  *Laramide Structural Style and Deformational History of the Southern Margin of the Hanna Basin, Carbon County, Wyoming* [Masters Thesis] Laramie, Wy.

97-1    Hitchens, Brian R. 1997.  *Magma Propagation Direction and the Timing of Dike Tilting* – Ninth Annual KECK Undergraduate Research Symposium pp.122-125.

## INVITED PRESENTATIONS

Hitchens, Brian, M. Pound, L. Goode, N. Durant, P. Chang, V. Hosangadi, 2017.  *Successful Rapid Response Mitigation of High Strength Vapor Plume Underneath a Large, Active Navy Building.*  Annual International Conference on Soils, Water, Energy, and Air. (March 20-23, 2017, San Diego, CA)

Hitchens, Brian, 2016.  *Fighting Fire with Fire: Hexavalent Chromium Remediation using Hydrogen Sulfide Gas.*  San Diego Environmental Professionals October Luncheon (October 11, 2016, San Diego, CA)

Hitchens, Brian, 2016.  *PCB Forensics: How to Optimize PCB Data Collection, Analysis, and Interpretation to Improve Project Outcomes*.  USWAG Decommissioning Workshop, September 27-28, 2016, Houston, TX)

Hitchens, Brian, C. Bird, K Craig, 2016.  *Full Scale In-Situ Gaseous Reduction of Hexavalent Chromium in Vadose Zone Soils with $H_2S$ Gas*. Battelle Tenth International Conference on Remediation of Chlorinated and Recalcitrant Compounds (May 22-26, 2016, Palm Springs, CA)

Hitchens, Brian, C. Bird, K Craig, 2016.  *Full Scale In-Situ Gaseous Reduction of Hexavalent Chromium in Vadose Zone Soils with $H_2S$ Gas*. 26th Annual International Conference on Soils, Water, Energy, and Air. (March 21-24, 2016, San Diego, CA)



Brian Hitchens, P.G., C.HG., R.G.
Page 15

Hitchens, Brian, C. Lieder, 2015.  *Quantifying Reduction of Bioaccumulation Potential from Carbon-Enhanced Monitored Natural Recovery.*  Eighth International Conference on Remediation and Management of Contaminated Sediments.  (January 12-15, 2015, New Orleans, LA)

Hitchens, Brian, S. Williams, 2014 *A Full-Scale, Eight Year Study of the Remediation of Chlorinated Solvents and Heavy Metals Through In-situ Reduction*.  Battelle Ninth International Conference on Remediation of Chlorinated and Recalcitrant Compounds (May 19-22, 2014, Monterey, CA)

Hitchens, Brian, C. Lieder, 2014.  *Beyond Dredging: The Evolution of Alternative Remedial Options for Contaminated Sediments.*  24th Annual International Conference on Soils, Water, Energy, and Air. (March 17-20, 2014, San Diego, CA)

Hitchens, Brian, S. Williams 2012.  *PCBs in the Urban Environment: Implications for Long-Term Sustainability of Low-Threshold Remediation*. Dredging 2012 Conference (October 22-25, 2012, San Diego, CA)

Hitchens, Brian, C. Gale 2012.  *In-Situ Remediation of NAPL with a Hammer, a Vacuum, and an Oven: Three Case Studies of Bioremediation.*  21st Annual International Conference on Soils, Water, Energy, and Air. (March 19-22, 2012, San Diego, CA)

Hitchens, Brian, S. Williams 2011.  *Side Effects of Shallow In-Situ Bioremediation.*  21st Annual International Conference on Soils, Water, Energy, and Air. (March 14-17, 2011, San Diego, CA)

Hitchens, Brian, S. Williams 2011.  *Side Effects of Shallow In-Situ Bioremediation.*  2011 North American Environmental Field Conference, January 10-13, 2011, San Diego, CA)

Hitchens, Brian, S. Williams 2010.  *PCB Forensics: Fingerprinting, Finger-Pointing, and a Case for Background Values.*  20th Annual AEHS Meeting & West Coast Conference on Soils, Sediments, and Water (March 15-18, 2010, San Diego, CA)

Hitchens, Brian, S. Williams 2009.  *Bioremediation of Potential Chlorinated Solvent DNAPL Through Passive Aggression.*  19th Annual AEHS Meeting & West Coast Conference on Soils, Sediments, and Water (March 9-12, 2009, San Diego, CA)

Hitchens, Brian, S. Williams 2009.  *Source Characterization and Remediation of PCB-Impacted Sediment in and Industrial Storm Water System.*  Battelle Fifth International Conference on Remediation of Contaminated Sediments (February 2-5, 2009, Jacksonville, FL)



Brian Hitchens, P.G., C.HG., R.G.
Page 16

Hitchens, Brian, S. Williams, S. O'Hara, B. Pulver 2008.  *Reductive Dechlorination of VOCs in Fractured Bedrock Using In-Situ Bioaugmentation.*  Battelle Sixth International Conference on Remediation of Chlorinated and Recalcitrant Compounds (May 19-22, 2008, Monterey, CA)

Hitchens, Brian, C. Forrest, R. Johnson, M. Quigley, N. Jacobsen, D. Isbell, C. Tesoro.  San Diego Fires 2003: Rapid Assessment of Post Fire Impacts.  GeoCongress 2006 – Geotechnical Engineering in the Information Technology Age (February 27- March 1, 2006, Atlanta, GA)

Hitchens, Brian, B. Pulver, B. McDaniel, S. O'Hara, D. Major.  *Remediation of Chlorinated VOCs in Fractured Bedrock Through In-Situ Bioaugmentation.*  AEHS 15th Annual West Coast Conference on Soils, Sediments, and Water (March 14-17, 2005, San Diego CA)

Hitchens, Brian, D. Isbell, C. Tesoro, M. Quigley, N. Jacobsen.  *San Diego Fires 2003: Rapid Assessment of Post Fire Impacts.*  ESRI International User Conference (August 9-13, 2004, San Diego, CA)

Hitchens, Brian, S. O'Hara, D. Major, C. Gibson, B. Pulver 2004.  *Remediation of Chlorinated VOCs in Fractured Bedrock Through In-Situ Bioaugmentation.*  Battelle Fourth International Conference on Remediation of Chlorinated and Recalcitrant Compounds (May 24-27, 2004, Monterey, CA)