**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| CITY OF EAST ST. LOUIS,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br>SOLUTIA INC., and PHARMACIA, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:21-cv-00232-DWD |

**<u>DEFENDANTS' MOTION TO ENTER THEIR PROPOSED ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d)</u>**

Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC ("Defendants") hereby move for the entry of a Proposed Order pursuant to Federal Rule of Evidence 502(d) in this matter ("FRE 502(d) Order").

1. Defendants conferred with Plaintiff regarding the FRE 502(d) Order, which is attached as **Exhibit A** to this motion. Defendants endeavored to file this motion as unopposed, but Plaintiff contests entry of the order.

2. Despite Plaintiff's opposition, Defendants believe that good cause exists to grant this motion because the FRE 502(d) Order, attached as **Exhibit A**, is in the best interest of all parties in this matter and is consistent with the Federal Rules of Evidence.

3. With entry of the FRE 502(d) Order, the parties are afforded the full protections of Federal Rule of Evidence 502(d).

WHEREFORE, Defendants move this Court to grant this motion and enter the FRE 502(d) Order attached as **Exhibit A**.

Dated: July 22, 2022

Respectfully submitted,

**SHOOK, HARDY & BACON LLP**

By: /s/ Adam E. Miller

Adam E. Miller (6206249)
amiller@shb.com
190 Carondelet Plaza, Suite 1350
St. Louis, MO 63105
Telephone: 314.690.0200
Fax: 314.690.0249

Madison Hatten (*pro hac vice)*
mhatten@shb.com
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816.474.6550
Fax: 816.421.5547

*Attorneys for Defendants Monsanto Company and Pharmacia LLC*

By Consent:

**LATHROP GPM LLP**

By: /s/ Mitchell Martin

Charles R. Hobbs, II (625917)
Ron.Hobbs@lathropgpm.com
Mitchell A. Martin (631425)
Mitchell.Martin@lathropgpm.com
Pierre Laclede Center
7701 Forsyth Boulevard, Suite 500
Clayton, Missouri 63105
Telephone: 314.613.2800
Fax: 314.613.2801

*Attorneys for Defendant Solutia Inc.*

**YSURSA LAW OFFICES, LLC**

By: */s/ Bernard J. Ysursa*
Bernard J. Ysursa (3095754)
bjy@cbsclaw.com
12 W. Lincoln
StreetBelleville,
IL 62220
Telephone: 618.235.3500
Fax: 618.235.7286

*Attorneys for Defendant Solutia Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 22nd day of July, 2022, the foregoing document was filed electronically with the Clerk of Court, to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Adam E. Miller*