**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| CITY OF EAST ST. LOUIS, ILLINOIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:21-cv-232-DWD |
| | ) | |
| MONSANTO COMPANY, PHARMACIA LLC, and SOLUTIA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO ENTER THEIR PROPOSED ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d)**

Plaintiff, the City of East St. Louis, Illinois ("Plaintiff" or "City") respectfully responds as follows to the motion of Defendants, Monsanto Company, Pharmacia LLC, and Solutia, Inc. ("Defendants"), for the entry of a Proposed Order pursuant to Federal Rule of Evidence 502(d). [ECF No. 93].

Defendants provide no explanation, other than "good cause" and "best interest" boilerplate[1], why the Court should enter their proposed order. The Federal Rules automatically protect the parties from waiver caused by inadvertent disclosure of privileged information and provide a robust mechanism for dealing with any such dispute that should arise. For example, the Federal Rules of Evidence provide that:

> disclosure of a communication or information covered by the attorney-client privilege or work-product protection … does not operate as a waiver in a federal or state proceeding if: (1) the disclosure is inadvertent; (2) the holder of the privilege or protection took reasonable steps to prevent disclosure; and (3) the holder promptly took reasonable steps to rectify the error, including (if applicable) following Federal Rule of Civil Procedure 26 (b)(5)(B).

[1] Defendants suggest that "good cause exists to grant this motion because" it "is in the best interest of all parties in this matter and is consistent with the Federal Rules of Evidence" and that "[w]ith entry of the FRE 502(d) Order, the parties are afforded the full protections of Federal Rule of Evidence 502(d)." Defs.' Mot. [ECF No. 93] at 1.

FRE 502(b). The Rule also provides that a disclosure the Court orders does not constitute a waiver here is likewise not a waiver in any other state or federal proceeding. FRE 502(d). In addition, the Rules specify the mechanism by which any dispute regarding disclosure of information claimed to be privileged is resolved:

> If information produced in discovery is subject to a claim of privilege or of protection as trial-preparation material, the party making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The producing party must preserve the information until the claim is resolved.

Fed. R. Civ. P. 26(b)(5)(B).

These procedures and protections are sufficient here. No dispute regarding inadvertent disclosure has arisen, and Defendants have made no showing why their proposed order, which modifies the Rules' procedures and imposes requirements beyond those authorized by the Rules, *compare* FRE 502 *and* Fed. R. Civ. P. 26(b)(5)(B) *with* the proposed order, should be entered here.

For these reasons, Defendants' motion should be denied.

Dated: August 3, 2022

Respectfully Submitted,
**THE DRISCOLL FIRM, P.C.**

By: *<u>/s/ Christopher J. Quinn</u>*

Christopher J. Quinn, #6310758
Paul W. Johnson, #6193774
211 N. Broadway, Suite 4050
St. Louis, MO 63102
Phone: (314) 932-3232
Fax: (314) 932-3233
chris@thedriscollfirm.com
paul@thedriscollfirm.com

**THE DRISCOLL FIRM, LLC**
John J. Driscoll, #6276464
1311 Avenida Ponce de Leon, 6th Floor
San Juan, PR 00907
Phone: (618) 444-6049
Fax: (314) 932-3233
john@jjlegal.com

**CHATHAM & BARICEVIC**
John Baricevic, #3121537
Grey Chatham, #6312518
107 W. Main Street
Belleville, IL 62220
Phone: (618) 233-2200
Fax: (618) 233-1589
john@chathamlaw.org
greyjr@chathamlaw.org

**SANDERS PHILLIPS GROSSMAN, LLC**
Melissa K. Sims, #6231297
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Phone: (516) 741-5600, ext. 8201
Fax: (516) 741-0128
msims@thesandersfirm.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 3, 2022, the foregoing document was electronically filed with the Clerk of Court and will be served by operation of the Court's CM/ECF system upon all registered parties.

*/s/ Tiffany L. Kelly*