# EXHIBITS D – I

## MOTION AND MEMORANDUM OF LAW IN SUPPORT OF MOTION TO EXCLUDE
## EXPERT TESTIMONY OF DEFENDANTS' REAL ESTATE APPRAISERS, JLL VALUATION ADVISORY SERVICES, LLC, MR. RICHARD RODDEWIG, AND MR. CHARLES BRIGDEN

## [Dkt. 278]