# EXHIBITS J – M

# MOTION AND MEMORANDUM OF LAW IN SUPPORT OF MOTION TO EXCLUDE
# EXPERT TESTIMONY OF DEFENDANTS' REAL ESTATE APPRAISERS, JLL VALUATION ADVISORY SERVICES, LLC, MR. RICHARD RODDEWIG, AND MR. CHARLES BRIGDEN

# [Dkt. 278]