# EXHIBITS N – T

# MOTION AND MEMORANDUM OF LAW IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY OF DEFENDANTS' REAL ESTATE APPRAISERS, JLL VALUATION ADVISORY SERVICES, LLC, MR. RICHARD RODDEWIG, AND MR. CHARLES BRIGDEN

**[Dkt. 278]**