# EXHIBIT S

**REBUTTAL EXPERT REPORT**
**PCBs Contamination of East Saint Louis, IL**

**In the Matter of**
***City of East St. Louis, an Illinois Municipal Home Rule Corporation,***
***Plaintiff***
***v.***
***Monsanto Company, Solutia, Inc., Pharmacia, LLC, and Does 1-100***
***Defendants***

**Case No. 3-21-cv-00232-DWD**
**In the US Southern District Court**
**For the Southern District of Illinois**

**MITCHELL D. ERICKSON, Ph.D.**

Prepared on Behalf of:
The City of East Saint Louis, IL

Prepared for:
The Driscoll Firm
211 N Broadway, 40th floor
St. Louis, MO 63102

Mitchell D. Erickson

10 September 2024

# TABLE OF CONTENTS

**1. OVERVIEW ........ 1**

1.1 Issues I Was Asked to Consider. ........ 1

1.2 Summary of Opinions. ........ 1

1.3 General Themes of My Opinions. ........ 2

**2. OPINIONS ........ 4**

2.1 Opinion 5: Monsanto Caused the PCB Contamination of Soil on ESTL Properties. ........ 4

2.1.1 The PCB Production process at WGK emitted 5 lbs./day throughout 41 Years of Production from 1936-1977. ........ 5

2.1.1.1 Other Potential PCB Sources within WGK ........ 6

2.1.2 Aroclors From Sources Other Than WGK did not Contribute to the Contamination of ESTL. ........ 8

2.1.2.1 Mr. Herman Lists Many Non-Monsanto Sources in the Immediate Area as Potential Sources of the Contamination in ESTL. These Alleged Sources are NOT Credible. ........ 8

2.1.2.2 Mr. Herman's Forensic Analysis is Incomplete and Inaccurate. ........ 10

2.1.3 Inadvertent PCBs did not Contribute to the Contamination of ESTL. ........ 11

2.1.3.1 Mr. Herman's List of Over 70 Chemicals That Could Produce iPCBs is Irrelevant as Potential Sources of the PCB Contamination of ESTL Soils. ........ 11

2.1.3.2 Dr. Reitman's Discussion of Inadvertent PCBs Presents No Credible Alternate Sources of the PCB Contamination in ESTL Soils. ........ 12

2.1.3.2.1 Titanium Dioxide is not a Potential Source of ESTL Contamination. ........ 12

2.1.3.2.2 Pigment Production is NOT a Potential Source of ESTL Contamination. ........ 13

2.1.3.2.3 Combustion is NOT a Potential Source of the PCB Contamination in ESTL. ........ 13

2.1.3.2.4 Investment Casting is not a Credible Potential Source of the PCB Contamination in ESTL. 14

2.1.3.3 The Presence of PCB 11 in ESTL Soil Samples Does Not Necessarily Indicate Contamination by Inadvertent PCBs. ........ 14

2.1.3.4 The Megson, et al. Publication of 2024 is Not a Credible Source of Information on Inadvertent PCBs and Specifically Not Credible as a Potential Source of the ESTL Contamination. ........ 15

2.1.3.5 Mr. Herman Incorrectly Opines that PCBs in Bark from 8-20-Year-Old Trees Eliminates WGK as a Source of the PCB Contamination in ESTL. ........ 17

2.1.3.6 Mr. Herman Cites other Urban PCB Studies to Incorrectly Assess Homolog Fingerprints. . 18

2.1.3.7 Inadvertent PCBs Make up Only a Small Fraction of the PCBs in the Portland Harbor Sediment. 19

2.2 Opinion 7: Decachlorobiphenyl (PCB 209) dominates the PCB Profile in ESTL and is Further Evidence that WGK Caused the PCB contamination in ESTL. ........ 19

2.2.1 Mr. Herman Incorrectly Opines That My Opinions About The Source of Nona- and Decachlorobiphenyls and That I Failed to Consider the Many Potential Sources in the Immediate Area are Flawed. 20

2.2.1.1 Mr. Herman Opines That Potential emissions from the WGK plant and its operations do not explain the observed pattern of PCBs in ESTL soils Yet Does Not offer a Better Potential Source. .20

2.2.1.2 Mr. Herman Incorrectly Criticizes Me for Linking the Monsanto PCB Incinerator to the "heavily chlorinated congeners present in ESTL soils." I did not render that opinion. ..........................21

2.2.2 Mr. Herman Incorrectly Eliminates the Solid Aroclors as Potential Sources of the PCB Contamination of Soils in ESTL. ..........23

2.2.3 Dr. Reitman Unfairly Criticizes Kevin Coughlin and Me for Failing to Provide an Exact Accounting of PCB 209 Produced at WGK. ..........23

2.2.4 Dr. Reitman is Wrong to Attribute the Source of PCB 209 in ESTL Soils to Fenchlor DK and Inadvertent PCB Contributions. ..........24

2.3 Opinion 8: WGK's Airborne PCB emissions contaminated ESTL at least from 1936-1977. .24

***3. ERRATA FROM MY INITIAL EXPERT REPORT OF 15 FEBRUARY 2024 ..........26***

***4. EXPERT DECLARATION ..........27***

## TABLES

TABLE 1. POTENTIAL PCB SOURCES WITHIN MONSANTO'S WGK ..........6

TABLE 2. MR. HERMAN'S LIST OF FACILITIES, USES, AND/OR PROCESSES THAT ARE POTENTIAL SOURCES OF PCBS AND DR. ERICKSON'S COMMENTS ..........9

## FIGURES

FIGURE 1. MONSANTO WGK FACILITY 1968. ..........7

# 1. OVERVIEW

I have prepared this Rebuttal Expert Report in order to comment on certain litigation-related issues regarding polychlorinated biphenyls (PCBs) in the East St. Louis, IL (ESTL). [1]

This Rebuttal Expert Report clarifies my opinions and rebuts the opinions of defendants' experts: Kurt Herman,[2] Danny Reible,[3] and Maureen Reitman.[4]

Note: I intend to respond to Brian Hitchens report[5] and testimony after his deposition. By agreement among the parties my rebuttal to Mr. Hitchens opinions is due 27 September.

In the interest of brevity, I have not repeated content from my original Expert Report of 15 Feb 2024 unless needed for context in this report.

## 1.1 Issues I Was Asked to Consider.

I have been asked to consider and opine upon the opinions of four of defendants' experts: Kurt Herman, Brian Hitchens, Danny Reible, and Maureen Reitman. In particular, I was asked to consider and rebut any opinions they rendered with respect to my initial Expert Report or testimony.

In addition, in forming my opinions, I have reviewed and considered other reports and publications that are publicly available.

## 1.2 Summary of Opinions.

Monsanto was indifferent to the fate of PCB vapors, fumes, and emissions that were released from its operations at WGK, which resulted in deposits of PCBs on and around ESTL and thereby contaminated the city of ESTL during its 41 years of operations.

---

[1] A note about scientific units and acronyms. In this report, I have generally used metric units (grams, meters, etc.) in keeping with current scientific practice. Many of the historic documents used English units (pounds, feet, etc.) and I have converted the reported measurements, except where I am quoting the historic source. In many instances, I have rounded the number of significant figures to those I judge appropriate. I have also converted and reported PCB concentrations in soil in ng/g. Unless otherwise stated, soil concentrations are "dry weight."

[2] Expert Report of Kurt Herman, M.Eng., P.G. In the Matter of City of East St. Louis v. Monsanto Co., et al. Case No. 3:21-cv-00232-DWD; United States District Court for the Southern District of Illinois (July 9, 2024)

[3] Expert Report of Dr. Danny Reible, PE, BCEE, FNAI, NAE In the Matter of City of East St. Louis v. Monsanto Co., et al. Case No. 3:21-cv-00232-DWD; United States District Court for the Southern District of Illinois (July 9, 2024)

[4] Expert Report of Maureen Reitman, Sc.D. In the matter of the City of East St. Louis v. Monsanto, et al. Project Number: 2300645.000 (July 9, 2024)

[5] Brian Hitchens Expert Report, City of East St. Louis, and Illinois Municipal Home Rule Corporation v. Monsanto Company, Solutia Inc., Pharmacia LLC, and Does 1-100 United States District Court for the Southern District of Illinois, Case No. 3:21-cv-00232-DWD (7.9.2024)

Specifically, as rendered in my initial Expert Report, my opinions are as follows:

- Opinion 1: Monsanto Manufactured and Sold All of the PCBs in the USA. About Half of That Total Was Manufactured at WGK.
- Opinion 2: Monsanto Emitted PCBs From WGK That Were Deposited On and Contaminated Properties in ESTL.
- Opinion 3: Monsanto Knew They Were Emitting Airborne PCBs, That These PCBs Would Be Deposited Somewhere, and That They Would Contaminate the Environment.
- Opinion 4: ESTL Soils are Contaminated with PCBs at Levels That Exceed Both Background and Regional Screening Levels.
- Opinion 5: Monsanto Caused the PCB Contamination of Soil on ESTL Properties.
- Opinion 6: The PCB Contamination in ESTL Can Only Be Alleviated By Remediation.

