# APPENDIX

## Figure 1: Parcel Flowchart[*]



[*] All information in this Appendix is derived from Exhibits 47 and 53.

A1

### List A: Parcels Currently Owned By The City—100 Parcels

| | | |
|---|---|---|
| 01-24.0-312-104 | 01-24.0-333-041 | 01-25.0-102-017 |
| 01-24.0-312-112 | 01-24.0-333-042 | 01-25.0-102-018 |
| 01-24.0-312-117 | 01-24.0-334-017 | 01-25.0-102-019 |
| 01-24.0-312-119 | 01-24.0-334-018 | 01-25.0-102-031 |
| 01-24.0-314-016 | 01-24.0-334-019 | 01-25.0-103-016 |
| 01-24.0-316-027 | 01-24.0-334-020 | 01-25.0-103-017 |
| 01-24.0-317-038 | 01-24.0-334-021 | 01-25.0-103-018 |
| 01-24.0-317-064 | 01-24.0-334-022 | 01-25.0-103-019 |
| 01-24.0-317-094 | 01-24.0-334-038 | 01-25.0-103-021 |
| 01-24.0-317-102 | 01-24.0-334-039 | 01-25.0-103-022 |
| 01-24.0-320-086 | 01-24.0-334-040 | 01-25.0-103-027 |
| 01-24.0-320-087 | 01-24.0-334-041 | 01-25.0-103-028 |
| 01-24.0-320-088 | 01-24.0-334-042 | 01-25.0-103-029 |
| 01-24.0-324-017 | 01-24.0-334-043 | 01-25.0-103-030 |
| 01-24.0-325-007 | 01-24.0-334-044 | 01-25.0-103-031 |
| 01-24.0-325-008 | 01-24.0-334-053 | 01-25.0-103-032 |
| 01-24.0-332-016 | 01-24.0-433-001 | 01-25.0-103-033 |
| 01-24.0-332-017 | 01-24.0-433-002 | 01-25.0-103-034 |
| 01-24.0-332-018 | 01-24.0-433-023 | 01-25.0-103-035 |
| 01-24.0-332-019 | 01-25.0-101-018 | 01-25.0-103-036 |
| 01-24.0-332-035 | 01-25.0-101-019 | 01-25.0-103-037 |
| 01-24.0-332-036 | 01-25.0-101-020 | 01-25.0-103-038 |
| 01-24.0-332-037 | 01-25.0-101-021 | 01-25.0-103-039 |
| 01-24.0-332-038 | 01-25.0-101-022 | 01-25.0-103-040 |
| 01-24.0-332-039 | 01-25.0-101-039 | 01-25.0-103-041 |
| 01-24.0-332-040 | 01-25.0-101-040 | 01-25.0-106-001 |
| 01-24.0-333-016 | 01-25.0-101-041 | 01-25.0-106-002 |
| 01-24.0-333-017 | 01-25.0-101-042 | 01-25.0-106-003 |
| 01-24.0-333-018 | 01-25.0-101-043 | 01-25.0-106-004 |
| 01-24.0-333-019 | 01-25.0-101-044 | 01-25.0-106-019 |
| 01-24.0-333-020 | 01-25.0-101-045 | 01-25.0-106-021 |
| 01-24.0-333-038 | 01-25.0-101-047 | 01-25.0-116-005 |
| 01-24.0-333-039 | 01-25.0-102-011 | |
| 01-24.0-333-040 | 01-25.0-102-016 | |

**<u>List B: PCB Levels on Currently Owned Parcels—100 Parcels</u>**

*Total PCBs ≤ 0.23 ppm: 18 parcels*

01-24.0-312-112
01-24.0-312-117
01-24.0-312-119
01-24.0-317-094
01-24.0-317-102
01-24.0-320-088
01-24.0-433-001
01-24.0-433-002
01-25.0-102-011
01-25.0-102-016
01-25.0-102-017
01-25.0-102-018
01-25.0-102-019
01-25.0-102-031
01-25.0-106-002
01-25.0-106-003
01-25.0-106-004
01-25.0-106-021

