# EXHIBIT 13

| CITY OF EAST ST. LOUIS<br>Risk Effect Summary<br>(Landmark File: 155-1-21) | | | |
|---|---|---|---|
| | Improved | Land | Total |
| Market Rate | $140,000 | $40,000 | |
| Number of Subject Properties | 75 | 25 | |
| Risk Effect | -100% | -100% | |
| "As-is" Unrepaired | -$10,500,000 | -$1,000,000 | -$11,500,000 |
| Market Rate | None noted | $40,000 | |
| Number of Subject Properties | None noted | 100 | |
| Total Offset | $0 | $4,000,000 | $4,000,000 |
| "As-if" Repaired | | | -$7,500,000 |

*As a conservative measure, and while all subject properties were negatively impacted by PCBs, subject properties with a lot size less than 1,000 SqFt were not included in the damage calculations, this is consistent with the low end of the lot sizes observed in the comparable sales data. While this consideration was made, none of the City of East St. Louis parcels owned in 2024 were less than 1,000 SqFt.



EXHIBIT
3