# EXHIBIT 3

Overview
Description
Table of Contents
Author Information
Reviews and Awards





# Doubt is Their Product

How Industry's Assault on Science Threatens Your Health

David Michaels

Buy Ebook

You will be taken to amazon.com for this purchase.

About our e-books

## Description

"Doubt is our product," a cigarette executive once observed, "since it is the best means of competing with the 'body of fact' that exists in the minds of the general public. It is also the means of establishing a controversy."

In this eye-opening expose, David Michaels reveals how the tobacco industry's duplicitous tactics spawned a multimillion dollar industry that is dismantling public health safeguards. Product defense consultants, he argues, have increasingly skewed the scientific literature, manufactured and magnified scientific uncertainty, and influenced policy decisions to the advantage of polluters and the manufacturers of dangerous products. To keep the public confused about the hazards posed by global warming, second-hand smoke, asbestos, lead, plastics, and many other toxic materials, industry executives have hired unscrupulous scientists and lobbyists to dispute scientific evidence about health risks. In doing so, they have not only delayed action on specific hazards, but they have constructed barriers to make it harder for lawmakers, government agencies, and courts to respond to future threats. The Orwellian strategy of dismissing research conducted by the scientific community as "junk science" and elevating science conducted by product defense specialists to "sound science" status also creates confusion about the very nature of scientific inquiry and undermines the public's confidence in science's ability to address public health and environmental concerns Such reckless practices have long existed, but Michaels argues that the Bush administration deepened the dysfunction by virtually handing over regulatory agencies to the very corporate powers whose products and behavior they are charged with overseeing.

In *Doubt Is Their Product* Michaels proves, beyond a doubt, that our regulatory system has been broken. He offers concrete, workable suggestions for how it can be restored by taking the politics out of science and ensuring that concern for public safety, rather than private profits, guides our regulatory policy.

Named one of the best Sci-Tech books of 2008 by *Library Journal*!

Show less

$46.99

Add to Cart


Hardcover

Published: 23 April 2008

384 Pages

6-1/8 x 9-1/4 inches

ISBN: 9780195300673


**Also Available As:**

Paperback

Bookseller Code (01)


Medicine E-book Sale

See new low prices on Kindle

Enter your email address

Sign Up for Email

Connect with OUP


## Also of Interest




The Triumph of Doubt

David Michaels







The Patient as Agent of Health and Health Care

Mark Sullivan, MD, PhD




Raising the Dead

Ronald Munson

## Related Categories

Medicine & Health > Public Health & Epidemiology > Public Health

Arts & Humanities > Philosophy > Practical Ethics > Bioethics & Medical Ethics
Medicine & Health > Medical Ethics



*Oxford University Press is a department of the University of Oxford. It furthers the University's*