**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| CITY OF EAST ST. LOUIS,<br><br>Plaintiff,<br><br>v.<br><br>PHARMACIA LLC, *et al.*,<br><br>Defendants. | ) | Case No. 3:21-cv-232-DWD |

**DEFENDANTS' REQUEST FOR COSTS**

Pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Rule 54.2, Defendants Pharmacia LLC, Solutia Inc., and Monsanto Company (collectively, "Defendants") respectfully request the Court tax the costs and fees identified in Defendants' Bill of Costs, and in support, state as follows:

1. On February 27, 2026, the Court granted summary judgment in Defendants' favor based on the applicable statutes of limitations and repose and the *nullum tempus* doctrine. (Doc. 427). As such, Defendants are the prevailing parties in this case. *Weeks v. Samsung Heavy Indus. Co.*, 126 F.3d 926, 944 (7th Cir. 1997) (noting that the defendant was the "prevailing party" under Rule 54(d) because "the district court granted summary judgment in its favor on all counts").

2. The Court subsequently entered judgment and closed this case. (Doc. 428).

3. Federal Rule of Civil Procedure 54(d)(1) provides that "[u]nless a federal statute, these rules, or a court order provides otherwise, costs—other than attorney's fees—should be allowed to the prevailing party." "There is a strong presumption that a prevailing party may recover these costs." *Harkins v. Riverboat Servs., Inc.*, 286 F.Supp.2d 976, 979 (N.D. Ill. 2003). "The presumption in favor of awarding costs to the prevailing party is difficult to overcome, and the district court's discretion is narrowly confined—the court must award costs unless it states good

reasons for denying them." *Weeks*, 126 F.3d at 945 (7th Cir. 1997) (citing *Congregation of the Passion, Holy Cross Province v. Touche, Ross & Co.*, 854 F.2d 219, 222 (7th Cir. 1988)).

4. Similarly, Local Rule 54.2 allows for the taxation of costs in favor of the prevailing party in a civil action. L.R. 54.2(a)-(c).

5. The costs recoverable under Rule 54(d)(1) are enumerated in 28 U.S.C. § 1920, and include the following:

a. Fees of the clerk and marshal;

b. Fees for printed or electronically recorded transcripts necessarily obtained for use in the case;[1]

c. Fees and disbursements for printing and witnesses;

d. Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case;

e. Docket fees under section 1923 of this title;

f. Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.

28 U.S.C. § 1920; *Harkins*, 286 F.Supp.2d at 979.

6. Along with the costs identified in Paragraph 5, Defendants seek reimbursement for their expert witness fees incurred in preparing for and participating in each expert witness's respective deposition under Federal Rule of Civil Procedure 26(b)(4)(E), to the extent those fees have not already been paid by Plaintiff. Under Rule 26(b)(4)(E), compensating an expert for time spent in responding to discovery is mandatory. *See Se-Kure Controls, Inc. v. Vanguard Products Group, Inc.*, 873 F.Supp.2d 939, 954-55 (N.D. Ill. 2012) (granting, in part, defendants' post-judgment petition for costs, including expert witness fees under Rule 26(b)(4)(E)). Imposing the

[1] A prevailing party can recover costs for both video-recorded and transcribed depositions. *See Trading Technologies Intern., Inc. v. eSpeed, Inc.*, 750 F.Supp.2d 962, 976 (N.D. Ill. 2010).

fees of Defendants' expert witnesses in preparing for and participating in their depositions will not result in manifest injustice, as the fees are reasonable and were only incurred as a result of Plaintiff's requests for discovery depositions of Defendants' expert witnesses. "A finding of 'manifest injustice' is rare and the court will exempt a deposing party from paying an expert's fees only in 'extreme circumstances.'" *Smith v. City of Chicago*, No. 12 CV 4546, 2013 WL 5609332, at *1, 4 (N.D. Ill. Oct. 11, 2013) (citing *Se-Kure Controls*, 873 F.Supp.2d at 957) (setting reasonable expert deposition rate at $900 per hour).

7. Courts determine the reasonableness of expert witness fees by considering factors such as: (1) the expert's area of expertise; (2) the education and training required to provide the expert insight that is sought; (3) the prevailing rates of other comparably respected available experts; (4) the nature, quality, and complexity of the discovery responses provided; (5) the fee actually being charged to the party that retained the expert; (6) fees traditionally charged by the expert on related matters; and (7) any other factor likely to be of assistance to the court in balancing the interests implicated by Rule 26. *Se-Kure Controls*, 873 F.Supp.2d at 955.