In this Rebuttal Expert Report, I add two opinions:

- Opinion 7: Decachlorobiphenyl (PCB 209) dominates the PCB Profile in ESTL and is Further Evidence that WGK Caused the PCB contamination in ESTL.
- Opinion 8: WGK's Airborne PCB emissions contaminated ESTL at least from 1936-1977.

Any other explanation for the source of these PCBs would involve far more complex synthesis, use, emission, and deposition scenarios involving a longer sequence of less-probable steps. Defendants' experts merely offer hypothetical scenarios of other industries that could constitute a source of PCBs. Their hypothetical scenarios do not demonstrate a credible pathway from these industries to the demonstrated PCB contamination of the ESTL soil.

### 1.3 <u>General Themes of My Opinions.</u>

The general themes of my opinions are:

- ESTL is uniquely[6] contaminated with PCBs. The high PCB concentrations measured in ESTL are not found in other urban areas. The PCB profile is different from other urban areas. Thus, the source of the PCB contamination in ESTL soils must be different from routine uses and emissions of Monsanto's Aroclor products by customers and users that have resulted in world-wide PCB contamination. In addition, any source of the PCB contamination by iPCBs MUST be unique to ESTL and surrounding areas and not a common use found everywhere.

[6] My use of the word "unique" is colloquial. There may be isolated instances where my use of this adjective is not literally true.

- The only mechanism for deposition of PCBs onto the soil in ESTL is via airborne transport. For example, the known presence of inadvertent PCBs[7] in certain pigments and commercial products containing these pigments could NOT have contaminated ESTL soils.
- The amount of PCBs emitted to the atmosphere must be sufficient to have caused the observed soil contamination in ESTL. WGK is known to have emitted airborne PCBs over 41 years at an overall average rate of 5 lbs./day. The unexplained, potential generation or emission of a few molecules of PCBs does not make a potential source a credible contributor to the measured contamination.
- Any inadvertent PCBs, hypothetically produced from various industries other than Monsanto's WGK, cannot account for the observed PCB contamination of ESTL soils.
    - Defendants' experts loudly critique this conclusion but offer no credible alternative process by which they were created or transported. Not only must these alternatives have documented generation and emission of iPCBs, but also these emissions must contain sufficient volumes to compare with the 5 lbs./day PCB airborne emissions known to have been discharged from WGK.
    - Any potential source of iPCBs for which they claim proves a different fingerprint or pattern must not only be near ESTL, but unique to that region.
    - Defendants' experts opine about a variety of hypothetical iPCB sources near to and very far from ESTL but ignore any possible iPCB emissions from WGK.
    - Defendants' experts do not mention wind rose in their hypothetical emission scenarios.
- The use of PCBs or generation of iPCBs at facilities other than WGK must be documented. Defendants' experts provide no evidence of any PCB purchases or use by their listed facilities.
- Proximity is essential. The closer the source is to ESTL, the higher probability it could have contaminated the soils there. Hypothetical sources tens or hundreds of miles away, as postulated by the defendants' experts, not have been shown to have possibly contributed to the measured contamination of ESTL soils.

Anything more than speculation of an explanation of the PCB contamination in ESTL soils must address these themes.

Monsanto's airborne emissions from the WGK plant, however, satisfy these criteria, while none of the alternate theories proposed by defendant's experts satisfy these criteria. Thus, Monsanto's WGK plant is the source of the PCB contamination in ESTL soils.

---

[7] Unless quoting others' text, I use the term "inadvertent PCB" or "iPCB." Other equivalent terms include byproduct PCBs, by-product PCBs, and incidental PCBs, I defer to EPA's current nomenclature (https://www.epa.gov/pcbs/inadvertent-pcbs#iPCBs). Accessed 4 Sept 2024.

My opinions are that Monsanto manufactured all of the PCBs in the USA and emitted some of these PCBs from WGK. These airborne PCBs were then deposited in ESTL. Thus, Monsanto caused the PCB contamination in ESTL.

# 2. OPINIONS

As stated in my initial Expert Report,

> *Monsanto's production, use, and disposal activities deposited PCBs on and around ESTL and thereby contaminated the city of ESTL. My opinions are that Monsanto manufactured all of the PCBs in the USA and emitted PCBs from WGK. These airborne PCBs were then deposited on properties in ESTL. Thus, Monsanto caused the PCB contamination in ESTL.*

These opinions are unchanged.

In their expert reports and depositions, four of the defendants' experts provided opinions that my initial Expert Report was in error: Kurt Herman, Brian Hitchens, Danny Reible, and Maureen Reitman. In the subsections below, I address and rebut those critiques.

## 2.1 <u>Opinion 5: Monsanto Caused the PCB Contamination of Soil on ESTL Properties.</u>

As summarized in my initial Expert Report,

> *The PCBs measured in the soil in ESTL came directly from Monsanto. Large amounts of PCBs were intentionally emitted from WGK over four decades of production, transported a short distance in air, and deposited on soil and other surfaces in ESTL. The source is nearby. The source is large. ESTL is generally downwind of WGK.*
>
> *Any other explanation for the source of these PCBs would involve far more complex emission, use, and deposition scenarios involving a longer sequence of less-probable steps. Any attribution of the PCBs in ESTL to an alternate source would fail the test of simplicity. The simplest explanation is generally the best explanation.*[8] *In this case, it is the correct explanation.*

My opinion is unchanged. In this section, I rebut defendants' experts' use of speculation as to other possible sources to conclude the existence of actual sources of the PCB contamination in ESTL soil.

Defendants' experts offered opinions as to other potential sources that can be broadly categorized as 1) other Aroclor-derived sources, and 2) emissions of inadvertent PCBs. I discuss these below, as well as rebut these experts' assertions that these potential sources could have caused the measured PCB contamination of ESTL soils.

---

[8] The notion that simple explanations are generally the right solutions permeates our society and our science. The history dates back at least 700 years to "Occam's Razor." See, for example, https://en.wikipedia.org/wiki/Occam's_razor#Science_and_the_scientific_method

It is important to acknowledge that airborne transport is the required mechanism from WGK or any other hypothetical source to the ESTL soils. No other transport mechanism can account for the wide-spread contamination that has been measured in many studies. The distance between the source and the deposition depends on the local weather, the chemical and physical properties of the pollutant, and whether it is in the gas phase or attached to particulates. In general, as illustrated in Weeks'[9] modeling (Figure 23 of my initial Expert Report), the deposition decreases with distance. Thus, a closer source is more likely than a distant source. Defendants' experts list numerous hypothetical specific and generic sources of non-WGK PCBs but neither provide evidence of actual PCB use in these "sources" nor demonstrate an airborne emission pathway from any of these "sources" to the ESTL soils.

Based on the chemical and physical properties of PCB congeners, the heavier congeners such as PCB 209 will generally be deposited nearer the source, while lighter congeners such as PCB 11 will be deposited further away. In addition, the heavier congeners will spend a higher percentage of their time sorbed to air particulates. Deposition rates of the air particulates and associated PCBs are dependent upon size (larger particles will fall out faster) and meteorological conditions. For example, rain and snow wash air particles out of the air.

#### 2.1.1 The PCB Production process at WGK emitted 5 lbs./day throughout 41 Years of Production from 1936-1977.

Prof. Reible opined[10] that WGK's PCB production facility (Department 246) emitted 5 lbs./day of total PCBs for 41 years. In his 5 September 2024 deposition, Mr. Herman concurred with the 5 lbs./day emission rate.

The airborne emission rate of 5 lbs./day yields a total emission of 75,000 lbs. (34 metric tons) over the 41 years of PCB production at WGK.[11] The actual emissions may have been higher or lower, depending on rates of production, which increased over the decades and fluctuated on a daily basis, and process improvements, which should have reduced emission rates over the decades. This is in the same range as the emissions that I calculated in my initial Expert Report. I then concluded:

> *Whether the airborne PCB emissions were 60,000 lbs., 190,000 lbs., or some other amount, these tons of airborne PCB emissions had to be deposited somewhere after they were emitted from the Aroclor production facility.*

Note that the 5 lbs./day value does not include PCB airborne emissions from other activities within the WGK facility, as discussed in the next section.