*Total PCBs > 0.23 ppm and ≤ 1 ppm: 30 parcels*

01-24.0-312-104
01-24.0-314-016
01-24.0-317-038
01-24.0-317-064
01-24.0-320-087
01-24.0-324-017
01-24.0-325-007
01-24.0-325-008
01-24.0-334-017
01-24.0-334-018
01-24.0-334-019
01-24.0-334-021
01-24.0-334-038
01-24.0-334-040
01-24.0-334-041
01-24.0-334-042
01-24.0-334-043
01-24.0-334-044
01-24.0-334-053
01-24.0-433-023
01-25.0-101-018
01-25.0-101-044
01-25.0-101-047
01-25.0-103-016
01-25.0-103-017
01-25.0-103-018
01-25.0-103-021
01-25.0-106-001
01-25.0-106-019
01-25.0-116-005

A3

*Total PCBs > 1 ppm and ≤ 25 ppm: 52 parcels*

| | |
|---|---|
| 01-24.0-316-027 | 01-25.0-101-020 |
| 01-24.0-320-086 | 01-25.0-101-021 |
| 01-24.0-332-016 | 01-25.0-101-022 |
| 01-24.0-332-017 | 01-25.0-101-039 |
| 01-24.0-332-018 | 01-25.0-101-040 |
| 01-24.0-332-019 | 01-25.0-101-041 |
| 01-24.0-332-035 | 01-25.0-101-042 |
| 01-24.0-332-036 | 01-25.0-101-043 |
| 01-24.0-332-037 | 01-25.0-101-045 |
| 01-24.0-332-038 | 01-25.0-103-019 |
| 01-24.0-332-039 | 01-25.0-103-022 |
| 01-24.0-332-040 | 01-25.0-103-027 |
| 01-24.0-333-016 | 01-25.0-103-028 |
| 01-24.0-333-017 | 01-25.0-103-029 |
| 01-24.0-333-018 | 01-25.0-103-030 |
| 01-24.0-333-019 | 01-25.0-103-031 |
| 01-24.0-333-020 | 01-25.0-103-032 |
| 01-24.0-333-038 | 01-25.0-103-033 |
| 01-24.0-333-039 | 01-25.0-103-034 |
| 01-24.0-333-040 | 01-25.0-103-035 |
| 01-24.0-333-041 | 01-25.0-103-036 |
| 01-24.0-333-042 | 01-25.0-103-037 |
| 01-24.0-334-020 | 01-25.0-103-038 |
| 01-24.0-334-022 | 01-25.0-103-039 |
| 01-24.0-334-039 | 01-25.0-103-040 |
| 01-25.0-101-019 | 01-25.0-103-04 |

*Total PCBs > 25 ppm: 0 parcels*

A4

## List C: Parcels Formerly Owned By The City—47 Parcels

| | |
|---|---|
| 01-24.0-312-045 | 01-24.0-319-116 |
| 01-24.0-312-046 | 01-24.0-319-117 |
| 01-24.0-312-047 | 01-24.0-320-010 |
| 01-24.0-312-048 | 01-24.0-320-074 |
| 01-24.0-312-057 | 01-24.0-332-044 |
| 01-24.0-312-058 | 01-24.0-332-045 |
| 01-24.0-312-096 | 01-24.0-332-046 |
| 01-24.0-312-118 | 01-24.0-332-049 |
| 01-24.0-314-032 | 01-24.0-332-050 |
| 01-24.0-314-034 | 01-24.0-332-051 |
| 01-24.0-314-035 | 01-24.0-333-011 |
| 01-24.0-317-039 | 01-24.0-333-012 |
| 01-24.0-317-044 | 01-24.0-333-015 |
| 01-24.0-317-045 | 01-24.0-333-049 |
| 01-24.0-317-046 | 01-24.0-333-055 |
| 01-24.0-317-065 | 01-24.0-333-056 |
| 01-24.0-317-095 | 01-24.0-334-052 |
| 01-24.0-317-096 | 01-24.0-334-058 |
| 01-24.0-319-103 | 01-24.0-433-047 |
| 01-24.0-319-111 | 01-24.0-433-051 |
| 01-24.0-319-112 | 01-24.0-433-067 |
| 01-24.0-319-113 | 01-25.0-101-048 |
| 01-24.0-319-114 | 01-25.0-101-049 |
| 01-24.0-319-115 | |