8. Defendants seek reimbursement of deposition preparation and attendance fees for the following expert witnesses: Dr. Dominik Alexander, Ph.D., MSPH (only deposition preparation time), Ms. Catherine Boston, MPH, DABT, Mr. Charles Brigden, MAI, CRE, FRICS, Mr. Kurt Herman, M.Eng., P.G., Mr. Brian Hitchens, P.G., CHG, RG, Dr. Harri Kytömaa, Ph.D., P.E., CFEI, FASME, Dr. Nadia Moore, Ph.D., DABT, ATS, ERT, CIH (only deposition preparation time), Dr. Ann Michelle Morrison, Sc.D., Dr. Danny Reible, Ph.D., P.E. (only deposition preparation time), Dr. Maureen Reitman, Sc.D., P.E., NAE, FSPE, and Dr. Andrew Saxon, M.D. Given Plaintiff's sweeping allegations regarding environmental contamination in the City of East St. Louis, each of these experts was necessary to rebut Plaintiff's claims. Each expert's

hourly fee (whether for deposition preparation or testimony) was the same being charged to Defendants, and the same charged in the course of each expert's work in related matters, if any. Moreover, each expert's hourly fee is the same or less than rates found to be reasonable by other courts within the Seventh Circuit. *See, e.g.*, *Kutkiewicz v. Alvan Motor Freight Inc.*, Case No. 3:03-CV-683 RM, 2005 WL 8170559, at *6 (N.D. Ind. March 17, 2005) (analyzing seven reasonableness factors and finding expert witness fee of $1000 an hour is not unreasonable); *Smith v. City of Chicago*, 2013 WL 5609332, at *4. Each expert underwent extensive education and training to provide their respective insights and opinions, explained in detail below, and as evidenced within each expert's CV, *see* **Exhibit A** (combined CVs).

a. Dr. Alexander has extensive experience in health research methodology and disease causation assessments, particularly in the conceptualization, design, analysis, and interpretation of epidemiologic studies. He has over 210 peer-reviewed manuscripts, professional presentations, published abstracts, and book chapters. He obtained his Ph.D. in Epidemiology from the University of Alabama-Birmingham School of Public Health, and an MSPH in Epidemiology and Biostatistics from the University of South Florida College of Public Health. Dr. Alexander's hourly rate for deposition preparation time is $500.00. Dr. Alexander's CV is located at **Exhibit A-0001-0020**.

b. Ms. Boston is the National Director of Human Health Risk Services and a Principal Scientist and Risk Assessor at Roux. She is a board-certified toxicologist with over fourteen years of experience. She obtained her Master of Public Health degree from Boston University and her B.A. in Geology from Colgate University. Ms. Boston's hourly rate for deposition preparation and attendance time is $410.00. Ms. Boston's CV is located at **Exhibit A-0021-0025**.

c. Mr. Brigden is a Managing Director at JLL Value and Risk Advisory. He is a certified general real estate appraiser in several states. He obtained Bachelor of Architecture and Master of Real Estate degrees from the University of Wisconsin. Mr. Brigden's hourly rate for deposition preparation and attendance time is $615.00. Mr. Brigden's CV is located at **Exhibit A-0026-0027**.

d. Mr. Herman is a principal at Gradient with approximately 20 years of academic and professional experience in the environmental field. He obtained his M.Eng. degree from Massachusetts Institute of Technology and his B.A. from Miami University (Ohio). He is a Registered Geologist in Oregon and a Professional

Geologist in Washington. Mr. Herman's hourly rate for deposition preparation and attendance time is $570.00. Mr. Herman's CV is located at **Exhibit A-0028-0037**.

e. Mr. Hitchens is a Senior Principal Hydrogeologist with more than 20 years of experience focused on site assessment and remediation. He received his M.S. degree in Structural Geology from University of Wyoming and his B.A. degree in Geology from The College of Wooster. He is a Professional Geologist and Certified Hydrogeologist in California, and a Registered Geologist in Arizona. Mr. Hitchens's hourly rate for deposition preparation and attendance time is $395.00. Mr. Hitchens's CV is located at **Exhibit A-0038-0050**.

f. Dr. Kytömaa is a Corporate Vice President and Principal Engineer at Exponent. Dr. Kytömaa specializes in mechanical engineering and the analysis of thermal and flow processes. He obtained his Ph.D. in Mechanical Engineering from California Institute of Technology (Caltech), his M.S. degree in Mechanical Engineering from California Institute of Technology (Caltech), and his B.Sc. in Engineering Science from Durham University, England. He holds Professional Engineer licenses in New Jersey, Arkansas, Michigan, Alabama, and New York, and Professional Engineer Mechanical licenses in Oklahoma, Washington, Massachusetts, California, Florida, Maine, Texas, and Louisiana. Dr. Kytömaa's hourly rate for deposition preparation and attendance time is $810.00. Dr. Kytömaa's CV is located at **Exhibit A-0051-0065**.