---

[9] Weeks, D. A. "Air Modeling Analysis of Potential Historical Releases at W. G. Krummrich Plant, Sauget, IL;" Technical Report, Risk Management & Engineering, Ltd.: Garland, TX, January 2011.

[10] Reible Expert Report p. 8 ¶1 and Reible Deposition

[11] The calculation: 5*41*365.25= 74876.25 lbs., which converts to 33.96 mt. I rounded these calculations off as shown in the text.

#### *2.1.1.1 Other Potential PCB Sources within WGK*

Defendants' experts have proposed dozens of potential (hypothetical) sources of the PCB soil contamination in ESTL, without any information about the likelihood of such emissions. Since the defendants' experts are opining about numerous other potential sources, I want to summarize the other potential sources of Monsanto's PCBs from within WGK. See Table 1 and Figure 1. Note the proximity of residential areas in the upper right quadrant of the figure.

***Table 1. Potential PCB Sources within Monsanto's WGK***

| **Potential PCB Sources within Monsanto's WGK** | **Comment** | **Reference** |
|---|---|---|
| Aroclor Production Facility (Department 246) | This is the focus and presumed major source of most PCB emissions. | Many |
| Therminol units in Depts. 239, 245, 248, and 255 | In 1970, Monsanto proposed a design to reduce emissions from the mix tanks. "This will reduce air pollution about 5 lbs./day which is insignificant compared to losses from some Therminol units." | [12] |
| PCB Incinerator | | § 4.2.9 of my initial Expert Report |
| Former Chlorobenzene Storage Area (dust re-suspension) | PCB storage and shipping area | [13] |
| Landfills and lagoons | There were several over the years | [14] |

[12] Savage, JR, "February 1 PCB Report" (March 3, 1971) MON205:8S098340-44 and Papageorge, WB, "PCB Environmental Problem - February Status Report" (March 9, 1971) MONS099565-77 @ MONS099576
[13] Weeks, D. A. "Air Modeling Analysis of Potential Historical Releases at W. G. Krummrich Plant, Sauget, IL;" Technical Report, Risk Management & Engineering, Ltd.: Garland, TX, January 2011@ Section 2.5
[14] Weeks, D. A. "Air Modeling Analysis of Potential Historical Releases at W. G. Krummrich Plant, Sauget, IL;" Technical Report, Risk Management & Engineering, Ltd.: Garland, TX, January 2011@ Section 2.2 and Table 2

***Figure 1. Monsanto WGK Facility 1968.***[15]




| LEGEND | FIGURE 2 |
|---|---|
| | MONSANTO WGK FACILITY |
| Chlorobenzene Storage Area; PCB Manufacturing Plant Area; Chemical Warfare Plant Area; Incinerator Area | SAUGET, IL |
| | 1968 |
| | RME RISK MANAGEMENT & ENGINEERING , LTD |

[15] Weeks, D. A. "Air Modeling Analysis of Potential Historical Releases at W. G. Krummrich Plant, Sauget, IL;" Technical Report, Risk Management & Engineering, Ltd.: Garland, TX, January 2011.

In addition to PCBs, Monsanto produced several chlorinated "major products" are possible sources of iPCBs, including 2,4-D (2,4-dichlorophenoxyacetic acid), Santochlor (1,2-dichlorobenzene), tetrachloropropene, TCBC (2,4,6-trichlorobenzoyl chloride), benzyl chloride, para-chlorophenol, penta (pentachlorophenol), and chlorobenzene.[16]

Clearly, all of these potential sources are not equally likely as sources of PCB contamination in ESTL, but they are as worthy or more worthy of consideration than many of the potential sources put forth in defendants' expert opinions.

#### 2.1.2 Aroclors From Sources Other Than WGK did not Contribute to the Contamination of ESTL.

Defendants' experts provided numerous criticisms of my opinions and repeatedly then offer opinions that the PCBs in ESTL soils must have come from other sources. None of their potential sources is credible because:

- The production of inadvertent PCBs at these various facilities is not shown.
- The airborne emission of PCBs from these facilities is not shown.
- Even if, hypothetically, iPCBs were formed and emitted, the amounts of PCBs from these potential sources would be orders of magnitude smaller than the documented emissions from WGK.
- The non-WGK facilities are farther away.

The defendants' experts often go into great detail describing the purported deficiencies in my opinions but provide no detailed opinions on how any of these other sources could displace WGK as the source of PCBs in the ESTL soil.

##### *2.1.2.1 Mr. Herman Lists Many Non-Monsanto Sources in the Immediate Area as Potential Sources of the Contamination in ESTL. These Alleged Sources are NOT Credible.*

In his section 4.6.1 Mr. Herman opines that I "did not consider the many potential sources of this PCB signature in the region." His analysis consisted of reviewing 548 Sanborn maps used by the fire insurance industry. He identified "more than 100 possible sources that could have handled or released PCBs…in the vicinity of ESTL…" He provides no credible evidence that any of these sources could have contributed to the PCB contamination of ESTL soils. In fact, they fail the criteria that they emit PCBs and could have produced the unique contamination observed in the ESTL soils.

In Table 2, I have reproduced his Table 4.1 below, adding the right-hand column with the actual statement from my 2011 article.

---

[16] ESTL_OLDMONS0160707

*Table 2. Mr. Herman's List of Facilities, Uses, and/or Processes That are Potential Sources of PCBs and Dr. Erickson's Comments*

| Industry/Facility Type and/or Use | References | Erickson & Kaley 2011 |
|---|---|---|
| Foundry/Smelting/Metals | Erickson and Kaley (2011); Oregon DEQ (2003); California Water Boards (2017) | Metals are cited as a patent only |
| Paint/Ink | Hu and Hornbuckle (2010); Erickson and Kaley (2011); Oregon DEQ (2003); California Water Boards (2017) | Paint<br>Ink & NCR paper |
| Paper | Hu and Hornbuckle (2010); Erickson and Kaley (2011); Oregon DEQ (2003);California Water Boards (2017) | NCR paper<br>Specialty paper products |
| Railroad | Erickson and Kaley (2011); Oregon DEQ (2003); California Water Boards (2017) | Railroad transformers used on-board in electric locomotives or multiple unit electric railroad cars[17] |
| Utilities | Erickson and Kaley (2011); Oregon DEQ (2003); California Water Boards (2017) | Utilities not mentioned |
| Automotive and/or Junk/Scrap | Erickson and Kaley (2011); Oregon DEQ (2003); California Water Boards (2017) | Automotive "Note that this use as a "motor oil" should never be interpreted to include automotive motor oils; there is no evidence of automotive use."<br>Junk/Scrap not mentioned |
| Glass Manufacturing | Erickson and Kaley (2011) | "Furnace transformers used in the hot, dirty atmosphere in proximity to glass-melting and induction furnaces..." So, the PCB use was in electrical transformers, not in the actual glass manufacturing process. |
| Insecticides/Pesticides | Erickson and Kaley (2011); Oregon DEQ (2003) | Both listed as "Published PCB applications with no known commercial use" |
| Roofing | Erickson and Kaley (2011); Oregon DEQ (2003); California Water Boards (2017) | Galbestos=Aroclor1268 & asbestos |
| Tar | Erickson and Kaley (2011); Oregon DEQ( 2003) | "coal-tar coatings"& traffic markings (paint)" |
| Textiles | Hu and Hornbuckle (2010); Erickson and Kaley (2011); Oregon DEQ (2003) | "textile coatings" |
| Plastics/Plasticizers | Erickson and Kaley (2011); Oregon DEQ (2003); California Water Boards (2017) | Yes |
| Coke | Erickson and Kaley (2011) | Patented; no known use. |

[17] Durfee, R. L., G. Contos, F. C. Whitmore, J. D. Barden, E. E. Hackman, III and R. A. Westin. "PCBs in the United States - Industrial Use and Environmental Distributions," Prepared for the U.S. Environmental Protection Agency, Office of Toxic Substances, Report No. EPA 560/6-76-005 (NTIS No. PB-252 012), 488 pp. (1976) @ p. 86.

Thus, Erickson and Kaley (2011),[18] which Mr. Herman cites, rebuts most of these as potential sources of PCBs, which in turn invalidates them as potential sources of the PCB contamination of ESTL soils. Further, the categories in Herman's Table 4.1 and the specific "Named Sites" in his Table 4.2 are *not* at all unique to ESTL or the surrounding areas. As I opined in my initial Expert Report, any potential source of PCBs that contaminated ESTL must be unique to the area. Many of Herman's cited potential sources, such as railroads, junkyards, and utilities may be found pretty-much anywhere in the world and thus do not distinguish themselves as potential sources of the unique ESTL contamination.