**<u>List D: PCB Levels on Formerly Owned Parcels—47 Parcels</u>**

*<u>Total PCBs ≤ 0.23 ppm: 16 parcels</u>*

| | |
|---|---|
| 01-24.0-312-045 | 01-24.0-317-096 |
| 01-24.0-312-046 | 01-24.0-319-103 |
| 01-24.0-312-047 | 01-24.0-319-112 |
| 01-24.0-312-096 | 01-24.0-319-114 |
| 01-24.0-312-118 | 01-24.0-319-115 |
| 01-24.0-314-034 | 01-24.0-319-117 |
| 01-24.0-317-039 | 01-24.0-320-074 |
| 01-24.0-317-095 | 01-24.0-433-047 |

*<u>Total PCBs > 0.23 ppm and ≤ 1 ppm: 18 parcels</u>*

| | |
|---|---|
| 01-24.0-312-048 | 01-24.0-319-113 |
| 01-24.0-312-057 | 01-24.0-319-116 |
| 01-24.0-312-058 | 01-24.0-320-010 |
| 01-24.0-314-032 | 01-24.0-332-044 |
| 01-24.0-314-035 | 01-24.0-333-049 |
| 01-24.0-317-044 | 01-24.0-334-058 |
| 01-24.0-317-045 | 01-24.0-433-051 |
| 01-24.0-317-046 | 01-24.0-433-067 |
| 01-24.0-317-065 | 01-25.0-101-048 |

*<u>Total PCBs > 1 ppm and ≤ 25 ppm: 13 parcels</u>*

01-24.0-319-111
01-24.0-332-045
01-24.0-332-046
01-24.0-332-049
01-24.0-332-050
01-24.0-332-051
01-24.0-333-011
01-24.0-333-012
01-24.0-333-015
01-24.0-333-055
01-24.0-333-056
01-24.0-334-052
01-25.0-101-049