g. Dr. Moore is a Technical Fellow in Toxicology at J.S. Held, LLC. She has more than 25 years of multidisciplinary experience in toxicology, exposure science, regulatory compliance, molecular biology, and analytical chemistry. She has performed risk-based exposure and toxicology assessments for potential contaminants in workplaces, residential scenarios, and consumer products and has conducted short-term through 2-year carcinogenicity animal studies of inhaled vapors, aerosols, particulates, and complex mixtures. Dr. Moore received her Ph.D. in Toxicology from the University of Washington and her B.S. degree in Chemistry from Pacific Lutheran University. Dr. Moore's hourly rate for deposition preparation time is $400.00. Dr. Moore's CV is located at **Exhibit A-0066-0074**.

h. Dr. Morrison is a Principal Scientist at Exponent. Dr. Morrison has over 29 years of experience evaluating the relationship between anthropogenic activities and health effects to natural resources and humans. Dr. Morrison specializes in natural resource damage assessment, environmental causal analysis, risk evaluations, net environmental benefit analysis, and assessments of water quality conditions. She obtained her Sc.D. degree in Environmental Health from Harvard University, her M.S. degree in Environmental Health from Harvard University, and her B.S. degree in Biology from Rhodes College. Dr. Morrison's hourly rate for deposition preparation and attendance time is $400.00. Dr. Morrison's CV is located at **Exhibit A-0075-0085**.

i. Dr. Reible is the Donovan Maddox Distinguished Engineering Chair, Horn Professor, Professor of Chemical Engineering, Professor of Civil, Environmental, and Construction Engineering at Texas Tech University. He received his Ph.D. in Chemical Engineering from California Institute of Technology, and his B.S. degree in Chemical Engineering from Lamar University. Dr. Reible's hourly rate for deposition preparation time is $350.00. Dr. Reible's CV is located at **Exhibit A-0086-0136**.

j. Dr. Reitman is a Group Vice President and Principal Engineer at Exponent. Dr. Reitman's expertise includes polymer and composite technology, mechanics of materials, adhesion science, fiber mechanics, history and technology of plastics, and material failure analysis. She obtained her Sc.D. degree in Materials Science and Engineering from Massachusetts Institute of Technology (MIT) and her B.S. degree in Materials Science and Engineering from Massachusetts Institute of Technology (MIT). Dr. Reitman's hourly rate for deposition preparation and attendance time is $900.00. Dr. Reitman's CV is located at **Exhibit A-0137-0143**.

k. Dr. Saxon is an Emeritus Professor and Emeritus Chief of Clinical Immunology/Allergy at the UCLA School of Medicine. He obtained his M.D. from Harvard Medical School, a B.M.S. degree from Dartmouth Medical School, and an A.B. degree in Anthropology from Dartmouth College. Dr. Saxon has approximately 190 peer-reviewed research publications. Dr. Saxon's hourly rate for deposition preparation time is $840.00 and his hourly rate for deposition attendance time is $1,000.00. Dr. Saxon's CV is located at **Exhibit A-0144-0163**.

9. Defendants are submitting a Bill of Costs along with this request, which includes a detailed and itemized description of the costs and fees identified above. *See* **Exhibit B**.

WHEREFORE, Defendants respectfully request that the Court grant this request for costs and fees pursuant to Federal Rule of Civil Procedure 54(d)(1), Local Rule 54.2, and Federal Rule of Civil Procedure 26(b)(4)(E).

Dated: March 27, 2026

Respectfully submitted,

**SHOOK, HARDY & BACON LLP**

*/s/Tyler W. Schwettman* ________
Tyler W. Schwettman, #6333327
Abigal L.G. Fears #6347467
The Plaza in Clayton
190 Carondelet Plaza, Suite 1350
St. Louis, MO 63105
(314) 690-0200 (telephone)
tschwettman@shb.com
afears@shb.com

**BRYAN CAVE LEIGHTON PAISNER LLP**

Ann E. Blackwell
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 (telephone)
(314) 259-2020 (fax)
liz.blackwell@bclplaw.com

**KING & SPALDING LLP**

Tracie J. Renfroe
Mitchell B. Bryant
1100 Louisiana Street, Suite 4100
Houston, TX 77002
(713) 751-3200 (telephone)
trenfroe@kslaw.com
mbbryant@kslaw.com

**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**

Emma Ross
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
(312) 681-6000 (telephone)
eross@goldmanismail.com

**MCDERMOTT WILL & SCHULTE LLP**

Anthony Upshaw
Asra A. Chatham
333 SE 2nd Ave., Ste. 4500
Miami, FL 33131
(305) 358-3500 (telephone)
aupshaw@mwe.com
achatham@mwe.com

*Attorneys for Defendants Monsanto Company and Pharmacia LLC*

**LATHROP GPM LLP**

*/s/ Charles R. Hobbs II (by consent)*
Charles R. Hobbs II
The Plaza in Clayton
190 Carondelet Plaza, Suite 1400
St. Louis, MO 63105
(314) 613-2800 (telephone)
Ron.Hobbs@lathropgpm.com

*Attorney for Defendant Solutia Inc*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 27th day of March 2026, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

*/s/ Tyler W. Schwettman*