Mr. Herman lists multiple facilities but did no analysis of their business operations, their potential use of PCBs, nor the potential to disperse PCBs into the air and thence to ESTL.

None of the "Facilities, Uses, and/or Processes" cited by Mr. Herman are shown to have contributed a single molecule to the PCB contamination found in ESTL.

##### *2.1.2.2 Mr. Herman's Forensic Analysis is Incomplete and Inaccurate.*

In Section 4.4, Mr. Herman discusses his "forensic evaluation of the fingerprints in the ESTL soil samples collected by the plaintiff in 2022." He critiques "Dr. Erickson claimed that the combined homolog fingerprint of all ESTL soil samples 'most likely represents an integrated profile of the WGK plant's PCB production…"

- My use of "integrated profile" was in the context of a long deposition process. Clearly the PCB contamination in ESTL soils is a result of many years of ongoing airborne depositions, as opposed to a spill or dumping incident.
- Mr. Herman conflates "PCB production" with "PCB products."[19] PCB products were the Aroclor 12xx (and other) series that were sold to customers. PCB production was the process that Monsanto used at WGK to make these commercial products. "PCB production" includes airborne emissions, waste to sewers, and still bottoms in addition to the final commercial products.

Mr. Herman also states "Rather, the nona- and deca-chlorinated PCB signature that is found in the ESTL soils is distinct from the industrial/urban background…" As he discusses in the section immediately below, other urban areas exhibit a "…predominance of the tetra- through hepta-chlorinated PCB homologs in this fingerprint also is similar to the predominant homologs found in the Aroclors most commonly used by industry, according to Monsanto sales records, i.e., Aroclors 1242, 1248, 1254, and 1260 (Versar, 1976a)." In other words, the PCB contamination in the ESTL soil is unique.

[18] Erickson, Mitchell D., & Kaley II, Robert G.(2011). Applications of Polychlorinated Biphenyls. *Environmental Science and Pollution Research, 18*(2), 135-151. doi: 10.1007/s11356-010-0392-1
[19] P. 33, paragraph of text below his Figure 4.4

### 2.1.3 Inadvertent PCBs did not Contribute to the Contamination of ESTL.

Defendants' experts have incorrectly opined that inadvertent PCBs were the source of the PCB contamination in ESTL. Those opinions are vague, non-specific, insufficient, and incorrect and do not constitute valid scientific opinions.

The expert report by Hornbuckle, Martinez, and Marek[20] provided detailed and authoritative opinions on the potential contamination of ESTL soils by iPCBs. I concur that there is no potential for contamination from iPCBs.

#### *2.1.3.1 Mr. Herman's List of Over 70 Chemicals That Could Produce iPCBs is Irrelevant as Potential Sources of the PCB Contamination of ESTL Soils.*

Mr. Herman lists over 70 chemicals and chemical classes in his "Table 3.1 Chemicals Identified in the 1980s with a High Potential to Generate Byproduct PCBs During Their Production, as Determined by US EPA."

Note that this list is from 1983. EPA's more recent focus has been on "…inadvertent PCBs have been found in pigments used in paints, inks, textiles, paper, cosmetics, leather, and other materials." The current EPA website goes on to state:

> *The concentrations of iPCBs found in products are generally lower than the Food and Drug Administration's tolerances for PCBs in food and food packaging. The FDA recognizes PCBs as an unavoidable, environmental contaminant and set temporary food tolerances for PCBs ranging from 0.2 to 1.5 ppm, and a tolerance of 10 ppm in paper packaging in direct contact with food. Refer to 21 CFR 109.30(a).*

Importantly, neither Mr. Herman's expert report nor EPA discusses any airborne emissions of iPCBs, a prerequisite for transport to and contamination of the soils in ESTL. He testified in his deposition that iPCBs are found in pigments, paints, titanium dioxide production, pigment products, secondary copper smelting, the use of certain ferric chloride in wastewater treatment plant operations. As noted in the Hornbuckle, Martinez, and Marek report,[21] some of these are, in fact not credible. Importantly, Mr. Herman did not mention any of these 70 chemicals in his deposition testimony.

Mr. Herman does not discuss this lengthy and outdated list in the context of ESTL. He does not suggest any sources of production of these chemicals in the ESTL area. His list of 13 "Industry/Facility Type and/or Use" in his Table 4.1 contains no candidates to produce any of these chemicals.

---

[20] Hornbuckle, KC, A Martinez, and RF Marek, "Comments on Reible, Herman, Hitchens, and Reitman Reports" August 26, 2024.

[21] Hornbuckle, KC, A Martinez, and RF Marek, "Comments on Reible, Herman, Hitchens, and Reitman Reports" August 26, 2024.

Therefore, Mr. Herman's list of over 70 chemicals that could hypothetically produce iPCBs does not constitute a probable or potential source of the PCB contamination of ESTL soils.

##### *2.1.3.2 Dr. Reitman's Discussion of Inadvertent PCBs Presents No Credible Alternate Sources of the PCB Contamination in ESTL Soils.*

In Section 4.3, Maureen Reitman provided an extensive review of general sources of inadvertent PCBs. The review provides no specifics on potential sources within the ESTL area. None of these sources are credible as potential sources of the observed PCB contamination in ESTL. She testified that such information was beyond the scope of her testimony that she assumed would come from someone else. Neither Mr. Herman nor Prof. Reible provided that testimony.

Dr. Reitman's review of the literature fails to differentiate between potential sources of inadvertent PCBs that would be unique to ESTL. For example, she sites gasoline engines, ferry boats, and incinerators. None of these, especially ferry boats, are specific to ESTL.

Dr. Reitman cites two specific potential sources of inadvertent PCBs, neither of which is credible:

###### *2.1.3.2.1 Titanium Dioxide is not a Potential Source of ESTL Contamination.*

Hornbuckle, Martinez, and Marek[22] opine that "there is no credible evidence that PCB 209 is produced as a byproduct of $TiO_2$ (titanium dioxide) production." Further, there is no evidence of PCB 209 being emitted and transported by air from any portion of the $TiO_2$ process. As documented by Hornbuckle et al, the production of PCB 209 in the process of $TiO_2$ production is "a rumor that has been repeated without substantiation."

Hypothetically, even if $TiO_2$ production was a source of PCB 209, Dr. Reitman's specific sources are not plausible as sources of the PCB contamination in ESTL soils. Dr. Reitman opines, "For example, at least 1 entity producing titanium dioxide was operational in Missouri until 1977…" (p. 54 ¶ 2) The St. Louis "Titanox" plant of the National Lead Company operated in Lemay, MO until its closure in 1978.[23] Lemay is about 11 miles SSW of ESTL. In her review, Dr. Reitman notes that PCBs are found at low ppb (ng/g) levels in samples of the $TiO_2$ product. No airborne emissions were reported. This plant is not a credible source of inadvertent PCBs nor a credible source of the contamination of the soils in ESTL:

---

[22] Hornbuckle, KC, A Martinez, and RF Marek, "Comments on Reible, Herman, Hitchens, and Reitman Reports" August 26, 2024.

[23] https://www.umsl.edu/mercantile/collections/mercantile-library-special-collections/special_collections_4/slma-617.html Accessed 22 August 2024.

- Dr. Reitman does not offer an opinion on the potential transport of PCB 209 from Titanox to ESTL. 11 miles is far more distant than the ~1-mile distance from WGK.

- The amounts of PCBs produced in the $TiO_2$ process are minuscule and cannot begin to account for the observed PCB contamination.

- No airborne contamination pathway has been documented or proposed.

In footnote #208, Dr. Reitman mentions "Titanium Dioxide (Titanium Pigment Division, located at Maryville Garden Station, MO 63118)" in the context of production of yellow and blue/green pigments. It is unclear whether this facility produced $TiO_2$ or organic pigments. Regardless, this facility is 6 miles downriver (southwest) from ESTL.

##### *2.1.3.2.2 Pigment Production is NOT a Potential Source of ESTL Contamination.*

Dr. Reitman opined that "…at least two entities associated with the production of yellow and blue/green pigments operated in Illinois." (p. 54 ¶2) The two facilities Dr. Reitman cites[24] are in Joliet, Il, which is 250 miles NNE of ESTL, considerably more distant than WGK, which is less than a mile away.

- Dr. Reitman notes that there are at least 27 manufacturers of phthalocyanine blue worldwide., which does not indict this process as being a unique source of PCBs to contaminate ESTL.
- The amounts of PCBs in copper phthalocyanine paint pigments were less than 200 ng/g,[25] which is are minuscule and cannot begin to account for the observed PCB contamination.
- Dr. Reitman does not document or propose an airborne contamination pathway.