*<u>Total PCBs > 25 ppm: 0 parcels</u>*

A6

**List E: Parcels Ever Owned By City—147 Parcels**

| | | |
|---|---|---|
| 01-24.0-312-045 | 01-24.0-332-036 | 01-25.0-101-018 |
| 01-24.0-312-046 | 01-24.0-332-037 | 01-25.0-101-019 |
| 01-24.0-312-047 | 01-24.0-332-038 | 01-25.0-101-020 |
| 01-24.0-312-048 | 01-24.0-332-039 | 01-25.0-101-021 |
| 01-24.0-312-057 | 01-24.0-332-040 | 01-25.0-101-022 |
| 01-24.0-312-058 | 01-24.0-332-044 | 01-25.0-101-039 |
| 01-24.0-312-096 | 01-24.0-332-045 | 01-25.0-101-040 |
| 01-24.0-312-104 | 01-24.0-332-046 | 01-25.0-101-041 |
| 01-24.0-312-112 | 01-24.0-332-049 | 01-25.0-101-042 |
| 01-24.0-312-117 | 01-24.0-332-050 | 01-25.0-101-043 |
| 01-24.0-312-118 | 01-24.0-332-051 | 01-25.0-101-044 |
| 01-24.0-312-119 | 01-24.0-333-011 | 01-25.0-101-045 |
| 01-24.0-314-016 | 01-24.0-333-012 | 01-25.0-101-047 |
| 01-24.0-314-032 | 01-24.0-333-015 | 01-25.0-101-048 |
| 01-24.0-314-034 | 01-24.0-333-016 | 01-25.0-101-049 |
| 01-24.0-314-035 | 01-24.0-333-017 | 01-25.0-102-011 |
| 01-24.0-316-027 | 01-24.0-333-018 | 01-25.0-102-016 |
| 01-24.0-317-038 | 01-24.0-333-019 | 01-25.0-102-017 |
| 01-24.0-317-039 | 01-24.0-333-020 | 01-25.0-102-018 |
| 01-24.0-317-044 | 01-24.0-333-038 | 01-25.0-102-019 |
| 01-24.0-317-045 | 01-24.0-333-039 | 01-25.0-102-031 |
| 01-24.0-317-046 | 01-24.0-333-040 | 01-25.0-103-016 |
| 01-24.0-317-064 | 01-24.0-333-041 | 01-25.0-103-017 |
| 01-24.0-317-065 | 01-24.0-333-042 | 01-25.0-103-018 |
| 01-24.0-317-094 | 01-24.0-333-049 | 01-25.0-103-019 |
| 01-24.0-317-095 | 01-24.0-333-055 | 01-25.0-103-021 |
| 01-24.0-317-096 | 01-24.0-333-056 | 01-25.0-103-022 |
| 01-24.0-317-102 | 01-24.0-334-017 | 01-25.0-103-027 |
| 01-24.0-319-103 | 01-24.0-334-018 | 01-25.0-103-028 |
| 01-24.0-319-111 | 01-24.0-334-019 | 01-25.0-103-029 |
| 01-24.0-319-112 | 01-24.0-334-020 | 01-25.0-103-030 |
| 01-24.0-319-113 | 01-24.0-334-021 | 01-25.0-103-031 |
| 01-24.0-319-114 | 01-24.0-334-022 | 01-25.0-103-032 |
| 01-24.0-319-115 | 01-24.0-334-038 | 01-25.0-103-033 |
| 01-24.0-319-116 | 01-24.0-334-039 | 01-25.0-103-034 |
| 01-24.0-319-117 | 01-24.0-334-040 | 01-25.0-103-035 |
| 01-24.0-320-010 | 01-24.0-334-041 | 01-25.0-103-036 |
| 01-24.0-320-074 | 01-24.0-334-042 | 01-25.0-103-037 |
| 01-24.0-320-086 | 01-24.0-334-043 | 01-25.0-103-038 |
| 01-24.0-320-087 | 01-24.0-334-044 | 01-25.0-103-039 |
| 01-24.0-320-088 | 01-24.0-334-052 | 01-25.0-103-040 |
| 01-24.0-324-017 | 01-24.0-334-053 | 01-25.0-103-041 |
| 01-24.0-325-007 | 01-24.0-334-058 | 01-25.0-106-001 |
| 01-24.0-325-008 | 01-24.0-433-001 | 01-25.0-106-002 |
| 01-24.0-332-016 | 01-24.0-433-002 | 01-25.0-106-003 |
| 01-24.0-332-017 | 01-24.0-433-023 | 01-25.0-106-004 |
| 01-24.0-332-018 | 01-24.0-433-047 | 01-25.0-106-019 |
| 01-24.0-332-019 | 01-24.0-433-051 | 01-25.0-106-021 |
| 01-24.0-332-035 | 01-24.0-433-067 | 01-25.0-116-005 |