##### *2.1.3.2.3 Combustion is NOT a Potential Source of the PCB Contamination in ESTL.*

In Section "5.3.2 PCBs from Combustion," Dr. Reitman states "Incomplete combustion in processes involving organic material and a chlorine source also can result in the unintentional production of PCBs." She then discusses the high traffic density, airports, railroads, and river shipping of this major transportation hub, the Sauget Industrial Corridor. Finally she cites a range of PCB congeners found in both transportation-related emissions and ESTL soil samples. This analysis of PCBs from combustion as a source of the ESTL soil contamination is *wrong* because:

---

[24] From her reference #208: "Pigment Yellow 12, 13, 14 and 17 (Industrial Color Inc located at Industry Ave Bldg. 15A, Joliet, IL 60435 and Joliet Colors Inc., Industrial Ave Bldg. 28, Joliet, IL 60435), Copper Phthalocyanine (Joliet Colors Inc, Industrial Color Inc)."

[25] Hu, D. and Hornbuckle, K.C. Inadvertent Polychlorinated Biphenyls in Commercial Paint Pigments, Environmental Science and Technology, 44, (2010), pp. 2825-2827.

- While transportation is intense in and around ESTL, there is nothing unique about it as a source of the ESTL contamination, when compared to other urban areas which do not have these levels of contamination.
- Correlation is not causation. Just because several congeners are common to both transportation emissions and the soil contamination does not provide a linkage between the source (transportation) and the contaminated plots.
- Dr. Reitman does not address the quantities of PCBs produced in transportation and whether these would be sufficient to cause the contamination measured in ESTL soils. Unless Dr. Reitman can demonstrate that these trivial-if-at-all-emissions approach the known 5 lbs./day PCB airborne emissions from WKG, this source is irrelevant.

##### *2.1.3.2.4 Investment Casting is not a Credible Potential Source of the PCB Contamination in ESTL.*

Dr. Reitman opines that there have been three investment casting facilities within 30 miles of WGK. These are not credible potential sources of the ESTL soil contamination because:

- She has not shown that any of the three facilities used Fenchlor DK (PCB 209) or any other PCB products. I have seen no documentation that all investment casting facilities used PCB-containing waxes during the time that PCB-containing waxes were available. Humans have used investment casting to produce metal objects for about 5000 years.[26] Clearly, PCBs were not used for the thousands of years prior to nor the five decades after PCBs were used in investment casting.
- Proximity is essential. Up to 30 miles is far greater distance from ESTL than WGK, which is immediately adjacent.
- If investment casting were the source of PCB 209 in the ESTL soils, what would explain the presence of the lower-chlorinated PCBs found in these soils?

#### *2.1.3.3 The Presence of PCB 11 in ESTL Soil Samples Does Not Necessarily Indicate Contamination by Inadvertent PCBs.*

Dr. Reitman (p. 60 ¶2) opines that "the presence of PCB 11 is not associated with Aroclor production." PCB 11 is 3, 3'-dichlorobiphenyl and found at 0.16 wt.% in Aroclor 1221, but not in other Aroclors.[27] Weathering of PCBs can include dechlorination of higher-chlorinated congeners to produce the PCB 11 found in the ESTL soils.

PCB 11 is well-known as an inadvertently produced PCB congener in paint pigments. The presence of PCB 11 in ESTL soils does not necessarily indicate contamination by paint pigments:

[26] https://en.wikipedia.org/wiki/Investment_casting Accessed 22 Aug 2024
[27] Frame, GM, JW Cochran and SS Bowadt, "Complete PCB Congener Distributions for 17 Aroclor Mixtures Determined by 3 HRGC Systems Optimized for Comprehensive, Quantitative, Congener-Specific Analysis," J. High Resol. Chromatogr., 19, 657- 668(1996) https://doi.org/10.1002/jhrc.1240191202

- Any use of PCB paints in the area would not be unique to ESTL.
- Soil contamination would require either an airborne pathway or direct contamination with paint. No such pathways have been proposed.
- Airborne deposition of PCB 11 would be minuscule and cannot begin to account for the observed PCB contamination.
- Direct contamination by paint would lead to highly spotty PCB contamination, not the ubiquitous contamination we see here.

##### *2.1.3.4 The Megson, et al. Publication of 2024 is Not a Credible Source of Information on Inadvertent PCBs and Specifically Not Credible as a Potential Source of the ESTL Contamination.*

The Megson, et al. publication is not evidence of inadvertent PCBs as a source of the soil contamination in ESTL. The publication is not a research paper, but simply a discussion. The very large potentially emissions listed are not real. None of the potential sources listed by Megson are produced in the vicinity of ESTL. Details below.

During my deposition, I was shown Exhibit 11, which is a 2024 publication entitled "Is current generation of polychlorinated biphenyls exceeding peak production of the 1970s?"[28]. This publication is cited by defendants' experts Herman, Hitchens, and Reitman as part of evidence for their theories that inadvertent PCBs were the source of the soil contamination in ESTL.

Mr. Herman opined that "A recently published peer-reviewed study estimated that byproduct PCB generation may, in fact, exceed peak product PCB production (Megson, et al., 2024).[29]

Similarly, Mr. Hitchens opined:

> *Further, Dr. Erickson downplays the prevalence of byproduct PCBs, stating that, "EPA issued regulations regarding inadvertent [i.e., byproduct] PCBs in manufacturing processes in 1982" (Erickson, 2024). However, a peer-reviewed paper by Megson et al. (Megson et al, 2024) estimated that, "U.S. legislation currently permits the generation of more by-product PCBs (~100 million lb. (~45,000 Tonnes) per year) than during peak commercial [Aroclor] production of the 1970s (85 million lb. (~39,000 Tonnes) per year)." Dr. Erickson's failure to consider byproduct PCBs from non- Monsanto sources contradicts his own publication, in which he advises, "With PCB fingerprinting, we are looking to identify one or more specific source commercial mixture(s) or by-product PCBs found at a given site" (Erickson, 2020). (p. 55 § 9.2.1)*

Defendants' experts wildly overstate the significance of this publication.

---

[28] Megson, D, IG Idowu, and CD Sandau, "Is current generation of polychlorinated biphenyls exceeding peak production of the 1970s?" Science of the Total Environment 924 (2024) 171436 . https: /doi.org JQ_JQJ6.j.scitotenv 2024 171436

[29] Expert Report of Kurt Herman, M.Eng., P.G. In the Matter of City of East St. Louis v. Monsanto Co., et al. Case No. 3:21-cv-00232-DWD; United States District Court for the Southern District of Illinois (July 9, 2024) (P. 7 ¶ 6)

- First, note that the title is in the form of a question.
- Second, the article was published in the "Discussion" section of the journal. The journal's Guide for Authors defines "Discussion. Opinionated exposition on an important scientific issue or event designed to stimulate further discussion in a broader scientific forum."[30] Thus, the cited article is NOT a research paper, defined by the journal as "reporting original and previously unpublished work."
- Third, the authors state that "U.S. legislation currently permits the generation of more by-product PCBs (~100 million lbs. (~45,000 Tonnes) per year) than during peak commercial production of the 1970s (85 million lb. (~39,000 Tonnes) per year)." These are *permitted* generation amounts; nowhere in the article do the authors state that there is *any* actual production of inadvertent PCBs from most of the cited potential sources.
- Fourth, The purported tons of iPCBs are "Total Permitted PCB Production" and are silent on potential emissions. Megson, et al. discuss emissions from legacy commercial mixtures and acknowledge "Although the total inventory and emission rate of PCBs in commercial mixtures has been well quantified, the same cannot be said for byproduct PCBs." Thus, if even a pound of iPCBs were produced by any of the 47 different chemicals/chemical classes listed, there is no evidence that any of the iPCBs would be released to the atmosphere.

The hypotheticals raised by Megson, et al. are not relevant to the contamination in ESTL, because:

- Proximity to ESTL is essential. Even if one or more of these chemicals produced minuscule amounts of iPCBs, they would need to be near ESTL. None of the candidate facilities listed by defendants' experts appear to produce any of the 47 different chemicals/chemical classes listed by Megson, nor in any other lists offered by defendants' experts.
- The top three chemicals in Megson's Figure 4 are

| Rank | Chemical | U.S. production (lb) [a] |
|---|---|---|
| 1 | 1,2- Dichloroethane | 40,000,000,000 |
| 2 | Monochloroethylene | 20,000,000,000 |
| 3 | Methyl chloride | 5,000,000,000 |

- These three are small molecules and would require many steps from these starting materials to form any inadvertent PCB molecules. This applies similarly to many of the 45 chemicals/chemical classes listed in Figure 4 and 69 chemicals/chemical classes in Table S1.
- I searched in https://pubchem.ncbi.nlm.nih.gov/ and found the data that Megson, et al. quoted in the "U.S. production (lb)" column. I checked the top 3 by volume and found

[30] https://www.sciencedirect.com/journal/science-of-the-total-environment/publish/guide-for-authors accessed 22 Aug 2024

the numbers cited to be correct, again as "upper production estimates." Note, PCBs or other chlorinated aromatics were not listed as impurities in these three chemicals.