A7

## List F: All Claimed Parcels Identified By City—273 Parcels

| | | |
|---|---|---|
| 01-23.0-205-005 | 01-24.0-136-030 | 01-24.0-317-065 |
| 01-23.0-205-006 | 01-24.0-136-040 | 01-24.0-317-094 |
| 01-23.0-205-012 | 01-24.0-136-043 | 01-24.0-317-095 |
| 01-23.0-205-033 | 01-24.0-137-020 | 01-24.0-317-096 |
| 01-23.0-205-036 | 01-24.0-137-021 | 01-24.0-317-102 |
| 01-23.0-205-037 | 01-24.0-137-022 | 01-24.0-319-103 |
| 01-23.0-205-038 | 01-24.0-139-007 | 01-24.0-319-111 |
| 01-23.0-205-039 | 01-24.0-139-011 | 01-24.0-319-112 |
| 01-23.0-205-040 | 01-24.0-139-012 | 01-24.0-319-113 |
| 01-23.0-205-043 | 01-24.0-142-006 | 01-24.0-319-114 |
| 01-23.0-206-004 | 01-24.0-142-007 | 01-24.0-319-115 |
| 01-23.0-206-006 | 01-24.0-142-008 | 01-24.0-319-116 |
| 01-23.0-206-007 | 01-24.0-142-011 | 01-24.0-319-117 |
| 01-23.0-206-009 | 01-24.0-142-018 | 01-24.0-320-010 |
| 01-23.0-206-011 | 01-24.0-304-003 | 01-24.0-320-011 |
| 01-23.0-206-020 | 01-24.0-312-045 | 01-24.0-320-074 |
| 01-23.0-206-021 | 01-24.0-312-046 | 01-24.0-320-086 |
| 01-23.0-206-022 | 01-24.0-312-047 | 01-24.0-320-087 |
| 01-23.0-206-031 | 01-24.0-312-048 | 01-24.0-320-088 |
| 01-23.0-206-034 | 01-24.0-312-057 | 01-24.0-324-017 |
| 01-23.0-206-036 | 01-24.0-312-058 | 01-24.0-325-007 |
| 01-23.0-206-037 | 01-24.0-312-096 | 01-24.0-325-008 |
| 01-23.0-206-057 | 01-24.0-312-104 | 01-24.0-332-016 |
| 01-23.0-401-008 | 01-24.0-312-112 | 01-24.0-332-017 |
| 01-23.0-401-009 | 01-24.0-312-117 | 01-24.0-332-018 |
| 01-23.0-401-010 | 01-24.0-312-118 | 01-24.0-332-019 |
| 01-23.0-401-013 | 01-24.0-312-119 | 01-24.0-332-035 |
| 01-23.0-401-022 | 01-24.0-314-016 | 01-24.0-332-036 |
| 01-23.0-401-089 | 01-24.0-314-032 | 01-24.0-332-037 |
| 01-23.0-402-005 | 01-24.0-314-034 | 01-24.0-332-038 |
| 01-23.0-402-006 | 01-24.0-314-035 | 01-24.0-332-039 |
| 01-23.0-402-007 | 01-24.0-315-001 | 01-24.0-332-040 |
| 01-23.0-403-031 | 01-24.0-315-002 | 01-24.0-332-044 |
| 01-24.0-121-021 | 01-24.0-315-003 | 01-24.0-332-045 |
| 01-24.0-121-022 | 01-24.0-315-004 | 01-24.0-332-046 |
| 01-24.0-121-023 | 01-24.0-315-005 | 01-24.0-332-049 |
| 01-24.0-121-024 | 01-24.0-315-006 | 01-24.0-332-050 |
| 01-24.0-121-025 | 01-24.0-315-007 | 01-24.0-332-051 |
| 01-24.0-121-026 | 01-24.0-315-008 | 01-24.0-333-011 |
| 01-24.0-121-027 | 01-24.0-315-009 | 01-24.0-333-012 |
| 01-24.0-121-028 | 01-24.0-315-010 | 01-24.0-333-013 |
| 01-24.0-121-031 | 01-24.0-315-012 | 01-24.0-333-014 |
| 01-24.0-121-032 | 01-24.0-315-014 | 01-24.0-333-015 |
| 01-24.0-121-033 | 01-24.0-315-015 | 01-24.0-333-016 |
| 01-24.0-121-035 | 01-24.0-315-016 | 01-24.0-333-017 |
| 01-24.0-130-019 | 01-24.0-315-017 | 01-24.0-333-018 |
| 01-24.0-135-017 | 01-24.0-315-028 | 01-24.0-333-019 |
| 01-24.0-135-025 | 01-24.0-316-027 | 01-24.0-333-020 |
| 01-24.0-136-001 | 01-24.0-317-038 | 01-24.0-333-038 |
| 01-24.0-136-011 | 01-24.0-317-039 | 01-24.0-333-039 |
| 01-24.0-136-018 | 01-24.0-317-044 | 01-24.0-333-040 |
| 01-24.0-136-019 | 01-24.0-317-045 | 01-24.0-333-041 |
| 01-24.0-136-021 | 01-24.0-317-046 | 01-24.0-333-042 |
| 01-24.0-136-022 | 01-24.0-317-064 | 01-24.0-333-049 |