- Megson, et al. cite 25 ppm as the current "maximum allowable average annual concentration," based on 40CFR761.3 (see below). No specific chemicals are cited in the CFR text. Megson, et al. never state that any of the 69 chemicals/chemical classes are producing any inadvertent PCBs. Defendants' experts have proposed several candidate facilities in their reports, none of which appear to produce any of the chemicals on Megson's list.

The activities listed at WGK (Table 1) and the products documented to be coming from WGK (Table 6 in my initial expert report and the table in ESTL_OLDMONS0160707) do not appear to include any of the products mentioned by Megson, et al., so WGK cannot be a source of iPCBs from production of chemicals on Megson's list. It is an open question whether chemical production at WGK, in addition to the Aroclor production in Department 246, may have produced iPCBs that could have contaminated the soils in ESTL.

##### ***2.1.3.5 Mr. Herman Incorrectly Opines that PCBs in Bark from 8-20-Year-Old Trees Eliminates WGK as a Source of the PCB Contamination in ESTL.***

Mr. Herman opines:

> *4.6.5. Hermanson tree bark studies show high concentrations in young trees (less than 20 years old), which is inconsistent with the WGK plant as the source of nona- and decachlorobiphenyl.*

The relevant quote from Hermanson's 2016 article[31] is:

> *The highest concentration found was in sample ECS-25, the third-youngest tree sampled (less than 20 years old) and directly north from WGK. The other two high concentrations (greater than 50% of ECS-25) were also in young trees, ECS-23 (15 years old) and ECS-8 (8 years old), **showing that PCB movement through the atmosphere and accumulation in tree bark in Sauget is ongoing. [Emphasis added]***

[31] MH Hermanson, R Hann, and GW Johnson, "Polychlorinated Biphenyls in Tree Bark near Former Manufacturing and Incineration Facilities in Sauget, Illinois, United States," Environ. Sci. Technol. 2016, 50, 6207−6215; DOI: 10.1021/acs.est.6b01053

The trees are located at

| Sample No. | Tree Age (years) | Location[32] | Distance/Direction from WGK (miles) |
|---|---|---|---|
| ESC-8 | 8 | Site P | ~0.2 Mi South[33] |
| ECS-23 | 15 | S. 26th & Trendley | 1.4 Mi East[34] |
| ECS-25 | 20 | Trendley Ave. & S. Main | 1.5 Mi North[35] |

The movement through the atmosphere mentioned by Hermanson, et al. could include re-entrainment of dust that was previously contaminated by PCBs from WGK. In addition the Superfund Remediation of Sauget Area 1 started in 1995 and has included removal of contaminated sediment and pulsed air biosparging.[36] The Superfund Remediation of Sauget Area 2 started in 2000 and has included removal of drums and soil.[37]

Mr. Herman's blanket opinion that "…is inconsistent with the WGK plant as the source of nona- and decachlorobiphenyl" is flawed. Any linkage of the finding of PCBs in bark from 8- to 20-year-old trees to one or more specific sources is speculative. And, any elimination of WGK as a source of the PCBs in the tree bark is not supported by the facts.

#### *2.1.3.6 Mr. Herman Cites other Urban PCB Studies to Incorrectly Assess Homolog Fingerprints.*

In his "4.4.1 Industrial/Urban Background PCB Signature in the 2022 ESTL Soil Data," Mr. Herman cites industrial/urban background signatures from Cedar Rapids, IA, Tarragona, Spain, and Greater London to show that the fingerprints are predominantly "tetra- through hepta-chlorinated PCB homologs in this fingerprint also is similar to the predominant homologs found in the Aroclors most commonly used by industry" These three other urban background studies demonstrate two of my major themes:

- The total PCB concentrations in ESTL soils are far higher than in other urban areas. The ESTL contamination is different from other urban areas and, thus, must be caused by a unique source.
- The homolog patterns, specifically the relatively high concentrations of nona- and decachlorobiphenyls are distinct to ESTL. Thus, there must be a unique PCB source

[32] MH Hermanson, R Hann, and GW Johnson, "Polychlorinated Biphenyls in Tree Bark near Former Manufacturing and Incineration Facilities in Sauget, Illinois, United States," Supporting Information for DOI: 10.1021/acs.est.6b01053; Table S1
[33] Estimated from Map in Figure S2 of the Supporting Information.
[34] Estimated using distance measurement feature on Google Maps
[35] Estimated using distance measurement feature on Google Maps
[36] https://cumulis.epa.gov/supercpad/SiteProfiles/index.cfm?fuseaction=second.cleanup&id=0500753 Accessed 3 Sept 2024.
[37] https://cumulis.epa.gov/supercpad/SiteProfiles/index.cfm?fuseaction=second.cleanup&id=0500047 Accessed 3 Sept 2024.

distinct from contamination during the routine use of Aroclors. There were no known PCB manufacturing in or near any of these three industrial/urban background areas.

##### *2.1.3.7 Inadvertent PCBs Make up Only a Small Fraction of the PCBs in the Portland Harbor Sediment.*

A recent article[38] on PCB source apportionment suggested the presence of up to 6.6% inadvertent PCBs in the Portland, OR Harbor sediment. Prof. Reible cited this source of "…there was an estimate of 6 percent of the PCBs in the Portland Harbor Superfund Site are likely inadvertent PCBs. But I have no knowledge of anyone doing a similar sort of assessment at East St. Louis."[39]

The source apportionment analysis of the Portland Harbor data indicated that 3.4-6.6% of the PCBs could be attributed to inadvertent PCBs, or in their text, "non-Aroclor sources."

From Megson's abstract, they indicate the hesitancy of their conclusions:

> *By using a residual plot produced from one of our models (NMF) we were able to **suggest** the presence of **approximately** 30 different potentially inadvertently produced PCBs which account for 6.6 % of the total PCBs in Portland Harbor sediments. **[Emphasis Added]***

Mr. Herman cites the Portland, OR Harbor as one of the "Other sites where this nona- and deca-chlorinated PCB signature has also been found…"

Although this is a single, speculative indication of the potential for PCB contamination, 6% of the contamination by iPCBs does not show that the hypothetical iPCB sources in ESTL could account for the observed contamination. The total PCB contamination in Portland Harbor sediments ranged from 0.0045 to 37,000 ng/g (dry weight) with over 60 facilities on the harbor that may be sources of contamination.[40]

## **2.2 <u>Opinion 7: Decachlorobiphenyl (PCB 209) dominates the PCB Profile in ESTL and is Further Evidence that WGK Caused the PCB contamination in ESTL.</u>**

In my initial Expert Report (§ 4.5.3), I opined:

> *The PCB contamination of properties in ESTL has an unusual environmental profile with high concentrations of nona- and decachlorobiphenyls (PCB # 206-209). This unusual profile is an indicator of PCB manufacturing, as opposed to contamination from various PCB applications.*

---

[38] Megson, D., et al. "Source apportionment of polychlorinated biphenyls (PCBs) using different receptor models: A case study on sediment from the Portland Harbor Superfund Site (PHSS), Oregon, USA." Sci. Tot. Environ. 872, 162231 (2023) https://doi.org/10.1016/j.scitotenv.2023.162231
[39] Deposition of Danny Reible 16 August 2024.
[40] Rodenburg, LA, V Krummins and JC Curran, "Microbial Dechlorination of Polychlorinated Biphenyls, Dibenzo-p-dioxins, and -furans at the Portland Harbor Superfund Site, Oregon, USA." Environ. Sci. Technol. 2015, 49, 7227−7235 DOI: 10.1021/acs.est.5b01092

> *Similar profiles have been documented at other PCB manufacturing facilities. The presence of nona- and decachlorobiphenyls is another line of evidence that Monsanto's WGK facility caused the contamination in ESTL.*

Defendants' experts opine at length on how WGK could not have emitted these highly chlorinated PCBs and provide references to potential sources of iPCBs. They also argue that, since these congener patterns do not match production, WGK cannot be a source of the PCBs found in ESTL soils. There are many uncertainties in the evidence and not all can be explained.

None of their arguments is persuasive. I stand by my opinion number 5 and add this opinion number 7 as a more detailed discussion of this issue.