A8

| | | |
|---|---|---|
| 01-24.0-333-055 | 01-25.0-101-018 | 01-25.0-103-037 |
| 01-24.0-333-056 | 01-25.0-101-019 | 01-25.0-103-038 |
| 01-24.0-334-017 | 01-25.0-101-020 | 01-25.0-103-039 |
| 01-24.0-334-018 | 01-25.0-101-021 | 01-25.0-103-040 |
| 01-24.0-334-019 | 01-25.0-101-022 | 01-25.0-103-041 |
| 01-24.0-334-020 | 01-25.0-101-039 | 01-25.0-103-042 |
| 01-24.0-334-021 | 01-25.0-101-040 | 01-25.0-103-043 |
| 01-24.0-334-022 | 01-25.0-101-041 | 01-25.0-106-001 |
| 01-24.0-334-038 | 01-25.0-101-042 | 01-25.0-106-002 |
| 01-24.0-334-039 | 01-25.0-101-043 | 01-25.0-106-003 |
| 01-24.0-334-040 | 01-25.0-101-044 | 01-25.0-106-004 |
| 01-24.0-334-041 | 01-25.0-101-045 | 01-25.0-106-009 |
| 01-24.0-334-042 | 01-25.0-101-047 | 01-25.0-106-010 |
| 01-24.0-334-043 | 01-25.0-101-048 | 01-25.0-106-011 |
| 01-24.0-334-044 | 01-25.0-101-049 | 01-25.0-106-012 |
| 01-24.0-334-052 | 01-25.0-102-011 | 01-25.0-106-019 |
| 01-24.0-334-053 | 01-25.0-102-016 | 01-25.0-106-021 |
| 01-24.0-334-058 | 01-25.0-102-017 | 01-25.0-106-030 |
| 01-24.0-421-010 | 01-25.0-102-018 | 01-25.0-110-001 |
| 01-24.0-421-011 | 01-25.0-102-019 | 01-25.0-110-005 |
| 01-24.0-421-012 | 01-25.0-102-031 | 01-25.0-110-008 |
| 01-24.0-421-013 | 01-25.0-103-016 | 01-25.0-110-029 |
| 01-24.0-421-023 | 01-25.0-103-017 | 01-25.0-110-031 |
| 01-24.0-421-024 | 01-25.0-103-018 | 01-25.0-116-005 |
| 01-24.0-421-057 | 01-25.0-103-019 | 01-25.0-200-005 |
| 01-24.0-433-001 | 01-25.0-103-021 | 01-25.0-200-008 |
| 01-24.0-433-002 | 01-25.0-103-022 | 01-25.0-200-028 |
| 01-24.0-433-023 | 01-25.0-103-027 | 01-25.0-201-059 |
| 01-24.0-433-047 | 01-25.0-103-028 | 01-25.0-201-060 |
| 01-24.0-433-051 | 01-25.0-103-029 | 01-25.0-201-061 |
| 01-24.0-433-067 | 01-25.0-103-030 | 01-25.0-202-001 |
| 01-24.0-434-013 | 01-25.0-103-031 | 01-25.0-202-002 |
| 01-24.0-434-014 | 01-25.0-103-032 | 01-25.0-202-005 |
| 01-24.0-434-015 | 01-25.0-103-033 | 01-25.0-202-009 |
| 01-24.0-434-016 | 01-25.0-103-034 | 01-25.0-202-010 |
| 01-24.0-434-017 | 01-25.0-103-035 | 01-25.0-202-011 |
| 01-24.0-434-074 | 01-25.0-103-036 | 01-25.0-202-030 |

A9