### 2.2.1 Mr. Herman Incorrectly Opines That My Opinions About The Source of Nona- and Decachlorobiphenyls and That I Failed to Consider the Many Potential Sources in the Immediate Area are Flawed.

Mr. Herman opines:

> *4.6 Dr. Erickson's assertion that WGK plant emissions are the source of the distinct nona- and decachlorobiphenyl signatures detected in ESTL soils has multiple technical flaws.*
>
> *4.6.1 PCB 209 (decachlorobiphenyl) is not unique to the East St. Louis area, and there are many potential sources of PCBs in the immediate area that Dr. Erickson did not consider as potential sources to ESTL surface soils.*

Mr. Herman cites 10 sites where nona- and decaCB have been found. There are thousands of sites worldwide that are contaminated by PCB profiles that do not contain nona- and decaCB. So, Mr. Herman is correct that the nona- and decaCB contaminants do not make ESTL unique; however, when combined with the very high total PCB levels, ESTL does stand out from other PCB contamination in urban areas.

My rebuttal to Mr. Herman's list of non-Monsanto potential sources of PCBs is in §2.1.2.1, above. In his Section 4.6.1, Mr. Herman lists many industries as potential PCB sources but fails to link these to production and emission of PCB 209 or, indeed, to any PCB airborne emissions.

#### *2.2.1.1 Mr. Herman Opines That Potential emissions from the WGK plant and its operations do not explain the observed pattern of PCBs in ESTL soils Yet Does Not offer a Better Potential Source.*

In Section 4.6.3, Mr. Herman opines:

> *Dr. Erickson's claim that "the PCBs measured in the soil in ESTL came directly from Monsanto" does not comport with known historical operations at the WGK plant and its associated emissions nor with the observed PCB distributions and fingerprints in the surrounding ESTL soils…*

He then critiques my opinions over the next eleven pages. He specifically addresses "1) emissions from Aroclor manufacturing; 2) emissions from Montars; 3) incinerator emissions; and 4) emissions from PCB use within the WGK plant itself."

Among other detailed descriptions of the PCB production at WGK, in Table 4.12, Mr. Herman calculates a total PCB production from 1936-1977 of 550 million pounds (250,000 MT).[41] This generally agrees with my estimate of 320,000 MT.[42]

Mr. Herman states that my opinion "…does not comport with known historical operations at the WGK plant and its associated emissions…" We know a lot about the Aroclor process and emissions, courtesy of Monsanto's detailed documents, but we do not know everything. Nobody knows the composition of the still bottoms that Monsanto trademarked Montars, nor the congener composition of the airborne emissions from the distillation, withdrawal, cooling, and burying of these Montars. The amount of the nona- and decaCB in these emissions, especially from the solid Aroclors 1268, 1269, 1270, and 1271, is unknown.

Despite his detailed critique of my opinion, Mr. Herman fails to offer an alternative source for the observed PCB contamination in ESTL.

##### *2.2.1.2 Mr. Herman Incorrectly Criticizes Me for Linking the Monsanto PCB Incinerator to the "heavily chlorinated congeners present in ESTL soils." I did not render that opinion.*

Mr. Herman opines:

> *4.6.3.3. Potential incinerator emissions do not explain the observed pattern of nona and deca enrichment in ESTL soils.*
>
> *Potential incinerator emissions – a source claimed by Dr. Erickson to have cause [sic] the PCB presence in ESTL – do not explain the observed pattern of PCBs in ESTL soils. Dr. Erickson suggests the incineration of Montars as a potential PCB source; however, as discussed earlier in Section 4.6.2.2, the Montars present during the operative years of the incinerator would have been derived from lighter, less-chlorinated Aroclors, which does not explain the heavily chlorinated congeners present in ESTL soils. In addition, the modeling exercise by RME (2011) also shows PCB emissions from the incinerator to be negligible. Hermanson et al. (2017) also states, "[t]he incinerator was never a significant source of atmospheric PCBs."*

My detailed review of Monsanto's PCB incinerator operations cited it as a source of airborne PCBs, not the *cause*. An average of 3 estimates of stack emissions was 11 kg (p. 74:4), which is small compared to the 20,000-70,000 kg [43]of airborne PCB emissions from Department 246.

Mr. Herman is correct that the Montars produced "during the operative years of the incinerator would have been derived from lighter, less-chlorinated Aroclors." Whether legacy Montars were exhumed from the landfills and incinerated, we do not know.

[41] The Table lists a total of "5.5E+08" lbs.
[42] My initial Export Report, P. 41, l. 6
[43] P. 58:18-59:10 of my initial Expert Report. I have converted from lbs. to kg and rounded off the converted values.

Mr. Herman further opines:

> *4.6.4.1. Dr. Erickson makes the incorrect association that total PCB emissions from the WGK plant can explain the high concentrations of PCB209 found in ESTL soils.*
>
> *Dr. Erickson misconstrues the conclusions made by Weeks, in which all manufactured PCBs emissions account for the total PCB mass found in the soil. This does not align with the congener fingerprint observed in the surrounding environmental data. To match the reported dominance of heavily chlorinated congeners, e.g., PCB209, in the surrounding soil and tree bark, the air dispersion model should be run for the production lifetime of Aroclors 1269, 1270, and 1271, which totals 13 years. By assuming the modeling results are representative of PCB209, when the years of operation are nearly four times greater than what has been reported, leads to a gross overestimate of heavy molecular weight PCB deposition to the area surrounding the WGK plant.*
>
> *Dr. Erickson's opinion that deposition modeling shows the WGK plant PCB contamination extends into ESTL provides no context to the modeling exercise that was conducted. The purpose of the RME deposition modeling was to inform remedial activities; therefore, conservative estimates were used. The emission factors developed by US EPA Beihoffer (US EPA, 2005c), which served as input for the modeling exercise, assumed emissions of PCBs during manufacturing as a percent of total produced. Even with the data and modeling assumptions, Weeks still had to increase emission estimates by 10x to match the range of soil concentration data, implying an unaccounted for PCB source in the region contributing to the PCBs found in ESTL soils.*

Mr. Herman misstates my opinions in this section. I did not cite and discuss the Weeks report in the context of "dominance of heavily chlorinated congeners, e.g., PCB209;" rather, both Weeks' and my discussions focused on total PCBs. The Weeks report is silent on the issue of congener or homolog distribution. Specifically, neither nona- nor decachlorobiphenyl are mentioned.

Mr. Herman critiques Weeks' modeling results which, "leads to a gross overestimate of heavy molecular weight PCB deposition to the area surrounding the WGK plant." Since Weeks did not model anything but total PCBs and I did not associate the Weeks study with my discussions of "heavy molecular weight PCB deposition," this criticism is unfounded and wrong.

Weeks, et al.[44] conducted an uncertainty analysis (Section 6.0) and concluded

> *The limited soil sampling data suggests that the emission estimates presented in Table 3 of this study are perhaps biased low by a factor of 10 or less. The actual emissions are probably no greater than the estimates multiplied by a factor of 100, based on the correlation with the soil sampling data. Given the lack of available data describing emissions over time, and the long period of time over which emissions occurred, it is RME's opinion that an emission estimate that is perhaps within* ***a factor of 10 of actual emissions represents a reasonable degree of uncertainty*** *for a study of this type.* ***[Emphasis added]***

[44] Weeks, D. A. "Air Modeling Analysis of Potential Historical Releases at W. G. Krummrich Plant, Sauget, IL;" Technical Report, Risk Management & Engineering, Ltd.: Garland, TX, January 2011

Thus, the modeling study authors were able to rationalize this "10x" factor as reasonable. They did not discuss potential non-WGK sources; in fact they state that "manufacturing emissions being of greater magnitude than the other sources, occurred over a longer period of time, and also occurred over a large area." The other sources they cite are Former Waste Incinerator and Former Chlorobenzene Storage Area (dust re-suspension) on Monsanto's WGK facility (p. 22).

#### 2.2.2 Mr. Herman Incorrectly Eliminates the Solid Aroclors as Potential Sources of the PCB Contamination of Soils in ESTL.

At page 59, Mr. Herman concludes that:

> *Dr. Erickson's representation of the PCB manufacturing and distillation process as a source for emissions from the WGK plant is not appropriate or accurate for [high molecular weight] Aroclors.... suggesting any vapors emitted during processing would solidify and settle out within the facility or in the ventilation duct system.*

Earlier in the report (p. 22, ¶2), Mr. Herman describes the solid Aroclor processing, ending with "The whole system was vented by an exhaust fan equipped with cyclone separators, as shown in Figure 3.6."

The higher molecular weight congeners will solidify more rapidly than the lower congeners, but there is no evidence that they would all "solidify and settle out within the facility or in the ventilation duct system" within WGK as Mr. Herman speculates. The solidification and settling of these Aroclors could result in deposition on surfaces within the plant but may also condense into an Aroclor "snow," or sorb onto air particulate. The latter two examples would result in airborne emissions. It is likely that some of the Aroclor vapors would settle within the facility and some will be released. The proportions cannot be assigned.

#### 2.2.3 Dr. Reitman Unfairly Criticizes Kevin Coughlin and Me for Failing to Provide an Exact Accounting of PCB 209 Produced at WGK.

Dr. Reitman opines:

> *Neither Mr. Coghlan nor plaintiff expert Dr. Erickson provide an exact accounting of the PCB 209 produced at the plant. They also do not provide an explanation of how the congener profile of the plant's PCB production would be expected to correlate to the soil's congener profile. (p. 59, ¶3)*

Dr. Reitman's criticism is unfounded. I cited the production statistics for the solid Aroclors that contained PCB 209 (see § 4.5.3.2 of my initial Expert Report). The prediction of congener profiles in ESTL soils, based on the uncertain and varying emission profiles over 41 years of production is not feasible. Dr. Reitman also failed to provide either the accounting or explanation she criticized Mr. Coughlan and me of omitting.

#### 2.2.4 Dr. Reitman is Wrong to Attribute the Source of PCB 209 in ESTL Soils to Fenchlor DK and Inadvertent PCB Contributions.

Dr. Reitman opines:

> *PCB 209 dominates the PCBs present in the ESL soil samples and cannot be explained by the presence of Aroclors 1248, 1254 and 1260 but can be explained by the presence of non-Monsanto products such as Fenchlor DK and byproduct contributions. (p. 60 ¶10*
>
> *...the presence of higher chlorinated homologs, and especially PCB 209 point to sources such as imported pattern wax components. (p. 60 ¶2)*

Dr. Reitman is wrong because:

- Aroclors 1248, 1254, and 1260 were not the only PCB products produced at WGK. In fact the solid Aroclors contained PCB 209 (see Section 4.5.3.2 of my initial Expert Report).
- As discussed above, the use of Fenchlor DK near ESTL, in any amounts, has not been demonstrated.
    - A pathway from any hypothetical use of this product to ESTL to airborne transport of PCBs to ESTL has not been proposed. The potential volume of atmospheric missions of Fenchlor DK would have been minuscule, compared to the 5 lbs./day[45] of total PCBs emitted for 41 years from WGK.
    - There is no evidence of the use of Fenchlor DK, such as purchase orders or process documents.
- As discussed above, the potential inadvertent PCB contributions are unknown but surely minimal. Defendants' experts Herman, Hitchens, Reible, and Reitman have speculated on various iPCB sources, but have not provided any credible evidence of actual iPCB sources near the contaminated ESTL soils. No airborne transportation pathways have been proposed. The potential volume of atmospheric missions of these hypothetical inadvertent PCBs would have been minuscule, compared to the 5 lbs./day of total PCBs emitted for 41 years from WGK.

### 2.3 <u>Opinion 8: WGK's Airborne PCB emissions contaminated ESTL at least from 1936-1977.</u>

In my initial expert report, I opined in § 4.6.1: "The PCB contamination in East St. Louis has been there since before 1 July 1973." I do not retract that statement; rather I expand it to include the years 1936-1977.

In my initial Expert Report, I opined that

[45] In my initial Expert Report, I discuss the airborne emissions from Department 246 at WGK, especially at Section 4.2.5.I am using 5 lbs./day here as a rough average of my numbers AND because that is the emissions amount that defendants' expert Prof. Danny Reible has opined.

> *The contamination of East St. Louis began with Monsanto's PCB production at WGK in 1936 and continued until at least 1977, when Monsanto ceased both PCB production and PCB incineration at WGK… The airborne emissions of PCBs from WGK would have begun on the first day of PCB production.*

I stand by that opinion.

Over the four decades of PCB production at WGK, the production process was basically the same. Yes, there were various improvements to the process and added emissions controls, but the basic chemical process remained the same. Thus, there would have been a continuous emission of PCBs to the air and thence to ESTL from the first day of production. As noted in my initial Expert Report, emissions would have increased over time with production volume and decreased over time with process improvements and improved emissions controls. Aroclor production varied over the years by product type; for example the solid Aroclors (1268, 1269, 1270, and 1271) were produced for 13 years from 1936-1949 and Aroclor 1016 production did not begin until 1971. Of course, PCB emissions varied with production on a daily/weekly/monthly basis, depending on customer orders, maintenance shut-downs, holidays, and other factors.

My opinion above states "at least from 1936-1977." The "at least" references potential secondary emissions from WGK after production stopped in 1977. These emissions may have come from the PCB contamination within Department 246 before it was removed from the site, emissions during demolition, and/or entrainment of PCBs from contaminated soil within the WGK plant boundary. The magnitude of this post-1977 contamination of ESTL cannot be estimated.

The pertinent section from my initial Expert Report is quoted below.

> *4.6.1 The PCB contamination in East St. Louis has been there since before 1 July 1973*
>
> *The contamination of East St. Louis began with Monsanto's PCB production at WGK in 1936 and continued until at least 1977, when Monsanto ceased both PCB production and PCB incineration at WGK. Monsanto's PCB production at WGK from 1936-1977 varied in volume and the specific Aroclors produced but caused a steady airborne emission of PCBs from the plant. In general, PCB emissions would have correlated with the PCB production volumes, which peaked about 1970 (see Figure 8 in Section 4.1.2).*
>
> *Over the WGK production history beginning in 1936, Monsanto would have had strong incentives to reduce emissions because lost product meant lost revenues, which meant lower profits. The environmental incentive to clean up their processes became a factor only in the late 1960s, toward the end of PCB production, because of external pressures. Given the documented and undocumented process improvements over the decades, the PCB emission rate per ton of PCB produced would have decreased over the years. These PCB emissions found their way to the soils of East St. Louis over the decades.*
>
> *The airborne emissions of PCBs from WGK would have begun on the first day of PCB production. Monsanto's PCB manufacturing process had various vents and other emission sources that permitted PCBs to escape as shown in Section 3.4, above. The*

*airborne emissions from WGK would have moved with the wind before being deposited onto soil and other surfaces.*[46]

*We know this PCB contamination was present in 1975, based on the Stratton and Sosebee study published in 1976 (See Section 4.4.1.1). Samples had been collected in 1975. 13/15 samples had total PCB concentrations above the 230 ng/g Regional Screening Level (see Table 8). It is inconceivable that the PCBs observed by Stratton and Sosebee suddenly appeared in 1975. Rather, the PCBs had accumulated in ESTL over the decades of WGK PCB production before the 1975 sampling and before the passage of the ESTL nuisance ordinance on 1 July 1973.*

# 3. ERRATA FROM MY INITIAL EXPERT REPORT OF 15 FEBRUARY 2024

| Page:line | Erratum | Change |
|---|---|---|
| 13:15 | "…The 1955 process description…" has a reference #19 called out, but the reference was not cited in the reference list | Insert Ref. 19: Mather, E. Process for the Production of Aroclors, Pyranols, etc. at the Anniston and at the Wm. G. Krummrich Plant. Monsanto Chemical Co.: St. Louis, MO, April 1955; Bates No. MONS045979– MONS046486 |
| 56:22 | "In 1966, the vent line from the aeration tank described above was "18." | The document describes an 18" (18 inch) vent line; the "inch" symbol got lost in the quotation marks. The sentence in the original document reads "This is a 2000 gal. steel tank with coils, an air sparger, and an 18" vent line." |
| 71:20 | "Monsanto " installed an incinerator to safely dispose of PCB's." | "Monsanto "installed an incinerator to safely dispose of PCB's." [extra space removed] |
| 89:7 | "…by Geoprobe at a depth on 16'-18' and…" | "…by Geoprobe at a depth of 16'-18' and…" |

[46] See Expert Report of Jay Turner in this case.

## 4. EXPERT DECLARATION

I, Mitchell D. Erickson, declare that:

My duty in providing this expert report is to assist the Court in the present proceedings.

I confirm that the report is my own impartial, objective, unbiased opinion which has not been influenced by any party to this litigation process.

I confirm that all matters upon which an opinion has been expressed are within the area of my expertise.

I hold the opinions provided herein to a reasonably degree of scientific certainty.

I confirm that at the time of providing my written opinion, I consider it to be complete and accurate and that it constitutes my true professional opinion.

| | |
|---|---|
| Mitchell D Erickson | 10 September 2024 |
| **Mitchell D. Erickson** | **Date** |