# EXHIBIT A

MetaMethod

# DOMINIK D. ALEXANDER, PHD, MSPH

## PROFESSIONAL PROFILE

*T: 630-390-8190*
*Email: dalexander@metamethodhealth.com*
*San Diego County, California*

## Principal Epidemiologist

Dr. Alexander, PhD, MSPH, has extensive experience in health research methodology and disease causation assessments, particularly in the conceptualization, design, analysis, and interpretation of epidemiologic studies. He is a leading expert in meta-analysis methodology. He has published on a diverse range of topics and types of studies, including original epidemiologic research, qualitative reviews, systematic weight-of-evidence assessments, and quantitative meta-analyses. Because of his expertise in research methodology, Dr. Alexander has served as principal investigator on numerous projects involving a wide variety of exposures and health outcomes. His research areas include, but are not limited to: occupational and environmental exposures, such as asbestos, benzene, solvents, pesticides, and perfluorinated compounds; community health studies and cluster investigations involving air, water, and soil exposures; clinical, pharmacoepidemiology, and medical device studies including clinical trial data evaluations. In addition, Dr. Alexander has extensive experience in nutritional epidemiology and has conducted systematic reviews and meta-analyses of dietary and nutritional factors and cancer, cardiovascular disease, type 2 diabetes, hypertension, and body composition. His work in this area has involved studies of dietary patterns, intake of whole foods, and dietary supplements, such as meat and fat intake, dairy and egg consumption, breakfast eating, multivitamin and mineral supplements, fish oil, caffeine, coffee, and infant formula.

Dr. Alexander has over 210 peer-reviewed manuscripts, professional presentations, published abstracts, and book chapters. He frequently presents on the understanding and interpretation of epidemiologic evidence in a variety of professional venues, such as national conventions, scientific conferences, and governmental regulatory forums. Dr. Alexander serves on the editorial boards of the American Journal of Clinical Nutrition, PLOS ONE, and Frontiers in Nutrition Methodology. In addition, he has served on scientific committees and scientific advisory groups. Dr. Alexander was awarded a National Cancer Institute Fellowship for Cancer Prevention and Control to complete his doctorate in epidemiology, and was the 2010 recipient of the UAB School of Public Health alumnus award for scientific excellence, based on recognition of his "significant scientific contributions through demonstrated commitment and exemplary leadership in empirical research, research methodology, or theory building or adaptation." Dr. Alexander is a former Visiting Professor of Epidemiology at the University of Copenhagen in Copenhagen, Denmark, and is currently an Affiliate Associate Professor at Colorado State University.

Dominik D. Alexander

July 2022

MetaMethod

# DOMINIK D. ALEXANDER, PHD, MSPH

## CURRICULUM VITAE

*T: 630-390-8190*
*Email: dalexander@metamethodhealth.com*
*San Diego County, California*

## Education

| | |
|---|---|
| 2004 | Ph.D., Epidemiology, University of Alabama-Birmingham School of Public Health |
| | Concentration in cancer epidemiology |
| 2001 | M.S.P.H., Epidemiology and Biostatistics, University of South Florida College of Public Health |
| | Concentration in analytical methodology |
| 1997 | B.A.S., Community Public Health, University of Minnesota |
| | Minors in chemistry, mathematics, and psychology |

## Employment

| | |
|---|---|
| 2019-Present | President and Principal Epidemiologist, MetaMethod, San Diego County, California |
| 2014–2018 | Principal Epidemiologist and Office Director, EpidStat Institute, Ann Arbor, Michigan |
| 2004–2014 | Principal Epidemiologist, Exponent Inc. Health Sciences, Chicago, Illinois and Boulder, Colorado |
| 2001–2004 | Research Assistant, University of Alabama-Birmingham, Department of Epidemiology and Department of Pathology, National Cancer Institute Cancer Prevention and Control Fellowship, Birmingham, Alabama |
| 2000–2001 | Research Assistant, Moffitt Cancer Center, Department of Radiology, Digital Medical Imaging Program, Tampa, Florida |
| 2000–2001 | Teaching Assistant, Advanced Epidemiology Methods, Department of Epidemiology and Biostatistics, University of South Florida |

## Academic Appointments and Responsibilities

| | |
|---|---|
| 2020 | Shiraz University of Medical Sciences, Shiraz, Iran; Internal peer review, Intake of Various Food Groups and Risk of Breast Cancer: A Systematic Review and Dose-Response Meta-Analysis of Prospective Studies |
| 2020 | Internship Preceptor, University of Wisconsin, Criminal Justice/Legal Studies program |

| | |
|---|---|
| 2019-present | Affiliate Associate Professor, Department of Animal Sciences, Colorado State University |
| 2018 | Internship Preceptor, University of Michigan, Department of Epidemiology |
| 2018 | Epidemiology Department Internship Poster Session, Nov. 2, 2018; University of Michigan Department of Public Health |
| 2016–2019 | Visiting Professor, Department of Nutrition, Exercise and Sports, Faculty of Science, University of Copenhagen, Denmark |

## Honors and Awards

| | |
|---|---|
| 2020 | Mayo Clinic Proceedings *Highly Cited Author* award for 2020: *A Meta-Analysis of Randomized Controlled Trials and Prospective Cohort Studies of Eicosapentaenoic and Docosahexaenoic Long-Chain Omega-3 Fatty Acids and Coronary Heart Disease Risk* [Second Award] |
| 2019 | Mayo Clinic Proceedings *Highly Cited Author* award for 2019: *A Meta-Analysis of Randomized Controlled Trials and Prospective Cohort Studies of Eicosapentaenoic and Docosahexaenoic Long-Chain Omega-3 Fatty Acids and Coronary Heart Disease Risk* |
| 2019 | PLOS ONE: Top 10% most cited author 2015 |
| 2018 | Appointed to the editorial board of PLOS ONE |
| 2017 | Most read article 2016: *Meta-analysis of egg consumption and risk of coronary heart disease and stroke*; Journal of the American College of Nutrition |
| 2016 | Most read article 2015: *Red Meat and Colorectal Cancer: A Quantitative Update on the State of the Epidemiologic Science*; Journal of the American College of Nutrition |
| 2015 | Appointed to the editorial board of the American Journal of Clinical Nutrition |
| 2013 | Certificate of Achievement, Decker Communication Training |
| 2010 | UAB School of Public Health Alumnus Award for Scientific Excellence |
| 2010 | MDLinx Featured Article |
| 2001–2004 | National Cancer Institute Cancer Fellowship, Cancer Prevention and Control Training Program, University of Alabama-Birmingham |
| 2003 | William C. Bailey Award for Excellence in Cancer Prevention and Control Research, UAB Comprehensive Cancer Center Annual Research Retreat |
| 2002 | Lifetime Member of MENSA High Intelligence Society |
| 2000–2001 | Academic Fellowship, University of South Florida |

## Professional Organizations

2009–Present American Society of Nutrition (ASN)

2005–Present Society for Epidemiologic Research (SER)

2003–Present American College of Epidemiology (ACE)

2011–2013 International Society of Pharmacoepidemiology (ISPE)

2005–2008 International Society for Environmental Epidemiology (ISEE)

2005–2008 American Public Health Association (APHA)

1999–2001 Infectious Disease Association (IDSA)

## Primary Areas of Expertise

Meta-analysis methodology

Systematic reviews and weight-of-evidence assessments

Disease causation assessments

Occupational and environmental epidemiology

Nutritional epidemiology

Community health studies and alleged cluster evaluations

Clinical trial support

Chronic diseases, including cancer, cardiovascular disease, and type 2 diabetes

Dietary and lifestyle factors, such as food and supplement intake, smoking behaviors, body weight, and physical activity

Public speaking with a focus on interpreting and articulating epidemiologic evidence

## Editorial Boards

2018-Present Editorial Board, *PLOS ONE*

2017 Guest Editor, *Nutrients*

2015-Present Editorial Board, *American Journal of Clinical Nutrition*

2014–Present Associate Editor, *Frontiers in Nutrition Methodology*

## Peer Reviewer (Abridged List)

*American Journal of Clinical Nutrition*

*American Journal of Epidemiology*

*Epidemiology*

*Journal of the National Cancer Institute*

*Annals of Oncology*

*Regulatory Toxicology and Pharmacology*

*Nutrition and Cancer*

*Public Health Nutrition*

*Journal of Food Composition and Analysis*

*Risk Assessment*

*Cancer*

*Cancer Epidemiology Biomarkers and Prevention*

*American Journal of Preventive Medicine*

*European Journal of Cancer Prevention*

*Obesity*

*Southern Medical Journal*

*International Journal of Cancer*

*Journal of Women's Health*

*British Journal of Cancer*

## Peer-Reviewed Publications

1. Alexander DD, Pastula ST, Riordan AS. Epidemiology of lung cancer among acrylonitrile-exposed study populations: A meta-analysis. Regul Toxicol Pharmacology. 2021 Feb 19;122:104896. doi: 10.1016/j.yrtph.2021.104896. Online ahead of print.
2. Levin-Sparenberg E, Bylsma LC, Lowe K, Sangare L, Fryzek JP, Alexander DD. A Systematic Literature Review and Meta-Analysis Describing the Prevalence of KRAS, NRAS, and BRAF Gene Mutations in Metastatic Colorectal Cancer. Gastroenterology Res. 2020 Oct;13(5):184-198. doi: 10.14740/gr1167. Epub 2020 Oct 8.
3. Händel MN, Rohde JF, Jacobsen R, Nielsen SM, Christensen R, Alexander DD, Frederiksen P, Heitmann BL. Processed meat intake and incidence of colorectal cancer: a systematic review and meta-analysis of prospective observational studies. Eur J Clin Nutr. 2020 Aug;74(8):1132-1148. doi: 10.1038/s41430-020-0576-9. Epub 2020 Feb 6.
4. Bylsma LC, Dean R, Lowe K, Sangaré L, Alexander DD, Fryzek JP. The incidence of infusion reactions associated with monoclonal antibody drugs targeting the epidermal growth factor receptor in metastatic colorectal cancer patients: A systematic literature review and meta-analysis of patient and study characteristics. Cancer Med. 2019 Aug 3. doi: 10.1002/cam4.2413.

5. Cohen SS, Alexander DD, Krebs NF, Young BE, Cabana MD, Erdmann P, Hays NP, Bezold C, Levin-Sparenberg E, Turini M, Saavedra J. Factors Associated with breastfeeding initiation and continuation: A Meta-Analysis. J Pediatr. 2018 Dec;203:190-196.e21

6. Fryzek JP, Reichert H, Summers N, Townes L, Deuson R, Alexander DD, Vanderpuye-Orgle J. Indirect treatment comparison of cabazitaxel for patients with metastatic castrate-resistant prostate cancer who have been previously treated with a docetaxel-containing regimen. PLoS One. 2018 Apr 11;13(4):e0195790.

7. Alexander DD. In Reply I - Prescribing More Stringent Design of Randomized Clinical Trials of Omega-3 Polyunsaturated Fatty Acids. Mayo Clinic Proceedings 2017 Jun;92(6):1006-1007.

8. Alexander DD, Miller PE, van Elswyk M, Kuratko C, Bylsma L. A Meta-Analysis of Randomized Controlled Trials and Prospective Cohort Studies of Eicosapentaenoic and Docosahexaenoic Long Chain Omega-3 Fatty Acids and Coronary Heart Disease Risk. Mayo Clinic Proceedings 2017 Jan;92(1):15-29.

9. Alexander DD, Miller PE, Vargas A, Weed DL, Cohen SS. Meta-analysis of egg consumption and risk of coronary heart disease and stroke. J Am Coll Nutr. 2016 Nov-Dec;35(8): 704-716.

10. Alexander DD, Yan J, Bylsma LC, Northington RS, Grathwohl D, Steenhout P, Erdmann P, Spivey-Krobath E, Haschke F. Growth of infants consuming whey-predominant term infant formulas with a protein content of 1.8 g/100 kcal: a multicenter pooled analysis of individual participant data. Am J Clin Nutr. 2016 Oct;104(4):1083-1092.

11. Maki KC, Guyton JR, Orringer CE, Hamilton-Craig I, Alexander DD, Davidson MH. Triglyceride-lowering therapies reduce cardiovascular disease event risk in subjects with hypertriglyceridemia. J Clin Lipidol. 2016 Jul-Aug;10(4):905-14.

12. Garabrant DH, Alexander DD, Miller PE, Fryzek JP, Boffetta P, Teta MJ, Hessel PA, Craven VA, Kelsh MA, Goodman M. Response to Kay Teschke. Re: Mesothelioma among Motor Vehicle Mechanics: An Updated Review and Meta-analysis. Ann Occup Hyg. 2016 Oct;60(8):1036-7.

13. Alexander DD, Bylsma LC, Elkayam L, Nguyen DL. Nutritional and health benefits of semi-elemental diets: A comprehensive summary of the literature. World J Gastrointest Pharmacol Ther. 2016 May 6;7(2):306-19.

14. J Fryzek, D Alexander, N Summers, J Fraysse, H Reichert, L Townes, J Vanderpuye-Orgle. Indirect Treatment Comparison Of Cabazitaxel For Patients With Metastatic Castration-Resistant Prostate Cancer Who Have Been Previously Treated With A Docetaxel-Containing Regimen. Value in Health. 2016 May 19(3): A139-A140.

15. Alexander DD, Weed DL. On the need for improved methodologic quality of published reviews. Am J Clin Nutr. 2016 Mar;103(3):683-4.

16. Alexander DD, Bylsma LC, Vargas AJ, Cohen SS, Doucette A, Mohamed M, Irvin SR, Miller PE, Watson H, Fryzek JP. Dairy Consumption and Cardiovascular Disease: A Systematic Review and Meta-Analysis. Br J Nutr. 2016 Feb;115(4):737-50.

17. Garabrant DH, Alexander DD, Miller PE, Fryzek JP, Boffetta P, Teta MJ, Hessel PA, Craven VA, Kelsh MA, Goodman M. Mesothelioma among Motor Vehicle Mechanics: An Updated Review and Meta-analysis. Ann Occup Hyg. 2016 Jan;60(1):8-26.

18. Weaver CM, Alexander DD, Boushey CJ, Dawson-Hughes B, Lappe JM, LeBoff MS, Liu S, Looker AC, Wallace TC, Wang DD. Calcium plus vitamin D supplementation and risk of fractures: an updated meta-analysis from the National Osteoporosis Foundation. Osteoporos Int. 2016 Jan;27(1):367-76.

19. Bylsma LC, Alexander DD. A review and meta-analysis of prospective studies of red and processed meat, meat cooking methods, heme iron, heterocyclic amines and prostate cancer. Nutr J. 2015 Dec 21;14(1):125.

20. Alexander DD, Weed DL, Miller PE, Mohamed MA. 2015. Red Meat and Colorectal Cancer: A Quantitative Update on the State of the Epidemiologic Science, J Am Coll Nutr. 2015 Nov-Dec;34(6):521-43

21. Alexander DD, Bassett JK, Weed DL, Barrett EC, Watson H, Harris W. Meta-Analysis of Long-Chain Omega-3 Polyunsaturated Fatty Acids (LCω-3PUFA) and prostate cancer, Nutr Cancer. 2015;67(4):543-54

22. Yurko-Mauro K, Alexander DD, Van Elswyk ME. 2015. Docosahexaenoic Acid and Adult Memory: A Systematic Review and Meta-Analysis. PLoS One. 2015 Mar 18;10(3).

23. Alexander DD, Jiang X, Bylsma LC, Garabrant DH, Irvin SR, Fryzek JP**.** Historical cancer incidence and mortality assessment in an Illinois community proximal to a former manufactured gas plant. BMJ Open. 2014 Dec 22;4(12).

24. Veruva SY, Steinbeck MJ, Toth J, Alexander DD, Kurtz SM. 2014. Which Design and Biomaterial Factors Affect Clinical Wear Performance of Total Disc Replacements? A Systematic Review. Clin Orthop Relat Res. 2014 Dec;472(12):3759-69

25. Tsuji JS, Perez V, Garry MR, Alexander DD. 2014. Association of low-level arsenic exposure in drinking water with cardiovascular disease: A systematic review and risk assessment. Toxicology 323:78-94.

26. Tsuji JS, Alexander DD, Perez V, Mink PJ. 2014. Arsenic exposure and bladder cancer: quantitative assessment of studies in human populations to detect risks at low doses. Toxicology 317:17-30.

27. Miller PE, Alexander DD, Perez V. 2014. Effects of whey protein and resistance exercise on body composition: a meta-analysis of randomized controlled trials. J Am Coll Nutr 33:163-175.

28. Schmier JK, Miller PE, Levine JA, Perez V, Maki KC, Rains TM, Devareddy L, Sanders LM, Alexander DD. 2014. Cost savings of reduced constipation rates attributed to increased dietary fiber intakes: a decision-analytic model. BMC Public Health 14:374. doi: 10.1186/1471-2458-14-374.:374-14.

29. Miller PE, Van EM, Alexander DD. 2014. Long-chain omega-3 fatty acids eicosapentaenoic acid and docosahexaenoic acid and blood pressure: a meta-analysis of randomized controlled trials. Am J Hypertens 27:885-896.

30. Miller PE, Alexander DD, Weed DL. 2014. Uncertainty of Results in Nutritional Epidemiology. Nutrition Today 49:147-152.

31. Alexander DD. 2013. No association between meat intake and mortality in Asian countries. Am J Clin Nutr 98:865-866.

32. Huhmann MB, Perez V, Alexander DD, Thomas DR. 2013. A self-completed nutrition screening tool for community-dwelling older adults with high reliability: a comparison study. J Nutr Health Aging 17:339-344.

33. Goswami E, Craven V, Dahlstrom DL, Alexander DD, Mowat F. 2013. Domestic asbestos exposure: a review of epidemiologic and exposure data. Int J Environ Res Public Health 10:5629-5670.

34. Alexander DD, Bailey WH, Perez V, Mitchell ME, Su S. 2013. Air ions and respiratory function outcomes: a comprehensive review. J Negat Results Biomed 12:14. doi: 10.1186/1477-5751-12-14.:14-12.

35. Perez V, Alexander DD, Bailey WH. 2013. Air ions and mood outcomes: a review and meta-analysis. BMC Psychiatry 13:29. doi: 10.1186/1471-244X-13-29.:29-13.

36. Alexander DD, Weed DL, Chang ET, Miller PE, Mohamed MA, Elkayam L. 2013. A systematic review of multivitamin-multimineral use and cardiovascular disease and cancer incidence and total mortality. J Am Coll Nutr 32:339-354.

37. Maki KC, Van Elswyk ME, Alexander DD, Rains TM, Sohn EL, McNeill S. 2012. A meta-analysis of randomized controlled trials that compare the lipid effects of beef versus poultry and/or fish consumption. J Clin Lipidol 6:352-361.

38. Kanas GP, Taylor A, Primrose JN, Langeberg WJ, Kelsh MA, Mowat FS, Alexander DD, Choti MA, Poston G. 2012. Survival after liver resection in metastatic colorectal cancer: review and meta-analysis of prognostic factors. Clin Epidemiol 4:283-301.

39. Holscher HD, Czerkies LA, Cekola P, Litov R, Benbow M, Santema S, Alexander DD, Perez V, Sun S, Saavedra JM, Tappenden KA. 2012. Bifidobacterium lactis Bb12 enhances intestinal antibody response in formula-fed infants: a randomized, double-blind, controlled trial. JPEN J Parenter Enteral Nutr 36:106S-117S.

40. Bryan NS, Alexander DD, Coughlin JR, Milkowski AL, Boffetta P. 2012. Ingested nitrate and nitrite and stomach cancer risk: an updated review. Food Chem Toxicol 50:3646-3665.

41. Alexander DD, Weed DL, Mink PJ, Mitchell ME. 2012. A weight-of-evidence review of colorectal cancer in pesticide applicators: the agricultural health study and other epidemiologic studies. Int Arch Occup Environ Health 85:715-745.

42. Alexander DD, Weed DL, Cushing CA, Lowe KA. 2011. Meta-analysis of prospective studies of red meat consumption and colorectal cancer. Eur J Cancer Prev 20:293-307.

43. Alexander DD, Cushing CA. 2011. Red meat and colorectal cancer: a critical summary of prospective epidemiologic studies. Obes Rev 12:e472-e493.

44. Kelsh MA, Alexander DD, Mink PJ, Mandel JH. 2010. Occupational trichloroethylene exposure and kidney cancer: a meta-analysis. Epidemiology 21:95-102.

45. Moolgavkar SH, Turim J, Alexander DD, Lau EC, Cushing CA. 2010. Potency factors for risk assessment at Libby, Montana. Risk Anal 30:1240-1248.

46. Anderson B, Hardin JM, Alexander DD, Grizzle WE, Meleth S, Manne U. 2010. Comparison of the predictive qualities of three prognostic models of colorectal cancer. Front Biosci (Elite Ed) 2:849-56.:849-856.

47. Alexander DD, Wagner ME. 2010. Benzene exposure and non-Hodgkin lymphoma: a meta-analysis of epidemiologic studies. J Occup Environ Med 52:169-189.

48. Alexander DD, Schmitt DF, Tran NL, Barraj LM, Cushing CA. 2010. Partially hydrolyzed 100% whey protein infant formula and atopic dermatitis risk reduction: a systematic review of the literature. Nutr Rev 68:232-245.

49. Alexander DD, Morimoto LM, Mink PJ, Lowe KA. 2010. Summary and meta-analysis of prospective studies of animal fat intake and breast cancer. Nutr Res Rev 23:169-179.

50. Alexander DD, Miller AJ, Cushing CA, Lowe KA. 2010. Processed meat and colorectal cancer: a quantitative review of prospective epidemiologic studies. Eur J Cancer Prev 19:328-341.

51. Alexander DD, Mink PJ, Cushing CA, Sceurman B. 2010. A review and meta-analysis of prospective studies of red and processed meat intake and prostate cancer. Nutr J 9:50. doi: 10.1186/1475-2891-9-50.:50-59.

52. Alexander DD, Cabana MD. 2010. Partially hydrolyzed 100% whey protein infant formula and reduced risk of atopic dermatitis: a meta-analysis. J Pediatr Gastroenterol Nutr 50:422-430.

53. Erdreich LS, Alexander DD, Wagner ME, Reinemann D. 2009. Meta-analysis of stray voltage on dairy cattle. J Dairy Sci 92:5951-5963.

54. Alexander DD, Cushing CA. 2009. Quantitative assessment of red meat or processed meat consumption and kidney cancer. Cancer Detect Prev 32:340-351.

55. Alexander DD, Cushing CA, Lowe KA, Sceurman B, Roberts MA. 2009. Meta-analysis of animal fat or animal protein intake and colorectal cancer. Am J Clin Nutr 89:1402-1409.

56. Mink PJ, Alexander DD, Barraj LM, Kelsh MA, Tsuji JS. 2008. Low-level arsenic exposure in drinking water and bladder cancer: a review and meta-analysis. Regul Toxicol Pharmacol 52:299-310.

57. Mandel JH, Kelsh M, Mink PJ, Alexander DD. 2008. Trichloroethylene exposure and non-Hodgkin's lymphoma: supportive evidence (letter). Occup Environ Med 65:147-148.

58. Kelsh MA, Alexander DD, Kalmes RM, Buffler PA. 2008. Personal use of hair dyes and risk of bladder cancer: a meta-analysis of epidemiologic data. Cancer Causes Control 19:549-558.

59. Alexander DD. 2007. An environmental cause of orofacial cleft defects or an unexplained cluster? South Med J 100:553-554.

60. Alexander DD, Waterbor J, Hughes T, Funkhouser E, Grizzle W, Manne U. 2007. African-American and Caucasian disparities in colorectal cancer mortality and survival by data source: an epidemiologic review. Cancer Biomark 3:301-313.

61. Alexander DD, Mink PJ, Adami H-O, Cole P, Mandel JS, Oken MM, Trichopoulos D. 2007. Multiple myeloma: A review of the epidemiologic literature. Int J Cancer 120:40-46.

62. Alexander DD, Mink PJ, Adami HO, Chang ET, Cole P, Mandel JS, Trichopoulos D. 2007. The non-Hodgkin lymphomas: a review of the epidemiologic literature. Int J Cancer 120 Suppl 12:1-39.
63. Alexander DD, Kelsh MA, Mink PJ, Mandel JH, Basu R, Weingart M. 2007. A meta-analysis of occupational trichloroethylene exposure and liver cancer. Int Arch Occup Environ Health 81:127-143.
64. Mandel JH, Kelsh MA, Mink PJ, Alexander DD, Kalmes RM, Weingart M, Yost L, Goodman M. 2006. Occupational trichloroethylene exposure and non-Hodgkin's lymphoma: a meta-analysis and review. Occup Environ Med 63:597-607.
65. Alexander DD, Mink PJ, Mandel JH, Kelsh MA. 2006. A meta-analysis of occupational trichloroethylene exposure and multiple myeloma or leukaemia. Occup Med (Lond) 56:485-493.
66. Chatla C, Jhala NC, Katkoori VR, Alexander D, Meleth S, Grizzle WE, Manne U. 2005. Recurrence and survival predictive value of phenotypic expression of Bcl-2 varies with tumor stage of colorectal adenocarcinoma. Cancer Biomark 1:241-250.
67. Saif MW, Alexander D, Wicox CM. 2005. Serum Alkaline Phosphatase Level as a Prognostic Tool in Colorectal Cancer: A Study of 105 patients. J Appl Res 5:88-95.
68. Alexander DD, Jhala N, Chatla C, Steinhauer J, Funkhouser E, Coffey CS, Grizzle WE, Manne U. 2005. High-grade tumor differentiation is an indicator of poor prognosis in African Americans with colonic adenocarcinomas. Cancer 103:2163-2170.
69. Alexander DD, Chatla C, Funkhouser E, Meleth S, Grizzle WE, Manne U. 2004. Postsurgical disparity in survival between African Americans and Caucasians with colonic adenocarcinoma. Cancer 101:66-76.
70. Manne U, Alexander DD, Chatla C. 2004. Author Reply: Postsurgical Disparity in Survival between African Americans and Caucasians with Colonic Adenocarcinoma. Cancer 101:2900.

## Scientific Presentations and Speaking Engagements

1. Alexander DD. Theory: Bias and Confounding. NIH Funded Short-Course: Strengthening Causal Inference in Behavioral Obesity Research. Module 2 Observational Studies: Advantages, Limits, and Best Practices Indiana University. June 8 – 12, 2020 (postponed).
2. Alexander DD. Theory: Bias and Confounding. NIH Funded Short-Course: Strengthening Causal Inference in Behavioral Obesity Research. Indiana University. July 29-August 2, 2019.
3. Alexander DD. The Epidemiology of Talc-Related Disease. DRI, Austin, TX. November 9, 2018.
4. Alexander DD. Eating less red meat: the evidence behind the recommendation. IFT2018: A Matter of Science + Food, Chicago, IL. July 17, 2018.
5. Alexander DD. The diet connection to cancer: understanding how food can cause, prevent or impact cancer risk. FoodFluence, Lisbon, Portugal. January 12-16, 2018.
6. Alexander DD. Epidemiology of red meat and cancer. Health Canada, Ottawa, Canada. December 15, 2017.

7. Alexander DD. Interpreting the epidemiology of red meant and cancer. International Meat Secretariat (IMS) Human Nutrition and Health Committee meeting in Paris, France, October 3, 2017.
8. Alexander DD. Epidemiology of egg consumption and risk of coronary heart disease and stroke. Webinar: What does the science say? Eggs and heart health. Egg Farmers of Canada. June 6, 2017
9. Alexander DD. Consumption: diet and lifestyle perspective. Meat and Livestock Australia Scientific Workshop. Sydney, Australia. April 10, 2017.
10. Alexander DD. Are red meat consumers unhealthy? Nutrition in Action Symposium. Sydney, Australia. April 5, 2017.
11. Alexander DD. Red meat and cancer risk: interpreting the evidence. NCBA Discovery Symposium. Denver, CO. July 27, 2016.
12. Alexander DD. Theory: bias and confounding. Strengthening Causal Inference in Behavioral Obesity Research. NIH Funded Short-Course; University of Alabama-Birmingham, July 25, 2016.
13. Alexander DD. Red meat and cancer risk: interpreting the evidence. Danish Nutrition Society; University of Copenhagen. Copenhagen, Denmark. June 21, 2016.
14. Alexander DD. Meta-analysis: recycling garbage or an important tool for evaluating the evidence? Drug and Medical Device Seminar. Chicago, IL. May 19-20, 2016.
15. Alexander DD. Evaluating the relationship of meat and cancer risk. Canadian Nutrition Society, Ottawa, Canada. May 5-7, 2016.
16. Alexander DD. Becoming a nutrition detective. Washington State Academy of Nutrition and Dietetics, Annual Conference. Vancouver, WA. April 18, 2016.
17. Alexander DD. Red meat and chronic disease: A closer look into the data. Utah Academy of Nutrition and Dietetics, Annual Conference. Ogden, UT. March 24, 2016.
18. Alexander DD. Meat and cancer risk: understanding the science. Protein: Contributions and Controversies. Toronto, Canada. February 29, 2016.
19. Alexander DD. Understanding the role of epidemiology in disease causation. Asbestos Medicine; DRI. Las Vegas, NV, November 5-6, 2015.
20. Alexander DD. Theory: bias and confounding in observational studies. Strengthening Causal Inference in Behavioral Obesity Research. NIH Funded Short-Course; University of Alabama-Birmingham, July 20, 2015.
21. Alexander DD. Red and processed meat consumption and cancer. International Meat Society. Calgary, Canada. July 1-2, 2015.
22. Alexander DD. Red meat consumption and chronic disease. Canadian Nutrition Society. Winnipeg, Canada. May 30, 2015.
23. Alexander DD. Understanding studies of diet and chronic disease. New Mexico Academy of Nutrition and Dietetics. Albuquerque, NM. April 24, 2015.

24. Alexander DD. Overview of FDA Health Claims and the Submission Process. Webinar. January 13, 2015.
25. Alexander DD. Becoming a Nutrition Detective: Critically Reviewing Research and Communicating Science. DBC Communications Camp, Academy of Nutrition and Dietetics. Las Vegas, NV; January 17, 2015.
26. Alexander DD, State of the epidemiologic science on red meat and chronic disease. Health Canada. Ottawa, Canada; October 22, 2014
27. Alexander DD. Observational epidemiologic studies of breakfast intake. Kellogg Scientific Advisory Board Meeting. Battle Creek, MI; October 1, 2014.
28. Alexander DD. Caffeine intake during pregnancy: the pregnancy signal and reproductive outcomes. The Toxicology Forum, 40th Annual Summer Meeting, Aspen, CO, July 7-10, 2014.
29. Alexander DD. Understanding studies of diet and chronic disease. Delaware Dietetic Association, Dover, DE, May 9, 2014.
30. Alexander DD. Red meat and colorectal cancer: a quantitative update on the state of the science. Experimental Biology, San Diego, CA, April 27, 2014.
31. Alexander DD. Nutrition Detective: An Epidemiologist's Investigation into Diet and Chronic Disease. 31st Annual Health & Nutritional Sciences Conference, South Dakota State University, April 10, 2014.
32. Alexander DD. Summarizing, Interpreting, and Communicating Epidemiologic Evidence. GOED Exchange, Salt Lake City, UT, February 6, 2014.
33. Alexander DD. Synthesizing and Summarizing Epidemiology Evidence, Health Economics, and Fiber and Constipation. Food & Fiber Summit: Identifying Practical Solutions to Meet America's Fiber Needs, Washington DC, January 28, 2014.
34. Alexander DD. Interpreting Epidemiologic Evidence, and a Case Study on Red Meat and Colorectal Cancer. Oncology Nutrition Symposium, Hollywood, FL, January 18, 2014.
35. Alexander DD. OMEGA-3 LC-PUFAs: Judging the Epidemiologic Evidence. GOED Fall Member Meeting at the SupplySide West Tradeshow, Las Vegas, NV, November 14, 2013.
36. Alexander DD. Nutritional Epidemiology: Are We Overstating the Evidence? Missouri Academy of Family Physicians, 21stAnnual Fall Conference, Branson, MO, November 9, 2013
37. Alexander DD. Interpreting Epidemiologic Evidence. DRI Asbestos Medicine Seminar, New Orleans, LA, November 8, 2013.
38. Alexander DD. DRI Research Roundtable: Full-Fat Dairy Products in Nutrition and Health (panel discussant). October 10, 2013.
39. Alexander DD. Update on Red Meat and Colorectal Cancer. International Meat Society Annual Meeting. Granada Spain (webinar), September 14, 2013.
40. Alexander DD. Sustainable Nutrition Roundtable (panel discussant). August 2, 2013.
41. Alexander DD. Dairy and body composition: Making sense of meta-analyses. Dairy Research Institute Meeting: Dairy and Weight, Chicago, IL, June 4–5, 2013.

42. Alexander DD. Nitrate and nitrite exposure and stomach cancer: summary of the epidemiologic evidence. Canadian Nutrition Society, Annual Meeting, Quebec City, Canada, May 31, 2013.

43. Alexander DD. Meta-analysis: Judging the evidence, fish oil and cardiovascular disease. AOCS: Omega-3 Fatty Acids and Heart Health, Montreal, Canada, April 28–May 1, 2013.

44. Alexander DD. Epidemiologic evidence: Investigation Into diet and chronic disease. MINK Conference: Nutrition Without Boundaries, Kansas City, KS, April 6, 2013.

45. Alexander DD. A systematic review of multivitamin use and mortality, cardiovascular disease, and cancer. Council for Responsible Nutrition (CRN): Day of Science, Laguna Beach, CA, October 2–3, 2012.

46. Alexander DD. Diet and cancer: Are we asking the right question? Cancer Society of New Zealand, New Zealand Ministry of Health, Network Communications, Wellington, New Zealand, September 11, 2012.

47. Alexander DD. Interpreting meta-analyses for dietetic practice. Professional development session for New Zealand dietitians, University of Otago, Dunedin, New Zealand, September 10, 2012.

48. Huhmann MB, Kaspar KM, Perez V, Alexander DD, Thomas DR. Accuracy of a new self-completed nutrition screening tool for community-dwelling older adults. Oral Presentation at the European Society for Clinical Nutrition and Metabolism, Barcelona, Spain, September 8–11, 2012.

49. Alexander DD. Interpreting meta-analysis for dieticians in practice. International Congress of Dietetics, Dieticians Association of Australia. Sydney, Australia, September 7, 2012.

50. Alexander DD. Red meat and colorectal cancer: Are we asking the right question(s)? Diet and Gut Health Symposium. Nutrition Society of Australia. Sydney, Australia, September 5, 2012.

51. Alexander DD. Diet and gut health round table meeting and presentation. Meat & Livestock Australia, Sydney, Australia, September 4, 2012.

52. Alexander DD. An update on red meat and cancer. Webinar, International Congress of Meat Science and Technology, Montreal, Canada, August 12–17, 2012.

53. Alexander DD. How to improve the research integrity of meta-analyses and systematic reviews. Scientific Approaches to Strengthening Research Integrity in Nutrition and Energetics, Mohonk Mountain House, NY, August 7–8, 2012.

54. Alexander DD. Sustainable agriculture and the integration of plant- and animal-based foods. California Milk Advisory Board, San Francisco, CA, July 25, 2012.

55. Alexander DD. Nitrate and nitrite exposure and stomach cancer: Summary of the epidemiologic evidence. IFT Annual Meeting, Las Vegas, NV, June 25–28, 2012.

56. Perez V, Schmier JK, Alexander DD. Race/ethnic disparities in pediatric discharges from all US community, non-rehabilitation hospitals for respiratory syncytial virus (RSV) among children one year or younger. Oral presentation at the 45th Annual Society for Epidemiologic Research (SER) Meeting, Minneapolis, MN, June 27–30, 2012.

57. Alexander DD. The nutrition detective: An epidemiologist's look at diet and chronic disease conundrums. New York State Dietetic Association 2012 Annual Meeting & Expo, Albany, NY, May 4–5, 2012.
58. Alexander DD. Epidemiology: Methods for weighing the evidence. MDLA Young Lawyers Meeting, Minneapolis, MN, February 9, 2012.
59. Alexander DD. Nutritional epidemiology: Weighing the evidence and a case study on red meat intake and colorectal cancer. MeatEat Nutritional Conference, Oslo, Norway, September 1, 2011.
60. Alexander DD. Prevalence of bone metastasis from breast, lung or prostate cancer: A systematic and quantitative review of the literature. International Conference on Pharmacoepidemiology, Chicago, IL, August 15–17, 2011.
61. Alexander DD. Benzene epidemiology: Weighing the evidence and a case study of non-Hodgkin lymphoma. Benzene Litigation Conference Audiocast, Chicago, IL, July 13, 2011.
62. Alexander DD. Red meat consumption and colorectal cancer: A meta-analysis of prospective epidemiologic studies. Congress of Epidemiology, Montreal, Canada, June 21, 2011.
63. Alexander DD. Translating the science: Red meat & cancer. Ranch Event 2011, Texas Beef Council, San Antonio, TX, June 2, 2011.
64. Alexander DD. Epidemiology consulting and a case study on red meat and cancer. Distinguished Alumni Investigator Lecture, Birmingham, AL, March 23, 2011.
65. Alexander DD. Nutritional epidemiology: Weighing the evidence. International Life Sciences Institute-ILSI North America Annual Meeting, Orlando, FL, January 24–25, 2011.
66. Alexander DD. The nutrition detective: Translating nutrition science into practice. Texas Dietetics Association. December 8, 2010 (webinar).
67. Alexander DD. The epidemiology of red and processed meat consumption and cancer and cardiovascular disease. The role of red meats in a healthy diet: U.S. Meat Export Federation, Mexico City, Mexico, October 20, 2010 (Keynote speaker).
68. Alexander DD. Meat consumption and cancer: An epidemiologic overview. Live Well, Napa Valley, June 10, 2010.
69. Alexander DD. Red meat consumption and colorectal cancer: A meta-analysis of prospective studies. Experimental Biology, Anaheim, CA, April 26, 2010.
70. Alexander DD. A weight-of-evidence review of colorectal cancer in pesticide applicators: The Agricultural Health Study and other Epidemiologic Studies. CropLife America/Rise Spring Conference, Washington DC, April 15, 2010.
71. Alexander DD. Meat and Cancer. American Meat Institute, Spring Meeting, April 14, 2010.
72. Alexander DD, Weed DL. Ongoing assessment of pesticides and colorectal cancer: A weight of evidence evaluation of epidemiologic literature. Environmental Protection Agency SAP draft framework, Washington DC, February 2, 2010.

73. Alexander DD. Benzene exposure and non-Hodgkin lymphoma: a meta-analysis. Society for Epidemiologic Research, Anaheim, CA, June 24, 2009 (Spotlight Session).

74. Alexander DD. The epidemiology of red and processed meat and cancer. IMS Human Nutrition and Health Committee meeting, Chicago, IL, May 20, 2009 (Invited Speaker).

75. Erdreich LS, Wagner M, Van Kerkhove M, Alexander DD. Stray voltage meta-analysis: needs, methods and challenges. 46th Annual Rural Energy Conference, La Crosse, WI, February 28, 2008.

76. Alexander DD. Epidemiologic evaluation of red meat and cancer. Cattle Industry Convention & Trade Show, Nutrition Roundtable, Reno, NV, February 7, 2008.

77. Alexander DD. Red meat scientific assessment. Industry Stakeholder Cancer Forum, Chicago, IL, October 11, 2007.

78. Alexander DD. Meta-analysis of occupational trichloroethylene exposure and lymphohematopoietic malignancies and liver cancer. Epidemiology Seminar Series, University of Illinois, Chicago, IL, November 17, 2006.

79. Kelsh MA, Mandel JH, Mink PJ, Weingart M, Alexander DD, Goodman M. A meta-analysis of kidney cancer, non-Hodgkin's lymphoma and occupational trichloroethylene exposure. Proceedings, 2nd North American Congress of Epidemiology, Seattle, WA, June 2006.

80. Mink PJ, Alexander DD, Barraj L, Kelsh Ma, Tsuji J. A review and meta-analysis of low-level arsenic exposure in drinking water and bladder cancer. Presentation to the Canadian Pest Management Regulatory Agency, Ottawa, Canada, June 2006.

81. Mandel JH, Alexander DD, Kelsh MA. Occupational trichloroethylene exposure: recent insights from epidemiologic and toxicologic perspectives. State of the Art Conference of the American College of Occupational and Environmental Medicine, Chicago, IL, October 2005.

## Book Chapter

1. Kelsh MA, Alexander DD. Occupational and environmental epidemiology. In: Encyclopedia of Epidemiology. Sage Publications, Thousand Oaks, CA, 2007.

## Published Abstracts

1. Lowe K, Bylsma L, Dean R, Gillezeau C, Sangare L, Alexander DD, Fryzek J. The incidence of infusion reactions associated with monoclonal antibody drugs targeting the epidermal growth factor receptor in metastatic colorectal cancer patients: A systematic literature review and meta-analysis. American Society for Clinical Oncology, 2019 Gastrointestinal Cancers Symposium; J Clin Oncol 37, 2019 (suppl 4; abstr 526).

2. Lowe K, Bylsma L, Levin-Sparenberg L, Sangare L, Fryzek J, Alexander DD. Prevalence of *KRAS*, *NRAS*, and *BRAF* gene mutations in metastatic colorectal cancer patients: A systematic literature review and meta-analysis. American Society for Clinical Oncology, 2019 Gastrointestinal Cancers Symposium; J Clin Oncol 37, 2019 (suppl 4; abstr 523).

3. Bylsma L, Alexander DD. A Review and Meta-Analysis of Prospective Studies of Red and Processed Meat, Meat Cooking Methods, Heme Iron, Heterocyclic Amines and Prostate Cancer. Experimental Biology, San Diego, CA, April 2-6, 2016.
4. Miller PE, Alexander DD. A Review and Meta-Analysis of Prospective Studies of Red and Processed Meat and Pancreatic Cancer. Experimental Biology, San Diego, CA, April 2-6, 2016.
5. Althuis M, Alexander DD, Frankenfeld F, Weed DL. Meta-analysis of observational studies in context: sugar-sweetened beverages and type 2 diabetes. Federation of American Societies for Experimental Biology (FASEB). March, 2015
6. Alexander DD, Weed DL. Red meat and colorectal cancer: a quantitative update on the state of the science. Experimental Biology, San Diego, CA, April 26-30, 2014.
7. Pyatt, D and Alexander, D. A meta-analysis of AML subtypes reported in cigarette Smokers. The Bone Marrow Niche, Stem Cells, and Leukemia: Impact of Drugs, Chemicals, and the Environment, May 29-31, New York Academy of Sciences. 2013.
8. Alexander DD, Mitchell M, Taylor A, Lowe K, Langeberg W, et al. Prevalence of bone metastasis in breast cancer patients and subsequent survival: A systematic and quantitative review of the literature. San Antonio Breast Cancer Symposium, San Antonio, TX, December 6–10, 2011.
9. Mitchell M, Taylor A, Lowe K, Langeberg W, Alexander DD, et al. Prevalence of bone metastasis from breast, lung or prostate cancer: A systematic and quantitative review of the literature. International Conference on Pharmacoepidemiology, Chicago, IL, August 15–17, 2011.
10. Taylor A, Kanas G, Primrose J, Langeberg W, Alexander DD, et al. Survival after surgical resection of hepatic metastases from colorectal cancer: An updated review and meta-analysis. World Congress on Gastrointestinal Cancer, Barcelona, Spain, June 22–25, 2011.
11. Alexander DD, Perez V, Cushing C, Weed DL. Red meat consumption and colorectal cancer: A meta-analysis of prospective epidemiologic studies. Congress of Epidemiology, Montreal, Canada, June 21, 2011.
12. Perez V, Alexander DD, Cushing C. Processed meat consumption and stomach cancer: A meta-analysis of prospective epidemiologic studies. Congress of Epidemiology, Montreal, Canada, June 21, 2011.
13. Maki KC, Van Elswyk ME, Alexander DD, Rains TM, Sohn EL, McNeill S. A meta-analysis of randomized controlled trials comparing lipid effects of beef with poultry and/or fish consumption. National Lipid Association Annual Scientific Sessions, May, 2011; Abstract 393.
14. Alexander DD. Meta-analysis of prospective epidemiologic studies of red meat intake and colorectal cancer. American Association for Cancer Research, Orlando, FL, April 2–6, 2011.
15. Alexander DD, Cabana MD. Partially hydrolyzed 100% whey protein infant formula and reduced risk of atopic dermatitis: A meta-analysis. Pediatric Academic Societies, Vancouver, BC, Canada, May 1–4, 2010.
16. Alexander DD, Cushing CA. A meta-analysis of red or processed meat intake and prostate cancer. Society for Epidemiologic Research, Anaheim, CA, 2009.

17. Alexander DD, Wagner ME, Kelsh MA. Benzene exposure and non-Hodgkin lymphoma: A meta-analysis. Society for Epidemiologic Research, Anaheim, CA, June 24, 2009.
18. Alexander DD, Schmitt D, Tran N, Barraj L, Cushing CA. Partially hydrolyzed 100% whey infant formula and atopic dermatitis risk reduction: A systematic review of the literature. Experimental Biology, New Orleans, LA, 2009.
19. Alexander DD, Cushing CA, Lowe KL. Meta-analysis of animal fat intake and colorectal cancer. Experimental Biology, New Orleans, LA, 2009.
20. Alexander DD, Cushing CA, Roberts MA. Quantitative assessment of red and processed meat intake and kidney cancer. Experimental Biology, New Orleans, LA, 2009.
21. Lowe KL, Alexander DD, Morimoto LM. Meta-analysis of animal fat intake and breast cancer. Experimental Biology, New Orleans, LA, 2009.
22. Morimoto LM, Alexander DD, Cushing CA. Meta-analysis of red and processed meat consumption and breast cancer. Experimental Biology, New Orleans, LA, 2009.
23. Manne U, Grizzle WE, Alexander DD, Katkoori V. Racial differences in colorectal cancer: the need to educate clinicians and researchers for improved patient care. American Association for Cancer Education, 41st Annual Meeting, Birmingham, AL, October 2007.
24. Gatto NM, Alexander DD, Kelsh MA. A meta-analysis of occupational exposure to hexavalent chromium and stomach cancer. Epidemiology, Sept 2007; Vol 18, issue 5, pS33.
25. Alexander DD, Mink PJ, Mandel JH, Kelsh MA. A meta-analysis of occupational trichloroethylene exposure and multiple myeloma or leukemia. Proceedings 2nd North American Congress of Epidemiology, Seattle, WA, June 2006.
26. Kelsh MA, Mandel JH, Mink PJ, Weingart M, Alexander DD, Goodman M. A meta-analysis of kidney cancer, non-Hodgkin's lymphoma and occupational trichloroethylene exposure. Proceedings, 2nd North American Congress of Epidemiology, Seattle, WA, June 2006.
27. Mink PJ, Alexander DD, Barraj L, Kelsh MA, Tsuji J. Meta-analysis of low level arsenic exposure and bladder cancer. Proceedings, 2nd North American Congress of Epidemiology, Seattle, WA, June 2006.
28. Alexander DD, Mink PJ, Butchko H. How "fast food" is used and interpreted in scientific research: methodological considerations. Proceedings, Experimental Biology 2006, San Francisco, CA, April 2006.
29. Kapica CM, Alexander DD, Mink PJ, Butchko H. The definition of fast food in published studies. Proceedings, Experimental Biology 2006, San Francisco, CA, April 2006.
30. Alexander D, Chatla C, Funkhouser E, Jhala N, Grizzle WE, Manne U. Racial differences in survival based on tumor differentiation and stage in patients who have undergone surgery for colon cancer. J Clin Oncol 2004; 22:14S (July Supplement).
31. Alexander D, Funkhouser E, Saif M. Alkaline phosphatase (AP) as a prognostic tool in colorectal cancer (CRC). Proceedings, American Society of Clinical Oncology 2003; 22:354.

32. Malhotra P, Kallergi M, Alexander D, et al. Discrepancies between film and digital mammography interpretations. Medical Imaging 2002, Proceedings of SPIE (The International Society for Optical Engineering), February 2002.
33. Alexander D, Malhotra P, Kallergi M, et al. Digital vs. film mammography: calcification interpretation. American Association of Physicists in Medicine 2001, (July Supplement).

## Poster Presentations at Scientific Conferences

1. Bylsma L, Levin-Sparenberg L, Lowe K, Sangare L, Fryzek J, Alexander DD. Prevalence of *KRAS*, *NRAS*, and *BRAF* gene mutations in metastatic colorectal cancer patients: A systematic literature review and meta-analysis. International Society for Pharmacoepidemiology; Spotlight Molecular Epidemiology, Biomarkers, and Pharmacogenetics; Philadelphia, PA, August 28, 2019.
2. Bylsma L, Dean R, Lowe K, Gillezeau C, Sangare L, Alexander DD, Fryzek J. The incidence of infusion reactions associated with monoclonal antibody drugs targeting the epidermal growth factor receptor in metastatic colorectal cancer patients: A systematic literature review and meta-analysis. International Society for Pharmacoepidemiology; Biologics/Biosimilars; Philadelphia, PA, August 28, 2019.
3. Lowe K, Bylsma L, Dean R, Gillezeau C, Sangare L, Alexander DD, Fryzek J. The incidence of infusion reactions associated with monoclonal antibody drugs targeting the epidermal growth factor receptor in metastatic colorectal cancer patients: A systematic literature review and meta-analysis. American Society for Clinical Oncology, 2019 Gastrointestinal Cancers Symposium; San Francisco, CA, January 19, 2019.
4. Lowe K, Bylsma L, Levin-Sparenberg L, Sangare L, Fryzek J, Alexander DD. Prevalence of *KRAS*, *NRAS*, and *BRAF* gene mutations in metastatic colorectal cancer patients: A systematic literature review and meta-analysis. American Society for Clinical Oncology, 2019 Gastrointestinal Cancers Symposium; San Francisco, CA, January 19, 2019.
5. Yaser J, Alexander DD. Processed meat consumption and risk of colorectal cancer: a systematic review and meta-analysis. Epidemiology Department Internship Poster Session, University of Michigan Department of Public Health; Ann Arbor, MI, Nov. 2, 2018.
6. Weed DL, Alexander DD. A systematic review of Hill's criteria. Society of Toxicology. San Antonio, TX, March 11-15, 2018.
7. Fryzek J, Alexander DD, Summers N, Fraysse J, Reichert H, Townes L, Vanderpuye-Orgle J. Indirect treatment comparison of cabazitaxel for patients with metastatic castration-resistant prostate cancer who have been previously treated with a docetaxel-containing regimen. International Society for Pharmacoeconomics and Outcomes Research (ISPOR). Washington DC. May 21-25, 2016
8. Miller PE, Alexander DD. A Review and Meta-analysis of Prospective Studies of Red and Processed Meat and Pancreatic Cancer. Experimental Biology. San Diego, CA. April 4, 2016.
9. Maki KC, Guyton JR, Orringer CE, Hamilton-Craig I, Alexander DD, Davidson MH: Triglyceride-lowering therapies reduce cardiovascular disease event risk in subjects with

hypertriglyceridemia. National Lipid Association Scientific Sessions, Chicago, IL, USA, June 11–14, 2015

10. Bylsma L, Miller P, Alexander DD. Meta-analysis of red meat intake and type 2 diabetes. Experimental Biology. Boston, MA, March 31, 2015.
11. Tsuji JS, Alexander DD, Perez V. Low-level arsenic in drinking water and bladder cancer risk: Meta-analysis update and risk assessment implications. Annual Meeting of the Society of Toxicology, San Antonio, TX, March 10–14, 2013.
12. Perez V, Alexander DD, Bailey WH. Air ions and mood outcomes: A review and meta-analysis. Poster presentation at the American College of Epidemiology, Chicago, IL, September 8–11, 2012.
13. Huhmann MB, Kaspar KM, Perez V, Alexander DD, Thomas DR. Accuracy of a self-completed nutrition screening tool for community-dwelling older adults when completed by the patient or caregivers. Poster presentation at the International Academy on Nutrition and Aging Meeting, Albuquerque, NM, July 12–13, 2012.
14. Perez V, Schmier JK, Alexander DD. Race/ethnic disparities in pediatric discharges from all US community, non-rehabilitation hospitals for respiratory syncytial virus (RSV) among children one year or younger. Oral presentation at the 45th Annual Society for Epidemiologic Research (SER) Meeting, Minneapolis, MN, June 27–30, 2012.
15. Alexander DD, Mitchell M, Taylor A, Lowe K, Langeberg W, et al. Prevalence of bone metastasis in breast cancer patients and subsequent survival: A systematic and quantitative review of the literature. San Antonio Breast Cancer Symposium, San Antonio, TX, December 6–10, 2011.
16. Alexander DD, Perez V, Cushing C, Weed DL. Red meat consumption and colorectal cancer: A meta-analysis of prospective epidemiologic studies. Congress of Epidemiology, Montreal, Canada, June 21, 2011.
17. Perez V, Alexander DD, Cushing C. Processed meat consumption and stomach cancer: A meta-analysis of prospective epidemiologic studies. Congress of Epidemiology, Montreal, Canada, June 21, 2011.
18. Gatto NM, Alexander DD, Kelsh MA. A meta-analysis of occupational exposure to hexavalent chromium and stomach cancer. 19th Annual International Society of Environmental Epidemiology Conference, Mexico City, Mexico, September 5–9, 2007.
19. Alexander DD, Mink PJ, Mandel JH, Kelsh MA. A meta-analysis of occupational trichloroethylene exposure and multiple myeloma or leukemia. Proceedings, 2nd North American Congress of Epidemiology, Seattle, WA, June 2006.
20. Mink PJ, Alexander DD, Barraj L, Kelsh MA, Tsuji J. Meta-analysis of low level arsenic exposure and bladder cancer. Proceedings, 2nd North American Congress of Epidemiology, Seattle, WA, June 2006.
21. Alexander DD, Mink PJ, Butchko H. How “fast food” is used and interpreted in scientific research: methodological considerations. Experimental Biology 2006, San Francisco, CA, April 2006.

22. Kapica CM, Alexander DD, Mink PJ, Butchko H. The definition of fast food in published studies. Experimental Biology 2006, San Francisco, CA, April 2006.
23. Mink PJ, Alexander DD, Barraj LM, Kelsh MA, Tsuji JS. Meta-analysis of low level arsenic exposure and bladder cancer: implications for risk assessment in the United States. 45th Annual Meeting of the Society of Toxicology, San Diego, CA, March, 2006.
24. Alexander D, Jhala N, Chatla C, Steinhauer J, Funkhouser E, Coffey C, Grizzle WE, Manne U. Racial differences in survival based on tumor differentiation and stage in patients who have undergone surgery for colon cancer. The 2004 American Society of Clinical Oncology Annual Meeting, New Orleans, LA, June 2004.
25. Chatla C, Alexander D, Manne U. Prognostic significance of Bcl-2 expression and p53 nuclear accumulation based on nodal status in patients with colorectal adenocarcinoma. The 95th Annual meeting of the American Association for Cancer Research, Orlando, Florida, March 2004.
26. Alexander D. Post-surgical disparity in survival between African-Americans and Caucasians with colonic adenocarcinomas. The UAB Comprehensive Cancer Center Annual Research Retreat, Birmingham, Alabama, October 2003.
27. Malhotra P, Kallergi M, Alexander D, et al. Discrepancies between film and digital mammography interpretations. The annual meeting for Medical Imaging: Observer Performance Studies, San Diego, CA, February 26–28, 2002. (Poster Presentation, Presenter: P. Malhotra).
28. Alexander D, Malhotra P, Kallergi M, et al. Digital vs. film mammography. The American Association of Physicists in Medicine Conference, Salt Lake City, UT, July 22–26, 2001.

ROUX

PROFESSIONAL PROFILE



**CONTACT INFORMATION**
Main: (781) 569-4000
Direct: (781) 569-4028
Email: cboston@rouxinc.com
Website: www.rouxinc.com

200 Summit Drive, Suite 500
Burlington, MA 01803

**EDUCATION**

Master of Public Health, Environmental Hazard Assessment and Toxicology, Boston University, School of Public Health, 2019

BA, Geology, Colgate University, 2009

Diplomate of the American Board of Toxicology, 2021

# Catherine Boston, MPH, DABT

## National Director of Human Health Risk Services
## Principal Scientist | Risk Assessor

**EXPERIENCE SUMMARY**

Ms. Boston is a board-certified toxicologist with over fourteen years of experience: Roux (2009-Present); Island Creek Oysters (2005-2009).

**TECHNICAL SPECIALTIES**

Ms. Boston's career has focused on the assessment of human health and environmental hazards. Her multidisciplinary training in geology, human health risk assessment and toxicology provides full-spectrum support for remedial investigations, environmental litigation, and risk communication. Ms. Boston's areas of expertise include:

- Human health risk assessment
- Exposure assessment
- Toxicological evaluations
- Toxic tort evaluations
- California's Proposition 65 evaluations
- Site investigation and remediation
- Allocation of environmental hazard contribution
- Statistical data analysis, including ProUCL, SAS, Geographic Information Systems (GIS) and R.

Ms. Boston's work in toxicology and human health risk includes emerging contaminants, quantitative risk assessment, exposure assessments, and interpretation, critique, and analysis of epidemiological and toxicological evaluations. Ms. Boston has experience weaving together multiple lines of evidence to help fully understand general causation issues in toxic tort matters. She is involved in expanding the base of toxicological knowledge through research that seeks to improve understanding of exposures to a variety of per- and polyfluoroalkyl substances (PFAS).

Ms. Boston has leveraged her expertise in a variety of contexts: she has worked closely with industry groups to proactively assess potential human health risks of emerging chemicals, has served as liaison between technical and non-technical audiences, and has provided technical support to local health agencies and municipalities.

**RISK ASSESSMENTS AND TOXICOLOGY RESEARCH**

- **PFAS Regulatory Evaluation.** Continued evaluation of differing regulatory, guidance, and health advisory levels by state for various PFAS; compared the toxicological basis for values including basis for the reference dose, relative source contribution, critical effects, use of surrogate toxicological values and application of uncertainty factors.

- **PFAS Toxicokinetics and Lipid Homeostasis Review.** Compiled and evaluated epidemiological data on occupational, adult and child studies examining PFAS exposure and metabolic disruption. Critical review of toxicokinetic data regarding perfluorooctanoic acid (PFOA) and perfluorooctane sulfonate (PFOS) and short chain replacements, including perfluorobutanoic acid (PFBA) and perfluorobutane sulfonate (PFBS).

- **PFAS Laboratory Toxicity Research.** Hands-on experience conducting laboratory dose-response analysis of various PFAS in cultured human adipocytes and hepatocytes, examining the activation of the peroxisome proliferator-activated receptor alpha (PPARα) and PPARɣ receptors. In vivo experiments in progress utilizing a PPARα humanized mouse model to examine changes in liver and adipose gene expression.

**REPRESENTATIVE PROJECTS**

**Risk Assessment, Toxicology, Toxic Tort**

Ms. Boston has assessed the potential for increased risk of carcinogenic and non-carcinogenic health outcomes following alleged exposure to a wide variety of chemicals (including but not limited to asbestos, talc, heavy metals, chlorinated solvents, PFAS, microplastics, polychlorinated biphenyls, pesticides/herbicides, and various volatile organic compounds) both under regulatory protocols and in the context of litigation.

- **Municipality, Massachusetts**. Advised municipality regarding their potential acquisition of a Superfund site (impacted with 1,4-dioxane, Uranium, heavy metals, and other contaminants). Scope includes risk communication with Town officials, residents, and regulators along with a quantitative RAGS style human health risk assessment outlining potential reuse options for the Site.
- **Industry Group Risk Analysis, Nationally**. Performed assessment of potential health risk implications of product formulation shift related to tire-wear and road emissions on behalf of client. Analysis focused on ecological and human health risk of emerging and traditional contaminants (including microplastics, 6PPD-Q), complex fate and transport dynamics, and relative source apportionment issues.
- **Los Angeles County, California.** Provided technical assistance to the County related to health risk from landfill operations following community concerns.
- **Los Angeles County, California.** Conducted odor evaluation, health screening evaluation, and complex data analytics assessing temporal and spatial trends to evaluate community concerns regarding landfill emissions related to an elevated temperature event.
- **Birth Defects Analysis, Hawaii:** Expert witness assessing birth defects allegedly stemming from in utero maternal exposures to various chemicals associated with sugarcane burning operations (including PAHs, PM2.5, dioxins and others).
- **Roundup and PCB Litigation, Nationally.** Expert witness for general causation assessing exposure to Roundup and PCBs and the potential to develop Non-Hodgkin's lymphoma. The opinion is based on integration of multiple lines of scientific evidence including mechanistic data, animal carcinogenicity assays, and human epidemiological data.
- **PFAS in Papermaking Sludge, Maine.** Retained to provide expert witness services for a class action and personal injury suit alleging exposure to PFAS in drinking water related to application of biosolids containing papermaking sludge (both direct application by paper-making industry, and municipal wastewater treatment biosolids containing papermaking sludge). In the process of assessing the client's relative contribution to observed PFAS impacts and the scientific basis for the health effects alleged by the Plaintiffs.
- **Alleged Asbestos Exposure, Canada.** Prepared expert report quantifying alleged worker exposure to a gasket at a large industrial facility.
- **Large Industrial Client, Nationally.** Assist in PFAS MDL cases providing underlying support related to toxicology, epidemiology and derivation of regulatory standards.
- **Industrial Lagoons, New Jersey.** Performed sophisticated statistical analysis using multiple lines of evidence to demonstrate that elevated arsenic levels in upland soil of an industrial facility were attributable to background/fill conditions, not site operations.
- **City of Napa, Lead Impacts.** Evaluated past, current, and future exposure to City personnel training at the Napa Police Department Firing Range (impacts include lead, metals, and petroleum compounds). Developed best management practices for the City to ensure safe practices moving forward, and advised client regarding potential health risk associated with redevelopment work.
- **Air Modeling, Toxic Tort Case, Louisiana.** Assessed potential exposure to Plaintiffs using surface water to air partitioning model and a Gaussian Plume model. Demonstrated that Plaintiff exposure to a volatile compound present in surface water was not occurring.
- **Multiple PCB Sites, South Boston, Massachusetts.** Performed multiple complex Massachusetts Contingency Plan Method 3 Risk Characterizations for high profile redevelopment Sites in the Seaport of Boston. Demonstrated usability of historical data via spatial and statistical analysis. Statistical support helped to guide and streamline redevelopment and remediation efforts.
- **Prop 65. Litigation, Confidential Client, Japan.** Prepared memorandum for a large electronics manufacturer in response to a Notice of Violation of California EPA's Proposition 65.
- **Assessment for Compliance with Prop65, Multiple Clients.** Advised clients regarding 2018 labeling changes, product sampling and analysis, and evaluation of levels of exposure against Safe Harbor Levels for various consumer and food products.
- **Tank Car Facility, Ohio.** Performed a modified Risk Assessment Guidance for Superfund (RAGs) human health risk assessment for 160-acre tank car maintenance facility impacted with petroleum hydrocarbons, solvents, and metals. Exposure media of concern included soil, soil gas, indoor air, and groundwater. Evaluated current and future scenarios at various exposure units in accordance with Ohio EPA guidance. Prepared weight of evidence evaluation assessing the potential

presence of Chromium VI at the Site in the absence of speciated Chromium data. Identified Remedial Action Objectives (RAOs) and calculated Preliminary Remediation Goals (PRGs).

- **Fish Ingestion, West Virginia.** Evaluated surface water and sediment contaminated with heavy metals and polycyclic aromatic hydrocarbons (PAHs) to estimate fish tissue concentrations in two rivers impacted by a former zinc smelting facility. Estimated risk for ingestion of contaminated fish to demonstrate that the exposure pathway not of concern at the Site.
- **Relative Dioxin Toxicity, New Jersey.** Performed toxicity equivalency evaluation of products allegedly containing dioxin congeners discharged to river. Determined congener weighted toxic equivalency factors (TEFs) of products were orders of magnitude less toxic than 2,3,7,8-Tetrachlorodibenzo-p-dioxin.
- **Synthetic Turf Exposure, California.** Performed data evaluation, and exposure assessment, a toxicity assessment, and risk characterization to evaluate potential child, adult and staff exposures to PAHs and metals detected in synthetic turf via incidental ingestion, dermal contact, and outdoor inhalation for a local municipality. Determined that the cumulative cancer risk and non-cancer hazard estimates for the most sensitive populations did not exceed Cal-EPA target health goals.
- **Risk Evaluations, California.** Performed numerous human health screening evaluations (HHSEs) and human health risk assessments (HHRAs) consistent with Department of Toxic Substances Control (DTSC) Health and Ecological Risk Office (HERO) methodology. Prepared statistical evaluations attributing elevated levels of metals to background conditions and evaluated lead contamination using DTSC's LeadSpread model. Familiarity with derivation of DTSC Screening Levels, and San Francisco Bay Regional Water Quality Control Board Environmental Screening Levels (ESLs).
- **Former Petroleum Bulk Storage Facility, Vermont.** Performed a modified RAGs Human Health Risk Assessment consistent with VTDOH methodology at a former bulk storage facility impacted with PAHs, metals, solvents and petroleum compounds. Evaluated five solvents, exposure units from a future land use perspective; coordinated deed restrictions limiting future use of the property to position site for regulatory closure.
- **Surface Water Exposure, New Jersey.** Conducted quantitative human health risk assessment for a pond at a Site for which New Jersey's Surface Water Quality Standards were not applicable (N.J.A.C 7:9b). Risk characterization for VOC impacts determined that the cumulative cancer risk and non-cancer hazard estimates did not exceed target health goals.
- **Surface Water Exposure, Philadelphia, Pennsylvania.** Completed quantitative human health risk assessment to evaluate potential child and adult residential and recreational exposures to surface water along a stream. Determined that the cumulative cancer risk and non- cancer hazard estimates, using the most conservative assumptions, did not exceed target health goals.
- **Multiple Sites, Massachusetts.** Prepared Massachusetts Contingency Plan Method 1 and Method 3 risk characterizations at Sites with petroleum, chlorinated solvents, metals, PAHs, PCBs and other environmental impacts. These sites have included dry-cleaning facilities, petroleum terminals and refineries, and redevelopment projects.
- **Abandoned Uranium Mines, Navajo Nation.** Evaluated environmental hazards and human health risks posed by seventy abandoned uranium mines in Arizona. Compiled a GIS database to assess complete exposure routes, and determine appropriate remediation measures.

### Other Litigation Support

- **Former Dry Cleaning Facility, Oklahoma.** Provided expert opinions regarding the nature and extent of contamination, and causation of a release of tetrachloroethylene (PCE) at a former dry-cleaning facility in Oklahoma. Expert opinions supported an allocation indicating a de minimus contribution from client.
- **Former Iron Smelter, California.** Performed fingerprinting statistical analysis using trace metals signatures of electric arc furnace fugitive emissions (via principal component analysis). Determined arsenic and lead contamination associated with operation of former steel smelter migrated to neighboring school property.
- **NCP Compliance.** Reviewed technical reports and other documentation for a national electronics manufacturing facility, a wood-treating facility, a mining and chemical processing facility, a cast-plate facility and at two nuclear processing facilities to determine their compliance with USEPA and State requirements. Technical evaluation performed regarding a variety of response actions including remedial actions, non-time critical removal actions, and time-critical removal actions under the National Contingency Plan. Evaluated compliance related to documentation of costs, appropriateness of response, public information, and community relations.
- **National Industrial Client.** Involved in expert opinion related to multi- billion-dollar trial in Federal Bankruptcy Court. Scope involved estimating costs of legacy environmental liabilities that contributed to a historic $5.15B environmental settlement. Legacy sites included wood-treating, agricultural and chemical manufacturing, mining, waste disposal and petroleum sites.

Evaluated sensitive receptors, contamination pathways and magnitude of environmental impact to develop metric cost estimating methodology for wood-treating, agricultural and chemical manufacturing, and petroleum sites. Prepared sensitivity analyses on estimated costs.

- **Evaluation of Twelve Historical Paper Mills, Michigan.** Performed an in-depth evaluation of the wastewater treatment systems of twelve paper mills over the span of 50-years in support of a total suspended solids (TSS) loading analysis. Compiled flow diagrams for twelve facilities illustrating operational changes and upgrades to each of the wastewater treatment systems, and evaluated against the historical standard of care and state of knowledge. Provided defensible estimates of TSS effluent from each of the twelve paper Mills, which another expert used to determine polychlorinated biphenyl (PCB) loadings to the river for allocation purposes. Project manager and client liaison.
- **Chemical Manufacturing Facility, New Jersey.** Evaluated the transport pathways from a large chemical manufacturing plant to the Lower Passaic River, and how contributions from the plant varied between owners/operators. Assessed the historical chemical manufacturing process, and evaluated the effectiveness, implementability and costs of historical large-scale sediment dredging sites. Prepared deposition questions for two opposing Experts, and provided technical support to council during deposition of two opposing Expert witnesses.
- **Former Naval Facility, Various Contaminants, California.** Evaluated metals, PCB, total petroleum hydrocarbon (TPH), volatile organic compound (VOC), semi-volatile organic compounds (SVOC), and chlorinated solvent contamination in soil and groundwater to determine when contamination was known or reasonably knowable, necessity and reasonableness of remediation costs/insurance claims, and nature of the interaction with regulators.
- **Chemical Manufacturing Facility, Chlorinated Solvents, New Jersey.** Evaluated the historical standard of care and state of knowledge of trichloroethylene (TCE) handling and toxicity at a chemical manufacturing facility. TCE disposal allegedly contaminated groundwater and impacted residential neighborhood.
- **Industrial Complex, New Jersey.** Evaluated nexus to the Lower Passaic River, including evaluation of transport pathways, evaluation of historical sewer configuration, and quantification of possible contribution via mass loading calculations. Prepared correspondence to the United States Environmental Protection Agency (USEPA) illustrating de minimus contributions from the Site to the Lower Passaic River.
- **Industrial Complex, New Jersey.** Complied historical data regarding tenancy, historical operations, chemical usage and standard of care to determine the nature and timing of a release at an industrial complex devastated by a fire. Completed a forensic evaluation to determine the nature and timing of release of petroleum distillates via fingerprinting analysis. Evaluated the necessity and reasonableness of past response costs, and apportioned past and future costs between multiple parties using GIS software Completed an evaluation of NRD claims and settlements for analogous sites in support of settlement negotiations.
- **Former Pesticide Manufacturing Facility, India.** Conducted a literature of background contamination of Indian soils, nallas, and groundwater. Demonstrated that elevated metal and pesticide concentrations surrounding the site were consistent with background concentrations, and not attributable to site conditions.
- **International Oil and Gas Exploration Client.** Analyzed data pertaining to major oil spill and impacts to shoreline, natural resources, and local industries. Evaluated fate and transport, weathering and fingerprinting of oil using chemical data analysis of product, sediment, water, and shoreline samples.
- **National Electronic Manufacturing Client.** Evaluated the appropriateness of an analytical method of Ozone Depleting Compound detection via data compilation and analysis.

**EXPERT RETENTIONS/APPEARANCES**

Jeanne Brazell et al. v. Monsanto Company. In the Circuit Court of St. Louis City State of Missouri. NO. 1922-CC11327. Expert Report. Deposition August 5, 2024.

Tyco Fire Product LP v. AIU Insurance Company, et al. District Court of South Carolina. NO. 2:23-CV-02384-RMG. Expert Report. Deposition July 16, 2024.

City of East St. Louis vs. Monsanto Company et al. In the District Court for the Southern District of Illinois. NO. 3:21-cv-00232-DWD. Expert Report.

Mitchell Hargreaves et al. vs. Alexander & Baldwin, LLC. In the Circuit Court of the First Circuit State of Hawaii. NO. 1CCV-21-0001330. Expert Report. Deposition May 30, 2024.

Jeanne Brazell et al. vs. Monsanto Company. In the Circuit Court of St. Louis City State of Missouri. NO. 1922-CC11327. Expert Report. Deposition February 16, 2024.

Kelly J. Martel vs. Monsanto Company, et al. In the Court of Common Pleas of Philadelphia County. NO. 210900084. Motion to Exclude testimony of Plaintiff Expert Witness. Testimony October 26, 2023.

Leonard A. Peters and Aileen H. N. Peters. vs. Monsanto Company. In the Circuit Court of the First Circuit State of Hawai'i. C.A. No. 1CCV-20-0001630. Expert Report. Deposition August 31, 2023.

Melford Berns, et al. vs. Monsanto Company. In the Circuit Court of the City of St. Louis State of Missouri. Case No. 1922-CC11326. Expert Report. Deposition February 3, 2023.

Michael Evard et al. vs. Monsanto Company. In the Circuit Court of Cook County, Illinois. Case No. 2019-L-011574 (Consolidated with 2019 L 010612). Expert Report. Deposition July 28, 2022.

In the matter of Raymond Desrosiers v. Potters Industries Canada. Commission des normes, de l'équité, de la santé et de la sécurité du travail. Expert Report. April 1, 2022. Testimony before Tribunal Administratif Du Travail. PROVINCE DE QUÉBEC RÉGION DE LA MONTÉRÉGIE. February 2, 2024.

Stratford Holding, LLC. vs. Foot Locker Retail, Inc., et al. In the United States District Court for the Western District of Oklahoma. Case No. CIV-12-722-HE. Expert Report.

**PROFESSIONAL TRAININGS**

OSHA 29 CFR 1910.120 40-Hour Safety Training

OSHA 29 CFR 1910.120(e) (8) 8-Hour Refresher Training

DOT 49 CFR Hazardous Materials Awareness, Modal and Function-Specific Training

MSHA Part 48 Surface Metal/Non-Metal Mine Safety Training Loss Prevention System (LPS) Trained

**PUBLICATIONS**

Boston, C., Love, A.H., Keck, S. 2022. How the Scientific Community Studies Causation in Toxic Exposure and Disease: Perspectives from the Scientific, Regulatory and Legal Communities on Causation. The Journal of Science and Law. 10(1), 1-17.

Schlezinger J., Hyötyläinen, T., Sinioja, T., Boston, C., Puckett, H., Oliver, J., Heiger-Bernays, W., and Webster, T.F., 2021. Perfluorooctanoic acid induces liver and serum dyslipidemia in humanized PPARα mice fed an American diet. Toxicol Appl Pharmacol. 2021.

Boston, C., Banacos, N. and Heiger-Bernays, W. "Per- and Polyfluoroalkyl Substances: A National Priority for Safe Drinking Water," SAGE journals: Public Health Reports. 2019. Volume 134, Issue 2.

Boston, C. and Love, A. "Understanding the Uncertainty with Unregulated Contaminants," American Bar Association Environmental & Energy Litigation. June 13, 2018.

Ram, N. Moore, C. and McTiernan, L. "Cleanup Options for Navajo Abandoned Uranium Mines," Journal of Remediation. Spring, 2016.

Sullivan, D.G., Kwan, W., Gerbig, C., and Moore, C. "Proactive Evaluation of PRP Status at Hazardous Waste Disposal Sites," Environmental Claims Journal, June 18, 2015.

Ram, N., Kwan, W., Gerbig, C. and Moore, C. "Extricating Membership as a PRP at Hazardous Waste Disposal Sites," Journal of Remediation, Spring 2014, Volume 24, Number 2.

**SPEAKING ENGAGEMENTS**

Boston, C. and Coffin, S. Environmental Law Explored. A Podcast SEERies. ABA Section of Environment, Energy and Resources. Microplastics Human Health and Human Toxicology. 2023.

Boston, C., Goswami, E., and Cunninghman, A.B. "Forever Young, Forever Chemicals? PFAS in Cosmetics: Health and Litigation Risks." Roux Webinar. December 8, 2022.

Baroni, M., Boston, C. "Microplastics Regulations on the Horizon – How Might They Impact the Plumbing Manufacturing Industry?" Plumbing Manufacturers International. October 25, 2022.

Baroni, M., Boston, C. "Microplastics: Liability and Scientific Uncertainty." American Bar Association. September 15, 2022.

Baroni, M., Boston, C., Dunn, A., Fleming, G. Plain, C. "Emerging Chemicals: From Microplastics to 'Forever Chemicals.'" American Bar Association. Environmental & Energy, Mass Torts, and Products Liability Litigation Committees' Joint Virtual Regional CLE Program. January 2022.

Boston C., Buermann, G.H., Scholz, A.A., Olear, K. Scian, P. "Microplastics: An Overview of Emerging Risks." Perrin Conferences Environmental Risk & Litigation. October 2021.

Boston, C., Baroni, M., Henke, R. "Microplastics: Small Particles: Big Consequences?" Roux webinar. September 2021.

Boston, C., DeWitt, J. and Welter, J. "Scientific Analysis, Regulatory Perspective and Court Gatekeeping." FETTI Chicago. September 2021.

Boston, C., Arvola, M., Stack, D. "The Gatekeeper: The Court's Rile in Allowing Scientific Evidence" Perrin Conferences MassTort Litigation Conference. June 2021.

Boston, C., Buermann, G., Alvina, G., Deluderroy, N., Green, S. "PFAS 3.0: Staying Ahead of the Wave" Emerging Environmental Claims Management Association. April 2021.

Boston C., Englot, S., Cunningham, A., Alviggi, C. "Under the Radar: PFAS in Products." Perrin Conferences Environmental Risk & Litigation. October 2020.

Boston, C., Miller, M., Valdez, S., Anderson, O., Denton, C. Environmental & Energy Committee Breakout: "PFAS: Forever Chemicals That Are Everywhere, Even Courthouses." American Bar Association 2020 Environmental & Energy, Mass Torts, and Products Liability Litigation Committees' Joint Regional CLE, January 2020.

## 15.4 General Qualifications and Competency of Charles T. Brigden, MAI, CRE, FRICS

JLL Biography

# Charles T. Brigden, MAI, CRE, FRICS



**Managing Director**

**Overview**

Charles T. Brigden, MAI, CRE, FRICS is Managing Director of JLL Valuation & Advisory Services, LLC (VAS), which is part of Jones Lang LaSalle, one of the largest full service real estate firms in the world with offices in more than 80 countries. Between 2002 and 2017, Mr. Brigden was Vice President of Clarion Associates, Inc., one of the most experienced firms in the United States in the valuation of complex real estate assets with a focus on litigation-related assignments. Mr. Brigden has more than 20 years of experience in complex valuation assignments including historic and special purpose properties and the evaluation of the impact of environmental contamination situations on real estate prices, markets and values.

*Directs JLL Valuation Advisory's complex valuation and litigation assignments across the United States.*

*Certified General Real Estate Appriaser with more than 20 years of experience.*

**Experience**

Mr. Brigden works nationally out of the Chicago office of JLL VAS and directs all large valuation and litigation assignments. He is currently a certified general real estate appraiser in Wisconsin and many other states. Mr. Brigden specializes in complex real estate assignments typically involving litigation or the threat of litigation. The valuation of special purpose and historic properties and the analysis of properties potentially affected by environmental contamination make up the majority of his practice.

Among the notable assignments performed by Mr. Brigden include:

- expert witness testimony and litigation support for lawsuits involving the major environmental disasters following Hurricane Katrina, the Enbridge pipeline rupture in Michigan and the Gulf Oil spill;
- the valuation of more than 27,000 homebuilder assets as part of the TOUSA, Inc. bankruptcy proceeding;
- the valuation of more than 4,000 timeshare assets in more than 25 states and at least 10 foreign countries, and
- the valuation of the only private landholding located within the secret military facility known as Area 51.

Additionally, Mr. Brigden has extensive experience appraising conservation and historic preservation easements.

COPYRIGHT © JONES LANG LASALLE IP, INC. 2022. All Rights Reserved

Education and Affiliations

- Designated Member (MAI), Appraisal Institute
- Designated Member (CRE), Counselors of Real Estate
- Midwest Chapter of the Counselors of Real Estate, Chairman, 2016 to Present
- Counselors of Real Estate, Board of Directors, 2019 to 2021
- Designated Member (FRICS), Royal Institute of Chartered Surveyors
- Current Certified General Real Estate Appraiser in more than 25 states
- Master of Real Estate – University of Wisconsin-Madison
- Bachelor of Architecture – University of Wisconsin-Milwaukee
- Board of Trustees – Hinsdale, Illinois Historical Society, 2016 to 2022

Prior Experience
Vice President – Clarion Associates, Inc., 2002 to 2017, Chicago, Illinois

Senior Financial Analyst – MarketPlace Development, 1998 to 2002, Boston, Massachusetts

Development Associate – The Fiore Companies, 1996 to 1998, Madison, Wisconsin

Project Assistant – The Johnson Controls Institute for Environmental Quality in Architecture, 1995 to 1996, Milwaukee, Wisconsin

Publications and Articles
The Appraisal of Real Estate, (15th Edition) Chicago: Appraisal Institute, 2020, (contributor)

"Measuring Post-Remediation Stigma in Construction-Defect and Environmental Contamination Class Actions." With Richard J. Roddewig, DRI For the Defense, June 2020.

Appraising Conservation and Historic Preservation Easements, (2nd Edition) Chicago: Appraisal Institute, April 2020, (co-author).

Corridor Valuation: An Overview and New Alternatives, (Chicago: Appraisal Institute, the International Right of Way Association, and the Appraisal Institute of Canada, 2019) (co-author).

"Timeshare, Market Value, and the Real Estate Appraisal Process," with Richard J. Roddewig, in *The Appraisal Journal*, Spring 2019, Volume LXXXVII, Number 2 (Chicago: Appraisal Institute, 2019, p. 95).

"A Pipeline Spill Revisited: How Long Do Impacts on Home Prices Last?," with Richard J. Roddewig and Anne S. Baxendale, in *The Appraisal Journal*, Winter 2018, Volume LXXXVI, Number 1 (Chicago: Appraisal Institute, 2018, p. 23).

"Determining Real Estate Damages from Natural Disasters: Real Estate Counseling in Class Action Litigation – Lessons from Hurricane Katrina," with Richard J. Roddewig and Gary R. Papke, in *Real Estate Issues*, Volume 37, Issues 2 and 3 (Chicago: The Counselors of Real Estate, December 2012, p. 77).

"Power Lines and Property Prices," with Richard J. Roddewig, in *Real Estate Issues*, Volume 39, Number 2 (Chicago: The Counselors of Real Estate, 2014, p. 15).

Awards and Honors
Recipient (2016) of James Schroeder Award given by the Appraisal Institute (Chicago Chapter).

Recipient (2015) of the Roland J. Rives Award given by the Appraisal Institute (Chicago Chapter).

Co-recipient (2013) of the William S. Ballard Award as the "author whose work best exemplifies the high standards of content maintained by *Real Estate Issues*, the professional journal published by The Counselors of Real Estate."

Contact
T: +1 312 228 3331
M: +1 773 655 9584
E: charles.brigden@am.jll.com

COPYRIGHT © JONES LANG LASALLE IP, INC. 2022. All Rights Reserved

# Appendix A

***Curriculum Vitae* and Prior Testimony History of Kurt Herman, M.Eng., P.G.**

GRADIENT

**Kurt Herman, M.Eng., P.G.**
**Principal**
kherman@gradientcorp.com

## Areas of Expertise

Contaminant fate and transport, environmental cost analysis, hydrogeology, site characterization and remediation strategy, historical waste practices, non-aqueous phase liquids (NAPLs), polycyclic aromatic hydrocarbons (PAHs), manufactured gas plants (MGPs).

## Education

M.Eng., Civil and Environmental Engineering, Massachusetts Institute of Technology, 2002

Graduate Coursework in Subsurface Hydrology, University of Arizona's Department of Hydrology and Water Resources, 2000-2001

B.A., Double Major in Economics and Geology, Miami University (Ohio), 1997

Professional Geologist No. 3288, Washington State

Registered Professional Geologist No. G2184, Oregon

OSHA 40-Hour Hazardous Waste Operations and Emergency Response (HAZWOPER) Certification; 8-Hour Refresher Certification

## Professional Experience

2002 – Present GRADIENT, Boston, MA
Principal, Environmental Sciences.

2000 – 2001 UNIVERSITY OF ARIZONA, Tucson, AZ
Research Assistant for National Institute for Environmental Health Sciences (NIEHS) Superfund Colloquium. Surface water modeling (stream-groundwater interaction) of an acid mine drainage-impacted Arizona creek.

1997 – 2000 SADAT ASSOCIATES, INC., Princeton, NJ
Environmental Scientist. Responsible for the investigation and remediation of a wide range of hazardous waste sites (*e.g.*, MGP, petroleum, chlorinated solvents, inorganics).

## Professional Activities and Affiliations

- Sigma Xi – Scientific and Engineering Honorary, MIT Chapter.
- American Society for Civil Engineers.
- Society for Environmental Toxicology and Chemistry (SETAC).
- Society for Environmental Toxicology and Chemistry (SETAC) Sediment Advisory Group (SEDAG)
- Editorial Board of *Remediation* Journal

10/27/2023

- Peer Reviewer:
  - *Soil and Sediment Contamination: An International Journal*
  - *Environmental Forensics*
  - *International Journal of Environmental Analytical Chemistry*
  - *Remediation*
- Session Chair:
  - "NAPLs – Plume Characterization and Remediation Strategies," Battelle Seventh Annual Conference, Remediation of Chlorinated and Recalcitrant Compounds. 2010.
  - "Performance Based Environmental Management," Battelle Tenth Annual Conference, Remediation of Chlorinated and Recalcitrant Compounds. 2016.
- Guest Lecturer:
  - "NAPL Delineation and Mobility – Practical Considerations." MIT Course 1.34 (Waste Containment and Remediation Technology). 2013, 2014, 2015.
  - "Overview of PAH Forensics at a Superfund Site." MIT Civil and Environmental Engineering (Course 1) Master of Engineering Program. 2014.

## Projects – *Site Characterization/Remediation; Contaminant Fate & Transport*

Landfill, OR: Performed remedy alternative analysis for addressing TENORM waste in a hazardous waste landfill.

PFAS Testing Program: Designed and implemented a testing program for potential PFAS emissions.

MGP Task Force: Developed a site prioritization program for a portfolio of former MGP sites.

Program-Level Soil Gas Work Plan: Developed a program-level soil gas investigation work plan to ensure consistency across a wide range of sites and environmental settings.

PCB Emissions Analysis: Evaluated potential PCB emissions resulting from flourescent light ballast failure.

Site Vapor Intrusion Assessment, MN: Developed a strategy to characterize soil gas quality for a site in a residential area. Performed forensic analysis of potential sources.

Site Vapor Intrusion Assessment, Midwestern State: Developed a strategy to characterize soil gas quality for a site in a residential area.

Site Vapor Intrusion Assessment, CO: Developed a strategy to characterize soil gas quality for several sites in a commercial use area.

State-Level PCB Fate and Transport: Evaluated PCB sources, fate, and transport for a Pacific Northwest state as part of a product liability lawsuit.

State-Level PCB Fate and Transport: Evaluated PCB sources, fate, and transport for a Midwestern state as part of a product liability lawsuit.

Site Closure Framework: Developed a framework for utilities to evaluate closure alternatives for coal ash surface impoundments.

Watershed PCB Fate and Transport: Evaluated PCB sources, fate, and transport for a watershed. Litigation context.

NAPL Fate and Transport: Evaluated NAPL (tar, creosote, petroleum) fate and transport from potential sources (railyard, MGP, roofing plants, petroleum, tar refineries) in a previously industrialized area of Denver, Colorado.

Landfill, KY: Performed remedy alternative analysis for addressing TENORM waste in a landfill.

Watershed PCB Fate and Transport: Evaluated PCB sources, fate, and transport for a watershed. Litigation context.

Commercial Facility, ND: Developed and implemented indoor air sampling protocol to evaluate PCE/TCE source and develop mitigation strategy.

Former Manufactured Gas Plant, ND: Developed risk-based site characterization and remediation strategy for an MGP site in an urban residential/commercial area.

Former Manufactured Gas Plants, CA: Performed technical peer review of site characterization program.

Trade Association: Evaluated the feasibility of remediating MGP tar in fractured bedrock.

Industrial Client, Portland, OR: Registered Geologist for RI/FS at an industrial site in Oregon. Petroleum hydrocarbon (LNAPL).

Superfund Site, Dover, DE: Extensive multi-media (DNAPL, soil, groundwater, soil gas) investigation of PCE released in a downtown residential/commercial area.

Pharmaceutical Manufacturer, Argentina: Developed risk-based remediation strategy and conceptual design (dual-phase extraction) for soil and groundwater contamination (VOCs included acetone, toluene, and chlorinated solvents).

Superfund Site, Clifton, NJ: Multi-media chlorinated solvent (DNAPL) investigation. Seepage pit closure.

Box Maker, Clifton, NJ: Fuel oil UST closure. Site investigation (soil, groundwater) of gasoline UST release. Remediation of gasoline impacts by chemical oxidation/bioremediation.

Former Manufactured Gas Plant, Hoboken, NJ: Expedited remedial investigation (soil, groundwater) of MGP site in urban area.

Auto Body Shop, Central NJ: Planned and directed remediation (excavation and disposal) of chlorinated solvent-impacted soils. Implemented sampling protocol to confirm appropriateness of monitored natural attenuation as post-excavation groundwater remedy.

Alloy Metal Distributor, Secaucus, NJ: Site investigation of fuel oil impacts (soil, groundwater).

Industrial Client, NJ: Planned and directed multimedia (soil, groundwater, surface water, sediments, wetlands) investigation of an ammonia plume impacting a potable aquifer and discharging to surface water (lake and wetlands).

Sediment Study, NY/NJ: Planned and directed sediment core study to assess chemical and physical feasibility of reusing sediments dredged from the Arthur Kill as stabilized soil cap at a Brownfields site.

Brownfields Site, Woodbridge, NJ: Site investigation (soil, sediments, wetlands) for Brownfields redevelopment suitability determination at 290-acre historic fill and active rail facility site. Metals, pesticides, and herbicides.

Prosthetic Limb Manufacturer, Meadowlands, NJ: Site investigation (overburden and bedrock soil and groundwater) of VOCs.

Bulk Oil Storage Terminal, Staten Island, NY: Site investigation (soil, groundwater, LNAPL) of bulk oil storage terminal with extensive LNAPL (diesel, fuel oil, gasoline) contamination.

Warehousing and Distribution Facility, Jersey City, NJ: Site investigation (soil, groundwater, LNAPL) of No. 6 fuel oil release.

Rail Spur, Jersey City, NJ: Site investigation (soil, sediment, wetland) of rail spur/historical fill area. Herbicides, pesticides, and metals.

Fragrance Manufacturer, Edison, NJ: Remedial investigation (soil, sediment, groundwater) of historical waste disposal operable units, including buried drums, seepage pits, and solid waste disposal areas.

Landfill Investigation, Secaucus, NJ: Site characterization of former municipal landfill for potential Brownfields reuse.

Large Chemical Plant, Elizabeth, NJ: Reviewed potential environmental liabilities for prospective purchaser redeveloping 100+ year chemical plant into a cogeneration facility. Evaluated pile design considerations to avoid contamination drag-down.

Beneficial Reuse Determination, Brooklyn, NY: Beneficial reuse determination (regulatory, physical, and chemical evaluation) of soils from various Newtown Creek industries as stabilized soil cap.

Multiple Municipal, Commercial, and Industrial Facilities: Assessed potential environmental liabilities and evaluated baseline conditions at multiple properties pursuant to commercial real estate transactions (*e.g.*, ASTM Phase I).

## Projects – *Environmental Response and Response Cost Analysis*

NRD Estimation Approach: Developed a methodology to estimate potential natural resource damage (NRD) costs at a portfolio of sites.

Response Action Analysis: Evaluated the environmental response actions at several federal and state superfund sites.

NCP Consistency Evaluation: Evaluated the NCP consistency of a wellhead treatment system for VOCs.

NCP Consistency Evaluation: Evaluated the NCP consistency of a wellhead treatment system for 1,4-dioxane.

Environmental Cost Analysis: Evaluated whether environmental response actions and response costs for a site in New Jersey were reasonable and necessary.

Remedial Action Cost Analysis: Evaluated a sediment remedial action cost estimate pursuant to settlement negotiations.

Environmental Cost Analysis: Evaluated past environmental costs for a site in New Jersey.

Remedial Design Cost Allocation: Sediment PAH forensics and remedial design cost allocation for an east coast water body.

Landfill NCP Consistency Evaluation: Rebuttal expert on the NCP consistency of work performed at a municipal solid waste landfill in Illinois.

Landfill Cost Allocation: Rebuttal expert on cost allocation for a PCB-impacted landfill site in Massachusetts.

Probabilistic Cost Analysis: Prepared environmental liability cost estimates for a portfolio of sites using probabilistic cost modeling tools, including stochastic (Monte Carlo) methods. Incorporated cash flow modeling. Estimates prepared for regulatory disclosure.

Brazilian Mine Acquisition: Developed cost estimates for contingent environmental liabilities associated with a clay mine in Brazil.

Sediment PAH Allocation: Sediment PAH forensics and allocation for an east coast water body.

NCP Consistency and Cost Allocation: Rebuttal expert on NCP consistency and cost allocation for a tar-impacted site in New York City.

Confidential Client: Testifying expert to evaluate the appropriateness of response costs allegedly incurred at a waste oil recycling site in Indiana.

Confidential Client: Served on an independent review panel to evaluate environmental reserve estimation procedures.

Utility Company: Evaluated the need for and environmental liability costs associated with a US EPA-led time critical removal action for a former MGP site. Used probabilistic cost modeling techniques to develop a range of cost estimates for the proposed remedial actions in support of settlement negotiations.

NCP Consistency Evaluation: Evaluated the NCP consistency of response actions performed at a groundwater NPL site.

Confidential Client: Evaluated technical aspects of a cost allocation proposal and applied financial modeling incorporating uncertainty in support of settlement negotiations.

Utility Company: Performed third-party review/critique of remediation cost estimates developed for a sediment Superfund site. Used in support of settlement negotiations.

Superfund Site Cost Allocation: Developed multiple PRP cost allocation involving former MGP and wood treating operations. Performed forensic evaluation of PAH/NAPL contaminant releases to sediment, including a source mixing model used for source apportionment.

NCP Consistency Evaluation and Remedy Negotiation Support: Prepared comments on US EPA's proposed Superfund site remedy. Evaluated the basis for each major remedy element in the context of consistency with the NCP. Demonstrated that the proposed remedy did not comply with the NCP, whereas several remedial alternatives considered, but not selected, met the NCP requirements.

NRD Settlement Analysis: Evaluated the basis for a proposed NRD settlement offer at a Great Lakes Superfund site. Used benchmarking analysis techniques to quantitatively compare the proposed offer to NRD settlements at other sediment sites.

Superfund Site Cost Allocation: Provided technical support in evaluating cost allocation issues at an industrial site in Oregon. Analyzed information regarding the nature and extent of contamination within the site and assessed factors that could be evaluated to apportion costs among potentially responsible parties.

## Projects – *Historical Operations and Waste Practices*

PFAS State of Knowledge: Evaluated the historical state of knowledge of contaminant fate and transport in natural waters and the pollution of natural waters, including with regard to perfluoroalkyl and polyfluoroalkyl substances (PFAS) and Aqueous Film-Forming Foam (AFFF).

Chlorinated Solvent State of Knowledge: Evaluated chlorinated solvent and benzene historical use and waste disposal practices. Evaluated the scientific knowledge of PCE, TCE, and benzene fate and transport over time.

Fate and Transport State of Knowledge: Evaluated the scientific knowledge of PCB fate and transport over time.

PRP Search (Chlorinated Solvent Sources): Multi-faceted research effort to identify potential sources of chlorinated solvents in New York.

PRP Search (Hydrocarbon Sources): Multi-faceted research effort to identify potential hydrocarbon sources, including tar and petroleum, in a previously industrialized area of Denver, Colorado.

PRP Search (PAH Sources): Multi-faceted research effort to identify potential PAH sources in a commercial/industrial area of Fargo, North Dakota.

Northeast Utility Company: Testified as a 30(b)(6) witness regarding historical (c. 1900-1975) MGP and power plant operations, including waste handling, byproduct disposition, and decommissioning.

> 30 MGPs, Multiple Projects, Nationwide: Researched and reconstructed historical operations and release history (1850-1960) at multiple MGPs for insurance cost recovery claims. Evaluated the scientific state of knowledge regarding pollution and waste disposal practices during this time period.

Flare Maker: Evaluated the standard of care for perchlorate handling from c. 1956-1985 in the context of regulations, waste handling practices, and analytical capabilities during that time frame.

Glassmaking Plant: Evaluated potential releases of arsenic during historic glassmaking operations *via* a mass balance approach.

Insurance Recovery for 260-acre Industrial Complex, MA: Researched historical operations and waste practices for insurance cost recovery at a 260-acre industrial complex including a former coke plant, tar refinery, and blast furnace.

## Publications/Presentations

Caffrey, EA; Rood, AS; Grogan, HA; Till, JE; Herman, K. 2021. "Dose assessment for technologically enhanced naturally occurring radioactive materials disposal in landfills." *Health Phys.* 121(3):209-224. doi: 10.1097/HP.0000000000001439.

Rice, JW; Herman, K. [Gradient]. 2019. "Developing and Implementing an MGP Site Prioritization Framework." Presented at MGP Conference, Philadelphia, PA, October 9.

Tuit, C; Herman, K. [Gradient]. 2019. "Diagenetic Magnification of Persistent Organic Pollutants from Combined Sewage Overflow Sources." Presented at Battelle Tenth International Conference on Remediation and Management of Contaminated Sediments Conference, New Orleans, LA, February 13.

Herman, K; Tuit, C; Sharma, M; Kneeland, J. [Gradient]. 2019. "Quantitative Methods for Allocating Multiple Contaminant Types in Sediments." Presented at Battelle Tenth International Conference on Remediation and Management of Contaminated Sediments Conference, New Orleans, LA, February 14.

Herman, K. 2019. "Editorial: Cost considerations at sediment sites." *Gradient Trends - Risk Science & Application* 74(Winter):6.

Boroumand, A; Greenberg, G; Herman, K; Lewis, A. 2017. "Incorporating green and sustainable remediation analysis in coal combustion residuals (CCR) surface impoundment closure decision making." *Remediation* 27(4):29-38. doi: 10.1002/rem.21527.

Boroumand, A; Herman, K. 2017. "Green and Sustainable Remediation Analysis: Coal Ash Surface Impoundment Closure." Presented at Battelle's Fourth International Symposium on Bioremediation and Sustainable Environmental Technologies, Miami, FL, May 24.

Boroumand, A; Herman, K; Lewis, A. 2017. "Evaluating Worker and Community Safety in Coal Ash Surface Impoundment Closure Decision-Making." Presented at the 2017 World of Coal Ash Conference (WOCA), Lexington, Kentucky, May 8-11, 23p.

Herman, K; Lewis, A; Bittner, AB; Dubé, E; Long, C; Hensel, B; Ladwig, K. 2016. "Framework for Evaluating Coal Ash Surface Impoundment Closure Options." Presented at the Battelle Tenth Annual Conference, Remediation of Chlorinated and Recalcitrant Compounds, May 26.

Flewelling, S; Boroumand, A; Herman, K. 2016. "A Conceptual Framework for Feasibility of Remediating MGP Tar in Fractured Bedrock." Presented at the Battelle Tenth Annual Conference, Remediation of Chlorinated and Recalcitrant Compounds, May 23.

Principal Investigator for Electric Power Research Institute (EPRI) Report 3002007543. 2016. "Relative Impact Framework for Evaluating Coal Combustion Residual Surface Impoundment Closure Options." May.

Principal Investigator for Electric Power Research Institute (EPRI) Report 3002007542. 2016. "Qualitative Application of the Relative Impact Framework to Ten Tennessee Valley Authority Surface Impoundments." April.

Herman, K; Flewelling, SA; Bittner, AB; Tymchak, MP; Swamy, M. 2015. "Alternate Endpoints for Remediating NAPL-Impacted Sites." 19p. Presented at EPRI/AWMA Env-Vision Conference, Crystal City, VA, May 14.

Lewis, A; Bittner, AB; Herman, K; Dubé, E; Long, C; Hensel, B; Ladwig, K. 2015. "Framework for Evaluating Relative Impacts for Surface Impoundment Closure Options." Presented at the 2015 World of Coal Ash Conference, Nashville, TN, May 8.

Bittner, AB. Lewis, A; Herman, K; Dubé, E; Long, CM; Kondziolka, K, Hensel, B; Ladwig, K. 2015 "Groundwater Assessment Framework to Evaluate Relative Impacts of Surface Impoundment Closure Options." Presented at the 2015 World of Coal Ash Conference, Nashville, TN, May 7.

Lemay, JC; Mayfield, DB; Herman, K; Verslycke, T. 2014. "PAH-Contaminated Sediments: Remediation Challenges." Presented at the Society of Environmental Toxicology and Chemistry (SETAC) North America 35th Annual Meeting, Vancouver, BC, November 9-13.

Principal Investigator for Electric Power Research Institute (EPRI) Report 3002004104. 2014. "Feasibility of Remediating Manufactured Gas Plant Tar in Bedrock (Technical Update)." September.

Herman, K. 2014. "Actuarial risk analysis to promote National Contingency Plan (NCP)-consistent remediation." *Remediation Journal* Summer.

Herman, K. 2013. "Bridging the GAAP: Turning to environmental accounting guidance to interpret what constitutes a CERCLA response cost." American Bar Association Section of Environment, Energy, and Resources. *Environmental Disclosure Committee Newsletter* July.

Herman, K. 2013. "Do More Harm than Good? Actuarial Risk Analysis to Support Informed Remedy Selection." Presented at the Second International Symposium on Bioremediation and Sustainable Remediation Technologies, Jacksonville, FL, June 12.

Herman, K; Wannamaker, EJ; Jegadeesan, GB. 2012. "Sediment PAH allocation using parent PAH proportions and a least root mean squares mixing model." *Environmental Forensics* 13:3.

Herman, K. 2012. "Environmental Liability Cost Estimation (ELCE) at MGP Sites." Presented to the MGP Consortium, Savannah, GA, January 25.

Herman, K. 2011. "Chemical Profile: Molybdenum." Presented at EPRI P40 Summer Meeting, Asheville, NC, July 12.

Principal Investigator for Electric Power Research Institute (EPRI) Report 2011815. 2011. "Chemical Constituents in Coal Combustion Products: Molybdenum."

Herman, K. 2011. "Remedy sustainability: Is the cure worse than the disease?" *Gradient Trends – Risk Science & Application* 50:6.

Herman, K; Bittner, AB. 2010. "How Much Tar is in the Mud? – Reducing Uncertainty in Characterizing the Distribution and Mass of DNAPL In Sediments." Presented at the EPRI MGP 2010 Symposium, San Antonio, TX, January 28.

Wannamaker, EJ; Herman, K; Butler, EL; Petito Boyce, C; Jakubiak, J. 2010. "Subsurface LNAPL Behavior in a Tidal Zone: A Case Study." Presented at the Seventh International Battelle Conference, Remediation of Chlorinated and Recalcitrant Compounds, Monterey, CA, May 27.

Herman, K. 2009. "Sediment DNAPL challenges." *Gradient Trends – Risk Science & Application* 45:5.

Herman, K; Bittner, A. 2008. "Reducing Uncertainty in DNAPL Characterization." Presented at the 24th Annual International Conference on Soils, Sediments, and Water, Amherst, MA, October 23.

Wannamaker, EJ; Bittner, AB; Butler, EL; Herman, K; Jakubiak, J; Petito Boyce, C. 2009. "Mobility of Subsurface LNAPL in a Tidal Zone: A Case Study." Presented at the 2009 Geological Society of America Annual Meeting, Portland, OR, October 21.

Herman, K. 2008. "A Standardized Method to Interpret Field Observations of MGP NAPL." Presented at the 18th Annual AEHS Conference, March 11.

Herman, K. 2007. "Who pays for cleanup costs?" *Gradient Trends – Risk Science & Application* 38:1.

Langseth, DE; Herman, K. 2006. "Liability estimation frameworks" *Gradient Trends – Risk Science & Application* 36:3.

Herman, K. 2002. "Basin-scale Modeling of Nutrient Impacts in the Eel River Watershed, Plymouth, Massachusetts [Thesis]." Submitted to Massachusetts Institute of Technology, Dept. of Civil and Environmental Engineering.

Herman, K. 2000. "Metal Removal in the Hyporheic Zone in a Mining Contaminated Stream in Arizona." Presented to NIEHS Superfund Colloquium, Tucson, AZ, December.

Geosyntec consultants

**BRIAN R. HITCHENS, PG, CHG, RG**

**hydrogeology**
**litigation support**
**site assessment/remediation**
**sediment characterization/remediation**

## EDUCATION

M.S., Structural Geology, University of Wyoming, Laramie, WY, 1999

B.A., Geology, The College of Wooster, Wooster, OH, 1997

## REGISTRATIONS AND CERTIFICATIONS

Professional Geologist, California Board for Professional Engineers, Land Surveyors, and Geologists, No.7593

Certified Hydrogeologist, California Board for Professional Engineers, Land Surveyors, and Geologists, No. 839

Registered Geologist, Arizona State Board of Technical Registration, No. 58587

## CAREER SUMMARY

Mr. Hitchens has over 24 years of site assessment and remediation experience and is a practice leader for the assessment and remediation of polychlorinated biphenyls, chlorinated solvents, and heavy metals in sediment, soil, and groundwater. He specializes in applied in-situ remediation, litigation support, site characterization and contaminated sediment. He has served as the project director for the investigation, remedial design, remedial action implementation, and closure of numerous large-scale industrial facilities. Mr. Hitchens draws on his diverse experience in environmental assessment, remediation, and regulatory negotiation to identify remediation strategies and cleanup goals which are protective, cost-effective, achievable, and sustainable.

**<u>Site Assessment/Remediation</u>**

***MCAS Tustin Navy Hangar Fire Residential Assessment,*** *Tustin, CA.* Mr. Hitchens served as the project director for the evaluation of potential lead and asbestos contamination in residences surrounding the November 2023 fire within the MCAS Tustin North Blimp Hangar. The fire burned for 23 days. Because the hangar structure was known to contain asbestos containing materials and lead-based paint, a study was commissioned by the City of Tustin to evaluate the

potential for these constituents to accumulate in residential homes and yards through the deposition of ash. Over 900 samples were collected including exterior soil, interior dust, and indoor air for, lead, asbestos, and the presence of soot/ash/char across 50 homes in the area impacted by the fire and in 30 control area homes on an expedited basis. Based on results of the study, no environmentally significant lead or asbestos impacts were identified related to the fire event.

***Davis-Monthan Air Force Base PFAS Remedial Investigation,*** *Tucson, AZ.* Mr. Hitchens is a senior technical advisor for the Davis-Monthan Air Force Base (DMAFB) PFAS Remedial Investigation at former AFFF fire-training areas. This project is a 5-year contract for the installation of up to 24, 500-ft deep monitoring wells, source area soil assessment, stormwater and sediment sampling, development of a conceptual site model, and completion of a Remedial Investigation report.

***ATI Forged Products,*** *Cudahy, WI.* Mr. Hitchens serves as project director for a site investigation/remedial action implementation for PCB impacted soils which have been identified in fill across an industrial parcel and associated creek/stormwater channel. Project investigation activities are coordinated through Wisconsin Department of Natural Resources and US EPA Region 5.

***Former AMCO Site,*** *Mohnton, PA.* Mr. Hitchens is engaged as the project director for the design and implementation of an enhanced reductive dichlorination (ERD) remedial action to mitigate solvents in groundwater within a fractured bedrock aquifer. Project is being implemented under the oversight of the Pennsylvania Department of Environmental Protection.

***1,4-Dioxane Treatability Study,*** *Farris, NJ.* Mr. Hitchens served as project director for the implementation of a bench scale treatability study evaluating the aerobic metabolic degradation of 1,4-dioxane with a newly-isolated microbial culture. Based on the results of this bench test, a field-scale deployment will be evaluated for the first application of an in-situ aerobic degradation of 1,4-dioxane.

***Former Conexant Systems,*** *Newport Beach, CA***.** Mr. Hitchens has provided technical program support for the evaluation of an enhanced in-situ bioremediation pilot test, evaluating both source zone and downgradient bio-barrier project designs. This project has incorporated 3D evaluation of VOC plume morphology over time to evaluate the impact of the pilot injections and identify optimal locations for the full-scale project design.

***Former Rohr/Goodrich Site,*** *San Diego, CA.* Mr. Hitchens assisted with the mediation of an insurance cost-claim between Rohr/Goodrich and the Port of San Diego with regard to the source PCB impacts on a former aircraft manufacturing plan in the southern portion of San Diego Bay. Forensic analysis of the distribution of PCBs across the site demonstrated that the PCBs were most

likely associated with the import of contaminated fill material from an off-site source as opposed to manufacturing-related releases from the facility. He continues to assist the project as a technical resource for negotiation of remedial action goals.

***TDY Industries, LLC,*** *San Diego, CA.* Mr. Hitchens served as the project manager directing the investigation of the nature, extent, and source of VOC, SVOC, metals, and PCB impacts on a former aerospace manufacturing facility. He designed and directed extensive on-site and off-site investigations to collect data in support of ongoing litigation, and in compliance with the existing Cleanup and Abatement Order. The project remedial design included a large-scale passive bioaugmentation program which involved the injection of over 1,000 direct push points. Chlorinated solvent concentrations were successfully reduced from concentrations indicative of potential DNAPL to non-detect within two years over the majority of the treated area. Hexavalent chromium (CrVI) concentrations have been reduced to non-detect within the CrVI treatment area. The site now meets soil and groundwater risk goals site-wide and has received a site wide No-Further Action letter.

***Confidential Client,*** *Tempe, AZ.* Mr. Hitchens evaluated historical site data relating to historical PCB cleanup actions at a brownfields site to facilitate real-estate negotiations. Mr. Hitchens successfully led negotiations with EPA Region 9 for the issuance of a no-further action letter related to the residual PCB impacts based on the existing site data and implementation of institutional controls. This was accomplished with a straightforward statistical analysis of the existing site data, avoiding an expensive and time-consuming phase 3 sampling program.

***Former Transformer Manufacturer,*** *Oakland, CA.* Mr. Hitchens assisted with the regulatory negotiation and implementation of a major PCB/VOC remedial action at a former transformer facility in Oakland, CA which formerly manufactured PCB containing transformers. The project was performed under DTSC/EPA region 9 oversight, in compliance with TSCA regulations. The combined remedy involved targeted excavation and removal, capping, and a groundwater extraction and treatment system.

***Naval Air Station North Island,*** *San Diego, CA***.** Mr. Hitchens led the design of a Soil Vapor Extraction (SVE)/Light Non Aqueous Phase Liquid (LNAPL) treatment system for a large manufacturing building on Naval Air Station North Island (NASNI). The treatment system is designed to mitigate potential vapor intrusion concerns in the overlying manufacturing building and expedite treatment of a large co-mingled LNAPL/TCE plume beneath the structure. During the first six months of operation, over 650 gallons of product was removed from the subsurface through the initial two horizontal SVE wells. The program is currently expanding to include two additional horizontal SVE wells, two horizontal LNAPL recovery wells, and one horizontal steam injection well to further enhance this system.

***Able Engineering,*** *Phoenix, AZ.* Mr. Hitchens served as the project manager for a cadmium/hexavalent chromium remediation project at a former aircraft parts manufacturer. This project is conducted under the Arizona Department of Environmental Quality (ADEQ) Voluntary Remediation Program. Following completion of site characterization activities, the site was remediated through direct excavation of shallow soil impacts and in-situ reduction of the residual hexavalent chromium impacts above residential screening levels in the vadose in deeper intervals. To prevent mobilization of these impacts to groundwater, this was accomplished by flushing Hydrogen Sulfide gas through the impacted area. This pioneering project was the first commercial field-scale application of this in-situ gaseous reduction approach for treatment of hexavalent chromium. Project remedial goas were achieved after 8 weeks of treatment, leading to the issuance of a No-Further Action letter.

***Nammo Talley, Inc.,*** *Mesa, AZ.* Mr. Hitchens serves as a senior technical advisor for the design of a Perchlorate Remedial Action Plan for source area control and treatment. The remedial design involves the assessment of a cap to control migration of perchlorate from the vadose zone and bioremediation for groundwater/deep vadose zone perchlorate treatment.

***Confidential Client,*** *San Diego, CA.* Mr. Hitchens represents a major developer in the evaluation of an engineered fill area following questions from the Local Enforcement Agency as to whether inappropriate waste materials have been placed in the fill area, and whether the fill area should be managed as a landfill under Title 22. Mr. Hitchens has prepared an evaluation workplan to document the nature and extent of construction debris within the fill, if the material is appropriately characterized as inert, and what remedial actions, if any, are warranted.

***United States Navy, Space and Naval Warfare Systems Center (SPAWAR),*** *San Diego, CA.* Mr. Hitchens managed the design and implementation of the Soil Vapor Extraction (SVE)/in-situ bioremediation pilot study portion of the Remedial Investigation at SPAWAR's Old Town Campus Installation Restoration Sites 10 and 11. Source area treatment for a chlorinated solvent plume was evaluated through this project involving oversight from the Department of Toxics Substances Control (DTSC) and the San Diego Regional Water Quality Control Board (RWQCB). The pilot remedial design involved passive bioaugmentation to remediate groundwater impacts by introducing electron donor and a dechlorinating microbial culture through approximately 100 temporary direct push points. Three SVE wells were used to treat impacts in the vadose zone, this project has moved to a full-scale remedy based on the success of the pilot study.

***Four Star Chemical,*** *Vernon, CA.* Mr. Hitchens managed a project assisting Four Star Chemical in evaluating and improving historical environmental compliance practices at the site, agency negotiations, and investigation and remediation of a small area of VOC impacted soil on the

property. The site was provided with a No Further Action letter from the City of Vernon, Health and Environmental Control Department within 9 months of receipt of the original notice of violation.

***Former Manufacturing Facility,*** *Lynwood, CA.* Mr. Hitchens served as project director for in the implementation of a large scale in-situ bioremediation/Soil Vapor Extraction (SVE)/Electrical Resistance Heating (ERH) remedy under DTSC oversight through the California Land Reuse and Revitalization Act (CLRRA) program. Program elements include a detailed characterization of the dense non-aqueous phase liquid (DNAPL) source zone through a cone penetrometer test / membrane interface probe study, and downgradient soil, soil gas, and groundwater impacts. The source area was rapidly addressed using ERH and dual-phase extraction, while the downgradient vadose zone and groundwater impacts were treated by in-situ bioremediation and SVE respectively. The project has met all criteria established under the CLRRA program and project closure is pending.

***Rancho Tissue Technologies,*** *Rancho San Diego, CA.* Mr. Hitchens assisted in resolving a notice of violation and dispute regarding surficial infiltration of greenhouse runoff and rinse water at a nursery in Rancho San Diego. Analysis of water chemistry data documented that the water was acceptable for percolation through an existing on-site septic system. Once the plumbing design modifications were approved by the City of San Diego and Regional Water Quality Control Board, the NOV was resolved and the case was closed by the RWQCB.

***Former Manufacturing Facility,*** *Los Angeles, CA.* Mr. Hitchens serves as project director for in the implementation of a large-scale remediation project implementing a combination of *in situ* bioremediation and dual phase extraction at a former manufacturing facility under the oversight of the LA RWQCB. This project involves implementation of several hundred deep bioremediation injection points across an active commercial facility and has been successfully implemented in cooperation with the current property owner without significant disruption to ongoing business activities.

***Confidential Client,*** *San Diego, CA.* Mr. Hitchens serves as the Project Director for the installation of a zero valent iron (ZVI) permeable reactive barrier for the treatment of off-site VOC impacts. The project is currently operated under DTSC and RWQCB oversight as an interim remedial measure while ongoing source control options are evaluated.

***County of San Diego,*** *San Diego, CA.* Mr. Hitchens led the investigation of two unpermitted historical waste disposal/burn dumps in the San Pasqual area of San Diego County. Mr. Hitchens implemented a well installation and boring program to define the extent of waste impacts, followed by the excavation and clean closure of one cell and closure in-place of a second cell. He successfully demonstrated no impact to groundwater through a short-term groundwater monitoring

program and obtained authorization to discontinue the groundwater monitoring program from the San Diego RWQCB.

***County of San Diego,*** *San Diego, CA.* Mr. Hitchens led the investigation of an unpermitted historical burn dumps in Ocotillo Wells, California. Mr. Hitchens implemented a boring program to define the extent of waste impacts, followed by the excavation and clean closure of the burn dump. The site was closed under San Diego RWQCB oversight.

***Phoenix Aviation,*** *Phoenix, AZ.* In 2015, Mr. Hitchens compiled a review of available groundwater concentration trends from wells on and adjacent to the Sky Harbor Airport to evaluate whether migration of contaminants from surrounding plumes could adversely affect airport operations. Mr. Hitchens also assisted with providing 3rd party reviews of environmental reports for ongoing remediation projects on properties adjacent to the Sky Harbor facility.

***Shannon Road/ECDC WQARF Site,*** *Tucson, AZ.* Mr. Hitchens serves as a senior technical advisor on the Shannon Rd./ECDC Water Quality Assurance Revolving Fund (WQARF) site for the Arizona Department of Environmental Quality (ADEQ). This project has involved preparation of a detailed feasibility study of potential remedial alternatives to controls groundwater impacts in the vicinity of the Shannon Rd. WQARF site.

***Cooper and Commerce WQARF Site,*** *Gilbert, AZ.* Mr. Hitchens provides project oversight and management of the Cooper and Commerce WQARF site for the Arizona Department of Environmental Quality (ADEQ). This project has involved evaluation of the existing pump and treat/SVE/Air Sparge early response action (ERA), modeling of PCE migration through the shallow aquifer, well installation, and evaluation of potential vapor intrusion/SVE rebound effects.

***Lake Havasu Ave and Holly Ave site,*** *Lake Havasu, AZ.* Mr. Hitchens has served as a project manager for this Site which was entered into the WQARF registry in 2018. Geosyntec prepared a Remedial Investigation to evaluate the current extent of hexavalent chromium and nitrate impacts to soil and groundwater, and VOC impacts to soil, soil vapor and groundwater. Geosyntec is currently in the process of implementing a pilot study to evaluate the use of bioremediation induce reducing groundwater conditions to precipitate and stabilize the chromium as non-toxic trivalent chromium.

***Central and Camelback WQARF Site,*** *Phoenix, AZ.* Mr. Hitchens serves as a senior technical advisor on the Central and Camelback WQARF site for ADEQ. This project has involved the evaluation of an existing pump and treat ERA, and an evaluation of potential additional sources.

***West Osborn Complex WQARF Site,*** *Phoenix, AZ.* Mr. Hitchens serves as a senior technical advisor on the West Osborn Complex WQARF site for ADEQ. This project has involved the evaluation of an existing pump and treat Proposed Remedial Action Plan for the protection of local

groundwater resources. Mr. Hitchens has also led a large scale soil vapor survey, identifying possible additional source of VOC impacts to groundwater. This investigation identified significant concentrations of VOCs in shallow soil vapor, leading to follow-on indoor air sampling to evaluate potential risk to current building tenants, and pilot-scale SVE operations to mitigate soil vapor impacts.

***Confidential Client,*** *San Diego, CA.* Mr. Hitchens conducted a re-evaluation of an estimate of environmental remediation costs related to the redevelopment of a property under the Polanco Act. He evaluated alternate remediation strategies, the appropriateness of proposed cleanup standards, confirmatory analytical suites, and anticipated excavation volumes. He served as a client advocate to support the negotiation of fair terms for the property transfer.

***Millersburg Superfund Site,*** *Albany, OR.* Mr. Hitchens consulted on the investigation of an area impacted by 1,1,1-TCA on an active manufacturing facility in Albany Oregon. He assisted with the design and interpretation of a soil, groundwater, and MIP investigation to determine the extent of impacts. This data was then used to design an aggressive in-situ bioremediation program to meet the cleanup goals specified within the existing record of decision for the Site.

***Confidential Client,*** *San Diego, CA.* Mr. Hitchens managed the Phase I/Phase II investigation into potential UST related impacts at a Site in San Diego in support of due diligence for potential real estate transactions and to counter environmental holdback fees requested by the property lessor. He also performed detailed historical records review, personnel interviews, and physical site investigations to assist attorneys with the real-estate transaction.

***Inactive Landfills Management,*** *County of San Diego, CA.* Mr. Hitchens managed hydrologic assessment and remediation programs at several inactive landfills for San Diego County. Maintained GIS and Access database platforms to store and display thousands of historical groundwater records. Performed site investigations using hydropunch sampling, trenching, and air rotary drilling combined with downhole geophysical logging including resistivity, guard resistivity, natural gamma, caliper, and borehole image processing system (BIPS) downhole imaging.

***NRC Environmental Services,*** *San Diego, CA.* Mr. Hitchens manages an on-call consulting contract for NRC Environmental Services, an emergency response hazmat responder. Geosyntec provides third party evaluation of emergency response cleanups and for reporting to regulatory agencies and geologic and environmental evaluation of analytical data for commercial clients.

***High Tech High North County,*** *San Diego, CA.* Mr. Hitchens served as the project manager for High Tech High for the evaluation of the potential use of a brownfields site for the future siting of a charter school. The project included preparation of a Phase I environmental site assessment, and a

soil and soil gas phase II study. Negotiations with the San Diego Regional Water Quality Control Board and the environmental consultants for the responsible party led to the successful negotiation of the lease and on-time opening of the school facility.

***Fike/Artel Superfund Site,*** *Nitro, WV.* Supervised CPT logging and direct-push installation of temporary sampling points. Using this technology, it was possible to log the subsurface geology in real-time, allowing for accurate placement of sampling points in a complex, fluvial depositional setting. Supervised and led groundwater sampling efforts during annual sampling events. Field and laboratory data were then entered into a site database and GIS model. Mr. Hitchens has helped to develop site conceptual models of this site using 3D visualization developed with environmental visualization system (EVS) and geographic information system (GIS) tools. He has contributed to both soil and groundwater remedial investigation/feasibility study (RI/FS) reports, and is currently developing an expanded off-site groundwater investigation again utilizing CPT/DP technologies.

***Allied/Honeywell Coal Tar Facility,*** *Fairfield, AL.* Mr. Hitchens has played a large role in reporting, GIS development and database management for this site. Led several rounds of groundwater and soil sampling, as well as well installation using direct-push, and air rotary techniques.

***LCP Superfund Site/Terry Creek,*** *Brunswick, GA.* Mr. Hitchens has contributed to the analysis of this site through four-dimensional modeling of contaminant plumes utilizing EVS and GIS technologies. He has also directed rock coring operations at the site and consulted on the installation and design of two, quarter-mile long horizontal monitoring wells.

**Sediment Characterization / Remediation**

***Contaminated Sediment Investigation,*** *San Diego Gas & Electric, San Diego Bay CP Kelco/SW-29 Site, San Diego, California.* Served as technical advisor in proceedings with the California Regional Water Quality Control Board (CRWQCB) and other parties named in an Investigative Order to evaluate the nature and extent of chemical contamination in sediment offshore of the CP Kelco facility in San Diego Bay, San Diego, CA. Evaluated site history and industrial uses to understand sources of chemicals to the site, devised and conducted a sediment investigation to evaluate sediment contamination due to metals, PCBs, and PAHs in surface and subsurface sediments.

***Hydrogen Sulfide Mitigation Study,*** *Los Angeles, CA.* Mr. Hitchens served as the project director for an emergency response action to mitigate the acute emission of hydrogen sulfide gas from a portion of an urban waterway. Siderite and activated carbon were tested in a laboratory microcosm experiment with samples of water and sediment from the channel for their potential to mitigate

generation of $H_2S$ when applied as a thin layer cover to sediment. These bench tests identified siderite as a promising technology and an implementation plan was developed. However, prior to field deployment the natural conditions of the channel were restored through tidal exchange, eliminating the need for further mitigation measures.

***Former United Heckathorn Superfund Site,*** *Richmond, CA.* Mr. Hitchens serves as a technical advisor for the design of an activated carbon pilot study to evaluate the effectiveness of an enhanced natural recovery remedy to address residual pesticide impacts in the Sediments of the Lauritzen Channel.

***Laurel – Hawthorn Embayment West,*** *San Diego, CA.* Mr. Hitchens managed the assessment and remediation of PCB impacted sediments in the western portion of the Laurel Hawthorn embayment for a major industrial client. After delineating the extent of sediment impacts from an industrial storm drain outfall, Mr. Hitchens developed a protective and cost-effective remedial solution which involved a small 125 cubic yard dredge combined with a 1-acre enhanced natural recovery (ENR) sand cover which is designed to mitigate PCBs and PAHs through the addition of activated carbon. This project was the first implementation of and ENR remedy in Southern California. This alternative to dredging is both more cost-effective and less environmentally damaging and has been highlighted as an example of a new efficient remediation approach by the San Diego RWQCB. A no further action letter was issued to the site in February 2020.

***Laurel – Hawthorn Embayment East,*** *San Diego, CA.* Mr. Hitchens is currently managing the evaluation of PCB impacted sediments at a site in the eastern portion of the Laurel Street to Hawthorn street embayment on behalf of Navistar/Solar Turbines. This project involves the evaluation of the distribution of PCB, PAH, and Metals impacts in bay sediment adjacent to two storm drain outfalls. Sediment concentrations were mapped and evaluated for statistical trends, as compared to historical data sets collected 15 years earlier. Through detailed analysis of the patterns of PCB congener data and the distribution of other marker COCs, the area of impacts related to discharges from the discharger's storm drain were separated from the general PCB fingerprint of the larger embayment. The temporal changes in PCB concentrations over the 10 years of data collection also show significant improvements in sediment quality attributable to natural recovery. A second investigative order required additional lateral and vertical delineation of sediment impacts, and evaluation of sediment quality objectives for human health, benthic invertebrates, and aquatic dependent wildlife.

***Convair Lagoon,*** *San Diego, CA.* Mr. Hitchens serves as project manager for the ongoing monitoring and assessment of Convair Lagoon, a capped area of historical PCB impacts in the northern portion of San Diego Bay. Mr. Hitchens has maintained compliance with WDR regulations for the Convair Lagoon cap for over 10 years and successfully negotiated a revision of

the WDR threat and complexity classification for the site. This change has already saved the client over $240,000 in associated WDR fees, and will continue saving the client over $30,000 annually, indefinitely.

***Fish Harbor Pilot Study,*** *Port of Los Angeles, CA.* Mr. Hitchens supported the implementation of an enhanced natural recovery pilot study for Fish Harbor within the Port of Los Angeles (POLA). This study evaluated a range of potential enhanced recovery alternatives including various carbon amendments, clean sand, and clean high-organic dredge material. The pilot study will provided information for POLA to efficiently manage sediments within the entire Port, and has supported the advancement of a field-scale mesocosm study proposal.

***Newport Bay Confined Disposal Facility Evaluation,*** *Newport Beach, CA.* Mr. Hitchens serves as project director for an evaluation of alternative options for management and storage of DDT, mercury, and PCB contaminated dredge sediment in Lower Newport Bay. Mr. Hitchens led the feasibility analysis of alternative disposal options to a Confined Aquatic Disposal (CAD) which is proposed to be constructed in Lower Newport Bay. This analysis identified and reviewed the feasibility of permitting and construction of upland/shoreline Confined Disposal Facilities that would entirely remove the impacted sediment from the bay, reducing the potential for resuspension/water quality impacts while providing upland redevelopment potential for the City of Newport Beach.

***Vandenburg Space Force Base Dredge Design.*** Mr. Hitchens is leading a team of engineers and scientists in the preparation of a dredge design for the Boat Harbor Maintenance Dredging Plan for Vandenburg Space Force Base. The boat harbor has been dredged infrequently since 2001 to support the delivery of rocket components on vessels under the existing Regional General Permit. This work supports the ability of the base to receive large rocket components from barge deliveries.

***Ryerson Creek, Muskegon,*** *MI.* Mr. Hitchens assisted with negotiating alternative sediment remediation strategies under the Great Lakes Legacy Act (GLLA), administered by EPA Region 2. Working in concert with regulators, Non-Government Organizations, and Industry, this project was enrolled in the GLLA program, and Geosyntec has completed a supplemental investigation and prepared the Remedial Design for the project, which blends limited dredging, sand cover, and habitat restoration. Through this project Geosyntec has served as the primary coordinator between EPA, Michigan Department of Environment, Great Lakes and Energy, and various local stakeholders to reach an acceptable design, obtain necessary permits, and coordinate in-kind contributions from various collaborators. Once complete, this project will resolve the last remaining Beneficial Use Impairment for Muskegon Lake, paving the way for final de-listing.

***NASSCO/BAE Shipyards Sediment Site,*** *San Diego, CA.* Mr. Hitchens served as the project manager for the preparation of the Marine Biology, Hazardous Materials, and Water Quality Technical Studies for the Environmental Impact Report being prepared by LSA Associates for the Sediment Shipyards Site. This project involves the dredging and disposition of approximately 150,000 cubic yards of contaminated sediment and will be the largest remedial dredging action in San Diego Bay to date.

***CP Kelco Leasehold Investigation,*** *San Diego, CA.* Mr. Hitchens served as geologist of record for the investigation of subsurface sediment conditions in San Diego Bay for the CP Kelco leasehold, immediately north of the NASSCO/BAE Shipyard Sediment remediation project. This project was performed in response to an RWQCB investigative order to assess the nature and extent of PAH, metals, and PCBs north of the Shipyard remediation area.

***TDY Industries, LLC,*** *San Diego, CA.* Mr. Hitchens managed the forensic investigation into the source, nature, and extent of polychlorinated biphenyl (PCB) impacts through a detailed study of PCBs distribution in building material, surface sediment, soil, groundwater, and an extensive on and off-site regional study of PCB distribution in storm water conveyance systems sediment and the adjacent San Diego Bay. This analysis was followed by a major storm drain cleanout action which removed over 160 tons of impacted sediment from more than 8,000 feet of storm drain ranging from 4 to 60 inches in diameter.

***City/County of San Diego,*** *Post-Fire Emergency Erosion Control, San Diego, CA.* Mr. Hitchens led field teams in the emergency assessment of Post-Fire Erosion potential following the catastrophic wildfires which struck San Diego County in 2003. Over 300,000 acres were rapidly assessed to identify High Priority Sites where houses, roads, and infrastructure were at immediate risk of debris flow/landslide impacts following the firestorm. After identifying high risk sites, Mr. Hitchens led several field crews in the implementation of sediment control structures including hydromulch application, installation of hay waddles, construction of sand bag check-dams, and K-Rail diversion structures.

## Litigation Support

***Confidential Client,*** *multiple sites.* Provided testifying and non-testifying technical support to a team of attorneys in the defense of multiple state and city lawsuits related to product liability claims. Assisted with the preparation of multiple expert reports. Directed a team which analyzed of hundreds of thousands of documents produced in the discovery process, assessed the basis and credibility of alleged damages.

***City of Fresno v. Chevron U.S.A. Inc., et al.*** United States District Court, Case No. 04-CV-04973 Provided support for expert witness representing a Joint Defense Group in matter related to alleged MtBE impacts to municipal drinking water wells. Assisted in the preparation of thirty-one site-specific expert reports for individual service stations in Fresno and Clovis, California and prepared one master expert report to describe hydrogeologic conditions in the greater Fresno area. Judgment was in favor of the defendant.

***TDY Industries v. United States Department of Defense.*** United States District Court, Southern District of California, Case 07-CV-0787-JAH Provided support for expert witnesses and assisted attorneys with environmental data associated with matters pertaining to timing and source of chlorinated solvents, PCBs, and heavy metal impacts from historical aerospace manufacturing operations. Assisted in the preparation of expert reports, evaluation of environmental cost claims, depositions, compliance with court requests, pre-trial preparation of experts, and courtroom support.

***San Diego Unified Port District v. TDY Industries, Inc.*** United States Central District Court, CA, Case No. 03 CV 1146B Provided support for expert witnesses and assisted attorneys with matters pertaining to the nature, extent, and source of heavy metals, chlorinated solvents, and PCBs at a former aerospace manufacturing facility adjacent to the San Diego International Airport and San Diego Bay. Assisted in the preparation of expert reports, evaluation of environmental cost claims, and compliance with court requests.

***Kinder-Morgan v. Equiva, et al.*** Superior Court of CA – County of San Diego Provided support for expert witnesses and assisted attorneys with matters pertaining to fuel hydrocarbons impacts due to historical operations at the Mission Valley Fuel Terminal in San Diego. Case was settled unanimously in favor of the defendant including complete indemnification for all future claims and reimbursement for past costs associated with assessment and remediation.

**PROFESSIONAL EXPERIENCE**

Geosyntec Consultants, San Diego, CA, 2002 – Present

Geosyntec Consultants, Atlanta, GA, 2000 – 2002

Burlington Resources, Midland, TX, 1998

University of Wyoming, Laramie, WY, 1997-1999

**TEACHING EXPERIENCE**

University of Wyoming – 1998, Physical Geology Laboratory

University of Wyoming – 1997, Mineralogy Laboratory



Exponent®
Engineering & Scientific Consulting


# Harri Kytömaa, Ph.D., P.E., CFEI, FASME

Corporate Vice President and Principal Engineer | Thermal Sciences
1075 Worcester Street | Natick, MA 01760
+1-508-652-8519 tel | hkytomaa@exponent.com


## Professional Profile

Dr. Kytömaa specializes in mechanical engineering and the analysis of thermal and flow processes. He applies his expertise to the investigation and prevention of failures in mechanical systems.

Dr. Kytömaa also investigates fires and explosions and their origin and cause. He consults in the utilities, oil and gas, and chemical industries. Dr. Kytömaa's project experience includes consumer products, intellectual property matters, automobiles, aircraft, turbines, compressors, boilers, steam generators, pneumatic and hydraulic systems, instrumentation, nuclear waste management, heat transfer systems, fuel distribution, delivery and storage systems, including LNG facilities.

Dr. Kytömaa has decades of experience in the area of dynamics and thermal hydraulics of piping systems, valves and pipelines. He has developed flow modeling tools for such systems and their components and has applied these to drilling and downhole applications. He pioneered the modeling of the acoustics of drilling fluid piping systems for acoustic telemetry and Measurement-While-Drilling (MWD), which was one of the enabling technologies for directional drilling. Dr. Kytömaa has also developed ultrasonic techniques for both medical and engineering applications, including instrumentation for flow measurement and the characterization of dense suspensions.

Dr. Kytömaa was Assistant Professor and Associate Professor of Mechanical Engineering at the Massachusetts Institute of Technology, where he was head of the Fluid Mechanics Laboratory. He has also held positions as Visiting Professor at the Helsinki University of Technology and at the DOE Pacific Northwest Laboratory in Washington and served as Lecturer at the Worcester Polytechnic Institute. Dr. Kytömaa consulted for Teleco Oil Field Services, Inc., developing MWD technology and other downhole applications.

## Academic Credentials & Professional Honors

Ph.D., Mechanical Engineering, California Institute of Technology (Caltech), 1986

M.S., Mechanical Engineering, California Institute of Technology (Caltech), 1982

B.Sc., Engineering Science, Durham University, England, 1979

Associate Professor, Massachusetts Institute of Technology, Head of Fluid Mechanics Laboratory, 1990-1994.

Assistant Professor, Massachusetts Institute of Technology, 1986-1990.

Fellow of the American Society of Mechanical Engineers

Member, Department of Mechanical and Civil Engineering Executive Council, California Institute of Technology.

Alternate – NFPA Standards Council on Hydrogen Technology

Keynote Speaker. Combustion Institute 40th International Symposium Emphasizing Energy Transition. Industry R&D Needs in Hydrogen Safety. Milan, Italy, July 24, 2024.

Advanced Research Projects Agency – Energy (ARPA-E). Reviewer for concept papers in "Reducing Emissions of Methane Every Day of the Year (REMEDY). June 2022.

Dissertation Technical Committee Member. Li Chang, "Influence of Turbulence on Fuel Slick Fires with an Immersed Conductive Object." Worcester Polytechnic Institute. September 2021.

Symposium Best Paper Award - 2020 IEEE Symposium on Product Compliance Engineering (SPCE 2020), November 2020

Guest Lecturer. Massachusetts Institute of Technology. Course 10.490 Integrated Chemical Engineering. 2019 and 2020 (one lecture per year).

Keynote Speaker. AIChE 2020 Virtual Spring Meeting and 16th Global Congress on Progress Safety. Topical Conference on Gas Utilization. August 18, 2020.

Session Chairman, LNG Plant Safety and Protection: 2014, 2013, 2012 and 2011 AIChE Spring Meetings & 10th, 9th, 8th and 7th Global Congress on Process Safety.

Keynote Speaker: AIChE 2014 Spring National Meeting, 10th Global Congress on Process Safety. Topical Conference on Gas Utilization, New Orleans, LA, March 30-April 3, 2014.

Liquefied Natural Gas (LNG) installations and equipment, ISO /TC 67/ WG10: Committee Member, 2008-2014.

Outstanding Presentation Award, AIChE Spring Meeting, 2013

Excellence Award at the SAE 2006 World Congress & Exhibition

Lewis F. Moody Award for best paper on a subject useful in engineering practice presented to American Society of Mechanical Engineers (ASME), 1993.

Henry L. Doherty Professor in Ocean Utilization, 1991-1993.

Chairman, Organizing Committee, Engineering Foundation Workshop, Davos, Switzerland, 1993.

National Science Foundation Review Panelist, Washington, DC, 1990.

National Science Foundation Group Leader, Acoustic Methods Workshop on Visualization of Particulate Two-Phase Flows, Washington, DC, 1990.

Diver in the Finnish Navy, rank Able Seaman, Distinguished Service, 1980.

Institute of Mechanical Engineers Prize for Outstanding Project Work (United Kingdom), 1979.

## Licenses and Certifications

Professional Engineer, Alabama, #PE35697

Professional Engineer, Arkansas, #16481

Professional Engineer Mechanical, California, #34290

Professional Engineer Mechanical, Florida, #84434

Professional Engineer Mechanical, Louisiana, #PE.0035054

Professional Engineer Mechanical, Maine, #PE12370

Professional Engineer Mechanical, Massachusetts, #48202

Professional Engineer, Michigan, #6201057546

Professional Engineer, New Jersey, #24GE05391800

Professional Engineer, New York, #89361

Professional Engineer Mechanical, Oklahoma, #28024

Professional Engineer Mechanical, Texas, #129541

Professional Engineer Mechanical, Washington, #47486

Asbestos Worker, pursuant to Title II of the Toxic Substance Control Act, 15 USC 2646

Certified Fire and Explosion Investigator (CFEI)

Certified Fire Investigator (CFI)

National Waste Operations and Emergency Response Training, 29 CFR 1910.120

PADI Certified Open Water Scuba Diver

Short Course on Aircraft Fire protection/Mishap Investigation

## Professional Affiliations

American Society of Mechanical Engineers (Fellow)

American Institute of Chemical Engineers

International Association of Fire Investigators

Society of Fire Protection Engineering

Society of Petroleum Engineers

Sigma Xi, The Scientific Research Honor Society

National Fire Protection Association

## Languages

Finnish

French

## Patents

Hydrogen generator, US 9705145 B2 (Kmetich TJ, Zsigo GA, Mick AR, Kytömaa HK), 2017

## Publications

Kytömaa, H. Wechsung, A. Dimitrakopoulos, G., Cook, N., Jaimes, D., Hur, I, Faraji, S. Industry R&D needs in hydrogen safety. Science Direct: Applications in Energy and Combustion Science, Volume 18, June 2024, 100271. Elsevier. https://doi.org/10.1016/j.jaecs.2024.100271

Yen M, Colella F, Kytomaa H, Allin B, Ockfen A, "Contact Burn Injuries Part II: The influence of object shape, size, contact resistance, and applied heat flux", In Compliance Magazine, May 2022

Barry, Michael, Colella, Francesco, Gilman, Lindsey, and Kytömaa, Harri. "Wear It Well" Consumer Electronics Test & Development. MA Business Ltd., Launch Issue, July 2021, pp. 44-49.

Yen M, Colella F, Kytomaa H, Allin B, Ockfen A, "Contact Burn Injuries: The influence of object thermal mass", In Compliance Magazine, May 2021

Kytömaa, H, Colella, F., and Kreuzer, S. Extreme Weather Means Energy Cos. Need New Risk Tools, Law360, April 2021.

Kytömaa HK, Boehm P, Osteraas J, et al. An integrated method for quantifying and managing extreme weather risks and liabilities for industrial infrastructure and operations. Proc Safety Prog. 2019; e12087. https://doi.org/10.1002/prs.12087.

Stern MC, O'Hern SC, Morse TL, Bishop J, Kytömaa HK. Fire risks due to unintentionally energized metal structures. Journal of Fire Sciences. 2017; 35(5):415-426.

Morse T, Cundy M, Kytömaa H. Vehicle fires resulting from hot surface ignition of grass and leaves. SAE Technical Paper 2017-01-1354, 2017, doi:10.4271/2017-01-1354.

Ibarreta AF, Hart RJ, Ponchaut NF, Morrison DT, Kytömaa HK. How does concrete affect evaporation of cryogenic liquids: evaluating liquefied natural gas plant safety. ASME Journal of Risk and Uncertainty in Engineering Systems, Part B 2(1), 2015.

Ibarreta AF, Morrison DR, Kytömaa HK. Small scale and transportation: navigating the risk. LNG Industry Magazine, October 17-24, 2014.

McInerney EH, Hart RJ, Morrison DR, Kytömaa HK. New quantitative risk criteria for US LNG facilities. Process Safety Progress 2014; 33(3):237-246.

Ibarreta A, Ponchaut N, Hart R, Morrison D, Kytömaa HK. Using passive methods to reduce flammable release hazards at LNG facilities. FS-World Magazine (www.fs-world.com) - Oil & Gas Industry, Spring 2014 Edition, pp. 18-22.

Kytömaa HK, Morrison DR. A moving target. LNG Industry Magazine, November/December 2013; 57-62.Morse TL, Kytömaa HK. The effect of turbulence on the rate of evaporation of LNG on water. Journal of Loss Prevention in the Process Industries 2011; 24:791-797.

Morse TL, Kytömaa HK. The effect of turbulence on the rate of evaporation of LNG on water. Journal of Loss Prevention in the Process Industries 2011; 24:791-797.

Kytömaa HK, Morrison DR. The Liquefied Natural Gas (LNG) industry and fire protection regulations. Fire Protection Engineering 2013; 60:8-24.

Morse TL, Kytömaa HK. The effect of turbulence on the rate of evaporation of LNG on water. Journal of Loss Prevention in the Process Industries 2011; 24:791-797.

Ponchaut NF, Kytömaa HK, Morrison DR, Chernovsky MK. Modeling the vapor source term associated with the spill of LNG into a sump or impoundment area. Journal of Loss Prevention in the Process Industries; Nov 2011; 24(6):870-878.

Gavelli F, Chernovsky MK, Bullister E, Kytömaa HK. Modeling of LNG spills into trenches. J Hazard Mater 2010; 180(1-3):332-339.

Gavelli F, Chernovsky MK, Bullister E, Kytömaa HK. Quantification of source-level turbulence during LNG spills onto a water pond. Journal of Loss Prevention in the Process Industries; Aug 2009; 22:809-819.

Gavelli F, Chernovsky M, Kytömaa HK. Modelling pool hazards from large-scale liquefied natural gas spills. Exploration Production: Oil Gas Rev 2008; 6(2):76-82.

Gavelli F, Bullister E, Kytömaa HK. Application of CFD (Fluent) to LNG spills into geometrically complex environments. J Hazard Mater 2008;159(1):158-68.

Myers TJ, Kytömaa HK, Smith TR. Environmental stress-corrosion cracking of fiberglass: Lessons learned from failures in the chemical industry. J Hazard Mater 2007; 142(3):695-704.

Davis SG, Chavez D, Kytömaa HK. Hot surface ignition of flammable and combustible liquids. SAE Paper 2006-01-1014. SAE Trans — J Fuels Lubricants 2006.

Gavelli F, Kytömaa HK. Liquefied natural gas transportation. Coast Guard J Safety at Sea 2005; 62(3):33-36.

Boehm P, Kytömaa HK, Moncarz P. LNG projects: Myths and realities of environmental and safety risks. ABA Energy Committees Newsletter 2005; 3(1):7-10.

Kytömaa HK, Gavelli F. Studies of LNG spills over water point up need for improvement. Oil Gas Journal; May 9, 2005.

Myers TJ, Kytömaa HK, J. Martin RJ. Fires and explosions in vapor control systems: A lessons learned anthology. Process Safety Progress, 2003, vol. 22, no. 4, pp. 195-199.

Martin RJ, Myers T, Hinze P, Kytömaa HK. Test your incinerator knowledge. Chem Engin Progr 2003; 99:36-39.

Martin RJ, Hinze P, Myers T, Kytömaa HK. Thermal oxidizing systems — Test your knowledge to improve your refinery's safety and reliability. Hydrocarbon Processing 2002; 79-80, November.

Kytömaa HK, Kataja M, Timonen. On the effect of pore pressure on the isotropic behavior of saturated porous media. J Appl Phys 1997; 81(11).

Kytömaa HK. Avoiding duct explosions, system changes can lead to disaster. Chem Process 1996; July, Vol 59, no 7, pp 78-81.

Prasad D, Kytömaa HK. Particle stress and viscous compaction during shear of dense suspensions. Int J Multiphase Flow 1995; 21(5):775-785.

Kytömaa HK. Theory of sound propagation in suspensions: A guide to particle size and concentration characterization. Powder Technol 1995; 82(1):115-121.

Prasad D, Kytömaa HK. Particle stress and viscous compaction. Liquid-Solid Flows 1994; 189:137-144. Presented At The 1994 ASME Fluids Engineering Division Summer Meeting, Lake Tahoe, Nevada, June 19 23, 1994 (Fluid Engineering Division Conference).

Derksen JS, Kytömaa HK. Acoustic properties of solid-liquid mixtures in the inertial regime: Determination of the added mass coefficient. Liquid-Solid Flows, 1994: 189: 75-81. Presented At The 1994 ASME Fluids Engineering Division Summer Meeting, Lake Tahoe, Nevada, June 19 23, 1994 (Fluid Engineering Division Conference).

Kytömaa HK, Peterson C, McClintock F, Schiaffino S. Fluidization and segregation in bi-disperse solid-liquid particulate systems. Proceedings, 11th Symposium on Energy Engineering Sciences, pp. 48-55, May 3-5, 1993.

Schmid PJ, Kytömaa HK. Stability analysis of unbounded uniform granular shear flow. J Fluid Mech 1994; 264:255-275.

Kytömaa HK, Corrington SW. Ultrasonic imaging velocimetry of transient liquefaction of cohesionless particulate media. Int J Multiphase Flow 1994; 20(5):915-926.

Solomon SD, Kytömaa HK, Celi AC, Maas LC, Chou J, Hopkins E, Caguioa E, Lee RT. Myocardial tissue characterization by autocorrelation of two-dimensional ultrasonic backscatter. J Am Soc Echocardio 1994; 7(6):631-640.

Kytömaa HK, Weselake K. Current distribution and finite element mesh selection for electrical impedance tomography. Comp Mech: Int J 1994; 15(2):161-172.

Kytömaa HK. Poudres & Grains, A.E.M.M.G. Association pour I'Etude de la Micromecanique des Milieux Granulaires, N ° 5 - Mars-Avril, 1994.

Kytömaa HK, Prasad D. The transition from frictional domination to the viscous flow regime. pp. 281-287. In: Powders and Grains, Volume 93. Thornton C (ed), Balkema, Rotterdam, 1993.

Schiaffino S, Kytömaa HK. Steady fluidization of fine particles in a fixed bed of coarse particles. Powder Technol 1993; 77:291-299.

Atkinson CM, Kytömaa HK. Acoustic properties of solid-liquid mixtures and the limits of ultrasound diagnostics — I: Experiments. Journal of Fluids Engineering 1993; 115(4):665-675.

Kytömaa HK, Atkinson CM. Sound propagation in suspensions and acoustic imaging of their microstructure. Mech Mater 1993; 16:189-197.

Atkinson CM, Kytömaa HK. Acoustic wave speed and attenuation in suspensions. Int J Multiphase Flows 1992; 18(4):577-592.

Kytömaa HK, Schmid PJ. On the collision of rigid spheres in a weakly compressible fluid. Phys Fluids 1992; A (12):2683-2689.

Kandlikar SG, Pisera J, Kytömaa HK, Thome RJ. Heat transfer and pressure drop characteristics of

magnet winding during cooldown with flow boiling of LN2. Experimental Heat Transfer, Fluid Mechanics and Thermodynamics, 1991.

Kytömaa HK, Brennen CE. Small amplitude kinematic wave propagation in two-component media. Int J Multiphase Flows 1991; 17(1):13-26.

Kytömaa HK. Viscous particle interactions and their effect on kinematic wave propagation. Chem Engin Commun 1991; 105:27-41.

Kytömaa HK. Effects of internal reordering on sedimentation waves in concentrated incompressible suspensions. Fluid/Particle Separation J 1991; (4)1:37-46.

Geschwindt JR, Kytömaa HK. Design of the cooling system for the compact ignited Tokamak central solenoid. Adv Cryogen Engin 1990; 35B:957.

Kytömaa HK. Propagation and structure of solidification waves in concentrated suspensions. Mech Mater 1990; 9(3):205-215.

Kytömaa HK, Brennen CE. Some observations of flow patterns and statistical properties of three component flows. J. Fluids Eng. 1988; 110(1):76-84.

**Television Appearances**

Kytömaa HK. The Cleveland 1944 accident: History's worst liquefied natural gas (LNG) accident. Modern Marvels: Engineering Disasters 11, The History Channel, October 26, 2004.

## Webinars

Little, J.M., Lindahl, P., Verghese, P., Kytömaa, H. Case Dismissed! The metal halide lamp warehouse fire mystery solved. Product Liability Advisory Council. February 8, 2023.

Morse, T, Barry, M, Colella, F, Natarajan, S, Kytömaa, H. Caution: HOT! Understanding and Investigating Burn Injuries. Exponent Live August 13, 2020.

Kytömaa, HK, Colella, F., Current Trends in the Global LNG Industry. AIJA International Association of Young Lawyers. November 2019.

Kytömaa, HK. Advances in Managing Climate and Extreme Weather Even Risks and Liabilities for Industrial Infrastructure and Operations. Exponent Webinar. February 2019.

## Keynote Addresses

Kytömaa, H. Industry R&D Needs in Hydrogen Safety. Combustion Institute 40th International Symposium Emphasizing Energy Transition. Milan, Italy, July 24, 2024.

Kytömaa, HK. Natural Gas and LNG Industry: Its Growth and Future Challenges. American Institute of Chemical Engineers 2020 Virtual Spring Meeting and 16th Global Congress on Progress Safety. Topical Conference on Gas Utilization. August 18, 2020.

Kytömaa HK. The past, present and future of LNG. American Institute of Chemical Engineers 2014 Spring National Meeting, 10th Global Congress on Process Safety. Topical Conference on Gas Utilization, New Orleans, LA, March 30-April 3, 2014.

Kytömaa HK. Modeling and simulation in the USA. Keynote address, MASI Conference on Modeling and Simulation, Jyväskylä, Finland, May 9, 2006.

## Book Chapters

Bamberger J, Kytömaa HK, Greenwood MS. Slurry ultrasonic particle size and concentration characterization. pp 485-495, Science and Technology for Disposal of Radioactive Tank Wastes. Schulz WW, Lombardo NJ (eds), Springer Science+Business Media, New York, NY, 1998.

Kytömaa HK, Liquefaction and solidification. Chapter 24. pp. 861-883. Particulate Two-Phase Flows. Roco M (ed). Butterworth-Heinemann, Stoneham, MA, 1992.

## Conference Presentations, Proceedings and Invited Lectures

Wechsung A, Yen M, Ibarreta AF, Myers TJ, Kytomaa HK. Venting of Hydrogen Explosions. Proceedings, AIChE Spring Meeting & 19th Global Congress on Process Safety, Houston, TX, 2023.

Little, M., Lindahl, P., Verghese, P., Kytomaa, H. Case Dismissed! The Metal Halide Lamp Warehouse Mystery Solved. Massachusetts Defense Lawyers Association Annual Meeting, June 2022.

Morse TL, Stern M, Watson H, Buehler C, Kytömaa HK. Experimental evaluation of electrostatic discharge in multi-phase hydrocarbon flows. 18th Global Congress on Process Safety, American Institute of Chemical Engineers Spring Meeting, Houston, TX, April 11, 2022.

Kytömaa, H. and Banning, M. "Extreme weather risks to infrastructure." Ship.Energy Summit 2021. 7-8 September 2021.

Yen M, Colella F, Kytomaa H, Allin B, Ockfen A, "Contact Burn Injuries Part I: The influence of object thermal mass", Proceedings of the 2020 IEEE Symposium on Product Compliance Engineering (SPCE 2020), November 2020, Portland, WA. Voted Symposium's Best Paper

Yen M, Colella F, Kytomaa H, Allin B, Ockfen A, "Contact Burn Injuries Part II: The influence of object shape, size, contact resistance, and applied heat flux", Proceedings of the 2020 IEEE Symposium on Product Compliance Engineering (SPCE 2020), November 2020, Portland, WA.

Colella, F. Vytiniotis, A., Reilly, E., Kytömaa H., Integrity and Asset Management of LNG Tanks – Lesson Learned from Failures, Gastech Virtual Summary, September 2020.

Stern M, Oelker A., Parker S., Kytömaa H, Krill M. Patentable or Infringing? An Overview of Patent Infringement and Validity Concepts for Researchers and Innovators. American Institute of Chemical Engineers 2020 Virtual Spring Meeting and 16th Global Congress on Progress Safety. August, 2020.

Kytömaa, HK. Panel Presentation on Litigation Risk and Exposure from Extreme Climate Events: Presented at the 18th Annual Energy Litigation Conference. Houston, TX. November, 2019

Vytiniotis, A, Colella, F, Budiansky, N., Kytömaa, H. Lessons Learned - Investigating failures of LNG containment systems. Gastech Power & Energy 2019. Houston, TX. September 2019

Kytömaa, HK, Boehm, P, Osteraas, J, Haddad, B, Hacker, J, Gilman, L, Jampole, E, Murphy, P, Souri, S. A Non-Stationary Approach to Conducting Site-Specific Integrative Risk Management Assessments at Industrial Facilities at Risk from Extreme Weather Events. American Institute of Chemical Engineers 2019 Spring Meeting and 15th Global Congress on Process Safety. New Orleans, LA. April 2019.

Kytömaa, HK. Buncefield Explosion. Invited Lecturer. Massachusetts Institute of Technology. Integrated Chemical Engineering, Course 10.490. November 2019.

Kytömaa, HK and Colella, F. Understanding and Investigating Burn Injuries. Mechanical Engineering Industry Seminar Speaker. University of Washington. December 2018.

Kytomaa, H., Colella F., Understanding and Investigating Burn Injuries, Worcester Polytechnic Institute (WPI) Seminar, November 2018.

Kytömaa, H., Barry, M., Colella, F., Natarajan, S., Lee, K., Morse, T., Investigating Burn Injuries, AEGIS 2018 Claims Seminar, October 2018.

Kytömaa, H., Barry, M., Colella, F., Natarajan, S., Lee, K., Morse, T., Investigating Burn Injuries, DRI - Fire Science and Litigation: Burning down the House, September 2018.

Marr, KC, Ponchaut, NF, Kytömaa HK. Monte Carlo analysis of hazardous air pollutant emissions from industrial flares. Air and Waste Management Association, 108th annual conference & exhibition, Raleigh, NC, June 2015.

Ponchaut NF, Kytömaa HK. Planning early for compressor surge avoidance. AIChE Spring Meeting, 15th Topical Conference on Gas Utilization, Austin, TX, April 2015.

Ponchaut NF, Ibarreta A, Kytömaa HK. LNG spills on water: a comparison of the shallow water model to experiments. AIChE Spring Meeting, 15th Topical Conference on Gas Utilization, Austin, TX, April 2015.

Morse T, Ellison A, Kytömaa HK. Electrical fault damage to corrugated stainless steel tubing in a house fire. International Symposium of Fire Investigation Science and Technology, College Park, MD, 2014.

Marr KC, Ponchaut NF, Kytömaa HK. Emissions estimation methodologies for industrial flares. AFRC 2014 Industrial Combustion Symposium. Houston, TX, September 2014.

Colella F, Ibarreta A, Ponchaut NF, Kytömaa HK. Effectiveness of vapor fences in mitigating LNG jetting and flashing releases. American Institute of Chemical Engineers 2014 Spring National Meeting, 14th Topical Conference on Gas Utilization, New Orleans, LA, March 30-April 3, 2014.

Ibarreta A, Hart RJ, Ponchaut NF, Morrison D, Kytömaa HK. How does concrete affect evaporation of cryogenic liquids: evaluating LNG plant safety. ASME 2013 International Mechanical Engineering Congress & Exposition (IMECE 2013), San Diego, CA, November 2013.

Morrison DR, Kytömaa HK. Evaluating risk management and reliability for safe, continuous and efficient LNG operations. Workshop at the 8th Annual LNG Tech Global Summit, Barcelona, Spain, October 14-16, 2013.

Colella F, Ibarreta A, Ponchaut NF, Kytömaa HK. Numerical analysis of dense gas dispersion: Effect of staggered fences. Mary Kay O'Connor Process Safety Center. 2013 International Symposium, College Station, TX, October 2013.

Marr KC, Ponchaut NF, Kytömaa HK. Analysis of combustion efficiencies for industrial steam-assisted flares. AFRC 2013 Industrial Combustion System, Koloa, HI, September 2013.

Ibarreta AF, Hart RJ, Morrison DR, Kytömaa HK. A view of the evolving LNG regulations and associated exclusion zones from an industry perspective. American Institute of Chemical Engineers 2013 Spring National Meeting, 13th Topical Conference on Gas Utilization, San Antonio, TX, April 28-May 2, 2013.

McInerney E, Hart R, Morrison DR, Kytömaa HK. New quantitative risk criteria for U.S. LNG facilities. American Institute of Chemical Engineers 2013 Spring National Meeting, 47th Loss Prevention Symposium, San Antonio, TX, April 28-May 2, 2013.

Hart RJ, Morrison DR, Ibarreta AF, Kytömaa HK. Guidelines for relative hazard ranking of refrigerants and siting considerations for LNG liquefaction units. American Institute of Chemical Engineers 2013 Spring National Meeting, 13th Topical Conference on Gas Utilization, San Antonio, TX, April 28-May 2, 2013.

Morrison DR, Kytömaa HK. Performing LNG hazard and consequence analysis. Workshop at the 7th Annual LNGTech Global Summit, Rotterdam, The Netherlands, December 3-5, 2012.

Morrison DR, Hart RJ, Kytömaa HK. Guidelines for jetting and flashing LNG vapor exclusion zone analysis. American Institute of Chemical Engineers, 2012 Spring National Meeting, LNG Plant Safety and Protection Session, Houston, TX, April 1-5, 2012.

Ellison AD, Morse TL, Kytömaa HK. Lightning related structure fires. International Symposium on Fire Investigation Science and Technology, University of Maryland, October 2012.

Morse TL, Ibarreta AF, Kytömaa HK. Explosions in transformer tanks due to arcing events. AIChE Spring Meeting, 8th Global Congress on Process Safety, Houston, TX, April 2012.

Morrison DR, Hart RJ, Kytömaa HK. Guidelines for jetting and flashing LNG vapor exclusion zone analysis. American Institute of Chemical Engineers, 2012 Spring National Meeting, LNG Plant Safety and Protection Session, Houston, TX, April 1-5, 2012.

Ponchaut NF, Kytömaa HK, DesAutels C, Kaganoi S, Becu O, Cardiff G. Modeling of ground flare pits. American Institute of Chemical Engineers, 2012 Spring National Meeting, 12th Topical Conference on Gas Utilization, Houston, TX, April 1-5, 2012.

Ponchaut NF, Ibarreta A, Kytömaa HK. Modeling of LNG spills into trenches and troughs. American Institute of Chemical Engineers, 2012 Spring National Meeting, 12th Topical Conference on Gas Utilization, Houston, TX, April 1-5, 2012.

Ponchaut NF, Kytömaa HK, Ibarreta AF. Modeling the vapor source associated with spills of LNG into troughs and trenches. AIChE Spring National Meeting, 11th Topical Conference on Gas Utilization, Chicago, IL, March 2011.

Kytömaa HK. Lessons learned from past major losses and possible future strategies: Buncefield. The SPE International Conference on Health Safety and Environment in Oil and Gas Exploration and Production, Rio de Janeiro, Brazil, April 12-14, 2010.

Ponchaut NF, Kytömaa HK, Morrison DR, Chernovsky MK. Modeling the vapor source associated with the spill of LNG into a sump or an impoundment area. Mary Kay O'Connor Process Safety Center. 2010 International Symposium, College Station, TX, October 2010.

Kytömaa HK, Ibarreta A, Loud J. Char depth mapping of floor structure to determine fire origin. Proceedings, International Symposium on Fire Investigation Science and Technology, Hyattsville, MD, 2010.

Morse TL, Kytömaa HK. Variations in the evaporation rate of a cryogenic liquid on a water surface. Mary Kay O'Connor Process Safety Center 2010 International Symposium, College Station, TX, October 2010.

Ponchaut NF, Kytömaa HK. Cooldown of large pipes during the commissioning phase of cryogenic facilities. AIChE Spring Meeting, 10th Topical Conference on Natural Gas Utilization, San Antonio, TX, March 2010.

Myers TJ, Kytömaa HK, Ibarreta AF, Ponchaut NF. Analyzing historic process data to identify near misses and warning signs: Examples from the Buncefield incident. AIChE Spring Meeting, 6th Global Congress on Process Safety, San Antonio, TX, March 2010.

Kytömaa HK, Myers TJ, Ibarreta AF, Ponchaut NF. Using real time process models to detect loss of containment and mitigate hazards. AIChE Spring Meeting, 6th Global Congress on Process Safety, San

Antonio, TX, March 2010.

Morse TL, Kytömaa HK. The effect of turbulence on the evaporation of cryogenic liquid spills on water. AIChE Spring Meeting, 10th Topical Conference on Natural Gas Utilization, San Antonio, TX, March 2010.

Kytömaa HK. CO poisoning. PA Defense Counsel (PADC), September 2009.

Ponchaut NF, Kytömaa HK. Transient spreading of LNG on water. Mary Kay O'Connor Process Safety Center. 2009 International Symposium, College Station, TX, October 2009.

Kytömaa HK, Myers TJ, Ibarreta AF, Ponchaut NF. Anatomy of the failures that led to the Buncefield explosion and fire. Proceedings, 2009 Mary Kay O'Connor Process Safety Center International Symposium, College Station, TX, October 2009.

Kytömaa HK. Carbon monoxide poisoning. Massachusetts Defense Lawyers Association, May 2009.

Ponchaut NF, Chernovsky M, Gavelli F, Kytömaa HK. Modeling the spreading of large LNG spills on water. AIChE Spring Meeting, 9th Topical Conference on Natural Gas Utilization, Tampa, FL, April 2009.

Gavelli F, Chernovsky M, and Kytömaa HK. The effect of substrate on LNG vapor dispersion from an impounded area. AIChE Spring Meeting, 9th Topical Conference on Natural Gas Utilization, Tampa, FL, April 2009.

Myers TJ, Kytömaa HK, Ponchaut NF and Ibarreta AF. Lessons learned from the Buncefield Fuel Depot explosion. AIChE Spring Meeting & 5th Global Congress on Process Safety, Tampa, FL, April 2009.

F. Gavelli, M. Chernovsky, H. Kytömaa. Quantification of source-level turbulence during LNG spills onto a water pond. Proceedings, Mary Kay O'Connor Process Safety Center Symposium, College Station, TX, 2008.

Myers TJ, Long RT, Gavelli F, Kytömaa HK. The use of smoke detector sequence of activation in determining the area of origin of a fire: investigation of the FedEx DC-10 fire. Proceedings, International Symposium on Fire Investigation Science and Technology, Cincinnati, OH, 2008.

Myers TJ, Hinze PC, Kytömaa HK. Fire and explosion in an explosives conditioning bunker. Proceedings, 42nd Annual Loss Prevention Symposium, American Institute of Chemical Engineers Spring National Meeting, New Orleans, LA, 2008.

Gavelli F, Chernovsky MK, Kytömaa HK. LNG pool fire models: Similarities and differences I. Proceedings, 4th Global Congress on Process Safety, American Institute of Chemical Engineers Spring National Meeting, New Orleans, LA, 2008.

Kytömaa HK, Chernovsky M, Gavelli F. A new experimental study on the spreading of liquid nitrogen over water. Offshore Technology Conference, Houston, TX, May 2008.

Kytömaa HK. Catastrophic incidents: Learning from the past to prevent in the future, early detection of loss of containment. Society of Petroleum Engineers, Health and Safety Conference, Nice France, April 15, 2008.

Kytömaa HK. LNG pool spreading. LNG Safety Workshop, LNG Tech Global Summit 2007, Rotterdam, Netherlands, September 10, 2007.

Kytömaa HK. LNG release from a vessel. Mary Kay O'Connor Process Safety Center: CLNG Workshop at the Hamilton Crowne Plaza, Washington, DC, June 12-13, 2007.

Gavelli F, Chernovsky MK, Bullister E, Kytömaa HK. Validation of a CFD model for vapor dispersion from LNG spills into an impoundment. American Institute of Chemical Engineers Spring National Meeting, Houston, TX, April 2007.

Kytömaa HK. LNG hazards for offshore and onshore LNG receiving terminals. Invited speaker/faculty member, LNG Development in the Northeast, Boston MA, December 5, 2006.

Gavelli F, Bullister E, Kytömaa HK. Application of the fluent model to LNG spills over water. The Status of CFD Models for LNG Exclusion Zones. Gas Technology Institute Seminar Houston, TX, September 13, 2006.

Gavelli F, Bullister E, Kytömaa HK. Applications of CFD (Fluent) to LNG spills into geometrically complex environments. Proceedings, 2006 Mary Kay O'Connor Process Safety Center International Symposium, pp. 468□485, 2006.

Grossman HL, Ray RM, Zhao K, Kytömaa HK. Analysis of garage fires, Paper 2006-01-0791, SAE World Congress, Detroit, MI, April 3-6, 2006.

Kytömaa HK, Gavelli F. Rangwala A. Leakage of liquid from a cryogenic container. LNG: The Environmental and Safety Agenda Operations/Emergency Preparedness and Response AIChE Meeting, Vancouver, BC, September 13, 2005.

Kytömaa HK. Risks and common misconceptions associated with LNG. Breakfast Seminar, the Downtown Club at Plaza, Houston, TX, May 25, 2005.

Gavelli F, Foulds J, Sire R, Kytömaa HK. Root cause analysis of a gas turbine compressor stator blade failure. ASME Power Conference, Chicago, IL, 2005.

Myers TJ, Kytömaa HK, Smith TR. Environmental stress-corrosion cracking of fiberglass: Lessons learned from failures at small chemical facilities. Proceedings, Mary Kay O'Connor Process Safety Center Symposium, College Station, TX, 2005.

Kytömaa HK, Hinze P. Scientific fire investigation of automotive fires. Bowman and Brooke, LLP, Hot Topics Seminar Series, September 15, 2004.

Kytömaa HK, Hinze P. Automobile fire investigations. Volvo Powertrain, Hagerstown, MD, September 1, 2004.

Kemal A, MacDonald M, Hebert J, Kytömaa HK. Explosion hazards due to delayed ignition in gas turbines. Electric Power 2004, Baltimore, MD, 2004.

Kytömaa HK. Garage and house fires. Bowman and Brooke, LLP, Hot Topics Seminar Series, Toyota USA, Los Angeles, CA, December 15, 2003.

Kytömaa HK. Scientific investigation of fires and explosions. Georgia Defense Lawyer's Association, 36th Annual Meeting, Hilton Head, SC, July 2003.

Kytömaa HK. Lessons learned in fire investigations. Trial Attorneys of America, Annual Meeting, Chicago, IL, June 2002.

Kytömaa HK. Building air circulation and carbon monoxide poisoning. NFPA World Safety Conference, Minneapolis, MN, May 2002.

Kytömaa HK. Fires and explosions in vapor control systems: A lessons learned anthology. AIChE Spring

National Meeting, New Orleans, LA, March 2002.

Kytömaa HK. Use of PowerPoint in the court room. International Association of Defense Counsel, Tucson, AZ, February 2002.

Mottahed B, Kytömaa HK. Cooldown simulation for the compact ignition Tokamack (CIT), poloidal field (PF) coils. Proceedings, IMECE '02, Volume 4:185-194, New Orleans, LA, November 17-22, 2002.

Kytömaa HK. Explosions and fires accident reconstruction. Propane Gas Defense Association Meeting, Atlanta, GA, April 2001.

Kytömaa HK. Investigation of a loading dock naphthalene fire. American Institute of Chemical Engineers Process Plant Safety Symposium, AIChE Spring National Meeting, Houston, TX, April 2001.

Kytömaa HK. The use of technology in fire investigations. DRI Conference, Las Vegas, NV, February 2001.

Kytömaa HK. Fire onboard DC-10 over New York City — A case study of the state of the art in aviation fire investigation. Thermal Sciences and Engineering, Exponent, Inc., March 1999.

Bamberger J, Greenwood MS, Kytömaa HK. Ultrasonic characterization of slurry density and particle size. FEDSM98-5075. American Society of Mechanical Engineers, New York, NY, 1998.

Shekarriz A, Brenden BB, Kytömaa HK. Planar ultrasonic technique for real-time visualization and concentration measurement in dense solid-liquid slurries. Proceedings, FEDSM'98 ASME Fluids Engineering Division Summer Meeting, Washington, DC, June 1998.

Kytömaa HK. Hazards associated with vapour abatement systems: Machinery failures and safety. Trends in Technology, Law and Insurance, Helsinki, Finland, September 1997.

Kytömaa HK. Hazards associated with fume collection and abatement systems: Process safety. AIChE Spring Meeting, Houston, TX, March 1997.

Kytömaa HK. Safe operation of VOC collection/destruction systems. New England Environmental Expo, Boston, MA, May 1996.

Solomon SD, Maas LC, Celi AC, Fox J, Shernan S, Kytömaa HK, Lee RT. Ultrasonic tissue characterization of infarcted myocardium by transesophageal echocardiography, Journal of the American Society of Echocardiography, May-June 1995 Volume 8, Issue 3, Page 393.

Schmid PJ, Kytömaa HK. Receptivity of unbounded granular shear flow to periodic external forces. Proceedings, Engineering Mechanics Conference, Stein Sture, Boulder, CO, 1995.

Kytömaa HK. Ultrasound in suspensions. Harvard University, Cambridge, MA, October 1994.

Kytömaa HK. Unsteady fluidization of BiDisperse particulate systems. AIChE Meeting November 1993.

Kytömaa HK. Shearing of dense suspensions. University of Surrey, Guildford, UK, July 1993.

Kytömaa HK, Peterson C, McClintock F, Schiaffino S. Fluidization and segregation in bi-disperse solid-liquid particulate systems. Proceedings, 11th Symposium on Energy Engineering Sciences, pp. 48-55, May 3-5, 1993.

Kytömaa HK, Abnet CA. Harmonic excitation of an unconstrained saturated particle bed. Proceedings, 9th Engineering Mechanics Conference, ASCE, College Station, TX, 1993.

Kytömaa HK, McClintock F, Peterson C, Schiaffino S. Comminution of energy materials. Proceedings, Argonne National Laboratory 11th Symposium on Energy Engineering Sciences, Argonne, IL, May 1993.

Kytömaa HK. The modeling of the dynamics of long fluid filled transfer lines. IKU, Trondheim, Norway, October 1992.

Kytömaa HK. The propagation of ultrasound through dense suspensions. IKU, Trondheim, Norway, October 1992.

Kytömaa HK, Abnet CA. Measurement of velocity distribution in concentrated oscillating bed of sediments. Proceedings, American Society of Civil Engineers Ninth Engineering Mechanics Conference, College Station, TX, May 1992.

Kytömaa HK. Acoustic measurements in very concentrated solid-liquid mixtures and internal imaging of liquefaction events. California Institute of Technology, Pasadena, CA, March 1992.

Kytömaa HK. Ultrasonic measurements of liquefaction events. Mechanical Engineering Seminar Series, University of Michigan, Ann Arbor, MI, December 1991.

Kandlikar, S.G., Pisera, J., Kytömaa, H., and Thome, R.J. Heat transfer and pressure drop characteristics of magnet winding during cooldown with flow boiling of LN2. Conference on Experimental Heat Transfer, Fluid Mechanics and Thermodynamics, Dubrovnik, Yugoslavia, August 1991.

Kytömaa HK. Acoustic properties of solid-liquid mixtures. Sibley School of Mechanical and Aerospace Engineering Colloquium Series, Cornell University, Ithaca, NY, March 1991.

Kytömaa HK, Cohen MS. Imaging of an unsteady circulating fluidized bed. NMR of Materials, San Jose, CA, 1991.

Kytömaa HK. Stability of multicomponent flows. Department of Mechanical Engineering, Johns Hopkins University, Baltimore, MD, November 1988.

Kytömaa HK. On enhanced separation processes in three-component mixtures. Society of Rheology Annual Meeting. Atlanta, GA, October 1987.

Kytömaa HK. Kinematic wave propagation in two-phase flows. Department of Mechanical Engineering Colloquium, University of California, Santa Barbara, CA, February 1986.

Kytömaa HK, Brennen CE. Measurement of friction pressure drops in vertical slurry and bubbly flows. Proceedings, Cavitation and Multiphase Flow Forum, AIAA/ASME 4th Fluids Mechanics Plasma Dynamics and Lasers Conference, Atlanta, GA, May 1986.

**Reports**

Kytömaa HK, Rau C, Smith T, Huet R. Evaluation of the March 1995 failure of turbine generator #3 at Skeena Cellulose, Inc. Exponent Failure Analysis Associates, Menlo Park, CA, May 2003.

Kytömaa HK. June 4, 2000, ABB auxiliary boiler explosion. Exponent Failure Analysis Associates, Menlo Park, CA, July 20, 2000.

Kytömaa HK. Investigation of the explosion at the Nottingham filtration plant, Cleveland, Ohio. Exponent Failure Analysis Associates, Menlo Park, CA, November 5, 1999.

Kytömaa HK. Thermostat tests. Exponent, Menlo Park, CA, March 3, 1999.

Kytömaa HK. Water heater evaluation. Exponent, Menlo Park, CA, September 29, 1998.

Kytömaa HK. Investigation in the matter of Fireman's Fund Insurance Company vs. Xerox Corporation. Exponent Failure Analysis Associates, Menlo Park, CA, March 20, 1998.

Kytömaa HK. Fire damage to Chiron DNA synthesizer. Exponent Failure Analysis Associates, Menlo Park, CA, November 17, 1997.

Kytömaa HK, Nunes S. Analysis of mist deflagrations and pool fires near the Schenck Dynamic Balancer. Exponent Failure Analysis Associates, Menlo Park, CA, August 26, 1997.

Kytömaa HK. Passaic New Jersey fire. Exponent Failure Analysis Associates, Menlo Park, CA, August 4, 1997.

Kytömaa HK. Federal Express DC-10 fire on September 5, 1996. Exponent Failure Analysis Associates, Menlo Park, CA, July 18, 1997.

Kytömaa HK, Häkkinen RJ, Hirsch C, Krause E. Computational fluid dynamics (CFD) technology programme 1995□1999. Helsinki, Finland, June 1997.

Kytömaa HK. Maruchan instant lunch product, Welbilt microwave oven. Exponent Failure Analysis Associates, Menlo Park, CA, March 28, 1996.

Kytömaa HK, Smith T. Investigation of the December 29, 1995, fire at the DuPont May plant, Exponent Failure Analysis Associates, Menlo Park, CA, June 25, 1999.

Kytömaa HK, Foulds J, Reza A, Hinman E, Correia P. Old Harbour power station, Boiler No. 4 explosion, June 3, 1994, Jamaica. Exponent Failure Analysis Associates, Menlo Park, CA, November 16, 1995.

Kytömaa HK, Grosso D. Dynamic modeling of drilling fluid flow circuits for acoustic telemetry, 1993.

Kytömaa HK. Interpretation of measured stand-pipe and annulus signals for the detection and quantification of down-hole gas. Report to Teleco Oilfield Services, Inc., October 1991.

Kytömaa HK, Winckelmans G. A fully time dependent numerical model for the sudden influx and propagation of gas in wells. Report to Teleco Oilfield Services, Inc., January 1991.

# Nadia Moore, PhD, DABT, ATS, ERT, CIH

Technical Fellow – Toxicology

JS HELD



## Key Expertise

- Toxicology
- Exposure Assessment
- Exposure Science/Industrial Hygiene
- Human Health Risk Assessment
- Health-Based Exposure Limit Derivation
- Personal Injury Claims
- Health Risk Communication
- Interpretation of Historical Scientific Data to Gauge Present-Day Conclusions (State-of-the-Art Analysis)
- Alcohol, THC/Marijuana/Cannabis Drugs of Abuse – Dram Shop, Impairment, & Blood Alcohol Reconstruction Analysis

## Education

PhD, Toxicology, University of Washington (Seattle, WA)

BS, Chemistry, Pacific Lutheran University (Tacoma, WA)

## Project Geographical Experience

US, Europe, Asia

## Language

English

## Summary of Experience

Dr. Nadia Moore is a Technical Fellow in Toxicology at J.S. Held, LLC. She has more than 25 years of multidisciplinary experience in toxicology, exposure science, regulatory compliance, molecular biology, and analytical chemistry. She has performed risk-based exposure and toxicology assessments for potential contaminants in workplaces, residential scenarios, and consumer products and has conducted short-term through 2-year carcinogenicity animal studies of inhaled vapors, aerosols, particulates, and complex mixtures.

Dr. Moore's practice includes exposure and safety assessments for chemicals in consumer products and occupational environments. Her experience encompasses chemical and physical agents (including asbestos, metals, organic solvents/vapors, particulate matter, persistent organic chemicals, pesticides, solvents, and talc); drug and alcohol exposure (including cannabis/marijuana); diverse exposure scenarios (including consumer, residential, occupational, and environmental); and all routes of exposure.

## Speaking Engagements

Recent presentations have focused on general principles of toxicology, biological absorption, detection and impairment following alcohol or THC use, health-based exposure limit derivation, talc toxicology, and asbestos toxicology.

## Expert/Testifying Experience

Dr. Moore has provided written and oral expert witness testimony.

## Professional Affiliations and Memberships

Dr. Moore is certified in toxicology by the American Board of Toxicology and the Academy of Toxicological Sciences. She is also admitted to both the United Kingdom and EUROTOX registries as a European Registered Toxicologist and is a Certified Industrial Hygienist.

Dr. Moore is a member of the Society of Toxicology, American College of Toxicology, British Toxicology Society, American College of Occupational and Environmental Medicine, American Association for the Advancement of Science, American Conference of Governmental Industrial Hygienists, American Chemical Society, American Industrial Hygiene Association, Emergency Response Planning Guidelines Working Group, the International Society for Regulatory Toxicology and Pathology, and is on the Board of Directors and President of the American Board of Toxicology.

## Role at J.S. Held

Dr. Moore provides toxicology, exposure science/industrial hygiene, and analytical chemistry consulting services for human health-related issues, including whether a chemical or physical agent can cause or has caused an injury, exposure assessment in diverse scenarios, determination of acceptable impurity levels in consumer products, derivation of acceptable exposure levels, and weight-of-evidence analysis of historical/scientific data to gauge present-day conclusions.

## Contact

18372 Redmond Way, Redmond WA 98051 | +1 425-207-4372 (O) | +1 425-961-2281 (M) | nmoore@jsheld.com

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

## Professional Certifications

**Diplomate of the American Board of Toxicology (DABT), 2012-present**

Initial certification, 2012
Renewal certification, 2017
Renewal certification, 2022

**Registered Toxicologist - UK and EUROTOX registries of the European Register of Toxicologists (ERT), 2015-present**

Initial certification, 2015
Renewal certification, 2020

**Certified Industrial Hygienist, 2020-present**

Initial certification, 2020

**Fellow, Academy of Toxicological Sciences (ATS), 2023-present**

Initial certification, 2023

**NIOSH Spirometry Testing Certification, 2015-2017**

**Program Management Professional, 2011-2014**

## Selected Work Experience

J.S. Held, LLC
Vice President and Principal Toxicologist / Technical Fellow – Toxicology
2019-Present

Veritox, Inc.
Senior Toxicologist / Principal Toxicologist
2013-2019 Responsible for toxicology, risk assessment, occupational and public health evaluations, and supporting environmental monitoring projects. Evaluated human health issues, such as whether a chemical exposure has caused an injury, determined acceptable impurity levels in consumer/pharmaceutical products, evaluated effects of drugs including alcohol, marijuana, THC, cannabis, and prescription drugs, and performed weight-of-evidence analysis of historical scientific data to gauge historical and present-day conclusions.

Battelle Toxicology Northwest, Battelle Memorial Institute
Pharmacologist / Safety Toxicologist
2008-2013
Responsible for study design, conduct, and reporting of Good Laboratory Practice (GLP)-compliant short-term to chronic/carcinogenicity toxicity studies. Duties included collaboration and coordination with multiple disciplines, such as chemistry, exposure engineering, animal care, clinical pathology, necropsy, and histopathology to conduct studies, followed by integration of subsequent discipline-specific data into the final study report. Evaluated the inhalation toxicity of test articles such as artificial butter flavorings, disinfectants, metalworking fluids/solvents, and carbon nanotubes. Served as Toxicology Discipline Leader for all National Toxicology (NTP) studies, providing leadership and guidance to the facility's staff regarding the overall conduct of inhalation toxicology studies.

University of Washington
Toxicology Doctoral Student / Teaching Assistant / Research Assistant
2003-2008
Responsible for conducting independent research to ascertain mechanisms underlying the developmental neurotoxicity of ethanol. Processed microarray datasets and developed molecular biology methods to support proteomic data and investigate

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

hypotheses generated from proteomic and/or microarray results such as RT-PCR, Western blotting, immunocytochemistry, ELISA, and spectrophotometric assays. Also developed qualitative and quantitative sample and data processing techniques for FT-ICR/LTQ proteomic analysis of proteins released by astrocytes after neurotransmitter stimulation, both in the presence and absence of ethanol.

Pacific Northwest National Laboratory
Senior Research Scientist
2001-2003
Responsible for preparation of risk-based toxicology reports for single compounds (e.g., potential contaminants in consumer products), chemical classes (e.g., triazine pesticides), and complex mixtures (headspace chemicals in Hanford waste tanks). Duties also included stakeholder communications for the Hanford Solid Waste Environmental Impact Statement and assembly of large toxicological datasets using customized databases and data visualization software.

Battelle Toxicology Northwest
Technician / Technical Specialist / Research Scientist / Principal Research Scientist
1992-2001
Responsible for analytical methods development, validation, and implementation to support quantification of test articles, metabolites and/or degradation products in biological samples, and inhalation exposure atmosphere samples as part of GLP-compliant preclinical safety studies. Analytical instrumentation included gas chromatography (GC), liquid chromatography (LC), ion chromatography (IC), high-performance liquid chromatography (HPLC), HPLC/MS, HPLC MS/MS, GC/MS, GC MS/MS, Fourier transform infrared (FTIR) spectroscopy, inductively coupled plasma (ICP)/mass spectrometry (MS), ICP/atomic emission spectrometry (AES), graphite furnace atomic absorption spectrometry (AAS), and flame AAS. Duties included generating method validation reports with method performance specifications, implementing methods, generating near-real-time data, and writing comprehensive study reports. Examples of analytes included pharmaceuticals, semiconductors (e.g., gallium arsenide, indium phosphide), and complex mixtures (e.g., Stoddard solvent and smoke).

National Institute of Environmental Health Sciences Environmental Pathology and Toxicology Training Grant
University of Washington
Pre-Doctoral Fellow
2005-2008

## Selected Project-Related Experience

- Blood alcohol reconstruction analysis and/or retrograde blood alcohol concentrations for dram shop matters, accident investigations, and impairment-related issues
- Evaluations regarding whether an exposure has caused a subsequent disease/injury, including comprehensive literature review and exposure assessment
- Drug-drug interaction investigations for conclusions regarding impairment and/or toxicity
- Derivation of compound-specific workplace occupational exposure limits (OELs)
- Derivation of permissible daily exposure (PDE) or acceptable daily intake (ADI) levels for impurities in consumer products and pharmaceuticals
- Critical literature review of potential intended (or non-intended) components in pharmaceutical and consumer products
- State-of-the-art historical review regarding timelines and basis for occupational exposure standards

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

## Professional Memberships and Associated Appointments

- Society of Toxicology (SOT), 2005-present
    - Inhalation and Respiratory Specialty Section member
    - Nanotoxicology Specialty Section member
    - Women in Toxicology Interest (WIT) Special Interest Group member; WIT Councilor (2016-2018 term)
    - Pacific Northwest Association of Toxicologists (PANWAT) member
    - PANWAT Councilor (2014-2016 term); Vice President Elect (2016-2017 term); Vice President (2017-2018 term); President (2018-2019 term); Past-President (2019-2020 term)
- Academy of Toxicological Sciences, elected member of the Awards Committee (2024-2027 term)
- American Board of Toxicology Board of Directors (2021-2025 term); Vice-President (2023-2024 term); President (2024-2025 term)
- Emergency Response Planning (ERP) Guidelines Working Group (ERP-WG) Member (formerly the ERP Committee), 2019-present
    - Secretary-elect (2022-2024 term); Secretary (2024-current)
- American College of Toxicology, 2009-present
- British Toxicology Society, 2015-present
- American College of Occupational and Environmental Medicine, 2013-present
- American Association for the Advancement of Science, 2008-present
- American Conference of Governmental Industrial Hygienists, 2014-present
- American Chemical Society (ACS), 2008-present
- American Industrial Hygiene Association (AIHA), 2014-present
    - Cannabis Committee Member (2019-present)
    - Toxicology Committee Member (2018-present), Secretary (2019-2020 term); Vice President (2020-2021 term); President (2021-2022 term); Past President (2022-2023 term)
- International Society for Regulatory Toxicology and Pathology, 2019-present
    - Council Member (2019-2022)
- Society for Experimental Biology and Medicine, 2013-present
- United Kingdom Register of Toxicologists, 2015-present
- Practicing Scientist Member, Institutional Animal Care and Use Committee (IACUC) Pacific Northwest National Laboratory, Sequim Laboratory, and the Columbus-based Toxicology Laboratory (ToxNW), 2011-2013
- Invited reviewer, Food and Chemical Toxicology (Elsevier Sciences), Human and Experimental Toxicology (Sage Journals), NeuroToxicology (Elsevier Sciences), Patty's Industrial Hygiene and Toxicology (Wiley), Toxicology Letters (Elsevier Sciences), and Toxicological Sciences (Oxford Journals)

## Selected Speaking Engagements

- "Lung: Structure, function, absorption, & inhalation" – Invited lecturer, Fundamentals of Toxicology Graduate Course ENVH514, University of Washington – September 29, 2014; October 9, 2015
- "Lung Cancer Risk from Asbestos and Smoking" – Burnham Brown Webinar, November 5, 2014
- "Low dose toxicology: extrapolations, exposure limits, and asbestos" – DALS Seminar, June 8, 2016
- "Talc – the next asbestos?" – ACI Toxic Tort and Environmental Litigation Conference, June 22, 2017

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

- "THC, Fitness for Duty, and Other Toxicology Issues in the Northwest Workplace" – Northwest Association of Occupational and Environmental Medicine, September 8, 2018
- "Cannabis: an overview of absorption, effects, detection and investigations" – DRI webinar, April 21, 2020
- "Low Dose Asbestos Toxicology and Implications for Health Effects" – DRI Asbestos Medicine Webinar, September 15, 2021
- "Fundamentals of Industrial Toxicology" – Professional Development Course at the AIHce 2022 Annual Meeting, Nashville, TN, May 21, 2022
- "When Cannabis and Transportation Collide" – International Risk Management Institute (IRMI) Transportation Risk Conference, September 19, 2022
- "Alcohol Excess & Access: Dram Shop and Social Host Hospitality Claims" – National Association of Subrogation Professionals National Meeting, Marco Island, FL, November 7, 2022
- "Fundamentals of Industrial Toxicology" – Half-Day Professional Development Course at the AIHce 2023 Annual Meeting, Phoenix, AZ, May 21, 2023
- "Fundamentals of Industrial Toxicology" – Full-Day Professional Development Course at the AIHA Connect 2024 Annual Meeting, Columbus, OH, May 19, 2024

## Selected Continuing Education

Evaluating Toxicity of Engineered Nanomaterials: Issues with Conventional Toxicology Approaches. SS Nadadur and FA Witzmann, Chairpersons. Society of Toxicology Continuing Education Course, Washington DC, 2011.

Current Nonclinical Strategies and Methods for Evaluating Drug-Induced Cardiovascular Toxicity. H Wang and DJ. Murphy, Chairpersons. Society of Toxicology Continuing Education Course, Washington DC, 2011.

Northwest Association for Biomedical Research IACUC Education Conference, Seattle, WA, 2011.

Art and Science of Research Translation in Toxicology. Society of Toxicology Pacific Northwest Chapter, Pacific Northwest Association of Toxicologists Annual Meeting. North Bonneville, WA, 2011.

Mid-America Toxicology Course, CD Klaassen, Course Director, Kansas City, MO, April 2012.

The What, When, and How of Nonclinical Support for an IND Submission. P Nugent and D Colagiovanni, Chairpersons. Society of Toxicology Continuing Education Course, San Antonio, TX, 2013.

Understanding Toxic Neuropathy in Drug Development: Both Clinical and Nonclinical Perspectives. MJ Kallman and J Benitez, Chairpersons. Society of Toxicology Continuing Education Course, San Antonio, TX, 2013.

Innovations in Methodologies for Inhalation Exposures and Interpretations of In Vivo Toxicity, Urmila Kodavanti, and Juergen Pauluhn, Chairpersons. Society of Toxicology Continuing Education Course, Phoenix, AZ, 2014.

Methodologies in Human Health Risk Assessment, Qiyu (Jay) Zhao and M.E. (Bette) Meek, Chairpersons. Society of Toxicology Continuing Education Course, Phoenix, AZ, 2014.

Advances in Safety Assessment of Medical Devices, Niranjan S Goud and Ron Brown, Chairpersons. Society of Toxicology Continuing Education Course, San Diego, CA, 2015.

New Horizons in Chemical Carcinogenesis: Advances in Mode of Action and Mechanism of Cancer Pathogenesis, James E Klaunig, and Udayan M Apte, Chairpersons. Society of Toxicology Continuing Education Course, San Diego, CA, 2015.

The New World of Cancer Immunotherapy: Challenges in Bench to Bedside Translation, Rodney Prell and Rafael A Ponce, Chairpersons. Society of Toxicology Continuing Education Course, San Diego, CA, 2015.

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

OECD GLP and Documentation Training Course, Robin Guy and Dave Hobson, Instructors. Robin Guy Consulting, Morristown, NJ, Aug. 31 – Sept. 1, 2015.

Nanomaterials, Chemical Exposures, and Control Banding: What Does It Mean for Workplace Safety? University of Washington Continuing Education Programs hosted by the Pacific Northwest Section – American Industrial Hygiene Association. Oct. 14, 2015

NIOSH-Approved 2-Day Initial Spirometry Training Course, Martha Horike-Pyne, Instructor. University of Washington Continuing Education Programs, Seattle WA. Nov. 7-8, 2015.

Advancing the Detection, Imaging, and Pitfalls in Monitoring Oxidative Stress in Health and Disease. Maria B. Kadiiska and Ronald P. Mason, Chairpersons. Society of Toxicology Continuing Education Course, New Orleans, LA, 2016.

Basic Principles and Practices for Applying Epigenetics in Mechanistic Toxicology. Shaun D. McCullough and Ronald N. Hines, Chairpersons. Society of Toxicology Continuing Education Course, New Orleans, LA, 2016.

Human Health Risk Assessment: A Case Study Application of Principles. John C. Lipscomb and M.E. (Bette) Meek, Chairpersons. Society of Toxicology Continuing Education Course, New Orleans, LA, 2016.

Adding Up Chemicals: Component-Based Risk Assessment of Chemical Mixtures. Jane Ellen Simmons and Richard C. Hertzberg, Chairpersons. Society of Toxicology Continuing Education Course, Baltimore, MD, 2017.

Extrapolation in the Airways: Strategies to Incorporate *In Vivo* and *In Vitro* Data to Better Protect Human Health. Marie C. Fortin and Madhuri Singal, Chairpersons. Society of Toxicology Continuing Education Course, Baltimore, MD, 2017.

In Vitro Testing: Tales from the Real World. Kelly P. Coleman and Amy J. Clippinger, Chairpersons. Society of Toxicology Continuing Education Course, San Antonio, TX, 2018.

The What, When, and How of Using Data from Alternative Testing Methods in Chemical Safety Assessments. Suzanne C. Fitzpatrick and Mansi Krishan, Chairpersons. Society of Toxicology Continuing Education Course, San Antonio, TX, 2018.

Uncertainty Characterization in 21st-Century Toxicology: Current Practice and Practical Methods Supporting Regulatory Risk Assessment. Kristi Muldoon-Jacobs and Andrea Richarz, Chairpersons. Society of Toxicology Continuing Education Course, San Antonio, TX, 2018.

Mechanistic Understanding and Quantitative Risk Assessment in Immunotoxicology. Emanuela Corsini and Jamie DeWitt, Chairpersons. Society of Toxicology Continuing Education Course, Baltimore, MD, 2019.

Conducting Systematic Review in Toxicology? Why, When, How? Martin Wilks and Vickie Walker, Chairpersons. Society of Toxicology Continuing Education Course, Baltimore, MD, 2019.

Cannabis Legalization – Workplace Health and Safety, John Murphy, and Joanna Tam, Chairpersons. AIHce Professional Development Course, Minneapolis, MN, 2019.

Occupational Safety and Health Administration (OSHA) 10-hour General Industry Safety and Health Training, HSI Online Training and Information (Otis), September, 2019.

An Introduction to New Approach Methodologies (NAMs) and Understanding Their Potential to Support Regulatory Decisions. Mansi Krishan and Suzanne Fitzpatrick, Chairpersons. Society of Toxicology Continuing Education Course, 2020.

Introduction to Open-Access Computational Toxicology Tools. Agnes Karmaus and Nicole C. Kleinstreuer, Chairpersons. Society of Toxicology Continuing Education Course, 2020.

Qualifying Biomarkers and Navigating the US FDA Predictive Toxicology Roadmap to Improve Decision-Making in Toxicology and Drug Safety Assessment. Robert Young and Vincent Reynolds, Chairpersons. Society of Toxicology Continuing Education Course, 2020.

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

Development, Toxicology, and Pathology of the Female Reproductive Tract: Interpretation of Findings from the Pathologist and Regulatory Perspectives. Atlee Watson and Aileen Keating, Chairpersons. Society of Toxicology Continuing Education Course, 2021.

Less is More: Sustainable Product Development Requires More Toxicological Considerations. Mansi Krishan and Brittany Baisch, Chairpersons. Society of Toxicology Continuing Education Course, 2021.

Timing is Everything: Role of Aging in Immune Responses and Toxicological Implications. Emanuela Corsini and Florence Burleson, Chairpersons. Society of Toxicology Continuing Education Course, 2021.

Enabling Animal-Free Safety Assessment of Cosmetics Globally, Catherine Willett and Paul Russell, Chairpersons. Society of Toxicology Continuing Education Course, 2022.

Principles and Applications of Read-Across in Human Health Risk Assessment. Julie Melia and Pamela Spencer, Chairpersons. Society of Toxicology Continuing Education Course, 2022.

Cultivating a Culture of Health and Safety Within the Cannabis Industry. Sylvia Fontes, Kenneth Eck, Malendia Maccree, and David Moore. AIHce Professional Development Course, Nashville, TN, 2022.

Tools Supporting Open Chemical Evaluations. David Reif and Shannon Bell, Chairpersons. Society of Toxicology Continuing Education Course, Nashville, TN, 2023.

In Vitro to In Vivo Extrapolation Strategy and Guidance across Organ System Toxicities. Samantha Faber and Helena Hogberg-Durdoc, Chairpersons. Society of Toxicology Continuing Education Course, Nashville, TN, 2023.

Weight of Evidence Analysis and Problem Formulation for Chemical Risk Assessment: Fundamental Principles and Application through Case Examples. Anna Lowit and Gina Hilton, Chairpersons. Society of Toxicology Continuing Education Course, Salt Lake City, UT, 2024.

Bridge over Adverse Waters: Integrating Pathology Findings in the Interpretation of Toxicology Studies. Jonathan Maher and Marie Lemper, Chairpersons. Society of Toxicology Continuing Education Course, Salt Lake City, UT, 2024.

### Selected Publications

TJ Mast, F Adeshina, **N Moore**, H Choudhury, A Protzel, and A Mahfouz. 2002. Identification of common toxic effects with common mechanisms of toxicity for pesticides selected from the drinking water contaminant list (CCL). The Toxicologist, Supplement to Toxicological Sciences, 66(1):494.

F Adeshina, T Mast, **N Moore**, A Mahouz, A Protzel, and H Choudhury. 2003. Identifying triazine herbicides on EPA drinking water contaminant candidate list (CCL) for common mechanism of toxicity and cumulative risk assessment. The Toxicologist, Supplement to Toxicological Sciences, 72(1):436.

**N Moore**, M Guizzetti, B Gallis, S Shaffer, DR Goodlett, and LG Costa. 2006. Use of proteomic approaches for the identification of changes in astrocyte secretion following ethanol exposure. The Toxicologist, Supplement to Toxicological Sciences, 90(1):1437.

M Guizzetti, G Giordano, **N Moore**, and LG Costa. 2008. Ethanol inhibits hippocampal neuron differentiation induced by carbachol-treated astrocytes. The Toxicologist, Supplement to Toxicological Sciences, 102(1):1963.

M Guizzetti, **NH Moore**, G Giordano, and LG Costa. 2008. Modulation of neuritogenesis by astrocyte muscarinic receptors. J. Biol. Chem. 283(46): 31884-31897.

**N Moore**, M Guizzetti, G Giordano, and LG Costa. 2008. Ethanol inhibits muscarinic receptor-induced release by astrocytes of extracellular proteins involved in neuronal development. The Toxicologist, Supplement to Toxicological Sciences, 102(1):1964.

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**NH Moore**, LG Costa, SA Shaffer, DR Goodlett, and M Guizzetti. 2009. Shotgun proteomics implicates extracellular matrix proteins and protease systems in neuronal development induced by astrocyte cholinergic stimulation. J. Neurochem. 108(4):891-908.

M Guizzetti, **NH Moore**, G Giordano, KL VanDeMark, and LG Costa. 2010. Ethanol inhibits neuritogenesis induced by astrocyte muscarinic receptors. Glia. 58(12):1395-406.

M Guizzetti, **NH Moore**, KL VanDeMark, G Giordano, and LG Costa. 2011. Muscarinic receptor-activated signal transduction pathways involved in the neuritogenic effect of astrocytes in hippocampal neurons. Eur. J. Pharmacol. 659(2-3):102-7.

CY Chan, LJ Swenson, J Hobden, **N Moore**, and BJ Kelman. 2014. Risk from exposure to triorthocresyl phosphate (TOCP) in aircraft cabins and flight decks. The Toxicologist, Supplement to Toxicological Sciences, 138(1):2247.

BC Sayers, MD Stout, MF Cesta, **N Moore**, GL Baker, KM Patton, BK Hayden, JA Dill, and NJ Walker. 2014. Thirty-day whole-body inhalation toxicity and tissue burden study of multiwalled carbon nanotubes in Harlan Sprague-Dawley rats and B6C3F1 mice. The Toxicologist, Supplement to Toxicological Sciences, 138(1):2004A.

**N Moore**, CY Chan, M Krause, and BJ Kelman. 2015. Risk from traffic-related air pollution in schools: beyond distance to roadway. 2015. The Toxicologist, Supplement to Toxicological Sciences, 149(1):577.

CY Chan, M Krause, B Kelman, and **N Moore**. 2016. Risk from breaches in portable, consumer-sized lithium batteries. The Toxicologist, Supplement to Toxicological Sciences, 150(1):2671.

B Kelman, R Evoy, C Chan, and **N Moore**. 2016. Fluoride: friend or foe. The Toxicologist, Supplement to Toxicological Sciences, 150(1):2277.

**N Moore**, B Hardin, C Robbins, and B Kelman. 2016. Smoker's Risk of Lung Cancer from Asbestos Exposure. The Toxicologist, Supplement to Toxicological Sciences, 150(1):2696.

BA Magnuson, MC Carakostas, **NH Moore**, SP Poulos, and AG Renwick. 2016. Biological fate of low-calorie sweeteners. Nutr Rev. 74(11):670-689.

JA Deyo, KA Tucker, CY Chan, **NH Moore**, and BJ Kelman. 2017. Marijuana: the smoke hasn't cleared. The Toxicologist, Supplement to Toxicological Sciences, 156(1):1282.

BJ Kelman, CY Chan, **NH Moore**, and LC Diener. 2017. Weight-of-evidence assessment for polyhexamethylene guanidine and interstitial lung disease. The Toxicologist, Supplement to Toxicological Sciences, 156(1):1287.

C Chan, K Tucker, **N Moore**, and B Kelman. 2018. Risk from Mycotoxins in Mold-Infested Consumer Products. The Toxicologist, Supplement to Toxicological Sciences, 162(1):2407.

**N Moore**, B Bennett, SP Barnes, CA Robbins, and BJ Kelman. 2019. Critical analysis of diacetyl and bronchiolitis obliterans. The Toxicologist, Supplement to Toxicological Sciences 168(1):2042.

SP Barnes, CA Robbins, BJ Kelman, and **N Moore**. 2019. Derivation of Health-Protective Screening Values for THC on Indoor Surfaces. The Toxicologist, Supplement to Toxicological Sciences 168(1):1844.

B Kelman, K Tucker, C Chan, and **N Moore**. 2019. Weight of Evidence Assessment of the Ability of Postmortem (PM) Measurements of Δ-9-Tetrahydrocannabinol (THC) in Blood to Predict Antemortem (AM) Blood Levels. The Toxicologist, Supplement to Toxicological Sciences 168(1):3080.

C Chan, **N Moore**, and B Kelman. Health Assessment of Etocrylene Present in Paints and Coatings. 2020. The Toxicologist, Supplement to Toxicological Sciences 174(1): 121.

B Kelman, M Halverson, C Chan, **N Moore**, T Dodd, and C Robbins. 2020. Derivation of a Health-Based Screening Value for Fentanyl on Indoor surfaces. The Toxicologist, Supplement to Toxicological Sciences 174(1): 119.

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

MJ McCoy, **N Moore**, and C Willey. 2021. Sharks and swimmers: Evaluating hazard, exposure, and risk during OEL selection and use in the pharmaceutical industry. The Synergist, May 2021.

Chan, CY, L Diener, J Semanske, **N Moore**, A Stock, and BJ Kelman. 2022. Safety assessment of indoor volatile air compounds in an urban tiny home village. The Toxicologist: 4621.

Soucy NV, S Masten, C Caro, AM Arthur, **NH Moore**, MJ Hooth, and R Mitkus. 2023. Updating the Standards of Professional Competence in the Field of Toxicology: The Second Generation of Best Practice. Int J Toxicol. 42(5)430-444.

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.



Exponent®
Engineering & Scientific Consulting


# Ann Michelle Morrison, Sc.D.

Principal Scientist | Ecological and Biological Sciences
Burlington
+1-978-461-4613 amorrison@exponent.com


## Professional Profile

Dr. Morrison has over 27 years of experience evaluating the relationship between anthropogenic activities and health effects to natural resources and humans. Dr. Morrison specializes in natural resource damage assessment (NRDA), environmental causal analysis, risk evaluations, net environmental benefit analysis, and assessments of water quality conditions.

Integrating her expertise in ecology, biology, chemistry, causal analysis, and data analysis, Dr. Morrison supports the development and execution of corporate sustainability, environmental, social, and governance (ESG) objectives.

Dr. Morrison has provided scientific consultation regarding the design of field studies for NRDA, and she has worked closely with legal counsel during scientific assessments and settlement negotiations with state and federal parties. Dr. Morrison has performed detailed technical assessments of risk and injuries to natural resources, including vegetation, benthic infauna, fishes, shellfishes, corals, birds, and wildlife. She has also developed site-specific sediment toxicity thresholds based on the empirical relationships of chemical concentrations to biological effects and evaluated the impacts of climate change events to ecological populations. Dr. Morrison has provided scientific consultation on carbon offset credit projects, carbon sequestration in natural working lands, and on life cycle assessment inputs for industrial processes. She has offered expert testimony concerning potential injury to natural resources, environmental impacts associated with development projects, net environmental benefits of remediation alternatives, and biofouling of marine assets.

Projects Dr. Morrison has been involved with have concerned oil spills, sewage releases, heavy metal contamination, polychlorinated biphenyls, coal ash, phosphate mining, harmful algal blooms, water rights, carbon footprints, and various industrial and municipal facilities that have generated complex releases to the environment. Dr. Morrison uses her broad knowledge of biology, ecology, toxicology, chemistry, statistics, and human health to assess risk and injury, evaluate sustainability, weigh net environmental benefits, analyze causation, evaluate climate impacts, and support decision making.

## Academic Credentials & Professional Honors

Sc.D., Environmental Health, Harvard University, 2004

M.S., Environmental Health, Harvard University, 2001

B.S., Biology, Rhodes College, 1997

## Prior Experience

Senior Scientist, Sole Proprietor, Morrison Environmental Data Services, 2004-2007

Data Analyst, ETI Professionals, 2005

Scientist, NIH Toxicology Training Grant, Harvard School of Public Health, 2000-2004

Guest Student, Woods Hole Oceanographic Institution, Stegeman Lab, 2001-2004

Science Intern, Massachusetts Water Resources Authority, 03–05/2000, 10/2000–10/2001

Research technician, Bermuda Biological Station for Research, Inc., Benthic Ecology Research Program (BERP), Bermuda, 01/1998–09/1999, 06–08/2000

Research Intern, Bermuda Biological Station for Research, Inc., Benthic Ecology Research Program (BERP), Bermuda, 05/1997–12/1997

NSF Research Experience for Undergraduates Fellowship, Bermuda Biological Station for Research, Inc., Benthic Ecology Research Program (BERP), Bermuda, 08–11/1996

## Professional Affiliations

American Chemical Society—ACS

Society for Risk Analysis—SRA

Society of Environmental Toxicology and Chemistry—SETAC North Atlantic Chapter of SETAC

American Society for Testing and Materials—ASTM

## Publications

Wechsung A, Buehler C, James J, Morrison AM, Stern M. 2022. Carbonomics: Introduction to Carbon Pricing, Regulations, and Frameworks. American Institute of Chemical Engineers. CEP. September 2022.

Mearns AJ, Morrison AM, Arthur C, Rutherford N, Bissell M, Rempel-Hester MA. Effects of pollution on marine organisms. Water Environment Research 2020; 92(10): 1510-1532.

Mearns AJ, Bissell M, Morrison AM, Rempel-Hester MA, Arthur C, Rutherford N. Effects of pollution on marine organisms. Water Environment Research 2019; 91(10):1229-1252.

Mearns AJ, Reish, DJ, Oshida PS, Morrison AM, Rempel-Hester MA, Arthur C, Rutherford N, Pryor R. Effects of pollution on marine organisms. Water Environment Research 2017; 89(10):1704-1798.

Morrison AM, Edwards M, Buonagurio J, Cook L, Murray K, Boehm P. Assessing the representativeness and sufficiency of water samples collected during an oil spill. Proceedings, 2017 International Oil Spill Conference, Vol 2017, No 1.

Mearns AJ, Reish DJ, Oshida PS, Morrison AM, Rempel-Hester MA, Arthur C, Rutherford N, Pryor R. Effects of pollution on marine organisms. Water Environment Research 2016; 88(10), pp.1693-1807.

Morrison AMS, Goldstone JV, Lamb DC, Kubota A, Lemaire B, Stegeman JJ. Identification, modeling and ligand affinity of early deuterostome CYP51s, and functional characterization of recombinant zebrafish sterol 14α-demethylase. Biochimica et Biophysica Acta, 2014; 1840:1825-1836.

Menzie C, Kane Driscoll SB, Kierski M, Morrison AM. Advances in risk assessment in support of sediment risk management. In: Processes, Assessment and Remediation of Contaminated Sediments. Reible DD (ed), SERDP ESTCP Environmental Remediation Technology, Vol. 6, pp. 107-130, 2014.

Goldstone JV, Goldstone HMH, Morrison AM, Tarrant AM, Kern SE, Woodin BR, Stegeman JJ. Cytochrome P450 1 genes in early deuterostomes (tunicates and sea urchins) and vertebrates (chicken and frog): Origin and diversification of the CYP1 gene family. Molecular Biology and Evolution; 24(12): 2619-2631, 2007..

Morrison AM. Receiver Operating Characteristic (ROC) Curve Analysis of Antecedent Rainfall and the Alewife/Mystic River Receiving Waters. Boston: Massachusetts Water Resources Authority. Report ENQUAD 2005-04, 2005. 26 p.

Morrison AM, Coughlin K. Results of Intensive Monitoring at Boston Harbor Beaches, 1996-2004. Boston, Massachusetts Water Resources Authority, Report ENQUAD 2005-05, 76 pp., 2004.

Morrison AM, Coughlin K, Shine JP, Coull BA, Rex AC. Receiver operating characteristic curve analysis of beach water quality indicator variables. Applied and Environmental Microbiology, 2003; 69:6405-6411.

Coughlin K, Stanley AM. Boston Harbor beach study suggests a change in beach management. Coastlines, 2001; Issue 11.6.

Coughlin K, Stanley AM. Water quality at four Boston Harbor beaches: Results of intensive monitoring 1996-2000. Boston, Massachusetts Water Resources Authority, Report ENQUAD 2001-18, 46 pp., 2001.

**Published Abstracts**

Stegeman J, Handley-Goldstone H, Goldstone J, Tarrant A, Morrison AM, Wilson J, Kern S. Pantomic studies in environmental toxicology answers, questions and extrapolation. Journal of Experimental Zoology Part A-Comparative Experimental Biology, 2006; 305A:181.

Goldstone JV, Goldstone HMH, Morrison AM, Tarrant A, Kern SE, Woodin BR, Stegeman JJ. Functional evolution of the cytochrome P450I gene family: Evidence of a pre-vertebrate origin. Marine Environmental Research, 2006; 62:S47-S47.

Handley HH, Goldstone JV, Morrison AM, Tarrant, Wilson JY, Godard CA, Woodin BR, Stegeman JJ. Abstracts from the 12th International Symposium on Pollutant Responses in Marine Organisms (PRIMO 12)—Receptors and Regulation of Cytochrome P450. Marine Environmental Research, 2004; 58:131+.

Morrison AM, Stegeman JJ. Abstracts from the Twelfth International Symposium on Pollutant Responses in Marine Organisms (PRIMO 12)—Cloning, Expression and Characterization of Cytochrome P450 51: An investigation of CYP51 azole sensitivity in aquatic animals. Marine Environmental Research, 2004; 58:131+.

Morrison AM, Stegeman JJ. CYP51 azole sensitivity in lower vertebrates and invertebrate. Drug Metabolism Reviews: Biotransformation and Disposition of Xenobiotics, 2003; 35(2):179.

**Presentations**

Menzie C, Morrison AM, Kleven M, Deines A, Yu Q, Duncan B, Ryan S. 2023. An Integrated Approach to Cumulative Impact Assessment in Support of Projects and Actions within Delineated Environmental Justice Areas. Society of Environmental Toxicology and Chemistry (SETAC) North America 44th Annual Meeting, Louisville, KY. November 12-16, 2023.

Mendoza S, Stern M, Marston B, and Morrison AM. 2021. What to Do With Your Used EV Batteries – Opportunities to Reuse and Recycle. Exponent Live. December 2, 2021.

Stern M, Morrison AM, Barry DA, and Ehrich DR. 2021. Your Emissions are Going Public! How New Publicly Available Technologies and Tools Could Impact Corporate Risk from Emissions. Exponent Live in partnership with The Product Liability Advisory Council. September 16, 2021.

Cruden J, Helminiak R, and Morrison AM. 2021. Environmental Law & Policy Under the Biden Administration: From Climate Change to Environmental Justice. DRI. April 27, 2021.

Lewis E and Morrison AM. 2021. Environmental Law in the Biden Administration. PLAC. April 15, 2021.

Palmquist KR, Ma J, Kierski M, Morrison AM. Proactive Assessment of Relative Ecological Risk in Wildfire Prone Areas. EPRI Environmental Aspects of Transmission and Distribution International Workshop. London, England. March 12–13, 2019.

Morrison AM, Ma J, Gard N, Palmquist K, Lin C, Deines A. Ecosystem services accounting in support of corporate environmental stewardship in a changing climate. Society of Environmental Toxicology and Chemistry (SETAC) North America 39th Annual Meeting, Sacramento, CA. November 5–8, 2018.

Pietari J, Morrison AM, Kashuba R, Boehm PD. Incorporating a framework for risk assessment, risk management, and risk mitigation of extreme weather events at Superfund sites. Society of Environmental Toxicology and Chemistry (SETAC) North America 39th Annual Meeting, Sacramento, CA. November 5–8, 2018.

Deines AM, Palmquist K, Morrison AM. Global Status and Risk of Non-Native Fish Aquaculture. 148th Annual Meeting of the American Fisheries Society, Atlantic City, NJ. August 19–23, 2018.

Morrison AM, Palmquist K, Kashuba R. Baseline in the Open-Access and “Big Data” Era. Law Seminars International. Washington, D.C. March 1, 2018.

Palmquist K, Morrison AM, Edwards ME. Addressing white hat bias: Lessons from environmental litigation. Society of Environmental Toxicology and Chemistry (SETAC) North America 38th Annual Meeting, Minneapolis, MN. November 12–16, 2017.

Palmquist KR, Ginn TC, Morrison AM, Boehm PD. Addressing Spatial Data Gaps in Deep-sea Benthic Sediment Sampling Following a Large-Scale Oil Spill. Battelle Sediment Conference in New Orleans, LA.

Deines AM, Morrison AM, Menzie CA. Environmental Flows: Evaluating Long-Term Baselines for Hydrological Regime Change in the Southern United States. American Geophysical Union Fall Meeting, San Francisco, CA. December 12-16, 2016.

Kashuba R, Morrison A, Palmquist K. Framework for environmental causal analysis that accounts for uncertainty in data quality. Presented at the Session: Integrated Risk Assessment and Emerging Lines of Evidence to Address Uncertainty, at the Society for Risk Analysis (SRA) 2016 Annual Meeting, San Diego, CA, December 12, 2016.

Yozzo KL, Hauri J, Kane Driscoll S, McArdle ME, Morrison AM. Review of current literature of cardiotoxicity of oil to early life stages of fish for use in natural resource damage assessments. 37th Annual Society of Environmental Toxicology and Chemistry (SETAC) North America Meeting, Orlando FL, November 6-10, 2016.

Kane Driscoll SB, Hauri J, Kulaki K, Morrison AM, McArdle ME, Schierz P, Yozzo KL, Edwards ME. The influence of mixing energy on the concentration and composition of oil in laboratory toxicity tests. 37th Annual Society of Environmental Toxicology and Chemistry (SETAC) North America Meeting, Orlando FL, November 6-10, 2016.

Morrison AM. The Science. Natural Resource Damages 101. Law Seminars International. Washington,

D.C. March 9, 2016.

Morrison AM, Murray KJ, Cook LC, Boehm PD. Spatial and Temporal Extent of PAHs Associated with Surface Oil Distributions (Anomalies). Gulf of Mexico Research Initiative Conference. Tampa, FL. February 1–4, 2016.

Boehm PD, Morrison AM. The Interplay of Data Needs and Data Analysis Frameworks to Optimize the Collection and Use of Data from Oil Spills. Gulf of Mexico Research Initiative Conference. Tampa, FL. February 1–4, 2016.

Whaley JE, Morrison AM, Savery LC. Using the Causal Analysis Framework to Investigate Marine Mammal Unusual Mortality Events (poster), Society of Marine Mammalogy Biennial Conference, San Francisco, CA. December 2015.

Kashuba R, Morrison AM, Menzie C. The Application and Misapplication of Directed Acyclic Graphs for Causal Inference in Ecology. Society of Environmental Toxicology and Chemistry (SETAC) North America 36th Annual Meeting, Salt Lake City, UT. November 1–5, 2015.

Kierski M, Morrison AM, Kane Driscoll S, Menzie C. A Refined Multi-Site Model to Estimate the Toxicity of PAH-Contaminated Sediments at MGP Sites. Society of Environmental Toxicology and Chemistry (SETAC) North America 36th Annual Meeting, Salt Lake City, UT. November 1–5, 2015.

Morrison AM, McArdle M, Menzie C. A Tiered Approach to Causal Analysis in Natural Resource Damage Assessment. 35th Annual Society of Environmental Toxicology and Chemistry (SETAC) Meeting, Vancouver, BC, Canada. November 9–13, 2014.

Morrison AM, Kane Driscoll S, McArdle M, Menzie C. Integrated environmental benefit analysis of sediment remediation thresholds. 32nd Annual Society of Environmental Toxicology and Chemistry (SETAC) Meeting, Boston, MA. November 14–17, 2011.

Kierski M, Morrison AM, Kane Driscoll S, Menzie C. A multi-site model to estimate the toxicity of PAH contaminated sediments at MGP sites. 32nd Annual Society of Environmental Toxicology and Chemistry (SETAC) Meeting, Boston, MA. November 14–17, 2011.

Kierski M, Morrison AM, Kane Driscoll S, Menzie C. Use of receiver operating characteristic curve analysis to estimate ecological risk zones as part of an ecological risk assessment. 31st Annual Society of Environmental Toxicology and Chemistry (SETAC) Meeting, Portland, OR. November 7–11, 2010.

Morrison AM, Coughlin K, Rex A. Bayesian network predictions of Enterococcus exceedances at four Boston Harbor beaches. Water Resources Conference 2008, Amherst, MA. April 8, 2008.

Stegeman J, Handley-Goldstone H, Goldstone J, Tarrant A, Morrison AM, Wilson J, Kern S. Pantomic studies in environmental toxicology answers, questions and extrapolation. 15th International Congress of Comparative Endocrinology, Boston, MA. 2005.

Goldstone JV, Goldstone HMH, Morrison AM, Tarrant A, Kern SE, Woodin BR, Stegeman JJ. Functional evolution of the cytochrome P450I gene family: Evidence of a pre-vertebrate origin. 13th International Symposium on Pollutant Responses in Marine Organisms (PRIMO 13), Alessandria, Italy, June 2005.

Morrison AM, Stegeman JJ. CYP51 azole sensitivity in lower vertebrates and invertebrate. 12th North American Meeting of the International Society for the Study of Xenobiotics, Providence, RI. October 12–16, 2003.

Morrison AM, Stegeman JJ. Cloning, expression and characterization of Cytochrome P450 51: An investigation of CYP51 azole sensitivity in aquatic animals. 12th International Symposium, Pollutant Responses in Marine Organisms, Tampa, FL. May 2003.

Handley HH, Goldstone JV, Morrison AM, Tarrant AM, Wilson JY, Godard CA, Woodin BR, Stegeman JJ. 12th International Symposium, Pollutant Responses in Marine Organisms, Tampa, FL. May 2003.

Morrison AM, Coughlin KA, Shine JP, Coull BA, Rex AC. Receiver operating characteristic curve analysis of beach water quality indicator variables. Pathogens, Bacterial Indicators, and Watersheds: Treatment, Analysis, Source Tracking, and Phase II Stormwater Issues. New England Watershed Association, Milford, MA. May 14, 2003.

Stanley AM, Coughlin KA, Shine JP, Coull BA, Rex AC. Receiver operating characteristic analysis is a simple and effective tool for using rainfall data to predict bathing beach bacterial water quality. 102nd General Meeting, American Society for Microbiology, Salt Lake City, UT. May 2002.

Coughlin K, Stanley AM. Five years of intensive monitoring at Boston harbor beaches: Overview of beach water quality and use of the Enterococcus standard to predict water quality. Massachusetts Coastal Zone Marine Monitoring Symposium, Boston, MA. May 2001.

Smith SR, Grayston LM, Stanley AM, Webster G, McKenna SA. CARICOMP coral reef monitoring: A comparison of continuous intercept chain and video transect techniques. Scientific Aspects of Coral Reef Assessment, Monitoring and Management, National Coral Reef Institute (NCRI), Nova Southeastern University, Ft. Lauderdale, FL. 1999.

**Thought Leadership**

Wechsung A and Morrison AM. EPA Proposes New Power Plant GHG Rules. Exponent. June 14, 2023

Wechsung A, Morrison AM, and Vargas J. EPA Proposes New Air Pollution Rules. Exponent. May 11, 2023.

Jaffé R, Gard N, Moore P, Morrison AM, Castillo Nelis L. Are mining companies ready to assess and manage biodiversity-related risks? April 27, 2023.

Jaffè R, Morrison AM and Gard N. Nearly 200 Countries Adopt a New Global Framework to Preserve Biodiversity. Exponent. January 2, 2023.

Wechsung A., Buehler C, James J., Morrison AM, and Stern M. Carbonomics: Introduction to Carbon Pricing, Regulations & Frameworks. Exponent. November 1, 2022.

Stern M, Morrison AM, Gard N, Jaffé R, and Ryan S. Takeaways from the IPCC Working Group III Report. The available carbon budget to avoid 1.5°C is quickly closing, but certain mitigation measures are gaining traction. Exponent. April 18, 2022.

Desautels C, Stern M, and Morrison AM. Expanding Fenceline Monitoring Challenges and opportunities in the expanded use of fenceline monitoring for hazardous air pollutants at industrial facilities. Exponent. April 7, 2022.

Folcik AM, Steele AN, Petrovich M, and Morrison AM. New York State Proposes ESG Requirements for the Fashion Industry. The “Fashion Sustainability and Social Accountability Act” would require fashion companies to disclose environmental, social, and governance measures. Exponent. April 5, 2022.

Morrison AM and Stern M. Are Your Sustainability Goals SMART? Part 6. Time-based sustainability goals identify a target date for completion that is both attainable and relevant. March 18, 2022.

Pape P, Ryan SF, and Morrison AM. New Public Geospatial Data Tools Promote Focus on Environmental Justice EJSCREEN 2.0 and CEJST support geographical evaluation of environmental and climate burdens. Exponent. March 17, 2022.

Morrison AM and Menzie CA. EPA Examining Cumulative Impact Assessments. Recent white paper identifies data gaps and recommends research to support use of cumulative impact assessment in regulatory decisions. Exponent. March 15, 2022.

Stern M, James J, and Morrison AM. Life Cycle Assessments Do Have Limitations. A candid look at the limitations of life cycle assessments for improving efficiency and sustainability operations. Exponent. January 6, 2022.

Jaffé R, Gard N, Deines A, and Morrison AM. New Guidelines Issued on Nature-Based Solutions for Flood Risk Management. U.S. Army of Corps of Engineers and international partners identify critical components of successful projects. Exponent. November 1, 2021.

Morrison AM, Palmquist K, James J, and Stern M. Are Your Forest Carbon Offsets Going Up in Smoke? Re-evaluating forest carbon offsets in the face of growing wildfire risks due to climate change. Exponent. October 21, 2021.

Stern M, Morrison AM, Wechsung A. Buyer Beware! Sustainability Technologies Are Still Evolving. Life cycle assessments are providing conflicting results for some technologies based on differing assumptions. Exponent. October 7, 2021.

Jaffé R, Gard N, and Morrison AM. Biodiversity Disclosures May Be Coming. Is your business prepared to measure and report material impacts to biodiversity? Exponent. October 7, 2021.

Morrison AM and Stern M. Are Your Sustainability Goals SMART? Part 5. Relevant sustainability goals use innovative strategies and technologies to achieve multiple business objectives simultaneously. Exponent. October 5, 2021.

Stern M and Morrison AM. SEC Issues Warning Letters on Climate Disclosures. Letters identify specific areas of interest to the Securities and Exchange Commission. Exponent. October 4, 2021.

Morrison AM, Menzie CA, Goodfellow W, and Reiss R. EPA Re-developing Guidance for Cumulative Risk Assessments. Updates to address environmental justice, multiple chemical exposures, and multiple exposure pathways. Exponent. September 27, 2021.

Stern M and Morrison AM. Newly Released GHG Emissions Database Goes Public. Climate TRACE aims to hold governments and private industries accountable for emissions. Exponent. September 24, 2021.

Morrison AM and Stern AM. Regulatory and Investor Scrutiny is Challenging Company Sustainability Commitments. A wide range of food and consumer product companies are being challenged to demonstrate their offerings meet their sustainability claims. Exponent. August 19, 2021.

Stern M and Morrison AM. The 2021 UN Climate Report: Takeaways for Sustainability Directors and Corporate Counsel. IPCC report strengthens attribution of fires, extreme weather, and climate change to GHG emissions and urges immediate reductions. Exponent. August 12, 2021.

Morrison AM and Stern M. Are Your Sustainability Goals SMART? Part 4. Attainable sustainability goals include actions that you have sufficient control, resources, and technology to perform. Exponent. August 9, 2021.

Morrison AM and Stern M. Are Your Sustainability Goals SMART? Part 3. Measurable sustainability goals define the scope of the target, produce valid and credible data, include industry-specific metrics, and anticipate future data requirements. Exponent. June 1, 2021.

Morrison AM and Stern M. Are Your Sustainability Goals SMART? Part 2. Specific sustainability goals focus on business objectives, use quantitative targets, identify opportunities, and account for

uncertainties. Exponent. May 4, 2021.

Stern M, Gilman L, Morrison AM, Ryan SF, Desautels C, Popovic J. Smile! You're on Carbon Camera! How satellites are making carbon and methane emissions public and what companies need to know. Exponent. April 26, 2021.

Morrison AM and Stern M. Are Your Sustainability Goals SMART? Add capital value and reduce risk through Specific, Measurable, Attainable, Relevant, Time-based sustainability goals. Exponent. April 21, 2021.

Morrison AM, Gard N, and Boehm P. Department of Justice Withdraws Restrictions on Supplemental Environmental Projects. Recent executive orders create opportunities for industry to favorably resolve environmental violations and mitigate climate impacts. Exponent. February 19, 2021.

Morrison AM, Kashuba R, Menzie CA. Evaluating alternative causes of environmental change. Environmental Perspectives 2016; 1.

Boehm PD, Morrison AM, Semenova S, Kashuba R, Ahnell A, Monti C. Comprehensive oil spill liability estimation. Environmental Perspectives 2016; 1.

Boehm PD, Morrison AM. Oil spill liability modeling: helping to manage existential risks. Oil & Gas Insight, 2016; 4.

Morrison AM. EPA Continues to Tighten Environmental Regulations for Coal-Fired Power Plants. Exponent. October 12, 2015.

Mudge S, Morrison AM. Tracking sources of sewage in the environment. Environmental Forensic Notes, 2010; 9.

Pietari J, Bigham G, Morrison AM. Source tracking for identification of microbial pollution sources. Environmental Forensic Notes, 2009; 6.

## Project Experience

Dr. Morrison has been involved in numerous complex projects relating to environmental contamination, causation, and potential risk to humans and biological resources in the affected environment.

**Risk Assessment, Natural Resource Assessment, and Causal Analysis**

Expert witness concerning natural resource injury in the Upper Columbia River, Washington. Joseph A. Pakootas, Donald R. Michel, the Confederated Tribes of the Colville Reservation, and the State of Washington v. Teck Cominco Metals Ltd. No. 2:04-CV-00256-SAB In United States District Court Eastern District of Washington. Testified in deposition.

Expert witness concerning PCB exposure of natural resources in the St. Lawrence River area. Back et al. v. Bayer Crop Science, LP, Monsanto Company, Solutia, Inc., Pharmacia, LLC, Pfizer, Inc. In Missouri Circuit Court Twenty-first Judicial Circuit, Saint Louis County. Cause No.: 18SL-CC03530. Testified at deposition.

Expert witness concerning likely causes of marine biofouling. Wicked Salty I, LLC v. Great American Insurance Company. In the United States District Court for the Southern District of Florida. Case No. 9:20-CV-82033-RQR. Submitted expert report. Case settled.

Expert witness concerning net environmental benefits from coal ash closure alternatives at two coal ash plants in North Carolina. Roanoke River Basin Association v. Duke Energy Progress, LLC, United States District Court, Middle District of North Carolina, Case No. 1:16-cv-607 and Roanoke River Basin Association v. Duke Energy Progress, LLC, United States District Court, Middle District of North Carolina, Case No. No. 1:17-cv-452. Testified at deposition.

Expert witness concerning potential damages to terrestrial and aquatic resources, including coral reefs, endangered sea turtles, fish and shellfish, and seagrass beds, resulting from a coastal development project on the Caribbean island of Nevis. Anne Hendricks Bass vs. Director of Physical Planning, Development Advisory Committee, and Caribbean Development Consultant Limited. Eastern Caribbean Supreme Court, in the High Court of Justice Saint Christopher and Nevis, Nevis Circuit, Civil Case No. NEVHCV2016/0014. Testified at trial.

Expert witness concerning potential impacts to California fishery populations from the Refugio oil spill. Andrews et al. v. Plains All American Pipeline, L.P. et al. United States District Court, Central District of California, Western Division, Case No. 2:15-cv-04113-PSG-JEM. Testified at deposition

Expert witness for natural resource damage assessment concerning alleged injuries to aquatic resources from disposal of bauxite ore processing wastes for the case Commissioner of the Department of Planning and Natural Resources, Alicia V. Barnes, et al. v. Virgin Islands Alumina Company et al. District Court of the Virgin Islands, Division of St. Croix, Civil Case No. 2005-0062. Testified at deposition.

Conducted environmental causal analyses of alleged changes in ecological populations in relation to the presence of chlorinated hydrocarbons in rivers, bays, and harbors affected by decades to a century of complex anthropogenic activities, including historical engineering changes to the waterbodies, municipal sewage releases, and industrial discharges.

Developed natural resource damage claim for toxicity injury to aquatic resources from a fuel oil spill in the Indian Ocean.

Provided scientific technical review and public comments on Trustee developed work plans for the Lower Passaic River natural resource damage assessment.

Provided scientific support for assessing remediation alternatives and potential natural resource damage claims following a sediment contamination event in a freshwater cave in Guam.

Examined the potential for impacts to aquatic resources, including sea turtle populations, from deep sea mineral extraction.

Provided scientific support for natural resource damage assessment of injuries to wildlife, forest, and wetlands associated with a fuel oil release in the White Mountains National Forest.

Provided scientific support for natural resource damage assessment of injuries to water column resources and marine mammals in the Gulf of Mexico following release of oil from a subsea pipeline.

Evaluated the likelihood of municipal sewage discharges contributing to red tide occurrences in coastal Florida.

Provided scientific support for natural resource damage assessment of injuries to benthic and aquatic resources in coastal Louisiana affected by industrial chemical exposure.

Provided scientific support for natural resource damage assessment of injuries to aquatic resources in a Massachusetts river following sulfuric acid release.

Provided analysis and technical support in Florida v. Georgia United States Supreme Court water rights case that considered questions of causation relative to alleged adverse ecological changes in downstream river and bay populations.

Provided scientific support and mediation testimony for natural resource damage assessment of injuries to fish, benthic invertebrates, wetlands, and upland habitats in New Jersey.

Conducted a comprehensive review of an environmental impact assessment of potential impacts to coral reefs from a proposed dairy farm development in Hawaii.

Provided scientific support for the natural resource damage assessment following the Deepwater Horizon oil spill in the Gulf of Mexico.

Developed a cooperative natural resource damage assessment field study in the offshore waters of the Gulf of Mexico to collect sediment samples for analysis of chemistry, toxicology, and benthic infauna.

Developed decision management products for beach water quality stakeholders using statistical data analysis tools such as receiver operating characteristic (ROC) curves and Bayesian networks to improve public beach advisories related to elevated fecal bacteria.

Developed net environmental benefit analysis (NEBA) for a lead contaminated river. This analysis used site-specific data to evaluate the costs and benefits of two different remediation options that were being considered. The NEBA was successfully used by the client to negotiate a higher remediation goal than originally proposed by the state's department of environmental protection.

Performed ROC curve analyses of site-specific polycyclic aromatic hydrocarbon (PAH) toxicity data to assess the relationship between PAH concentration and toxicity at three ecological risk assessment projects in Wisconsin. The curves were used to identify site-specific toxicity thresholds for PAH concentrations in sediment that indicated various zones of toxicity (no toxicity, low toxicity, and high toxicity), with very limited misidentification of sediments.

Provided research support to calculate site-specific no-observed-adverse-effect level (NOAEL) and lowest-observed-adverse-effect level (LOAEL) concentrations for mammals and birds for use in a baseline ecological risk assessment in Wisconsin.

Performed ROC curve analysis of national mercury toxicity data to assess the relationship between mercury concentration and toxicity. The curves were also used to identify a threshold mercury concentration for sediment that indicates likely toxicity, with limited misidentification of sediments that are not toxic.

Assembled and analyzed data and reviewed remedial investigations to conduct a screening-level ecological risk assessment for sediment, surface water, and groundwater for a site in Connecticut. The chemicals considered were total petroleum hydrocarbons (TPH), metals, and PAHs.

Reviewed species lists and created summary descriptions of organisms that could be potentially impacted by dam construction on a high-altitude river in the Caribbean. This information was used to develop the risk assessment for dam construction.

Researched the toxicity of malathion to fish to support a technical review of the National Marine Fisheries biological opinion for the registration of pesticides containing malathion.

**Ecological and Toxicity Studies**

Conducted surveys to assess the health of coral reefs, seagrass beds, and mangrove swamps in the nearshore environment of Bermuda. Projects included area-wide habitat surveys as well as surveys of targeted sites potentially impacted by a heavy metals dump, hot water effluent from an incinerator, sedimentation from cruise ship traffic, and chronic release of raw sewage. Water quality was assessed through measurements of trace metals in water, sediment, and coral tissue.

Surveyed juvenile coral recruitment in the Florida Keys to evaluate whether marine protected areas (MPAs) provide a benefit to coral recruitment.

Studied cytochrome P450 family enzymes, including CYP51 and CYP1, examining their sensitivity to environmental chemicals and their evolution through molecular biology and biochemistry approaches.

**Environmental Forensics Projects**

Performed document review, information management, and technical writing for numerous complex projects that dealt with historical petroleum contamination and multiple site owners in several types of environmental media.

Reviewed documents, assembled data, and researched metal concentrations associated with crude oil and railroads in support of a Superfund project in Oklahoma.

Examined the correlation of multiple contaminants (PAHs, metals) with PCB congeners at a historically contaminated site in Alabama to identify the likely origins of the PCB contamination.

Performed statistical analysis to determine source contribution in a chemical fingerprinting case at a Superfund site in Washington that involved hydrocarbons in water, sediment, and groundwater.

**Human Health Projects**

Organized, managed, and simplified a complex database of field sampling reports for a litigation case in Louisiana regarding human air exposure to PAHs.

Performed data analysis and document review for a Superfund site in Oklahoma

Researched and compiled screening-level human health inhalation toxicity values for refinery- related gases for an overseas project.

Developed a questionnaire and related database for industrial hygiene surveys to support regulatory compliance for a highly specialized industry.

**Sustainability and Environmental, Social, and Governance (ESG)**

Examined carbon sequestration in natural and working lands, including changes in carbon sequestration over time and following wildfire

Supported review of life cycle assessment inputs for pig iron manufacturing process

Supported review of comparative life cycle assessment for nylon precursor products

Advised on carbon offset market issues

# CURRICULUM VITAE JULY 2024

## DANNY DAVID REIBLE, PhD, PE(LA), BCEE, NAE

**Donovan Maddox Distinguished Engineering Chair**
**Paul Whitfield Horn Professor**

**ADDRESS:** Departments of Civil, Environmental and Construction Engineering and Chemical Engineering
Texas Tech University
Box 41023, Lubbock, TX 79409-1023
danny.reible@ttu.edu (806) 834-8050

**EDUCATION:**

Ph.D. Chemical Engineering, June 1982
California Institute of Technology, Pasadena, California
Thesis: Pollutant Transport in Complex Atmospheric Flows

M.S. Chemical Engineering, June, 1979
California Institute of Technology, Pasadena, California

B.S. Chemical Engineering with highest honors, May 1977
Lamar University, Beaumont, Texas

**PROFESSIONAL EXPERIENCE:**

Department of Civil, Environmental and Construction Eng./Chemical Eng., Texas Tech University
- Interim Chair of Chemical Engineering, Interim Director of the Water Resources Center
- Paul Whitfield Horn Professor (4/19 - ), Donovan Maddox Distinguished Engineering Chair (9/13- )

Department of Civil, Architectural and Environmental Engineering, University of Texas
- Adjunct Prof (9/13-9/16), Director, Center for Research in Water Resources (9/11-8/13)
- Coordinator, Environmental and Water Resources (8/07-9/10)
- Bettie Margaret Smith Chair of Environmental Health Engineering (8/04-9/13)

Department of Hydraulic Engineering, Tsinghua University, Distinguished Visiting Professor (2011-)

Department of Chemical Engineering, LSU
- Professor (8/92 – 8/04), Chevron Endowed Professor (1/98- 8/04), Emeritus (8/04- )
- Director, Hazardous Substance Research Center/South & Southwest (7/05-9/07)

Shell Professor of Environmental Engineering, University of Sydney, Sydney, Australia (7/93-7/95)

Registration as Professional Chemical Engineer (LA- 21708, 3/27/85, Environ. 9/13/94)

**HONORS AND AWARDS:**

2024 Fellow, Chinese Academy fro Environmental Sciences
2023 Fellow, National Academy of Inventors
2022 American Chemical Society Symposium “Sustainable Water & Sediment Management” in my honor
2020 Gordon Maskew Fair Award, American Academy of Environmental Engineers and Scientists
2017 Kappe Lecturer, American Academy of Environmental Engineers and Scientists
2015 Amundson Lecturer, University of Guadalajara, Mexico
2015 Foreign Expert Visiting Professor, Tsinghua University, China
2014 Lifetime Achievement Award, Association of Environmental Health Sciences
2014 Senior Fellow, Institute for Advanced Studies, University of Bologna
2011 Malcolm Pirnie Frontier in Research Award- Association of Environ. Egr and Science Professors
2009 Fellow, American Association for the Advancement of Science (1987 Env Sci and Egr Fellow)
2007 Fellow, American Institute of Chemical Engineers
2006 Presidential Service Award for environmental mentoring of former Soviet defense scientists
2005 Elected to the National Academy of Engineering for “managing contaminated sediments”
2004 Board Certified Environmental Engineer, American Academy of Env. Engineers *by eminence*
2002 Charles E. Coates Award - American Chemical Society/American Institute of Chemical Eng.
2001 Lawrence K. Cecil Award of the American Institute of Chemical Engineers
1991 Senior Visitor, Cambridge University Department of Applied Math and Theoretical Physics
1986 New Engineering Educator Excellence Award, American Society for Engineering Education

**PROFESSIONAL ACTIVITIES:**

**National/International Advisory Activities and Leadership Roles (Since 2000):**

Editorial Board, *Green Chemical Engineering* (2024-)
Applied NAPL Science Review Board of Directors (2021- )
Editorial Board, *Toxics* (2021- )
Executive Editor in Chief, *Environmental Science and Ecotechnology* (Elsevier) (2019-)
Programme Advisory Board - Unconventional Hydrocarbons in the UK Energy System (2018-2022 )
Lead Foreign Expert, 111 Project on Fluvial Ecohydraulics, Tsinghua University (2018-2022)
Testimony, Texas House Energy Resources Committee (July 2017)
Water Lead, Shale Task Force of The Academy of Medicine, Engineering and Science of Texas (2016-17)
Secretary of Executive Board, The Academy of Medicine, Engineering and Science of Texas (2015-17)
Kappe Lecturer- American Academy of Environmental Engineers and Scientists (2017)
Chair, US UK Workshop on Environmental Impacts of Unconventional Oil and Gas Development (2015)
Associate Editor, *International Journal of Sediment Research* (2015- )
Associate Editor, *Environmental Toxicology and Chemistry* (2015-2019 )
USACE/COPRI 2014 Project Excellence Award (in support of Maul-Foster and Zidell Remediation project)
Conference Chair, Texas Water Summit: Securing our Economic Future, May 2014
Chair, NAS Committee on *Habitat Conservation Plan of the Edwards Aquifer Authority* (2014-2018)
Conference Chair, Managing the Environmental Challenges of Shale Gas, ECI August 2013, Boulder, CO
Organizing comm. AIChE/AWMA Shale E&P- Water Challenges & Opportunities, 11/12, Pittsburgh PA
Founding Chair, International Society for Water Solutions (AIChE) (2012-2016)
Editorial Board, *Journal of Environmental Chemodynamics and Modeling* (2012- )
Chair, Texas Water Summit (May, 2012)
AICHE Water Advisory Board (2010-), Chair (2012-2013)
Rice University Civil and Environmental Engineering Advisory Committee (2010- )
Associate Editor, *Limnology and Oceanography: Fluids and Environments* (2010-2015)
EPA Science Advisory Board, Environmental Engineering Committee (2009-2015)
National Research Council Committee on Chemical Munitions Disposal (2009- 2011) USACE
ERDC Contaminated Sediment Programs Peer Review Panel (2009-)
Moderating Panel – US/UK Programme on Nanomaterials (2009)
USACE ERDC Environmental Laboratory Peer Review Panel (2008)
Advisory Committee, Doctoral Program, Lamar University (2006-)
National Research Council Committee on OMB Risk Assessment Guidance (2006- 2007)
National Research Council Committee on Dredging Effectiveness (2006-2007)
Associate Editor, *Journal of Environmental Engineering* (2006- )
Editorial Board, *Environmental Forensics* (2006 -)
National Research Council post-Katrina Workshop Steering Committee (2005)
Member, WATERS Network Conceptual Design Team for the National Science Foundation (2005-2007)
Co-Chair, Science Committee for National Science Foundation CLEANER Initiative (2005- 2007)
National Research Council Board of Environmental Studies and Toxicology (2005- 2011)
Member, LSU College of Engineering Dean's External Advisory Council (2005- )
Director, NATO ARW Assessment and Remediation of Contaminated Sediments, Bratislava 5/18-21/2005
Chair, National Science Foundation Review- Distinguished Teacher/Scholars 2005 (member, 2004)
Associate Editor, *Journal of the Air and Waste Management Association* (2004-2014)
Participant and Proceedings Co-Author, Pellston Workshop- Use of Sediment Quality Guidelines (2002)
Director, NSF PASI In-Situ Assessment & Remediation of Contaminated Sites, Rio de Janeiro 7/22-8/2/02
Testimony- US House of Representatives Subcommittee- Water Resources and the Environment (2001)
Director, NATO ASI In-Situ Assessment and Remediation of Contaminated Sites, 5/24-6/2/01, Prague
Chair, Workshop on Modeling Contaminated Sediments, Penn St. Univ, (July 2000)
National Research Council Committee on Environmental Remediation at Navy Facilities (2000 - 2003)
Associate Editor, *Chemical Engineering Journal*, Elsevier Science Publishers (2000- 2007)
National Research Council Committee on Remediation of PCB-Contaminated Sediments (1999 - 2001)
External Examiner, Environmental Engineering, National Singapore University (1995 - 2000)

**University Administrative and Advisory Activities (TTU)**

Interim Chair of Chemical Engineering (2022- 2023)
Member, TTU Dean Search Committee (2022- 2023)

Interim Director, Water Resources Center (2022- 2023)
Co- Lead Strategic Initiative on Sustainable Rural/Urban Systems (2022 -2023 )
Member, TTU Provost Search Committee (2021)
Member, TTU Strategic Planning Committee, TTU (2016-2017, 2021-2022)
Member, Dean Review Committee, TTU (2015-2016, 2021)
Member, Mechanical Engineering Chair Search Committee, TTU (2015 - 2016 )
Director, Unconventional Production Technology and Environmental Consortium, TTU (2013-)
Manager of Maddox Engineering Research Center facilities for Environmental Engineering (2016- )Chair, Faculty Searches in Environmental Engineering /Water Resources Engineering TTU (2013-2018)

**Professional Affiliations**:

American Association for the Advancement of Science, Fellow (2009)
American Chemical Society, member - Symposium Chair, 1999, 2009
American Institute of Chemical Engineers, Fellow (2007)
National Water Advisory Board 2009-2012
Symposium Chair, 1986, 1989, 1992, 1998- 2000, 2002- 2006, 2008- 2011
Meeting Program Chair, San Diego, CA, 1990
Executive Board of National Programming Committee, 1991-1995, Chair 1994
Environmental Division, 2nd Vice Chair, Vice Chair, Chair, Past-Chair, 2002-2005
Baton Rouge Section, Treasurer (1985), Chair (2000), Director (2003-2004)
International Society for Water Solutions, Chair (2012-2016)
American Geophysical Union, member -Symposium Chair, 1998, 2005, 2008
Society for Environmental Toxicology and Chemistry, member- Symposium Chair, 1999, 2008. 2009
Member –Alpha Chi Sigma (Chemistry Fraternity), American Society of Civil Engineers, American Society for Engineering Education, Association of Environmental Engineering and Science Professors, National Academy of Engineering, Sigma Xi, American Academy of Environmental Engineers (BCEE), The Academy of Medicine Engineering and Science of Texas, Water Environment Federation
Board of Directors (2013-2017), Secretary and member of Executive Board (2016-2017)
Universities Council of Water Resources, Carbondale, IL-Delegate (1998- )

## CURRENT ACTIVITIES:

Dr. Reible is currently the Paul Whitfield Horn Professor and Donovan Maddox Distinguished Engineering Chair at Texas Tech University. He previously served as Director of the multi- university consortium, the Hazardous Substance Research Center (HSRC) South and Southwest (1995-2007) while at Louisiana State University and as the Bettie Margaret Smith Chair of Environmental Health Engineering (2004-2013) and Director of the Center for Research in Water Resources (2011-2013) at the University of Texas. Dr. Reible was inducted into the National Academy of Engineering in 2005 for "the development of widely used approaches to managing contaminated sediments". His current research is focused on sustainable water management and the assessment and remediation of contaminated sites. Specific research activities include the development of passive sampling to assess and manage risks in contaminated sediment sites and development and application of technologies for desalination and beneficial reuse of produced water. Dr. Reible has served as PI on projects totaling of approximately $40 million and has authored/edited 6 books, 50 chapters in books, and more than 180 refereed journal papers.

***Current Research Projects (PI unless noted)***

- SERDP - Development of Tools to Inform the Selection of Stormwater Controls at DoD Bases to Limit Potential Sediment Recontamination (2018-2023) $1.058M
- ESTCP - Application of Passive Samplers to Support Risk Assessment and Long-term Monitoring (2020-2023) (TTU PI, TTU Share 210K)
- TWDB: Texas Produced Water Consortium (2021-2023) (co-PI) Renewed 2023-2025 for $5M
- EPA/CDM Smith – Passive Sampling on the Willamette River (2023-2024) $80K
- USACE – Advanced Oxidation of Contaminated Sediments (2023-2025) $600K
- ARPA-E - Production of Geologic Hydrogen Through Stimulated Mineralogical Processes (2024-2026) $1.6 MM

**PUBLICATIONS (h-index, Web of Science 33, Scopus 34, Google Scholar 44)**

A. Refereed Publications

**Books**

1. Reible, D. Ed. *Sediment Processes, Assessment and Remediation*, Springer, New York, 2014

2. Reible, D. and T. Lanczos, Ed. *Assessment and Remediation of Contaminated Sediments*, NATO Science Series IV, Earth and Environmental Sciences Vol. 73. Springer-Verlag, Dordrecht, Netherlands (2006)

3. Chien, C.C.; Medina, M.A. Jr.; Pinder, G.F., Reible, D.D.; Sleep, B.E.and Zheng,C. Ed. *Environmental Modeling and Management: Theory, Practice, and Future Directions*, Today Media, Inc., Wilmington, DE (2002) Reprinted with revisions as *Contaminated Ground Water and Sediment*, Lewis Publishers (2004)

4. Reible, D., K. Demnerova, Ed. *In-Situ Assessment and Remediation of Contaminated Sites*, NATO Science Series in Environmental Sciences, Kluwer, Netherlands (2002)

5. Choy, B. and D.D. Reible, *Diffusion Models of Environmental Transport,* CRC/Lewis Publishers (2000).

6. Reible, D.D. *Fundamentals of Environmental Engineering*, CRC/ Lewis Publishers (1999) (2nd Ed. Pending)

**National Academy of Sciences Refereed Committee Reports**

1. *Review of the Edwards Aquifer Habitat Conservation Plan:, National Research Council, Water Science and Technology Board Report* (Danny D. Reible, Chair), National Academy Press- *Report 1 Evaluation of Scientific Programs (2015) Report 2 Efficacy of Conservation Measures (2017), Report 3 Evaluation of Biological Goals and Objectives (2018)*

2. *Review of Closure Plans for the Baseline Incineration Chemical Agent Disposal Facilities*, National Academy Press (2010) Committee: P. Lederman, G.S. Groenewold, D. Grubbe, J.R. Howell, T. A.Kimmell, K.E. Philipose, L. T. Phillips, D.D. Reible, W.L.Short, L. M Siegel, D.A Skiven, S.A. Telford, L.J. Washington.

3. *Review and Assessment of Closure Plans for the Tooele Chemical Agent Disposal Facility and the Chemical Agent Munitions Disposal System*, Letter Report, National Academy Press (2009) Committee: P. Lederman, L. M Siegel, D.A. Skiven, J.R. Howell, D.D. Reible, D. Grubbe, T. A. Kimmell

4. *Assessing the Effectiveness of Dredging at Superfund Megasites,* National Academy Press (2007) Committee: C.R. O'Melia, G.A. Burton, W.H. Clements, F.C. Curriero, D.Di Toro, N.R. Francingues, R.G. Luthy, P.L. McCarty, N. Musgrove, K.N. Probst, D.D. Reible, L.J. Thibodeaux, D.J. Voorhees, J. Wolfe

5. *Scientific Review of the Proposed Risk Assessment Bulletin from the Office of Management and the Budget*, National Academy Press (2007) Committee: J.F Ahearne, G.V. Alexeff, G.B. Baecher, A. J. Bailer, R. M. Cooke, C.E. Feigley, B. Fischhoff, C. P. Gerba, R. H. Goldman, R. Haveman, W. E. Kastenberg, S. Katzen, E. Miranda, M. Newman, D. E. Patton, C. Poole, D.D. Reible, J. V. Rodricks

6. *Environmental Cleanup at Navy Facilities: Adaptive Site Management* National Academy Press (2003) Committee: E.J Bouwer, G.F. Parkin, S.B. Garland, P.E. Haas, R. Johnson, M.M. Lorah, F.G. Pohland, D.D. Reible, L.M. Siegel, M.J. Small, R.G. Stahl, A.D. Stark, A.J. Valocchi, W.J. Walsh, C. Welty

7. *A Risk Management Strategy for PCB-Contaminated Sediments,* National Academy Press (2001) Committee: J.W. Farrington, R. Loehr, E. Anderson, W. F. Bohlen, Y. Cohen, K. Farley, J. Giesy, D. Henshel, S. Lester, K. Liegel, P. McCarty, J., O'Donaghue, J. Opaluch, D. Reible

**Chapters in Books and Refereed Proceedings Volumes**

1. Taraban, R., Iserman, M., Pittman, J. C., Yeo, N., Campbell, R. C., Kim, J. H., & Reible, D. D. (2021, July). Work in Progress: Assessment of Reflective Thinking in Graduate Engineering Students: Human and Machine Methods. In 2021 *ASEE Virtual Annual Conference Content Access*.

2. Campbell, R. C., Nguyen, N. T., Kim, J. H., Duke, L. A., Taraban, R., & Reible, D. D. (2021, July). Visual Thinking Strategies (VTS) for Promoting Reflection in Engineering Education: Graduate Student Perceptions. In 2021 *ASEE Virtual Annual Conference Content Access*.

3. Honarparvar, S., Chen, C. C., & Reible, D. (2021). Modeling Ion Transport in Electrodialysis of Concentrated Solutions. In *Advances In Water Desalination Technologies* (pp. 193-226).

4. Kim, J., Nguyen, N. T., Campbell, R. C., Taraban, R., Reible, D., Na, C. & Yoo, S. (2020, Apr 17 - 21) Would Eisner Be Happy With Us? Developing Reflective Engineers Through an Arts-Incorporated Engineering Graduate Curriculum. AERA Annual Meeting San Francisco, CA http://tinyurl.com/vbwelkl

5. Campbell, R. C., Reible, D., Taraban, R., & Kim, J.-H. (2020). More than a Dream: The Developing Reflective Engineers through Artful Methods (DREAM) Project. In Proceedings of the 2020 ASEE Gulf-Southwest Annual Regional Conference (p. 2). Online (originally Albuquerque, NM, USA): American Society for Engineering Education.

6. Kim, J.-H. Campbell, R. C., Reible, D., Taraban, R. (2019). Exploring Ways to Develop Reflective Engineers: Toward Phronesis-Centered Engineering Education. Proceedings of the American Society for Engineering Education (ASEE) Annual Conference.

7. Campbell, Ryan C. and Reible, Danny D. and Taraban, Roman and Kim, Jeong-Hee. (2018). Fostering Reflective Engineers : Outcomes of an Arts- and Humanities-Infused Graduate Course. Proceedings of the 2018 World Engineering Education Forum - Global Engineering Deans Council (WEEF-GEDC). doi:10.1109/WEEF-GEDC.2018.8629714

8. Campbell, R. C., Taraban, R., Kim, J.-H., Reible, D. D., Hoffman, J., & Na, C. (2017). Exploring the Effects of a Visual Thinking Strategies Workshop on the Reflective Thinking of Undergraduate Engineering Students. In Proceedings of the American Society for Engineering Education (ASEE) Annual Conference (p. 15). Columbus, OH, USA: American Society for Engineering Education. Retrieved from https://www.asee.org/public/conferences/78/papers/19502/view

9. Reible, D.D., Honarparvar, S., Chen, C.C., Illangasekare, T.H. and MacDonell, M. (2016). Environmental Impacts of Hydraulic Fracturing. In Environmental Technology in the Oil Industry (pp. 199-219). Springer International Publishing.

10. V Uddameri and D. Reible (2016) Water Availability in the Permian Basin of Texas; in Fracturing Impacts and Technologies – A Multidisciplinary Perspective (Ed: V. Uddameri, A. Morse and K. Tindle); pp 131-136; CRC Press; ISBN: 978-1498721172

11. Williams , J., Reible, D., Darvari, R., Vercellino, T., and Morse, A. (2016) Reuse and Recycling Flowback and Produced Waters; in Fracturing Impacts and Technologies – A Multidisciplinary Perspective (Ed: V. Uddameri, A. Morse and K. Tindle); pp. 159-173 CRC Press; ISBN: 978-149872117

12. Reible, D. (2014). Sediment and Contaminant Processes, Chapter 2 in *Processes, Assessment and Remediation of Contaminated Sediments*, D. D. Reible, Ed. Springer Science,

13. Lu,, X., Hong, Y.S., Reible, D.D. (2014). Assessing bioavailability of hydrophobic organic compounds and metals in sediments using freely available porewater concentrations, Chapter 7 in *Processes, Assessment and Remediation of Contaminated Sediments*, D. D. Reible, Ed. Springer Science

14. Reible, D. and Lampert, D.J. (2014) Capping for remediation of contaminated sediments, Chapter 12 in *Processes, Assessment and Remediation of Contaminated Sediments*, D.D. Reible, Ed. Springer Science (September)

15. Reible, D. and A.J. Shepard (2014) Contaminated Sediment Research and Development Needs, Chapter 15 in *Processes, Assessment and Remediation of Contaminated Sediments,* D.D. Reible, Ed., Springer Science

16. Yan, F., Reible, D. (2013) Modeling of Funnel and Gate Systems for Remediation of Contaminated Sediment, *Fluid Dynamics in Physics, Engineering and Environmental Applications, Environmental Science and Engineering*, pp. 391-400

17. Knox, A., I. Petrisor, C. Turick, J. Roberts, M. Paller, D. Reible, C. Forest (2010) Life Span of Biopolymer Sequestering Agents for Contaminant Removal and Erosion Resistance, *Biopolymers*, M. Elnashar, Ed., Sciyo Press, Croatia

18. Thibodeaux, L.J., J. Birdwell, D. Reible (2010) Diffusive Chemical Transport across Water and Sediment Boundary Layers, Chapter 12 in *Handbook of Environmental Chemical Mass Transport*, Taylor and Francis, CRC Press

19. Louis J. Thibodeaux, Justin E. Birdwell, Thibodeaux, L.J., G. Matisoff, D. Reible (2010) Bioturbation and other sorbed-phase transport processes in surface soils and sediments. Chapter 13 in *Handbook of Environmental Chemical Mass Transport*, Taylor and Francis, CRC Press

20. Reible, D.D. (2009) Hurricane Katrina: Engineering and Environmental Concerns, in *Decision Support for Natural Disasters and Intentional Threats to Water Security*, 29-46, Springer

21. Reible, D.D., C. Kiehl-Simpson, A. Marquette (2008) Steady-State Model of Chemical Migration in a Sediment Cap, *Handbook of Environmental Chemistry*, Springer –Verlag

22. Reible, D.D. (2008) Contaminant Processes in Sediments, in *Sedimentation Engineering- ASCE Manual Volume 110*, Ed. Marcel Garcia.

23. Reible, D.D. and L.J. Thibodeaux (2006) Particle and soluble release of organic contaminants from the sediment bed, *Chemistry in the Environment*, Italian Interuniversity consortium (INCA), Rome, Italy

24. Reible, D.D. and G. V. Lowry (2006) In situ cap and treat technologies for contaminated sediments *Chemistry in the Environment,* Italian Interuniversity Consortium (INCA) Rome, Italy

25. Jeanne E. Tomaszewski, Dennis W. Smithenry, Yeo-Myoung Cho, Richard G. Luthy, Greg V. Lowry, Danny Reible, Tomas Macek, Martina Surá, Zuzana Chrastilova, Katerina Demnerova And Martina Macková, Daniela Pavliková, Miklos Szekeres, Michel Sylvestre (2006) Treatment and containment of contaminated sediments, Chapter 3 in *Assessment and Remediation of Contaminated Sediments,* D.D. Reible and T. Lanczos, Ed. NATO Science Series IV, Earth and Environmental Sciences Vol. 73. Springer-Verlag, Dordrecht, Netherlands

26. Sam Bentley, Louis Thibodeaux, Peter Adriaens, Meng-Yeng Li, María Romero-González* And Steven A. Banwart, Zdenek Filip And Katerina Demnerova, Danny Reible (2006) Physicochemical and biological assessment and characterization of contaminated sediments, Chapter 2 in *Assessment and Remediation of Contaminated Sediments,* D.D. Reible and T. Lanczos, Ed. NATO Science Series IV, Earth and Environmental Sciences Vol. 73. Springer-Verlag, Dordrecht, Netherlands

27. Reible, D.D. (2006) Options for the Neponset, Chapter 26 in *Contaminated Soils, Sediments and Water: Successes and Challenges, Vol 10*, EJ. Calabrese, P.T. Kostecki and J. Dragun, Ed. Springer

28. Lowry, G.V, P.J. Murphy, A. Marquette, and Reible, D.D. (2006) Sorbent Amended "Active Sediment Caps

for In-Place Management of PCB-Contaminated Sediments", Chapter 27 in *Contaminated Soils, Sediments and Water: Successes and Challenges, Vol 10*, EJ. Calabrese, P.T. Kostecki and J. Dragun, Ed. Springer

29. Chapman, P., W.J. Birge, R.M. Burgess, W.H. Clements, W.S. Douglas, M.C. Harass, C. Hogstrand, D.D. Reible, A. Ringwood *(2005)* Role of Sediment Quality Guidelines and Other Tools in Aquatic Habitats, Chapter 7 in *Use of Sediment Quality Guidelines,* Ed. By R. Wenning, C. Ingergsoll and G. Batley*,* SETAC Press

30. Chapman, P., W.J. Birge, R.M. Burgess, W.H. Clements, W.S. Douglas, M.C. Harass, C. Hogstrand, D.D. Reible, A. Ringwood *(2005)* Uncertainties in Assessment of Sediment Systems, Chapter 17 in *Use of Sediment Quality Guidelines,* Ed. By R. Wenning, C. Ingergsoll and G. Batley*,* SETAC Press

31. Danny D. Reible; Richard H. Jensen; Samuel J. Bentley; Mimi B. Dannel; Joseph V. DePinto; James A. Dyer; Kevin J. Farley; Marcelo H. Garcia; David Glaser; John M. Hamrick; Wilbert J. Lick; Robert A Pastorok; Richard F. Schwer; C. Kirk Ziegler (2004) The Role of Modeling in Managing Contaminated Sediments in *Environmental Modeling and Management: Theory, Practice, and Future Directions*,p. 63-110 (2002). Reprinted as *Contaminated Ground Water and Sediment*, Lewis Publishers

32. Crannell, B.S., Eighmy, T.T., Butler, L.G., Cartledge, F.K., Emery, E., Willson, C., Reible, D.D. and Yin, M., 2003. Reactive barriers for containment of metals-contaminated dredged materials: Diffusion studies. *Beneficial Use of Recycled Materials in Transportation Applications*. Air and Waste Management Association, Sewickley, PA, pp.377-388.

33. L.J. Thibodeaux, D.D.Reible and K.T. Valsaraj (2002) Non-particle Resuspension Chemical Transport from Stream Beds," Chapter 7 in *Chemicals in the Environment: Fate, Impacts and Remediation,* Ed. R. Lipnick, R. Mason, M. Phillips and C. Pittman, ACS Symposium Series 806

34. Corbisier, P. L. Diels1, T.H. Illangasekare, D.D. Reible, M. Reinhard, J.Vangronsveld (2002) Mobility and Availability of Contaminants, in Reible, D., K. Demnerova, Ed. *In-Situ Assessment and Remediation of Contaminated Sites,* Nato Science Series in Environmental Sciences, Kluwer, Netherlands

35. Illangasekare, T.H. and D.D. Reible (2000) Pump and Treat for Remediation and Plume Containment: Applications, Limitations and Relevant Processes, Chapter 3 In *Groundwater Contaminated by Organic Pollutants*, J.J. Kaluarachchi, Ed., ASCE Manuals and Reports on Engineering Practice No. 100

36. Reible, D.D. and L. J. Thibodeaux (1999) Contaminated Sediment Management Technical Papers. Appendix C- Using Natural Processes to Define Exposure from Sediments. Sediment Management Work Group, Detroit, MI.

37. Reible, D.D., R. Chaney, J. Hughes (1999) Bioavailability, in *Environmental Availability in Soils*, W.C. Anderson, R. C. Loehr, B. P. Smith, Ed., American Academy of Environmental Engineers, Annapolis, Md.

38. Thoma, G.J., D.D. Reible, K.T. Valsaraj, L.J. Thibodeaux and D. Timberlake (1996) Capping of Contaminated Sediments: Experimental Results and Validation of Mathematical Models, in *Emerging Technologies in Hazardous Waste Management VI*, D. W. Tedder and F. G. Pohland, Eds., American Academy of Environmental Engineers

39. Reible, D.D. (1995) Chemodynamics, *Encyclopedia of Energy Technology &Environment*, 573-587

40. Valsaraj, K.T., L.J. Thibodeaux and D.D. Reible (1995) Modeling Air Emissions from Contaminated Sediment Dredged Materials, in *Dredging, Remediation, and Containment of Contaminated Sediments, ASTM STP 1293*, K.R. Demars, G.N. Richardson, R.N. Young, and R.C. Chaney, Eds., American Society for Testing and Materials, Philadelphia, pp. 227-238

41. Clarke, J., D.D. Reible, R. Mutch (1993) Contaminant transport and behavior in the subsurface, In *Hazardous Waste Soil Remediation: Theory and Application of Innovative Technologies*, D.Wilson &

A.Clarke, Ed., Marcel-Dekker, 1-49

42. Doshi, D. V., & Reible, D. D. (1992). Application of the Boundary Element Method to Moving Boundary Problems Arising During Non-Aqueous Phase Liquid (NAPL) Migration in Soils. In Boundary Elements in Fluid Dynamics (pp. 209-218). Springer Netherlands.

43. Reible, D.D., K.T. Valsaraj and L.J. Thibodeaux (1991) Chemodynamic Models for Transport of Contaminants from Sediment Beds, in *Handbook of Environmental Chemistry*, O.Hutzinger, Ed., Springer-Verlag, Heidelberg 187-228

44. Rhee, S.W., D.D. Reible and W.D. Constant (1991) Simulation of the Effects of Shale Heterogeneities on Effective Permeability in Deep Well Injection Systems, in *Advances in Filtration and Separation Technology*, V. 3, pp. 215-233, Gulf Publishing Co., Houston, TX

45. Thoma, G.J., A.C. Koulermos, K.T. Valsaraj, D.D. Reible and L.J. Thibodeaux (1991) The Effects of Pore Water Colloids on the Transport of Hydrophobic Organic Compounds from Bed Sediments, Chapter 13 in *Organic Substances in Soils and Sediments*, R.A. Baker, ed., Lewis Publishers 231-250

46. Reible, D.D. and T.H. Illangasekare (1989) Subsurface Processes of Non-Aqueous Phase Liquids, in *Intermedia Pollutant Transport: Modeling and Field Measurements*, D.Allen, Y. Cohen and I. Kaplan, Ed., Plenum Press 237-254

47. Savant, S.A., D.D. Reible, G.S. Gipson, J.D. Boyle and L.J. Thibodeaux (1987) An Investigation of the Significance of Convective Transport in River Sediments, in *Health and Environmental Research on Complex Organic Mixtures*, Gray, R., E. Chess, P. Mellinger, R. Riley and D. Springer, eds. DOE Symposium Series, Vol. 62

48. Thibodeaux, L.J., D.D. Reible and C.S. Fang (1986) Transport of Chemical Contaminants in the Marine Environment Originating from Off-shore Drilling Bottom Deposits - A Vignette Model, in *Pollutants in a Multimedia Environment*, Yoram Cohen, Ed., Plenum Press

49. Gipson, G.S. and D.D. Reible (1986) A Hybrid Boundary Element- Perturbation Technique for Forced Oscillations of Membrane Structures, in *Recent Applications in Computational Mathematics*, D.L. Karabalis, ed., ASCE, New York

50. Reible, D.D., P.Yonts and F.H. Shair (1986) The Effect of the Return of Exhausted Building Air on Indoor Air Quality", in *Indoor Air Quality in Cold Climates: Hazards and Abatement Measures*, D.S. Walkinshaw and J. A. Frazier, ed.

**Refereed Journal Publications**

1. Wang, Kai; Huang, Lei; He, Guojian; Liu, Yan; Xu, Song; He, Ding; Bai, Sen; Reible, Danny; Fang, Hongwei (2024) Crucial role of tributary bays in carbon burial of Three Gorges Reservoir, ES&T Water, *Submitted*

2. Abaie, Elham, Manish Kumar, Naveen Kumar, Yilang Sun, Jennifer Guelfo, Yuexiao Shen, and Danny Reible. "Application of β-Cyclodextrin Adsorbents in the Removal of Mixed Per-and Polyfluoroalkyl Substances." Toxics 12, no. 4 (2024): 264.

3. Abaie, Elham, Manish Kumar, Uriel Garza-Rubalcava, Balaji Rao, Yilang Sun, Yuexiao Shen, and Danny Reible. "Chlorinated volatile organic compounds (CVOCs) and 1, 4-dioxane kinetics and equilibrium adsorption studies on selective macrocyclic adsorbents." Environmental Advances 16 (2024): 100520.

4. Hussain, T., Athanasiou, D., Rao, B., Bejar, M., Rakowska, M., Drygiannaki, I., Chadwick, D.B., Colvin, M.A., Hayman, N.T., Rosen, G.H. and Otto, M., 2023. Sediment recontamination potential and biological impacts of hydrophobic organics from stormwater in a mixed-use watershed. *Science of The Total*

*Environment*, p.167444.

5. Li, X., Huang, L., Reible, D., Zeng, X., Liu, S., Fu, J., ... & Fang, H. (2023). Inhibition of sediment erosion and phosphorus release by remediation strategy of contaminated sediment backfilling. *Water Research*, 239, 120055.

6. Shen, X., Hussain, T., Mitchek, M., Wong, J., & Reible, D. (2023). Evaluating the Sorption Kinetics of Polychlorinated Biphenyls in Powdered and Granular Activated Carbon. *Water Research*, 236, 119978.

7. Garza-Rubalcava, U., Smith, A. V., Thomas, C., Mills, M. A., Jackson, W. A., & Reible, D. D. (2023). Long-term monitoring and modeling of PAHs in capped sediments at the Grand Calumet River. *Environmental Pollution*, 328, 121633.

8. Ziaei, H., Rao, B., Wood, T.V., Garza-Rubalcava, U., Alborzi, A., Zhou, H., Bireta, P., Grosso, N. and Reible, D. (2023) Assessment and Management of Mercury Leaching from a Riverbank. *Toxics,* 11(2), p.179.

9. Pagnozzi, G., Reible, D., & Millerick, K. (2023). Shifting biogeochemical conditions and capping media impact composition and behavior of PAH-enriched microbial communities. *Journal of Soils and Sediments, 1-13.*

10. Rao, B., Reible, D., Athanasiou, D., Lou, H. H., Zhao, R., Fang, J., ... & Pagnozzi, G. (2023). Environmental Impacts of Hurricane Harvey on the Neches-Brakes Bayou River System in Beaumont, Texas. *Environmental Management*, 71(4), 730-740.

11. Chaudhary, Dhiraj Kumar, Mark Xavier Bailon, Hwansuk Kim, Danny Reible, and Yongseok Hong. "Evaluation of sediment capping effectiveness in Hyeongsan River for in-situ management of total mercury and methylmercury contamination." *Journal of Soils and Sediments* 22, no. 9 (2022): 2578-2591.

12. Zhang J, Xu M, Sun L, Reible D, Fu X. Impact of golden mussel (Limnoperna fortunei) colonization on bacterial communities and potential risk to water quality. *Ecological Indicators*. 2022 Nov 1;144:109499.

13. Chaudhary DK, Kim H, Reible D, Lee M, Kim S, Kim LH, Kim S, Hong Y. Seasonal trends of mercury bioaccumulation and assessment of toxic effects in Asian clams and microbial community from field study of estuarine sediment. *Environmental Research.* 2022 Sep 1;212:113439.

14. Lotufo GR, Michalsen MM, Reible DD, Gschwend PM, Ghosh U, Kennedy AJ, Kerns KM, Rakowska MI, Odetayo A, MacFarlane JK, Yan S. Interlaboratory study of polyethylene and polydimethylsiloxane polymeric samplers for ex situ measurement of freely dissolved hydrophobic organic compounds in sediment porewater. *Environmental Toxicology and Chemistry*. 2022 Aug;41(8):1885-902..

15. Smith, A. V., Garza-Rubalcava, U., Shen, X., & Reible, D. (2022). Partial loading of performance reference compounds in passive samplers and its effect on the fractional approach to steady state. *Journal of Environmental Chemical Engineering*, 108044.

16. Alborzi, A., Hsieh, I. M., Reible, D., & Malmali, M. (2022). Analysis of fouling mechanism in ultrafiltration of produced water. *Journal of Water Process Engineering*, 49, 102978.

17. Huang, L., Gao, Q., Fang, H., He, G., Reible, D., Wang, D., & Wu, X. (2022). Effects of bedform migration on nutrient fluxes at the sediment–water interface: a theoretical analysis. *Environmental Fluid Mechanics*, 22(2), 447-466.

18. McDermett, K.S., Guelfo, J., Anderson, T.A., Reible, D. and Jackson, A.W., 2022. The development of diffusive equilibrium, high-resolution passive samplers to measure perfluoroalkyl substances (PFAS) in groundwater. *Chemosphere*, 303, p.134686.

19. Liu, Y., Reible, D., & Hussain, F. (2022). Roles of tidal cycling, hyporheic exchange and bioirrigation on metal release from estuary sediments. *Water Resources Research*, 58(4), e2021WR030790.

20. Smith, A. V., Shen, X., Garza-Rubalcava, U., Gardiner, W., & Reible, D. (2022). In Situ Passive Sampling to Monitor Long Term Cap Effectiveness at a Tidally Influenced Shoreline. *Toxics*, 10(3), 106.

21. Chen, T., Honarparvar, S., Reible, D. and Chen, C.C. (2022) Thermodynamic modeling of calcium carbonate scale precipitation: aqueous Na+-Ca2+-Cl–-HCO3–-CO32–-CO2 system. *Fluid Phase Equilibria*, 552, p.113263.

22. Xu, J., Bland, G.D., Gu, Y., Ziaei, H., Xiao, X., Deonarine, A., Reible, D., Bireta, P., Hoelen, T.P. and Lowry, G.V. (2021) Impacts of Sediment Particle Grain Size and Mercury Speciation on Mercury Bioavailability Potential. *Environmental Science & Technology*, 55(18), pp.12393-12402.

23. Kim, J. H., Nguyen, N. T., Campbell, R. C., Yoo, S., Taraban, R., & Reible, D. D. (2021). Developing reflective engineers through an arts-incorporated graduate course: A curriculum inquiry. *Thinking Skills and Creativity*, *42*, 100909.

24. Li, X., Huang, L., Fang, H., Chen, M., Cui, Z., Sun, Z., & Reible, D. (2021). Phosphorus adsorption by sediment considering mineral composition and environmental factors*. Environmental Science and Pollution Research*, 1-11.

25. Fang, J., R. Z. Zhao, B. Rao, M. Rakowska, D. Athanasiou, K. Millerick, S. Y. Wei, X. Y. Lei, H. H. Lou and D. D. Reible (2021) "Removal of Polycyclic Aromatic Hydrocarbons from Water Using Mn(III)-Based Advanced Oxidation Process," *J. Environ. Eng.,* 147(3), 04021002.

26. Pagnozzi, G., Carroll, S., Reible, D. D., & Millerick, K. (2021). Powdered activated carbon (PAC) amendment enhances naphthalene biodegradation under strictly sulfate-reducing conditions. *Environmental Pollution*, *268*, 115641.

27. Zhang, X., & Reible, D. (2021). Theoretical Analysis of Constant Voltage Mode Membrane Capacitive Deionization for Water Softening. *Membranes*, 11(4), 231.

28. Odetayo, A. A., Reible, D. D., Acevedo-Mackey, D., Price, C., & Thai, L. (2021). Application of polyoxymethylene passive air sampler to monitor hydrophobic organics in air around a confined disposal facility. *Chemosphere*, *263*, 127827.

29. Honarparvar, S., Zhang, X., Chen, T., Alborzi, A., Afroz, K., & Reible, D. (2021). Frontiers of Membrane Desalination Processes for Brackish Water Treatment: A Review. *Membranes*, *11*(4), 246.

30. Pagnozzi, G., Reible, D. D., & Millerick, K. (2021). The effects of adsorptive materials on microbial community composition and PAH degradation at the sediment cap–water interface. *International Journal of Sediment Research*, *36*(4), 555-565.

31. Huang, L., Gao, Q., Fang, H., He, G., Reible, D., Wang, D., & Wu, X. (2021). Effects of bedform migration on nutrient fluxes at the sediment–water interface: a theoretical analysis. *Environmental Fluid Mechanics*, 1-20.

32. Yan, S., Rakowska, M., Shen, X., Himmer, T., Irvine, C., Zajac-Fay, R., ... & Reible, D. D. (2020). Bioavailability assessment in activated carbon treated coastal sediment with in situ and ex situ porewater measurements. *Water Research*, 185, 116259.

33. Bland, G. D., Rao, B., & Reible, D. (2020). Evaluating the transport of Hg (II) in the presence of natural organic matter through a diffusive gradient in a thin-film passive sampler. *Science of The Total Environment*, 141217.

34. Zhang, X., & Reible, D. (2020). Exploring the Function of Ion-Exchange Membrane in Membrane Capacitive Deionization via a Fully Coupled Two-Dimensional Process Model. *Processes*, 8(10), 1312.

35. Pagnozzi, G., Carroll, S., Reible, D. D., & Millerick, K. (2020). Biological Natural Attenuation and Contaminant Oxidation in Sediment Caps: Recent Advances and Future Opportunities. *Current Pollution Reports*, 1-14.

36. Drygiannaki, I., Bejar, M., Reible, D. D., Dawson, J. A., Rao, B., Hayman, N. T., ... & Colvin, M. A. (2020). Assessing Biota Accumulation Due to Contamination of Sediments by Storm Water Heavy Metals. *Environmental Toxicology and Chemistry*, 39(12), 2475-2484.

37. Bailon, M. X., Park, M., Choi, Y. G., Reible, D., & Hong, Y. (2020). The application of DGTs for assessing the effectiveness of in situ management of Hg and heavy metal contaminated sediment. *Membrane Water Treatment*, 11(1), 11-23.

38. Hayman, N. T., Rosen, G., Colvin, M. A., Chadwick, B. D., Rao, B., Athanasiou, D., ... & Reible, D. D. (2020). Seasonal Toxicity Observed with Amphipods (Eohaustorius estuarius) at Paleta Creek, San Diego Bay, USA. *Environmental Toxicology and Chemistry*, 39(1), 229-239.

39. Drygiannaki, I., Rao, B., Dawson, J. A., Rakowska, M., Reible, D. D., Hayman, N. T., ... & Otto, M. (2020). Assessing sediment recontamination from metals in stormwater. *Science of The Total Environment*, 139726.

40. Odetayo, A. A., Reible, D. D., Acevedo-Mackey, D., Price, C., & Thaic, L. (2020). Development of polyoxymethylene passive sampler for assessing air concentrations of PCBs at a confined disposal facility (CDF). *Environmental Pollution*, 114720.

41. Bryant, W.L., Camilli, R., Fisher, G.B., Overton, E.B., Reddy, C.M., Reible, D., Swarthout, R.F. and Valentine, D.L.(2020) Harnessing a decade of data to inform future decisions: Insights into the ongoing hydrocarbon release at Taylor Energy's Mississippi Canyon Block 20 (MC20) site. *Marine Pollution Bulletin*, 155, p.111056.

42. Honarparvar, S. and Reible, D. (2020). Modeling Multicomponent Ion Transport to Investigate Selective Ion Removal in Electrodialysis. *Environmental Science and Ecotechnology*, 100007.

43. Jonker, M.T., Burgess, R.M., Ghosh, U., Gschwend, P.M., Hale, S.E., Lohmann, R., Lydy, M.J., Maruya, K.A., Reible, D. and Smedes, F. (2020) Ex situ determination of freely dissolved concentrations of hydrophobic organic chemicals in sediments and soils: basis for interpreting toxicity and assessing bioavailability, risks and remediation necessity. *Nature Protocols*, 15(5), pp.1800-1828.

44. Honarparvar, S., Zhang, X., Chen, T., Na, C., & Reible, D. (2019). Modeling technologies for desalination of brackish water—toward a sustainable water supply. *Current Opinion in Chemical Engineering*, 26, 104-111.

45. Li, X., Huang, L., Fang, H., He, G., Reible, D., & Wang, C. (2019). Immobilization of phosphorus in sediments by nano zero-valent iron (nZVI) from the view of mineral composition. *Science of the Total Environment*, 694, 133695.

46. Liu, Y., Reible, D., Hussain, F., Fang, H. (2019). Role of bioroughness, bioirrigation and turbulence on oxygen dynamics at the Sediment-Water Interface. *Water Resources Research*, 55(10), 8061-8075.

47. He, G. J., Han, X., Fang, H. W., Reible, D., & Huang, L. (2019). Effects of roughness Reynolds number on scalar transfer mechanisms at the sediment-water interface. *Water Resources Research*, 55. https://doi.org/10.1029/2018WR024493

48. Shen, X., & Reible, D. (2019). An analytical model for the fate and transport of performance reference compounds and target compounds around cylindrical passive samplers. *Chemosphere*, *232*, 489-495.

49. Oleszczuk, P., Rakowska, M., Bucheli, T. D., Godlewska, P., & Reible, D. D. (2019). Combined Effects of Plant Cultivation and Sorbing Carbon Amendments on Freely Dissolved PAHs in Contaminated Soil. *Environmental science & technology*, 53(9), 4860-4868.

50. Schneider, H., Jackson, A., Rainwater, K., Reible, D., Morse, S., Hatzinger, P., Garcia-Rubalcalva, U. (2019) Estimation of Interstitial Velocity Using a Direct Drive High Resolution Passive Profiler, *Groundwater*, DOI:10.1111/gwat.12874

51. Fang, H., Ni, K., Wu, J., Li, J., Huang, L., & Reible, D. (2019). The effects of hydrogen bonding on the shear viscosity of liquid water. *International journal of sediment research*, 34(1), 8-13

52. Shen, X., Lampert, D., Ogle, S., & Reible, D. (2018). A software tool for simulating contaminant transport and remedial effectiveness in sediment environments. *Environmental Modelling & Software*, 109, 104-113.

53. Lai, H., Fang, H., Huang, L., He, G., & Reible, D. (2018). A review on sediment bioflocculation: dynamics, influencing factors and modeling. *Science of The Total Environment*, 642, 1184-1200.

54. Honarparvar, S., Saravi, S. H., Reible, D., & Chen, C. C. (2018) Comprehensive Thermodynamic Modeling of Saline Water with Electrolyte NRTL Model: A Study of Aqueous Sr2+-Na+-Cl−-SO42− Quaternary System, *Fluid Phase Equilibria*, 470, 221-231

55. M. T. O. Jonker, S. A. van der Heijden, D. Adelman, J. N. Apell, R. M. Burgess, Y. Choi, et al. including Reible, D.,(2018) "Advancing the Use of Passive Sampling in Risk Assessment and Management of Sediments Contaminated with Hydrophobic Organic Chemicals: Results of an International Ex Situ Passive Sampling Interlaboratory Comparison," *Environmental Science & Technology*, vol. 52, pp. 3574-3582, 2018/03/20

56. Han, X., Fang, H., He, G., & Reible, D. (2018). Effects of roughness and permeability on solute transfer at the sediment water interface. *Water Research*, 129, 39-50.

57. Uddameri, V., & Reible, D. (2018) Food-energy-water nexus to mitigate sustainability challenges in a groundwater reliant agriculturally dominant environment (GRADE). *Environmental Progress & Sustainable Energy*.

58. Cui, Z., Fang, H., Huang, L., Ni, K., & Reible, D. (2017). Effect of surface heterogeneity on phosphorus adsorption onto mineral particles: experiments and modeling. *Journal of Soils and Sediments*, 1-12.

59. Honarparvar, S., Saravi, S. H., Reible, D., & Chen, C. C. (2017). Comprehensive thermodynamic modeling of saline water with electrolyte NRTL model: A study on aqueous Ba 2+-Na+-Cl−-SO 4 2− quaternary system. *Fluid Phase Equilibria*. 447, 29-38.

60. Vlassopoulos, D., Russell, K., Larosa, P., Brown, R., Mohan, R., Glaza, E., Drachenberg, T., Reible, D., Hague, W., Mcauliffe, J. And Miller, S. (2017) Evaluation, Design, and Construction of Amended Reactive Caps to Restore Onondaga Lake, Syracuse, New York, USA. *Journal of Marine Environmental Engineering*, 10(1).

61. Oleszczuk, P., Godlewska, P., Reible, D. D., & Kraska, P. (2017). Bioaccessibility of polycyclic aromatic hydrocarbons in activated carbon or biochar amended vegetated (Salix viminalis) soil. *Environmental Pollution*, 227, 406-413.

62. Huang, L., Fang, H., Xu, X., He, G., Zhang, X., & Reible, D. (2017). Stochastic modeling of phosphorus transport in the Three Gorges Reservoir by incorporating variability associated with the phosphorus partition coefficient. *Science of the Total Environment*, 592, 649-661.

63. Silvani L., Latini A., Reible D. & Petrangeli Papini M. (2017) Characterizing toluene adsorption onto carbon nanotubes for environmental applications. *Desal. Wat. Treat*. 60, 218–227, doi: 10.5004/dwt.2017.0839

64. Fang, H., L. Huang. D. D. Reible (2016) Environmental Assessment of Heavy Metal Transport and Transformation in the Hangzhou Bay, China, *Journal of Hazardous Materials* , pp. 447-457 DOI:10.1016/j.jhazmat. 2015.09.060

65. Huang, Lei, Hongwei Fang, and Danny Reible (2015) "Mathematical model for interactions and transport of phosphorus and sediment in the Three Gorges Reservoir." *Water Research* 85 393-403.

66. Hong Y, Wetzel D, Pulster EL, Hull P, Reible D, Hwang HM, Ji P, Rifkin E, Bouwer E. (2015) "Significant Spatial Variability of Bioavailable PAHs in the Water Column and Sediment Porewater in the Gulf of Mexico One Year After the Deepwater Horizon Oil Spill." *Environ Monit Assess.* Oct;187(10):646.

67. Yan, Fei, and Danny Reible. (2015) "Electro-bioremediation of contaminated sediment by electrode enhanced capping." *Journal of environmental management* 155: 154-161.

68. Thomas, Courtney L., and Danny D. Reible (2015) "Modeling Compound Loss from Polydimethylsiloxane Passive Samplers." *Separations* 2.4 611-624.

69. Yan, Fei, Wu Chen, and Danny Reible. (2015) "Electrochemical Stimulation of PAH Biodegradation in Sediment." *Soil and Sediment Contamination: An International Journal* 24.2 143-156.

70. Brundrett, M., Horita, J., Anderson, T., Pardue, J., Reible, D., & Jackson, W. A. (2015). The use of chlorate, nitrate, and perchlorate to promote crude oil mineralization in salt marsh sediments. *Environmental Science and Pollution Research*, 1-9.

71. Shen, X., & Reible, D. (2015). An analytical solution for one-dimensional advective–dispersive solute equation in multilayered finite porous media. *Transport in Porous Media*, 107(3), 657-666.

72. Kupryianchyk, D., Rakowska, M.I., Reible, D., Harmsen, J., Cornelissen, G., van Veggel, M., Hale, S.E., Grotenhuis, T. and Koelmans, A.A. (2015) Positioning activated carbon amendment technologies in a novel framework for sediment management. *Integrated environmental assessment and management*, 11(2), pp.221-234.

73. Yan, F., & Reible, D. (2015). Electro-bioremediation of contaminated sediment by electrode enhanced capping. *Journal of environmental management*, 155, 154-161.

74. Lampert, D. J., Thomas, C., & Reible, D. D. (2015). Internal and external transport significance for predicting contaminant uptake rates in passive samplers. *Chemosphere*, 119, 910-916.

75. Uddameri, V., A. Morse, D. Reible (2015) "Unconventional Oil and Natural Gas Resources Development and Their Potential Environmental Impacts", *Environmental Management*, July, 18-25.

76. Erten, M. B., C. S. El Mohtar, D. D. Reible, and R. B. Gilbert (2014). "Consolidation Properties of NAPL Contaminated Sediments." *Bridges* 10 9780784412121-422.

77. Thomas, C., Lampert, D. J., & Reible, D. Janssen, E. and R.G. Luthy (2014). Remedy Performance Monitoring at Contaminated Sediment Sites Using Profiling Solid Phase Microextraction (SPME) Polydimethylsiloxane (PDMS) Fibers. *Environmental Science: Processes & Impacts*. 16(3), 445-452.

78. Stringer, R. D., Burken, J. G., Elmore, A. C., & Reible, D. D. (2014). Using in situ solid phase microextraction (SPME) for depth profiling in sediments treated with activated carbon. *Journal of Soils and Sediments*, 14(5), 1013-1020

79. Ghosh, U., Kane Driscoll, S., Burgess, R.M., Jonker, M.T., Reible, D., Gobas, F., Choi, Y., Apitz, S.E., Maruya, K.A., Gala, W.R. and Mortimer, M. (2014) Passive sampling methods for contaminated sediments: practical guidance for selection, calibration, and implementation. *Integrated environmental assessment and*

*management*, 10(2), pp.210-223.

80. Peijnenburg, W. J., Teasdale, P. R., Reible, D., Mondon, J., Bennett, W. W., & Campbell, P. G. (2014). Passive sampling methods for contaminated sediments: State of the science for metals. *Integrated environmental assessment and management*, 10(2), 179-196.

81. Mauter, M.S., Alvarez, P.J., Burton, A., Cafaro, D.C., Chen, W., Gregory, K.B., Jiang, G., Li, Q., Pittock, J., Reible, D. and Schnoor, J.L., (2014) Regional variation in water-related impacts of shale gas development and implications for emerging international plays. *Environmental science & technology*, 48(15), pp.8298-8306.

82. Hong, Yongseok, and Danny D. Reible. "Modeling the Effect of pH and Salinity on Biogeochemical Reactions and Metal Behavior in Sediment." *Water, Air, & Soil Pollution* 225.1 (2014): 1-20.

83. Zhang, R., Xiaoxia, L. U., Reible, D. D., Gangzhen, J. I. A. O., & Songyan, Q. I. N. (2013). Cathodic hydrogen as electron donor in enhanced reductive dechlorination. *Chinese Journal of Chemical Engineering*, *21*(12), 1386-1390.

84. Virkutyte, J., Al-Abed, S., Barth, E., Reible, D., Dunlap, P. Chattopadhyay, S. (2013) Catalytic Sorption of (Chloro)Benzene and Naphthalene in Aqueous Solutions by Granular Activated Carbon Supported Bimetallic Iron and Palladium Nanoparticles, *ISRN Nanotechnology*.

85. Martinez, A., O'Sullivan, C., Reible, D., & Hornbuckle, K. C. (2013). Sediment pore water distribution coefficients of PCB congeners in enriched black carbon sediment. *Environmental Pollution*, 182, 357-363.

86. Lampert, D., X. Lu, D. Reible (2013) Long-term PAH monitoring results from the Anacostia River active capping demonstration using polydimethylsiloxane (PDMS) fibers, *Environmental Science: Processes and Impacts*, **15,** 554-562.

87. Smith, A., M.J. Kirisits, D.D. Reible (2012) Assessment of Potential Anaerobic Biotransformation of Organic Pollutants in Sediment Caps, *New Biotechnology*, Volume 30, Issue 1, 80–87, 15 November.

88. Yan, F., D. Reible (2012) PAH Degradation and redox control in an electrode enhanced sediment cap, 87, 9, 1222-1228, *Journal of Chemical Technology and Biotechnology*, September.

89. Sun, M., D. Reible, G.V. Lowry and K.B. (2012) Gregory Effect of Applied Voltage, Initial Concentration, and Natural Organic Matter on Sequential Reduction/Oxidation of Nitrobenzene by Graphite Electrodes, *Environ Sci Technol*. 46,11, 6174-6181

90. Erten, M., Reible, D., Gilbert, R., & El Mohtar, C. (2012) The Performance of Organophilic Clay on Nonaqueous Phase Liquid Contaminated Sediments under Anisotropic Consolidation. In *Contaminated Sediments: 5th Volume, Restoration of Aquatic Environment*. ASTM International.

91. Yang, W., D Lampert, N Zhao, D Reible, W Chen (2012) Link between black carbon and resistant desorption of PAHs on soil and sediment, *Journal of Soils and Sediments*: 12, 5 713-723

92. Rosen, G, D.B. Chadwick, G.A. Burton, W.K. Taulbee, M.S. Greenberg, G.R. Lotufo and D.D. Reible (2011) A sediment ecotoxicity platform for in situ measures of chemistry bioaccumulation and toxicity. Part 1. System description and proof of concept, *Environmental Pollution*, (Nov)

93. Rosen, G, D.B. Chadwick, G.A. Burton, W.K. Taulbee, M.S. Greenberg, G.R. Lotufo and D.D. Reible (2011) A sediment ecotoxicity platform for in situ measures of chemistry bioaccumulation and toxicity. Part 2. Integrated application to a shallow estuary, *Environmental Pollution*, (Nov )

94. Erten, M.B., R. Gilbert, C.S. El Mohtar, D.D. Reible (2011) Development of a laboratory procedure to evaluate the consolidation potential of soft contaminated sediments, *Geotechnical Testing Journal,* Volume

34, Issue 5, September

95. Lampert, D.J., W.V. Sarchet, D.D. Reible (2011) Assessing the Effectiveness of Thin-Layer Sand Caps for Contaminated Sediment Management through Passive Sampling, *Environ. Sci Technol,* 45 (19), pp 8437–8443

96. Hong, YS., K. A. Kinney, D.D. Reible (2011) Effects of cyclic changes in pH and salinity on metals release from sediments, *Environ. Toxicology and Chemistry*, Volume 30, Issue 8, Pages: 1775–1784

97. Gschwend, P.M, J. K. MacFarlane, D.D. Reible, X. Lu, S.B. Hawthorne, D. V. Nakles, and T. Thompson (2011) Comparison of PDMS-, POM- and LDPE-based polymeric samplers for accurately assessing PCBs in sediment pore waters , *Environ. Toxicology and Chemistry, 30*, Issue 6, June 2011, Pages: 1288–1296

98. Lu, X., B. Drake, A. Skwarski, D. Reible (2011) Predicting bioavailability of PAHs and PCBs with pore water concentrations measured by disposable solid-phase micro-extraction fibers, *Environ. Toxicology and Chemistry, 30,* Issue 5, May 2011, Pages: 1109–1116.

99. Hong, YS, K. Kinney, D. Reible (2011) Acid Volatile Sulfides Oxidation and Metals (Mn, Zn) Release upon Sediment Resuspension: Laboratory Experiment and Model Development, *Environ. Toxicology and Chemistry 30,* Issue 3, March 2011, Pages: 564–575

100. Sun, M., F. Yan, R. Zhang, D. D. Reible, G.V. Lowry, K.B. Gregory (2010) Redox Control and Hydrogen Production in Sediment Caps Using Carbon Cloth Electrodes, *Environ Sci and Technol*. 44 (21), 8209–8215

101. Johnson, N., D.D. Reible, L. Katz (2010) Biogeochemical changes and mercury methylation beneath an in-situ sediment cap, *Environ. Sci. Technol.,* 44 (19), 7280–7286

102. Ma, X., D.D. Reible, M. Harris (2010) Assessing the feasibility of in-situ capping and contaminant mobility in NAPL-contaminated sediments, *International Journal of Geotechnical Engineering*, 4, 71-78

103. Yuan, Q., K.T. Valsaraj, D.D. Reible (2009) A Model for Contaminant and Sediment Transport via Gas Ebullition through a Sediment Cap, *Environmental Engineering Science* , *26,* 9 1381-1391

104. Lampert, D.J., D. D. Reible (2009) An Analytical Modeling Approach for Evaluation of Capping of Contaminated Sediments, *Soil and Sediment Contamination: An International Journal, 18,* 4, 470-488

105. Go, J., D.J. Lampert, J.A. Stegman, D.D. Reible (2009) Predicting contaminant fate and transport in sediment caps: Mathematical modeling approaches, *Journal of Applied Geochemistry,* 24, 7, 1347-1353

106. Barth, E., D. Reible and A. Bullard (2008) Evaluation of the physical stability, groundwater seepage control, and faunal changes associated with an AquaBlok® sediment cap, *Remediation: The Journal of Environmental Cleanup Costs, Technologies and Techniques*, 18, 4, Fall (p 63-70)

107. Knox, A.S., M.H. Paller, D.D. Reible, X.Ma, I.G. Petrisor (2008) Sequestering Agents for Active Caps-Remediation of Metals and Organics, *Soil and Sediment Contamination*, 17 (5) 516-532

108. Gustavson, K.E., G.A. Burton, N.R. Francinques, D.D. Reible, D.J. Vorhees, J.R. Wolfe (2008) Evaluating the effectiveness of contaminated sediment dredging", *Environmental Science and* Technology, 42, 14, 5042-5047

109. Liu, J., D. Reible, KT Valsaraj, R. Delaune, I Devai (2008) Observations of mercury fate and transport beneath a sediment cap, *Land Contamination and Reclamation*

110. Reible, D.D. (2007) Hurricane Katrina: Environmental Hazards in the Disaster Area, *Cityscape,* Nov.

111. Yuan, Q., KT Valsaraj, DD. Reible and CS Willson (2007) A laboratory study of sediment and contaminant release during gas ebullition, *Journal of the Air and Waste Management Association, 59, 9*

112. Chai, Y., A. Kochetkov, D.D. Reible (2007) The Use of Coarse, Separable, Condensed-Phase Organic Carbon Particles to Characterize Desorption Resistance of Polycyclic Aromatic Hydrocarbons in Contaminated Sediments, *Environmental Toxicology and Chemistry, 26* , 7 1380-1385

113. McDonough, K.M., P. Murphy, J. Olsta, Y. Zhu, D. Reible, G. Lowry (2007) Development and Placement of a Sorbent-amended Thin Layer Sediment Cap in the Anacostia River, *Journal of Soil and Sediment Remediation* 16:3, 313-322

114. Reible, D.D., D. Lampert, W. D. Constant, R.D. Mutch, and Y. Zhu (2006) Active Capping Demonstration in the Anacostia River, Washington, DC, *Remediation: The Journal of Environmental Cleanup Costs, Technologies and Techniques*, 17, 1, Winter

115. Chai, Y. A. Kochetkov and D.D. Reible (2006) Modeling Biphasic Sorption And Desorption Of Hydrophobic Organic Contaminants In Sediments, *Environmental Toxicology and Chemistry, 25*, 12, 3133-3140

116. Chai, Y. A. Kochetkov and D.D. Reible, Sorption Kinetics of Hydrophobic Organic Compounds to Natural Sediments and Soils, *Environmental Toxicology and Chemistry, 25*, 11, 2827-2833 (2006)

117. Lu, X., D.D. Reible, J.W. Fleeger (2006) Bioavailability of Polycyclic Aromatic Hydrocarbons in Field-Contaminated Anacostia River (Washington, DC) Sediment, *Environmental Toxicology and Chemistry, 25*,11, 2869-2874

118. Murphy, P. A. Marquette, D. Reible, and G. V. Lowry (2006) Predicting the Performance of Activated Carbon-, Coke-, and Soil-Amended Thin Layer Sediment Caps, *Journal of Environmental Engineering*, **132**,7

119. Gomez-Hermosilla, C., J. H. Pardue, D.D. Reible (2006) Wetland plant uptake of desorption resistant contaminants from sediments, *Environmental Science and Technology 40, 3229-3236*

120. Priklonsky, V.I., D. D. Reible and J.M. Tyler (2005) Consistent unconfined contaminated disposal facilities dike tidal flow and transport model, *Environmental Modeling and Software, 20,*9 1071-1079.

121. Apitz, A.E, J. W. Davis, K. Finklestein, D.W. Hohreiter, R. Hoke, R.H. Jensen, J. Jersak, V.J. Kirtay, E.E. Mack, V.S. Magar, D.Moore, D. Reible, R.G. Stahl (2004) "Assessing and Managing Contaminated Sediments: Part I, Developing an Effective Investigation and Risk Evaluation Strategy", *Integrated Environmental Assessment and Management, 1*, 1 2-9

122. Apitz, A.E, J. W. Davis, K. Finklestein, D.W. Hohreiter, R. Hoke, R.H. Jensen, J. Jersak, V.J. Kirtay, E.E.Mack, V.S. Magar, D.Moore, D. Reible, R.G. Stahl (2004) "Assessing and Managing Contaminated Sediments: Part II, Evaluating Risk and Monitoring Sediment Remedy Effectiveness", *Integrated Environmental Assessment and Management, 1*, 1 e1

123. Lu, X.X., D. D. Reible, J. W. Fleeger (2004) Relative Importance of Ingested Sediment Versus Pore Water Uptake Routes for PAHs to the Deposit-Feeding Oligochaete Ilyodrilus templetoni, *Archives of Environmental Contamination and Toxicology,* 47(2) 207-214.

124. Thibodeaux, L.J., H. Huls, R. Ravikrishna, K.T. Valsaraj, M. Costello, D. Reible (2004) Laboratory Simulation of Chemical Evaporation from Dredge-Produced Sediment Slurries *Environmental Engineering Science, 21*, 6, 730-740

125. Lu, X.X., D.D Reible, J.W. Fleeger (2004)Adsorption/desorption and bioavailability of sediment-associated benzo[a]pyrene, *Environmental Toxicology and Chemistry*, *1*, p. 57-64

126. Yan, Le, Karsten E. Thompson, Kalliat T. Valsaraj, and Danny D. Reible (2003) In-Situ Control of DNAPL Density Using Polyaphrons, *Environ. Sci. Technol*.; 37(19) pp 4487 – 4493

127. Reible, D.D., D. Hayes, C. Lue-Hing, J. Patterson, N. Bhowmik, M. Johnson, and J.Teal (2003) Comparison of the Long-Term Risks of Removal and In-Situ Management of Contaminated Sediments in the Fox River, *Journal of Soil and Sediment Contamination, 12(3)* 325-344

128. Lu, X.X., D. Reible, (2003) Linking sediment exposure with effects: modeling techniques, organic availability and uptake, *Int'l Journal of Sediment Research,* **18**, 2 208-213

129. Lu, X.X, D. D. Reible, J.W. Fleeger, and Y.Z. Chai (2003) Bioavailability of Desorption –Resistant Phenanthrene to the Oligochaete *Ilyodrilus templetoni, Environmental Toxicology and Chemistry*, *22*, 153-160

130. Work, P.A., P.R. Moore, and Reible, D.D. (2002) Bioturbation, advection, and diffusion of a conserved tracer in a laboratory flume *Water Resources Research*, v 38, n 6, 241-249

131. Reible, D., Hayes, D., Lue-Hing, C., Johnson, M., Bhowmik, N., Patterson, J., & Teal, J. (2002). Application of the NRC framework for evaluation of remedial actions at a PCB-contaminated sediment site. *Soil and Sediment Contamination*, 11(3), 482-483.

132. Reible, D. And S. Mohanty (2002) A Levy Flight Random Walk Model for Bioturbation, *Environmental Toxicology and Chemistry, 21*, 4 875-881

133. Ravikrishna, R., K.T. Valsaraj, L.J. Thibodeaux, and D.D. Reible (2002) Effects of oil and grease on the vaporization of organic compounds from contaminated sediments, *Environmental Engineering Sciences,* 19, 2, 101-114

134. Sanchez, FF, LJ Thibodeaux, KT Valsaraj and DD Reible (2002) Multimedia Chemical Fate Model for Environmental Dredging. *Practice Periodical of Hazardous, Toxic, and Radioactive Waste Management*, Vol. 6, No. 2, p. 120-128. Amer. Soc. Civil Engineers.

135. Choy, B, D.D. Reible and K.T. Valsaraj (2001) Volatile Emissions for variable moisture content sediments. *Environmental Engineering Science* 18 (5): 279-289

136. Thibodeaux, Louis J., Kalliat T. Valsaraj, and Danny D. Reible (2001) Bioturbation-driven transport of hydrophobic organic contaminants from bed sediment, *Environmental engineering science* 18, no. 4 215-223.

137. Millward, R.N., J. W. Fleeger, D.D. Reible, K.A. Keteles, B. P. Cunningham, L. Zhang (2001) Pyrene bioaccumulation, effects of pyrene exposure on particle size selection and fecal pyrene content in the oligochaete *Limnodrilus hoffmeisteriI (*Tubificidae, Oligochaeta*)*, *Environ. Toxic. Chem.* **20**

138. Ravikrishna, R. K.T. Valsaraj, D.D. Reible, L.J. Thibodeaux, C.B. Price, J.M. Brannon, T.E. Myers, S. Yost (2001) Air emission flux from contaminated dredged materials stored in a pilot-scale confined disposal facility, *J. Air &Waste Mange. Assoc..* **51:** 361-373

139. Pederson, B.M., L.J. Thibodeux, K.T. Valsaraj, D.D. Reible (2001) Testing a Multimedia Compartmental Model with Monitoring Data, *Environ. Toxic. And Chem.* 20,9

140. de Seze, G., K.T. Valsaraj, D.D. Reible, L.J. Thibodeaux ( 2000) Sediment-air equilibrium partitioning of semi- volatile hydrophobic organic compounds. Part 1. Method development and water vapor sorption isotherm, *Science of the Total Environment*, 253, 1-3, 15-26

141. de Seze, G., K.T. Valsaraj, D.D. Reible, L.J. Thibodeaux (2000) Sediment-air equilibrium partitioning of semi- volatile hydrophobic organic compounds Part 2. Saturated vapor pressures, and the effects of sediment moisture content and temperature on the partitioning of polyaromatic hydrocarbons*, Science of*

*the Total Environment* 253,1-3, 27-44

142. Ravikrishna, R., B.C. Choy, K.T. Valsaraj, D.D.Reible, L.J. Thibodeaux, C.B. Price and J.M. Brannon (2000) The Efficiency of Capping to Control Air Emissions from Exposed Contaminated Sediments and Dredged Material, *Environmental Engineering Science*, **17** (2) 97-106

143. Peters, G.M., W.A.Maher, F. Krikowa, A.C. Roach, H.K. Jeswani, J.P. Barford, V.G. Gomes, D.D. Reible (1999) "Selenium in sediments, porewaters and benthic infauna of Lake Macquarie, New South Wales, Australia," *Marine Environmental Research*, *47*, 5, 491-508

144. Valsaraj, K.T., R. Ravikrishna, B. Choy, D.D. Reible, L.J. Thibodeaux, C.B. Price, S. Yost, J.M . Brannon and T.E. Myers (1999) Air Emissions from Exposed Contaminated Sediments and Dredged Material, *Environ. Sci. Technol*., 33, 142-149.

145. Cheah, E.P.S., D.D. Reible, K.T. Valsaraj, W.D. Constant, B. W. Walsh, L.J. Thibodeaux (1998) Simulation of Soil Washing with Surfactants, *Journal of Hazardous Materials*.

146. Mohanty, S., D.D. Reible, K.T. Valsaraj and L.J. Thibodeaux (1998) A Physical Model for the Simulation of Bioturbation and its Comparison to Experiments with Oligochaetes, *Estuaries 21*, 2, p.255-262.

147. Valsaraj, K.T., B. Choy, R. Ravikrishna, L.J. Thibodeaux, D.D. Reible, C.B. Price, J.M. Brannon, and T.E. Myers, (1997) Air Emissions from Exposed Contaminated Sediments and Dredged Materials 1. Experimental Data in Laboratory Microcosms and Mathematical Modeling, *Journal of Hazardous Materials*, 54 65-87.

148. Valsaraj, K.T., R. Ravikrishna, J.J. Orlins, J.S. Smith, J.S. Gulliver, D. Reible, L. Thibodeaux (1997) Sediment-to-Air Mass Transfer of Semi-Volatile Contaminants due to Sediment Resuspension in Water, *Advances in Environmental Research*, 1, 2 145-156

149. Valsaraj, K.T., L.J. Thibodeaux and D.D. Reible *(1997)* A Quasi-Steady State Pollutant Flux Methodology for Determining Sediment Quality Criteria", *Environmental Toxicology and Chemistry*

150. Smith, J.E., D.D. Reible, Y.S. Koo, E.P.S. Cheah (1996) Vacuum Extraction of a Nonaqueous Phase Residual in a Heterogeneous Vadose Zone," *Journal of Hazardous Materials, 49*, 247-265

151. Koo, Y.S. and D.D. Reible, "Numerical Modeling of the Effects of a Thermal Fence on Pollutant Dispersion in the Stable Atmospheric Boundary Layer," *Journal of Applied Meteorology, 35/11,* 2121- 2128 (1996)

152. Valsaraj, K.T., S. Verma, I. Sojitra, D.D. Reible and L.J. Thibodeaux, "Diffusive Transport of Organic Colloids from Contaminated Sediment Beds," *Journal of Environmental Engineering (ASCE), 122*, 722-729 (1996)

153. Qasi, K. D.D. Reible, W.D. Constant, K.T. Valsaraj, L.J. Thibodeaux (1996) Transport Processes of TNT from Flooded Highly Contaminated Surface Soil. *Journal of Environmental Science and Health. Part A. Environmental Science and Engineering and Toxic and Hazardous Substance Control*, 31, 10

154. Sojitra, I., K.T. Valsaraj, D.D. Reible, L.J. Thibodeaux (1996) Transport of Hydrophobic Organics by Colloids through Porous Media, Part 2. Commerical humic acid macromolecules and polyaromatic hydrocarbons", *Colloids and Surfaces A. Physicochemical and Engineering Aspects, 110*, 141-157

155. Reible, D.D., V. Popov, K.T. Valsaraj, L.J. Thibodeaux, F. Lin, M. Dikshit, M.A. Todaro and J.W. Fleeger, (1996) Contaminant Fluxes from Sediment Due to *Tubificid* Oligachaete Bioturbation", *Water Research, 30*, 3, 704

156. Novitsky M.A., Reible D.D. (1995) Mathematical modeling of laboratory experiments on gravity currents research. *Meteorology and Hydrology*, N 4, 97-106.

157. Koo, Y.S. and D.D. Reible (1995) Flow and Transport Modeling in the Sea Breeze, Part II: Flow Model Application and Pollutant Transport, *Boundary Layer Meteorology, 75,* 209-234.

158. Koo, Y.S. and D.D. Reible (1995) Flow and Transport Modeling in the Sea Breeze, Part I: A Modified E-$\epsilon$ Model with a Non-Equilibrium Level 2.5 Closure, *Boundary Layer Meteorology*, 75, 109-140

159. Sojitra, I., K.T. Valsaraj, D.D. Reible and L.J. Thibodeaux (1995) Colloid-facilitated Transport of Hydrophobic Compounds through Porous Media, *Colloids and Surfaces, 94*, 197-211

160. Subramanyan, V., K.T. Valsaraj, D.D. Reible and L.J. Thibodeaux (1994) Gas-to-particle partitioning of PAHs in an urban atmosphere, *Atmospheric Environment, 28*, 3083-3091.

161. Lo, Y.W., D.D. Reible, J.R. Collier (1994) Three Dimensional Modeling of Reaction Injection Molding *Polymer Engineering and Science, 34*, 1394-1400

162. Lo, Y.W., D.D. Reible, J.R. Collier (1994) Three Dimensional Modeling of Reaction Injection Molding (II) Applications, *Polymer Science and Engineering, 34*, 1401-1405

163. Reible, D.D. (1994) Loss of Methyl Bromide to the Atmosphere During Soil Fumigation, *Journal of Hazardous Materials, 37*, 3 431-444.

164. Novitskii, M.A., D.D. Reible, E.N. Morozko (1994) Mathematical Modeling of Tracer Experiments under the Breeze Circulation, *Meteorology and Hydrology, 1*, pp. 33-40

165. Thibodeaux, L.J., K.T. Valsaraj and D.D. Reible (1993) Associations between Polychlorinated Biphenyls and Suspended Solids in Natural Waters: An Evaluation of the HOC Uptake Rate by Particles Paradigm", *Water Sci. Tech., 28*, pp. 215-221

166. Valsaraj, K.T., G.J. Thoma, C.L. Porter , D.D. Reible and L.J. Thibodeaux (1993) Transport of Dissolved Organic Carbon-Derived Natural Colloids from Bed Sediments to Overlying Water: Laboratory Simulations, *Water Sci. Tech., 28,* pp. 139-147

167. Thoma, G.J., D.D. Reible, K.T. Valsaraj and L.J. Thibodeaux (1993) Efficiency of Capping Contaminated Sediments in Situ: 2. Mathematics of Diffusion-Adsorption in the Capping Layer, *Environmental Science and Technology, 27*, 12, 2412-2419

168. Rhee, S.W., D.D. Reible and W.D. Constant (1993) Stochastic Modeling of Flow and Transport in Deep Well Injection Disposal Systems, *Journal of Hazardous Materials, 34*, 313-333

169. Valsaraj, K.T., G.J. Thoma, D.D. Reible and L.J. Thibodeaux (1993) On the Enrichment of Hydrophobic Organic Compounds in Fog Droplets," *Atmospheric Environment, 27A*, 2, 203-210

170. Reible, D.D., F.J. Perrett, R. McIlhenny (1993) Modeling the Fountain Flow Effect in Reaction Injection Molding, *Polymer Engineering and Science, 33*, 11, 716-720.

171. Savant-Malhiet, S.A. and D.D. Reible (1993) Comparison of Physical Transport Processes in River Sediments, *Journal of Environmental Engineering, 119*, 1, 90-102

172. Reible, D.D., J.E. Simpson and P.F. Linden (1993) The Sea Breeze and Gravity Current Frontogenesis, *Quarterly Journal of the Royal Meteorological Society, 119*, 509

173. Novitsky, M., D.D. Reible (1992) Modeling Breeze Circulation Dynamics for Air Quality Forecasts, *Meteorology and Hydrology, 4*, 5-11 (In Russian).

174. Novitsky, M., D.D. Reible and B.M. Corripio (1992) Modeling the Dynamics of the Land-Sea Breeze Circulation for Air Quality Modeling", *Boundary Layer Meteorology, 59*, 163-175

175. Illangasekare, T. H., Znidarcic, D., Al-Sheridda, M., & Reible, D. D. (1991, June). Multiphase flow in porous media. In Centrifuge (Vol. 91, pp. 517-523).

176. Rhee, S.W., D.D. Reible and W.D. Constant (1991) Simulation of the Effects of Shale Heterogeneities on Effective Permeability in Deep Well Injection Disposal Systems, *Fluid/Particle Separations Journal, 4* (4), 204-210 (1991).

177. Wang, X.Q., L.J. Thibodeaux, K.T. Valsaraj and D.D. Reible (1991) The Efficiency of Capping Contaminated Sediments in Situ. I. Lab-scale Experiments of Diffusion/Adsorption in the Capping Layer, *Environmental Science and Technology, 25* (9) 1578-1584

178. Thibodeaux, L.J, K.C. Nadler, K.T. Valsaraj and D.D. Reible (1991) The Effect of Moisture on Volatile Organic Chemical Vapor-to-Particle Partitioning with Atmospheric Aerosols - Competitive Adsorption Theory Predictions, *Atmospheric Environment, 25A* (8) 1649-1656

179. King, J.A. and D.D. Reible (1991) Laminar Natural Convection Heat Transfer from Inclined Surfaces, *International Journal of Heat and Mass Transfer, 34* (7), 1901-1904

180. Reible, D.D., T.H. Illangasekare, D.V. Doshi and M.E. Malhiet (1990) Infiltration of Immiscible Contaminants in the Unsaturated Zone", *Ground Water* 685-692, August-September

181. Chitgopekar, N.P., D.D. Reible and L.J. Thibodeaux (1990) A Model for Describing Short Range Dispersion near Area Sources of Toxics", *Journal of the Air and Waste Management Association, 40* (8) 1121-1128

182. Baron, J.A., L.J. Thibodeaux, C.B. Henry, D.D. Reible and P.H. Templet (1990) A Laboratory Simulation of Selected Natural Recovery Processes of Contaminated Marine Sediment", *Estuaries, 13* (1) 81-88

183. Reible, D.D., M.E. Malhiet, T.H. Illangasekare (1989) Modeling Gasoline Fate and Transport in the Unsaturated Zone*, Journal of Hazardous Materials, 22* 359-376

184. G.S. Gipson, D.D. Reible and S.A. Savant (1988) Boundary Elements and Perturbation Theory for Certain Classes of Hyperbolic and Parabolic Problems"*, Engineering Analysis, 5* (3) 133

185. Savant, S.A., D.D. Reible, J.C. Ortiz and G.S. Gipson (1988) A Direct Method for Equipotential and Streamline Tracing in the Boundary Element Method, *Engineering Analysis, 5* (3) 155

186. Willms, R.S., D.M. Wetzel, D.D. Reible and D.P. Harrison (1988) Aqueous Phase Oxidation: The Effect of Soil on Oxidation Kinetics*, Hazardous Waste and Hazardous Materials, 5* (1) 65-71

187. Singh, V.P., D.D. Reible and L.J. Thibodeaux (1988) Mathematical Modeling of Fine Sediment Transport, *Hydrology Journal of IAH, XI* (4) 1-23

188. Savant, S.A., D.D. Reible and L.J. Thibodeaux (1987) Modeling Convective Transport in Stable River Sediments, *Water Resources Research, 23*, 9

189. Reible, D.D., F.H. Shair, R.J. Cayer and D.W. Nelson (1987) The Transport and Dispersion of Airborne Contaminants in Boundary Layers over the Ocean and an Isolated Island Cape", *Boundary Layer Meteorology, 39* , 93-102

190. Marsden, A.R., D.D. Reible and M.Y. Frenklach (1987) Increasing the Computational Feasibility of Urban Air Quality Models that Employ Complex Chemical Mechanisms"*, Journal of the Air Pollution Control Assoc., 37* (4) 370-376

191. Willms, R.S., A.M. Balinsky, D.D. Reible, D.M. Wetzel and D.P. Harrison (1987) Aqueous Phase Oxidation: Rate Enhancement Studies", *I&EC Research, 26* , 606-612

192. King, J.A., D.D. Reible and F.H. Shair (1987) The Influence of Atmospheric Stability on Pollutant Transport by Slope Winds, *Atmospheric Environment, 21* (1) 53-60

193. Willms, R.S., A.M. Balinsky, D.D. Reible, D.M. Wetzel and D.P. Harrison (1986) Aqueous Phase Oxidation: The Intrinsic Kinetics of Single Organic Compounds, *I&EC Research, 26* ,148-154

194. Willms, S., A. Martin, D. Reible, D. Wetzel and D. Harrison (1985) Analysis of High Pressure, Multiphase, Batch Reactor Data, *AIChE Environmental Progress, 4* (2) 131-135

195. Reible, D.D. ( 1 9 8 4 ) Gas Transport Through Polyethylene Membranes", R&D Note, *AIChE Journal, 30* (3) 492-494

196. Reible, D.D. ( 1 9 8 4 ) Atmospheric Dispersion of Vapors - Are Molecular Properties Important?, Reply", Referred Technical Comment, *Science, 224*, 905-906

197. Reible, D.D., F.H. Shair and R. Aris (1983) A Two-Layer Model of the Atmosphere Indicating the Effects of Mixing Between the Surface Layer and the Air Aloft, *Atmospheric Environment, 17*, 25-33

198. Reible, D.D., P.J. Sackinger and F.H. Shair (1982) Uncertainties Associated with the Estimation of Mass Balances and Gaussian Parameters from Atmospheric Tracer Studies, *Journal of the Air Pollution Control Association, 32* (7) 720-724

199. Reible, D.D. and F.H. Shair (1982) A Technique for Investigating Gaseous Diffusion in Porous Media, *Journal of Soil Science, 33* (2) 165-174

200. Reible, D.D., J.R. Ouimette and F.H. Shair (1982) Atmospheric Transport of Visibility Degrading Pollutants into the California Mojave Desert, *Atmospheric Environment, 16* (3) 599-613

201. Reible, D.D. (1982) Atmospheric Transport in Complex Atmospheric Flows, PhD Dissertation, California Institute of Technology, Pasadena, CA 91125

202. Reible, D.D., F.H. Shair and E. Kauper (1981) Plume Dispersion and Bifurcation in Directional Shear Flows in Complex Terrain, Atmospheric Environment, 15 (7) 1165-1172

B. Other Publications

1. Reible, D. D. (2021). Book review of *Mechanics of Bio-Sediment Transport*, Hongwei Fang, Lei Huang, Huiming Zhao, Wei Cheng, Yishan Chen, Mehdi Fazeli, Qianqin Shang (Eds.), Springer-Verlag, Berlin Heidelberg (2020).

2. Smith, A.V. and Reible, D.D. (2020) In-Situ Porewater Measurements for Cap Monitoring: Roxana Marsh Great Lakes Legacy Act Project, West Branch of the Grand Calumet River & Roxana Marsh, Final Report to Battelle and US EPA.

3. Reible, D.D (PI) (2018) Assessment and Management of Stormwater Impacts on Sediment Recontamination Final Report SERDP Project: ER-2428

4. TAMEST- Environmental and Community Impacts of Shale Development, Report to the State of Texas (Danny Reible, Task Force member and lead for water) May 2017

5. Reible, D.D., Nomaan, M., Hussain, T. Rakowska, M, Smith, A., Contaminant Mobility in Contaminated Sediments - East Harbor Marina Capping Assessment, Final Report, May 26, 2017

6. Reible, D.D., Rakowska, M, Hussain, T., Performance of Activated Carbon for Sediment Remediation, Final Report to Cabot Corp, May 7, 2017

7. Reible, D.D. Laboratory Studies Report- South River, Final Report to DuPont Corp., March 21, 2017

8. Reible, D. D Field Sampling Report – South River, Final Report to DuPont Corp., January 19 2017

9. TAMEST (D. Reible, Chair), Texas Water Summit: Securing our Economic Future, Report July 2014

10. Reible, D.D. Key to Texas Economy is Water Supply, Austin American Statesman, May 15, 2014

11. Bibby, K.J. Susan L. Brantley, Danny D. Reible, Karl G. Linden, Paula J. Mouser, Kelvin B. Gregory, Brian R. Ellis, and Radisav D. Vidic, Suggested Reporting Parameters for Investigations of Wastewater from Unconventional Shale Gas Extraction Environmental Science & Technology 2013 47 (23), 13220-13221

12. TAMEST (D. Reible, Chair), Texas Water Summit 2012: Report July 2012

13. Reible, D.D. Texas must limit agricultural water use, Houston Chronicle, May 29, 2012

14. Reible, D.D., G. Lotufo, COST AND PERFORMANCE REPORT ,Demonstration and Evaluation of Solid Phase Microextraction for the Assessment of Bioavailability and Contaminant Mobility, Environmental Restoration Project ER-0624, October, 2011

15. Reible, D.D., G. Lotufo, FINAL TECHNICAL REPORT ,Demonstration and Evaluation of Solid Phase Microextraction for the Assessment of Bioavailability and Contaminant Mobility, Environmental Restoration Project ER-0624 May 2012

16. Reible, D.D., G. Lotufo, USER'S MANUAL ,Demonstration and Evaluation of Solid Phase Microextraction for the Assessment of Bioavailability and Contaminant Mobility, Environmental Restoration Project ER-0624, May 2012

17. Reible, D.D. and X. Lu, 2010 SPME Deployment at McCormick and Baxter, Final Report to Oregon DEQ, March 2011

18. Dixon, K., D Reible, J Roberts, I Petrisor, Reible, D.D, X. Lu, L. Kuriakose, P. Dunlap. Innovative In-Situ Remediation of Contaminated Sediments for Simultaneous Control of Contamination and Erosion. Part 1, SRNL-STI-2010-00480, SAVANNAH RIVER NATIONAL LAB AIKEN SC

19. Reible, D.D. After the oil is no longer leaking.. *Environ. Sci. and Technol.* July 2010.

20. Danny D. Reible, Xiao Xia Lu, Gabe Trejo, Final Report for 2008-2009 McCormick and Baxter Site, Final Report to Oregon DEQ.

21. Reible, D.D. (2010) SPME/PDMS Calibration Study, Final Report to Northwest Division Seattle District US Army Corps of Engineers, April 2010.

22. Reible D, Lu XX, Kuriakose, L. and P. Dunlap 2009 SPME Deployment at McCormick and Baxter Superfund Site, Final Report to Oregon DEQ.

23. Reible, D.D. X. Lu ,A. Skwarsko, G. Lotufo, Laboratory Study Report: Demonstration and Evaluation of Solid Phase Microextraction for the Assessment of Bioavailability and Contaminant Mobility, *http://www.estcp.org/Technology/upload/ER-0624-Lab-Rep.pdf* (2008)

24. Barth, E, D Reible, Design Consideration Involving Active Sediment Caps , Proceedings of First International Conference on Hazardous Waste Management, Crete, 2008

25. Reible, D.D, L. Moretti, X. Lu, Organoclay Cap Performance Evaluation – Laboratory Study, McCormick & Baxter Creosoting Company Site, Report to Oregon Department of Environmental Quality, 2007

26. Walsh, W.J., D.D. Reible, C.N. Haas, J.H. Pardue, T.S. Bowers, An Evaluation of Chemical Contamination in the Aftermath of Hurricane Katrina, *Environment Reporter,* 37, 43, 11-3-06 (2006)

27. Palermo, M., D. Hayes, D. Reible, J. Verduin, S. Warren and J. McAuliffe, Onondaga lake sediment remediation – Dredging and capping alternatives, WEDA 05

28. Reible, D.D., C.N. Haas, J.H. Pardue, W.J. Walsh, Toxics and contaminant concerns generated by Hurricane Katrina, Editorial, *Journal of Environmental Engineering, 132*, 6, 535-536 (2006)

29. Reible, D.D., C.N. Haas, J.H. Pardue, W.J. Walsh, Toxics and contaminant concerns generated by Hurricane Katrina, *The Bridge* (National Academy of Engineering) 36, 1, 5-13 (2006)

30. Reible, D.D., C. Kiehl-Simpson and A. Marquette " An Improved Model for Cap Design" Battelle Sediments Conference Proceedings, January 2005

31. Reible, D.D., X. Lu and A. Khanam, Organoclay cap performance evaluation – laboratory study, Final Report, Oregon DEQ, 2005

32. Reible, D.D. In Situ Sediment Remediation Through Capping: Status and Research Needs, Invited Paper/Presentation for SERDP Workshop on Research Needs in Contaminated Sediments (Proceedings Published October 2004)

33. Crannel, B.S, T. Eighmy, G. Hall, C. Willson, D. Reible, M. Yin, Pilot-Scale Reactive Barrier Technologies for Containment of Metal-Contaminated Sediments and Dredged Materials, Final Report to CICEET, 2004.

34. Reible, D.D., Y. Chai, and X. Lu, "Sequestration and Bioavailability of PAHs in Sediments" Battelle Sediments Conference Proceedings, October 2003.

35. Reible, D.D., W.D. Constant, K. Roberts, Y.W. Zhu, "Active Capping Demonstration Project In Anacostia DC, Battelle Sediments Conference Proceedings, October 2003.

36. Valsaraj, K.T, K.E. Thompson, D.D. Reible, L. Yan, "Environmental Remediation of Dense Organic Contaminants Using Polyaphron Treatments, US Patent 6,602,024 August 5, 2003

37. Reible, D.D., Lu, X.X. "Desorption, Accumulation, And Elimination Of Sediment-Associated Phenanthrene And Benzo[A]Pyrene To A Freshwater Oligochaete", Proceedings of US Environment, 2003

38. Reible, D.D., D. Hayes, C. Lue-Hing, M. Johnson, N. Bhowmik, J. Patterson, J. Teal, "Application of the NRC Framework for Evaluation of Remedial Actions at a PCB Contaminated Sediment Site," Proceedings of Dredging '02, Orlando, FL

39. Reible, D.D., X. Lu, J. Fleeger and J. Pardue " Sequestration and Bioavailability of PAHs in Sediments" Battelle Sediments Conference Proceedings, October 2001

40. Reible, D.D. " Contaminated Sediment Management- Still an Oxymoron?" Editorial for *Chemical Engineering Progress,* December 2000

41. Reible, D.D. "Waste Management in the Oil and Gas Exploration and Production Wastes," Proceedings of the Korean Solid Waste Engineering Society, Taegu, Korea, November 2000

42. Reible, D.D. "Trends in Industrial Waste Management in the United States," Proceedings of the Korean Solid Waste Engineering Society, Taegu, Korea, November 2000

43. Reible, D.D. "Natural Processes Affecting Contaminant and Sediment Fate, " White paper to Sediment Remediation Technology Development Forum, August 2000

44. Reible, D.D. "Monitoring Remedial Effectiveness," White paper to Sediment Remediation Technology Development Forum, August 2000

45. Reible, D.D, P.B. Cunningham, Assessing the Biocompatibility of AquaBlok to Freshwater Oligochaetes," Final Report to Hull, Inc. August 2000

46. Francingues, N., T. Wakeman, D. Reible, S. Garbaciak, C. Wardlaw, F. Hamons, R. Hauptman, "Innovative Dredged Sediment Decontamination and Treatment Technologies", Report of PIANC Specialty Workshop, T. Wakeman, D.Reible, Co-Chairs, Oakland, CA, May 2000

47. Reible, D.D., J.W. Fleeger, M. Tomson, A. Kochetkov, L. Zhang, X. Lu"Bioavailability of desorption resistant phenanthrene to freshwater oligochaetes," Extended Abstract, Annual Meeting of the American Chemical Society, August 1999

48. Tomson, M. A. Kan, W. Chen, J. Hughes and D. Reible, "Biological Response and Availability of Desorption Resistant Organic Pollutants," Extended Abstract, Annual Meeting of the American Chemical Society, August 1999

49. Kan, A., M. Tomson, W. Chen, J. Hughes and D. Reible, "Protocol for Assessment of Biological Available Pollutant Concentration in Soil,"Extended Abstract, Annual Meeting of the American Chemical Society, August 1999

50. Palermo, M.R., S. Maynord, J. Miller and D.D. Reible, "Guidance for In-Situ Subaqueous Capping of Contaminated Sediments", Assessment and Remediation of Contaminated Sediments (ARCS) Program, Great Lakes National Program Office, US EPA 905-B96-004, 1998

51. Reible, D.D. and J. Nemeth, "Management of Contaminated Sediments: Research Supporting a Risk-Based Approach", Proceedings of the 6th Conference on Energy and the Environment, Cairo, Egypt, May 1998.

52. Reible, D.D., K.T. Valsaraj and L.J. Thibodeaux, "Contaminant Loss Estimation for the Evaluation of Sediment Management Options," in Pollution Prevention and Environmental Risk Reduction, Proceedings of the 1998 Annual AIChE Meeting Specialty Conference, Miami, Fl

53. Reible, D.D. and S.T. Chia, "Biological Degradation and Fate Modelling Studies of Pah Compounds Found in Water Treatment Plant Solids from an Oil Refinery," Proceedings of Institution of Chemical Engineers, UK (1998) *Recipient of Best Paper Award*

54. Reible, D.D., Volatile Organic Compounds in the Environment, Book Review, Waste Management, 16, 7 663-664, 1997.

55. de Seze, G., K.T. Valsaraj, L.J. Thibodeaux, D.D. Reible, "Study of the Air-Sediment Partition Constant of Some Polynuclear Aromatic Hydrocarbons and Dibenzofuran," Proceedings of the WERC/HSRC '97 Joint Conference on the Environment, Albuquerque, NM, April 1997.

56. Valsaraj, K.T., R. Ravikrishna, D. Reible, L.J. Thibodeaux, T.E. Myers, C.B. Price, J.M. Brannon, "Air Emissions from Contaminated Sediments and Dredged Materials," Proceedings of the WERC/HSRC '97 Joint Conference on the Environment, Albuquerque, NM, April 1997.

57. Shephard, A. , D.D. Reible, J. Fleeger, K.T. Valsaraj and L.J. Thibodeaux, "Fate of Pyrene during Oligochaete Bioturbation," Proceedings of the WERC/HSRC '97 Joint Conference on the Environment, Albuquerque, NM, April 1997.

58. Choy, B., B. Walsh, D.D. Reible, K.T. Valsaraj and L.J. Thibodeaux, "Effects of Vapour Diffusion and Capillary Suction on the Transport of Volatile NAPL in a Sediment Column," Proceedings of the WERC/HSRC '97 Joint Conference on the Environment, Albuquerque, NM, April 1997.

59. Cheah, E.P.S., B. W. Walsh, D.D. Reible, K.T. Valsaraj and L.J. Thibodeaux, "Simulation of Soil Washing with Surfactant," Proceedings of the WERC/HSRC '97 Joint Conference on the Environment, Albuquerque, NM, April 1997.

60. Reible, D.D., F. Deng, T.T. Luong, K.T. Valsaraj, "The Mobility of Pyrene in Oil and Grease Contaminated Sediment," Proceedings of the WERC/HSRC '97 Joint Conference on the Environment, Albuquerque, NM, April 1997.

61. Reible, D.D., "Model for Chemical Containment by a Cap," Proceedings of the WERC/HSRC '97 Joint Conference on the Environment, Albuquerque, NM, April 1997.

62. Mohanty, S., D.D. Reible, K.T. Valsaraj and L.J. Thibodeaux, " A Levy Flight-Random Walk Model for Bioturbation," Proceedings of the WERC/HSRC '97 Joint Conference on the Environment, Albuquerque, NM, April 1997.

63. Choy, B., B. Walsh, D.D. Reible, K.T. Valsaraj and L.J. Thibodeaux, "Transport of Semi-Volatile Contaminants in Sediments with Drying Dynamic Water Saturation Profiles," Proceedings of the WERC/HSRC '97 Joint Conference on the Environment, Albuquerque, NM, April 1997.

64. Myers, T.E., M.R. Palermo, T.J. Olin, D.E. Averett, D.D. Reible, J.L. Martin, S.C. McCutcheon, "Estimating Contaminant Losses from Components of Remediation Alternatives for Contaminated Sediments," Final Report prepared for the US Environmental Protection Agency, Great Lakes National Program Office, Chicago, IL, 1996.

65. Peters, G.M, J.P. Barford, W.G. Comes, D.D. Reible, and W.A. Maher, "Bioturbation Effects on Selenium Mobility," Proceedings of the 7th International IASWS Symposium, Baveno (Stresa) Italy, September 22-25, 1996.

66. Valsaraj, K.T., L.J. Thibodeaux, D.D. Reible, J.M. Brannon, T.E. Myers and C.B. Price, "Volatile Chemical Emissions from Contaminated Dredged Materials: Laboratory Measurements and Models", Proceedings of the Air and Waste Management Association, 1996.

67. Popov, V., L. Moranto, K.T. Valsaraj, D.D. Reible, L.J. Thibodeaux, M.A. Todaro and J. Fleeger, "Pollutant Fluxes to Aquatic Systems via Bed Sediment Processes", Proceedings of EPA RREL Research Symposium, April 1995, Cincinnati, OH.

68. Thibodeaux, L.J., K.T. Valsaraj, D.D. Reible and J.M. Brannon, "Modeling Air Emissions from Contaminated Dredged Materials,"Proceedings of EPA RREL Research Symposium, April 1995, Cincinnati, OH.

69. Reible, D.D., S.A. Savant-Malhiet, L.J. Thibodeaux, K.T. Valsaraj and T.E. Myers, "Seepage through Walls of Confined Disposal Facilities", Proceedings of Dredging '94, November 1994, Orlando, FL.

70. Myers, T.E., D.D. Reible and D.E. Averett, "Recent Advancements in Comprehensive Analysis of Migration Pathways (CAMP)", Proceedings of Dredging '94, November 1994, Orlando, FL.

71. Thibodeaux, L.J. D.D. Reible and K.T. Valsaraj, "Capping Contaminated Sediments- The Theoretical Basis for Chemical Containment", Proceedings of Dredging '94, November 1994, Orlando, FL.

72. Thibodeaux, L.J. D.D. Reible and K.T. Valsaraj, "So You Want to Remediate Contaminated Mud! These are Your Five Choices", Proceedings of Dredging '94, November 1994, Orlando, FL.

73. Reible, D.D, G. Thoma, " In-Situ Capping for the Remediation of Contaminated Sediments," Proceedings of CHEMECA 94, September, 1994, Perth, Australia.

74. Reible, D.D., Y.S. Koo, B.L. Swift, " Pollutant Transport in the Sea Breeze," Proceedings of CHEMECA 94,

September 1994, Perth, Australia.

75. Reible, D.D., L.J. Thibodeaux, K.T. Valsaraj and J.W. Fleeger, "Pollutant Fluxes to Aquatic Systems via Coupled Biological and Physicochemical Bed Sediment Processes", Proceedings of the IAWQ First International Specialized Conference on Contaminated Aquatic Sediments: Historical Records, Environmental Impact, and Remediation, Milwaukee, WI, June 14-16, 1993.

76. Valsaraj, K.T., G.J. Thoma, D.D. Reible, and L.J. Thibodeaux, "Transport of Colloids from Bed Sediment", Proceedings of the IAWQ First International Specialized Conference on Contaminated Aquatic Sediments: Historical Records, Environmental Impact, and Remediation, Milwaukee, WI, June 14-16, 1993.

77. Thibodeaux, L.J., K.T. Valsaraj and D.D. Reible, "Associations between Polychlorinated Biphenyls and Suspended Solids in Natural Waters: An Evaluation of the HOC Uptake Rate b y Particles Paradigm", Proceedings of the IAWQ First International Specialized Conference on Contaminated Aquatic Sediments: Historical Records, Environmental Impact, and Remediation, Milwaukee, WI, June 14-16, 1993.

78. Reible, D.D., G.J. Thoma, K.T. Valsaraj, L.J. Thibodeaux and D. Timberlake, "Procedures for Selection and Design of a Cap for In-Situ Treatment of Contaminated Sediment," Proceedings of the EPA RREL Symposium, Cincinnati, OH, April 14-16, 1993.

79. Reible, D.D. and S.C. McCutcheon, "Benthic Exchange Processes", in Advances in Hydro-Science and Engineering, .Y.Wang, Ed., Proceedings of the International Conference on Hydroscience and Engineering, Washington, D.C., June 7-11, 1993.

80. McCutcheon, S.C. and D.D. Reible, "Benthic Exchange of Toxic Contaminants", published in the Proceedings of the ASCE, Hydraulics Division Special Conference, August, 1992, Baltimore, MD.

81. Reible, D.D., Evaluation of Contaminant Losses from Components of Remediation Alternatives for Contaminated Sediment, Final Report to Batelle/Army Research Office, June 1992

82. Tittlebaum, M., D.D. Reible and R. Thompson (LaTech) Evaluation of Potential Hazard Exposure Resulting from DOE Waste Treatment and Disposal at RES, Final Report to the US Department of Energy, April 1992

83. Illangasekare, T.H., D. Znidarcic, M. Al-Sheridda and D.D. Reible, "Multiphase Flow in Porous Media," in the Proceedings of International Centrifuge Conference, H.Y. Ko and F.G. McLain, Ed. (1991).

84. Rhee, S.W., D.D. Reible and W.D. Constant, "Simulation of the Effects of Shale Heterogeneities on Effective Permeability in Deep Well Injection Disposal Systems, presented at the Fall Meeting of the American Filtration Society, October, 1990, Baton Rouge, LA.

85. Illangasekare, T.H., E.J. Armbruster, D.Yates, D.Szlag, D.D. Reible, D.V. Doshi and J.L. Smith, "Transport and Entrapment of Nonaqueous Phase Waste Products in Heterogeneous Media," Proceedings of the 4th Symposium of the Hazardous Waste Research Center, Louisiana State Univ., Baton Rouge, LA, October, 1990.

86. Rhee, S., D.D. Reible and W.D. Constant, "Stochastic Modeling of Vertical Movement of Hazardous Waste in Deep Well Disposal Systems," Proceedings of the 11th Korea Symposium on Science and Technology, Seoul, Korea, June 1990.

87. Illangasekare, T.H., E.J. Armbruster, D. Yates, D.Szlag and D.D. Reible, "Effect of Heterogeneity on Transport and Entrapment of Nonaqueous Phase Waste Products in Aquifers," Proceedings of the 3rd Symposium on Hazardous Substances, Kansas State University, Manhattan, KS, 1990.

88. Rhee, S., D.D. Reible and W.D. Constant, "Modeling of Confining Layer Integrity in Deep Well Disposal Systems," in the Proceedings of the 1st Annual Meeting of the American Filtration Society, October, 1989, Houston, TX.

89. Reible, D.D. and T.H. Illangasekare, "Transport of Lighter than Water Nonaqueous Phase Liquids in and above Water Table Aquifers: Experiments, Modeling and Parameter Estimation", Proceedings of the Third Annual Symposium on Hazardous Waste Research, Baton Rouge, LA, October 18-19,1989.

90. Reible, D.D. and T.H. Illangasekare, "Modeling Transport of Multiphase Subsurface Contaminants", Proceedings of the SecondAnnual Symposium on Hazardous Waste Research, Baton Rouge, LA, October 25-26, 1988.

91. Reible, D.D. and T.H. Illangasekare, "Two Dimensional Transport of Concentrated Organic Waste in Ground Water", published in the Proceedings of the International Conference on Groundwater Contamination: Use of Models in Decision Making, Amsterdam, October, 1987, International Groundwater Modeling Center, Martinus Nijhoff.

92. Chitgopekar, N.P., D.D. Reible and L.J. Thibodeaux, "A Model for describing Short Range Dispersion near Area Sources of Toxics", Proceedings of the LSU HWRC Symposium on Hazardous Waste Research, Baton Rouge, LA, October 20-21, 1987.

93. Reible, D.D., and T.H. Illangasekare, "Modeling Transport of Multiphase Subsurface Contaminants", Proc.of the LSU HWRC Symposium on Hazardous Waste Research, Baton Rouge, LA, October 20-21, 1987.

94. Illangasekare, T.H. and D.D. Reible, "Study of Concentrated Organics in the Unsaturated Zone", published in the Proceedings of the Second International Conference on New Frontiers in Hazardous Waste Management, Pittsburgh, PA, August 1987.

95. Reible, D.D., "Subsurface Contamination by Multiphase Processes: Research and Policy Implications for the EPA", AAAS Environmental Science and Engineering Fellows Program Report, EPA, Washington,D.C., August 1987.

96. Illangasekare, T.H., P. Brody and D.D. Reible, "A Study of Two-dimensional Transport of Concentrated Organics in Saturated and Unsaturated Soils", Proceedings, AGU Front Range Branch Hydrology Days, Ed. H.J. Morel-Seytoux (1987)

97. Reible, D.D. "The Boundary Element Method and Applications "Economic Methods for Multipollutant Analysis and Evaluation", AIChE Journal, 33 (1) 172 (1987)

98. Reible, D.D. and T.H. Illangasekare, "Development and Experimental Verification of a Model for Transport and Entrapment of Concentrated Organics in the Unsaturated Zone", published in Petroleum Hydrocarbons and Organic Chemicals in Ground Water: Prevention, Detection, and Restoration, NWWA (1986)

99. Reible, D.D. and K.B. Garg, "Characterization of the Transport and Dispersion of Stack Gases from a Coal-Fired Power Plant," Final Report to the Gulf States Utilities Co., Beaumont, Texas, February 1986

100. Reible, D.D. and K.B. Garg, "Characterization of the Transport and Dispersion of Stack Gases from a Coal-Fired Power Plant,"Final Report to the LSU Center for Energy Studies, Baton Rouge, LA, September, 1985.

101. Dean, J.D., D.F. Atwood, A.S. Dorigan, F.R. Groves, D.D. Reible, L.J. Thibodeaux, P.S.C. Rao, and J.R. Withey, "Exposure Assessment involving Mixtures of Environmental Pollutant" Final Report to the USEPA on Contract No. 68-03-3116 December 1984.

102. Reible, D.D., D.M. Wetzel, R.S. Willms, A.K. Martin and D.P. Harrison, "Soil Detoxification using Modified Wet-Air Oxidation",Final Report to USEPA on Contract No. 68-03-3014, July, 1984.

103. Wetzel, D.M. and D.D. Reible, "Alternative methods for the destruction of hazardous wastes", Final Report to the LSU Hazardous Waste Research Center, January 1983.

104. Reible, D.D. and D.M. Wetzel "A Literature Survey of Three Selected Hazardous Waste Destruction Techniques," Proceedings of the Ninth Annual Research Symposium on Land Disposal of Hazardous Waste, US EPA, Municipal Environmental Research Laboratory, Cincinnati, Ohio 45268, 408-414 (1983)

105. Reible,D.D., F.H. Shair, T.B. Smith and D.E. Lehrman, "A Study of the Origin and Fate of Air Pollutants in California's Sacramento Valley", Final Report to the California Air Resources Board, December 1981.

106. Reible,D.D., F.H. Shair, T.B. Smith and D.E. Lehrman, "The Origin and Fate of Airborne Pollutants within the San Joaquin Valley", Final Report to the California Air Resources Board, June 1981.

107. Reible,D.D., F.H. Shair, T.B. Smith and D.E. Lehrman, "A Study of Transport into, within and out of Coastal Areas of Southern Santa Barbara County and Ventura County", Final Report to the Ventura Air Pollution Control District, June 1981.

**III. GRANTS AND CONTRACTS**

**Texas Tech University (Total funding as PI or co-PI, 2013-2022 -$14.501 MM, TTU portion $10.784 MM)**

Reible, D (PI), Qingqang Yuan Production of Geologic Hydrogen Through Stimulated Mineralogical Processes, APRA-E, $1.62 MM (TTU portion $937, 491)

Reible, D. (PI) Passive Sampling in Willamette River, Portland, OR (2023-2024) US EPA through CDM Smith, K.80

Rao, B (PI), D. Reible, M. Rakowska, Laboratory scale evaluation of combining advanced oxidation process with sediment stabilization for beneficial use in construction. (2023-2024) USACE-ERDC, $674K

Bertone, I, R. Grabowski, F. Coulon, D. Reible Enhancing global prediction of PFAS pollutant fate in sediment, (2023-2024) UK National Environmental Research Council $102,000 (international collaboration, no funding directly to TTU)

Guelfo, J. (PI) D. Reible, W.A. Jackson, T. Anderson Total Organic Fluorine Equipment Grant, SERDP (2022-2025) $226,737

Tindle, K (PI) , M. Watson, E. Bernard, V. Uddameri, B. Ewing, D. Reible, C. Bratcher, Texas Produced Water Consortium, Texas Water Development Board (2021-2023) $1 M (2023-2025) $5 M (Not included in above totals)

Reible, D. (PI), A. Jackson, A. Deonarine, Evaluation of Contaminant Mobility, Availability and Speciation-Armstrong Industries, St. Helens, OR, Oregon DEQ (2021-2022) $145,175

Reible, D. (PI), A. Jackson, Evaluation of Contaminant Mobility and Availability - McCormick and Baxter, Portland, OR, Oregon DEQ (2020-2021) 98.03K

Reible, D. (PI-TTU), Application of Passive Samplers to Support Risk Assessment and Long-term Monitoring, (Lead PI W. Gardiner, USACE), ESTCP ER20-D1-5220 (2021-2024) 210.1K (TTU portion)

Reible, D. (PI), M. Rakowska, B. Rao, NSF, I-Corps: Polymeric passive samplers for monitoring hydrophobic organic compounds in the environment (2020) 50K

Reible, D. (PI) USACE, Low Density Polyethylene (LDPE) Sheet Field Deployment and Analytical Support, Bradford Island (2019-2021) 76K

Reible, D. (PI), USEPA, Long-Term Monitoring Using Passive Samplers at the West Branch Grand Calumet River, (2019-2020) 72K

Reible, D. (PI) G. Perry, M. Currie, T. Byrd, NSF - Networking for Environmental Sustainability in Arid Region Urban Communities (2019-2020) 50K

Reible, D. (co-PI, US) with H. Fang (co-PI, China, Tsinghua University) Ecofluvial dynamics, Chinese Foreign Expert 111 Project (2018-2028) $9.0 MM RMB~ $1,231K (for travel and in-China support, administered by Tsinghua University, no funds directly to TTU)

Reible, D (PI), R. Campbell, C. Na, R. Taraban, JH Kim, IGE: Developing Reflective Engineers through Artful Methods, National Science Foundation (2018-2022) 498K

Reible, D. (PI) Availability of Mercury in Metal Impacted Sediments, Chevron (2018-2022) $530K

Reible, D. (PI) Development of Tools to Inform the Selection of Stormwater Controls at DoD Bases to Limit Potential Sediment Recontamination SERDP (2018-2023) 1.058 M (961.5K TTU)

Michalsen, M. (PI) …. D. Reible (co-PI, TTU PI) Standardization of Polymeric Sampling for Measuring Freely-Dissolved Organic Contaminant Concentrations in Sediment Porewater, ESTCP 17 E-ER1-025 (2017-2021) 1,137K (150 K TTU)

Jackson W.A. (PI), D. Reible (co-PI) High Resolution Passive Profiling to Monitor Contaminated Sediments in Support of Remediation, ESTCP 17 EB-ER-1-006 (2017-2022) 987K

Reible, D. (PI), H.S. Kim (Duke) Assessment and management of mercury in a freshwater stream (2014-2021) DuPont 670 K

Rifai, H. (PI, UH), D. Reible (co-PI) with J Pardue (LSU), A. Katner (Tulane Public Health), R.Mejia (Baylor Medicine) and Planning Grant: Engineering Research Center for Hurricane Urban Planning Hazards Research, National Science Foundation (2018-2021) $100K (administered through University of Houston, no funds directly to TTU)

Reible, D (PI) RAPID: Collaborative Research: Enhance the Resilience of Water Infrastructure in Mid-sized Cities Adjacent to Energy Industry, NSF (2017-2019) $59.366K

Reible, D. (PI) Evaluation of Volatile Emissions with Passive Sampling USACE (2017-2018) 57K

Reible, D. (PI) Amended capping research, Huesker, Inc 25K (2017 donation) 25K (2018 donation)

Reible, D. (PI), A. Jackson Passive Sampling for Mercury in a Sediment Environment - Jellicoe Cove, Ontario, Canadian Ministry of the Environment and Climate Change (2017-2018) 47K

Millerick, Kayleigh (PI), D. Reible (Co-PI), Biodegradation Of Naphthalene Under Different Terminal Electron Accepting Conditions In Sediment Capping Materials, Haley & Aldrich, Inc., (2015-2018) 119.7K

Reible D. (PI), A. Swift, K. Rainwater, C. Na Critical Infrastructure Resilience Institute- Education and Workforce Development (2016-2017), Department of Homeland Security $205K

Reible, D. (PI) Jeong-Hee Kim, Roman Taraban, Chongzheng Na, Jill Hoffman, Developing Reflective Engineers with Artful Methods (DREAM), TTU SGIR (2016-2017) 150K

Reible, D. (PI) Availability of Mercury in Impacted Metals in Sediment, Chevron Corp. (2016-2017) 75K

Reible, D. (PI), C. Na Performance of Activated Carbon for Sediment Remediation Cabot Corp. (2016-2017) 55K

Reible, D. (PI) Contaminant Availability and Mobility in Contaminated Sediments- SF Marina, Haley and Aldrich (2016-2017) 73K

Reible, D. (PI), "Joint US-UK Workshop on Hydraulic Fracturing for Oil and Gas Production," NSF, (2015 - 2016) 39.59K

Reible, D. (PIl) Uddameri, V., "Texas Water Project Supporting the Future Economic Needs of the State," Sponsored by TX Department of Agriculture, (2015-2016) 52K

Reible, D. (PI) Passive Sampling for the Evaluation of Carbon Amendment Performance Baseline Characterization at Columbia Slough, OR, Oregon DEQ (2015-2018) 183K

Reible, D. (PI) Lavaca Bay THg Availability and Methylation- Baseline Studies, Tetra Tech (2015-2016) 101K

Reible, D. (PI) Evaluation of Mobility and Availability of Contaminants, Exxon Mobil (2015-2016) 68K

Reible, D. (PI) Assessment of Carbon Amendment Remedy at Hunter's Point, CA (2014-2018) US Navy through Geomorphis 479K

Reible, D. (PI) Assessment/Management of Stormwater Impacts on Sediment Recontamination (2014-2017) DoD SERDP 1.4M (918.9K TTU)

Reible, D. (PI) Field studies at Wyckhoff Eagle Harbor Site, Puget Sound, WA (2014) $37K

Reible, D (PI) Evaluation of capping at Roxana Marsh, Hammond IN (2014) $48K

Reible, D (PI) Evaluation of mercury and chlorobenzene at Delaware River, DE (2014) $150K

Reible, D (PI) Amended capping research CETCO (donation) $35K

Reible, D. (PI) Assessment of Mercury and Methyl Mercury in Sediments Impacted by U-864, DNVGL Norway (2014) 41K

Reible, D. (PI) Ex-Situ Porewater Measurements for Sediment Assessment (2014), Exxon-Mobil 41K

Reible, D. (PI), C.Chen, V. Uddameric Water Management for Hydraulic Fracturing, Apache Corp. (2014-2020), 253K

**University of Texas ($6.7 MM)**

Webber, M, Hightower, M, Reible D. (co-PI) Workshop on Energy Water Nexus (2013), National Science Foundation, 50K

Reible, D.D.(PI), L. Katz , Laboratory investigation of mercury biogeochemistry (2011-2013) Industrial Sources 825K

Reible, D.D. (PI), Technical Support for Laboratory and Field Investigations of Sediment Capping (2011-2012) USACE, 405K

Reible, D.D. (PI) Passive sampling for the assessment of cap performance (2009-2012) USACE (Seattle District) 155K

Reible, D.D. (PI) Technology transfer supplement for funnel and gate innovations for containment and treatment of contaminated sediments (2010-2012) NIEHS 300K

Reible, D.D. (PI) Evaluation of sorption material for contaminated sediment caps, 2009-2010 EPA 750K (440K, UT)

Reible, D.D. (PI) Organoclay for sorption of chlorinated benzene wastes, 2009-2010 DuPont, 75K

Reible, D.D. (PI) DGT for the monitoring of mercury in interstitial waters, 2009-2012 DuPont 157K

Reible, D.D. (PI) J. Hughes, G. Lowry, Funnel and gate innovations for containment and treatment of contaminated sediments (2007-2011) RO1 900K

Burken, J.G, A.C. Elmore, D. Summers, D. Reible (co-PI), Remediation of contaminated sediments using waterjet amendment (2007-2010) RO1co-PI 450K (75K UT share**)**, Supplemental funding of 160 K (38K UT, 2010-2011)

Reible, D.D. (PI), M.J. Kirisits, K. Kinney and G. Speitel, Biodegradation in sediment caps: bench scale testing ,Parsons (2007-2012) $620K

Reible, D.D. Laboratory studies of organoclay for MGP wastes EPRI (2007-2010) $115K

Knox, A, D.D. Reible (Co-PI), and I. Petrisor, Innovative in-situ remediation of contaminated sediments for simultaneous control of contamination and erosion SERDP (2006-2010) $990K ($325K UT)

Reible, D.D. (PI) and G. Lotufo, Demonstration and evaluation of solid phase microextraction for the assessment of bioavailability and contaminant mobility ESTCP (2006-2009) $778K ($478K UT)

Reible, D.D. Evaluation of capping of citgo calcasieu estuary lagoon URS (2006) $92.5K

Reible, D.D. Gift- Development of active capping, CETCO, (2005) $30,000 renewed for $35K each year 2006, 2007, 2008 and 2010, $45K 2011, $35K 2014

Reible, D.D. Bioavailability of desorption resistant contaminants, EPA through LSU $181K (1/05-1/06)

Reible, D.D. Monitoring cap performance – Anacostia active capping demonstration Washington DC through LSU, 336.8K (11/04-11/07)

Reible, D.D. Evaluation of organoclay as an amended cap material, Oregon Department of Environmental Quality $75K0 (9/04-6/05) Renewed $36.4K (6/06-9/06 ) Renewed $78K (8/08-8/09), Renewed $72K (8/09-6/10), Renewed $82K (7/10-6/11)

**Louisiana State University ($24.1MM)**

Reible, D.D (PI) Valsaraj, K.T Evaluation of capping of the CITGO surge pond and lagoon, URS, $84.K (2004-2005)

Reible, D.D. (PI) DeLaune, R., Valsaraj, K.T. Evaluation of capping of pompton lake acid brook delta mercury deposits, Dupont $105.7K (2004-2005)

Reible, D.D., J. Pardue, W. Moe, F. Rainey, Enhancement of the biotechnology initiative of the hazardous substance research center, Louisiana Biotechnology Initiative, $285K (capital), $235K (annual recurring funds 1/03-1/08)

Reible, D.D. Field demonstration of "active" caps, District of Columbia
$2.25 Million (10/01-9/02)
$993.5K (10/02-9/03), $500K (10/03-9/04), $500K (10/04-9/05)

Reible, D.D., In situ assessment and remediation of contaminated sites, Pan American Advanced Studies Iinstitute, National Science Foundation, $90K (10/01-9/02)

Reible, D.D. Technical assistance for brownfields, US EPA, $150K (10/01-9/02), Renewed $155K (10/02-9/03), $450K (10/03-9/05)

Reible, D.D., Hazardous Substance Research Center/S&SW, US EPA, $4.5 Million (10/01-9/06)

Reible, D.D., K. Demnerova, In-situ assessment and remediation of contaminated sites, NATO Advanced Study Institute, 3.04 MM Belgian Francs (5/00-6/01)

Reible, D.D., Bioavailability of desorption resistant organic contaminants, Defense Special Weapons Agency, $ 1.377 MM (10/98-10/01)

Thibodeaux, L.J., D.D. Reible, K.T. Valsaraj, Effectiveness of environmental dredging, Alcoa, $99K (1/98-1/01)

Reible, D.D., Hazardous Substance Research Center/S&SW, US EPA, $4.487 Million (10/97-9/01)

Reible, D.D., Technical outreach service to communities - collateral award, US EPA, $1,168.8 K (10/97- 9/01)

Walk Haydel, Alpine Geophysics, LLC, LSU, Nash Roberts, Tracer ES&T, Breton Aerometric Monitoring Program, 1 MM$ (LSU First Phase, 9/97-2/98,~ $50K).

Work, P., D.D. Reible, Assessment of the effect of bioturbation on advective contaminant exchange at the sediment-stream interface, Water Resources Research Institute, 9/96 - 8/98, $92.2K (LSU $21K).

Valsaraj, K.T., L.J. Thibodeaux, D.D. Reible and J. Brannon, Modeling of air emissions from contaminated dredged materials, LSU HSRC and US Army, 6/94-5/97, $275K, renewed 10/97-9/98, $100K.

Reible, D.D., L.J. Thibodeaux and K.T. Valsaraj, Placement and effectiveness of capping for the remediation of contaminated sediment, LSU HSRC, 5/1/95-4/30/97, $200K

Reible, D.D., Sediment remediation by capping, US EPA Risk Reduction Engineering Laboratory, 9/92-8/94, $190,000, Renewal 9/94-8/97 with Louis Thibodeaux, $120K

McIlhenny, R. and D.D. Reible, Closeout foam modeling, Martin-Marietta Manned Space Systems, 7/1/92-12/18/92, $25K

Reible, D.D., Contaminant losses from confined disposal facilities, US Army Research Office, 8/1/92-7/31/95, $65.,K

Reible, D.D., Evaluation of contaminant losses from components of remediation alternatives for contaminated sediment, US Army Corps of Engineers, 3/92 - 7/93, $31K

Reible, D.D., K.T. Valsaraj, L.J. Thibodeaux and T.E. Myers, Investigation chemical transport from contaminated sediment through porous containment structures, EPA through LSU Hazardous Substances Research Center (HSRC), 2/1/92-2/1/95, $220K

Reible, D.D., K.T. Valsaraj, L.J. Thibodeaux and J.W. Fleeger, Pollutant fluxes to aquatic systems via coupled biological and physicochemical bed sediment processes, LSU HSRC, 2/1/92-2/1/95, $250K Renewal, 5/1/95-4/30/97, $200K, renewed 10/97-9/98, $85K.

Thibodeaux, L.J., D.D. Reible and K.T. Valsaraj, Transport processes through interfaces, membranes and porous media ,NSF/LASER-EPScOR, 1/1/92-1/1/96, $450K

Tittlebaum, M., D.D. Reible and R. Thompson (LaTech) Evaluation of potential hazard exposure resulting from doe waste treatment and disposal at res, US Department of Energy, 8/91-1/92, $167K

Reible, D.D., Evaluation of contaminant losses from components of remediation alternatives for contaminated sediment, Batelle/Army Research Office, 1/91-6/92, $30K

Thibodeaux, L.J., D.D. Reible, K.T. Valsaraj and X.Q. Wang, Experimental studies on the efficiency of capping contaminated bed sediment in-situ, LSU Hazardous Waste Research Center (HWRC), 1/11/90-1/10/93, $145K

Reible, D.D. and T. Illangasekare, Transport of concentrated organics in the unsaturated and saturated zones below spill and dump sites, EPA and LSU HWRC, 1/86-1/93, $354K, $20K direct EPA

Constant, W.D., D.D. Reible, W. Bernard and S. Field, Evaluation of the mechanisms and rate of transport in deep-well injection strata, Underground Injection Practices Council and LA Chemical Assoc., 4/1/89-8/15/91, $75K

McIlhenny, R.C. and D.D. Reible, Optimized computer-aided design for reaction-injection molding, LA Educational Quality Support Fund (LEQSF),7/1/87-12/30/90, $280K

Collier, J.R., D.D. Reible and F.C. Knopf, Advanced materials characterization, manufacturing and processing, LEQSF, 7/1/89-6/30/90, $285K

Reible, D.D., J.R. Collier and D.Nikitopoulos, Image analysis system, ARCO Chemical Company Foundation, 1/1/90-7/1/90, $20K

Reible, D.D. and L.J. Thibodeaux, An experimental study for short range air dispersion of toxics from area sources, EPA and LSU HWRC, 1/1/86-1/1/89, $122K, $75K EPA direct

Thibodeaux, L.J. and D.D. Reible, Laboratory investigation of the natural recovery processes of marine sediment contaminated during off-shore drilling activities, LSU Center for Energy Studies (CES), 8/1/86-7/1/87, $21.2K

Reible, D.D., Characterization of the transport and dispersion of the stack gases from the Lake Charles coal-fired power plant of Gulf States Utilities, Gulf States Utilities and LSU CES, 7/1/83-1/1/86, $62K

## IV. PARTICIPATION AT PROFESSIONAL MEETINGS

A. Presentations: More than 200 presentations at regional, national and international technical meetings

B. Organization and Chair of Technical Symposia

Chair of Symposia “Cap Modeling” Battelle Sediments Conference, Austin, TX January 2023

Chair of Symposia “Bioremediation in Sediments” Battelle Bioremediation Conference, Baltimore, ND May 2019

Chair of Symposia “B2. Cap Construction and Operation” Battelle Sediments Conference, New Orleans, LA February 2019

Chair, Industrial Water Reuse and Alternative Waters, ISWS Workshop, San Antonio, TX November 2018

Organizing Committee: TAMEST Annual Meeting Building a Sustainable Future for Texas, San Antonio, TX, January 2017

Chair of US UK Workshop on Environmental Implications of Unconventional Oil and Gas Development, Arlington, VA November 2015

Chair, Texas Water Summit: Securing our Economic Future, Austin, TX May 2014

Co-Chair of Workshop on Energy-Water Nexus, NSF, Arlington VA June 2013

Chair of Symposia "Bioremediation in Sediments" Battelle Bioremediation Conference, Jacksonville, FL June 2013

Chair "Texas Water Summit" Austin Tx, June 2012

Chair of Symposia "Contaminant Transport and Site Remediation" AIChE Annual Conference, November 2011

Chair of Symposia "Bioavailability of Sediment Contaminants" Battelle International Sediments Conference, February 2011

Chair of Symposia " Environmental Transport and Remediation of Contaminated Sites" Annual Meeting of AChE, November 2010

Chair of Symposia "Assessment of Bioavailability in Contaminated Sediments" SETAC Annual Meeting, November 2009

Chair of Symposia " Environmental Transport and Remediation of Contaminated Sites" Annual Meeting of the AIChE, November 2009

Chair of Symposia " Passive Sampling for the Assessment of Bioavailability" Annual Meeting of SETAC, Tampa, FL, November 2008

Chair of Symposia "Capping Contaminated Sediments" Annual Meeting of SETAC, Tampa, FL, November 2008

Chair of Symposia " Fate and Transport of Contaminants" Annual Meeting of the AIChE, Philadelphia PA, November 2008

Chair of Symposia " Active Capping of Contaminated Sediments," International Battelle Conference on Contaminated Sediments, Jacksonvill, Fl, January 2008

Chair of Symposia "Contaminated Sediment Capping", International Battelle Conference on Contaminated Sediments, Savannah, GA February 2007

Chair of Symposia "Fate and Transport of Contaminants", Annual Meeting of the AIChE, San Francisco, CA, November 2006

Chair of Symposia "Site Assessment and Remediation" and "Managing Contaminated Sediments" , Annual Meeting of the AIChE, Cincinnati, OH, November 2005

Chair of Symposium "Environmental Transport and Fate of Chemicals," Annual Meeting of the AIChE, Austin, TX, November 2004

Chair of Symposium "Chemodynamics", Annual Meeting of the AIChE, San Francisco, CA November, 2003.

Chair of Symposium "Environmental Transport Processes- Experiments and Modeling", Annual Meeting of the AIChE, Indianapolis, IN, November, 2002.

Chair of Symposium "Evaluation of Multimedia and Transport Processes," Annual Meeting of the AIChE, Los Angeles, CA, November 2000

Chair of Symposium " Bioavailability of Organic Contaminants in Sediments," National Meeting of the Society for Environmental Toxicology and Chemistry, Philadelphia, PA, November, 1999

Chair of Symposium "Environmental Issues on the Gulf Coast", National meeting of the American Chemical Society, New Orleans, LA, August 1999.

Chair of Symposium "Exposure, Risk Assessment and Risk Management", Annual Meeting of the AIChE, Miami, FL, November 1998 and Annual Meeting, Dallas, Tx, November 1999.

Chair of Symposium "Managing Contaminated Sediments- What are the Options", National meeting of the American Institute of Chemical Engineers, New Orleans, LA February, 1998

Chair of Session on Environmental Engineering, CHEMECA '94, Perth, Australia, September, 1994

Second Vice-Chair, First Vice-Chair, Chair and Past Chair of the Executive Board of the National Programming Committee of AIChE

Meeting Program Chairman, San Diego AIChE Summer National Meeting, August, 1990. The most successful AIChE Summer Meeting ever with more than 2700 people attending a technical program of 100 sessions focused on the environment, energy and safety.

Chairman of symposium on Remediation of Contaminated Sediments, AIChE National Meeting, August, 1992, Minneapolis, MN.

Vice-Chairman of symposium on Soils and Sediments, AIChE Annual Meeting, November, 1989, San Francisco, CA

Chairman of symposium on Non-Aqueous Phase Liquids in Soils, AIChE Spring National Meeting, April, 1989, Houston, TX.

Chairman of symposium on Chemical Engineering Fundamentals Applied to the Environment, AIChE Spring National Meeting March 1986, New Orleans, LA.

Chairman of symposium on Chemical Engineering Fundamentals Applied to the Environment, AIChE Summer National Meeting, August 1986, Boston, MA.

Chairman of symposium on Liquid Phase Oxidation of Wastewaters, AIChE Summer National Meeting, August, 1986, Boston, MA.

## V. OTHER SCHOLARLY OR CREATIVE ACTIVITIES

A. Consulting (latest projects listed first)

Assessment of Lower Passaic River Contamination (2016- )

Advise Penobscot River Remedial Planning for PRPs (2016-)

Review of San Jacinto Proposed Remedial Plan for PRPs (2016)

Review of Willamette River remedial plans for State of Oregon (2015 -2016)

Expert witness on contaminant fate and behavior - Kalamazoo River, MI (2015)

Expert witness on contaminant fate and behavior – Hercules facility, Hattiesburg, MS (2015-2017)

Expert witness on atmospheric dispersion of contaminant from fire – Westlake, LA (2014-2016)

Sediment remedial planning for potentially responsible parties
Gowanus Canal, NY (2013 - )

Newtown Creek, NY (2011 - )
Grand Calumet, IN (2013-2015)
Grand Island Bay, LA (2013)
Escanaba, MI, ( 2013)
Ansul facility, Menominee, WI (2011-2013)
Cavendish Forest Products Facility, Gulfport MS (2010-2011)
Berry's Creek, Meadowlands, NJ (2010-2013)

Containment and restoration planning Hg containing submarine, U 864 (2007-2014)

Research for a sustainable future for Qatar for the Qatar Foundation (2011)

Technical resource for EPA, Grasse River, Massena, NY (2008-2012)

Capping component of Hudson River remediation, New York (2010-2011)

Willamette River Remedial Planning for City of Portland, OR (2010-2013)

**Prior to 2010**

Expert Witness for Ammonia Release, Syngenta, San Gabriel, LA

Remedial planning/design of Zidell Marine Services, Portland OR

Expert witness for EDC spill Conoco Refinery, Lake Charles, LA

Remedial planning for Gas Works Site, Seattle, WA

Preliminary review, natural resource damages, Hudson River, NY

Remedial planning, Fox River, Green Bay, WI

Preliminary remedial planning, Titabawasee River Remediation, Midland,

MI Expert Witness for Chemical Plant Fire in Lake Charles, LA

Consulting for Geodesign on Ross Island monitoring, Portland, OR

Expert Witness for gasoline spill and fire, Shreveport, LA

Expert Witness for Dioxin transport and fate in the atmosphere, Delisle,MS

Review of remedial plans, Sydney Tar Ponds, Canada

Review of remedial plans for Silver Lake, MA

Review of remedial plans for Hastings Site, Hudson River, NJ Remedial
planning for Jersey City Chromium contaminated site, NY

Peer review of Grasse River capping demonstration ice scour, Massena, NY

Remedial planning Onondaga Lake, Syracuse NY

Review of remedial plans, Thea Foss Waterway, Tacoma, WA

Expert witness on phenol fire release and exposures, Plaquemine, LA

Expert witness on leaking underground storage tank in Monroe, LA

Expert witness on acid gas release and exposures, San Gabriel, LA

Expert witness on trimethylamine chemical release in San Gabriel, LA

Expert panel developing remedial plans for the Lower Fox River- Appleton Paper, WI

Remedial planning - Citgo/Occidental Corporations, Lake Charles, LA

Expert witness on exposure and impact of contaminant migration from Bayou Sorrel landfill

Expert witness on ammonia releases from chemical facilities in San Gabriel, Louisiana

Expert witness on emergency release of allyl chloride from a chemical facility in Pearl River, Louisiana

Remedial planning and review of capping of Pine Street Canal sediments, Burlington, VT

Expert witness on grain dust dispersion around a grain elevator, Louisiana

Review Panel, Feasibility Study for National Resource Damage Assessment, Fox River, WI Peer reviewer for EPA Technical Services Center

Expert witness on dispersion of combustion products from rail tank car fire, New Orleans, LA

Consultant on regulation of oilfield wastes, LA Department of Natural Resources

Consultant on soil contamination by aviation fuels, Macot (Sydney,Aust) Airport

Expert consultant on environmental exposures, Novartis, Corp.

Expert witness on stack dispersion of sulfur dioxide and hydrogen sulfide, Chalmette, L

Expert witness on sulfuric acid fume emissions and downwind dispersion, Norco, LA

Consultant on assessment of soil contaminated with gasoline, Cooma, NSW, Tweed Heads, NSW, and Trial Bay, NSW, Shell Australia and CALTEX

Consultant on off-site migration of oil-field waste contaminants, Cambell Wells, Inc.

Expert witness on resident's exposure to refinery explosions and fires, Chalmette, LA

Consultant on dispersion of carbon monoxide at exits of roadway tunnel in Sydney, NSW, GHD Pty Ltd.

Consultant on assessment of contaminated sediments in Homebush Bay, Sydney, Australia, CH2M-Hill

Consultant on atmospheric dispersion of styrene for Australian Defense Industries

Consultant on sediment contamination in Sydney Harbor, CH2M-Hill.

Consultant on estimating equilibrium properties of environmental pollutant mixtures for Anderson-Nichols,

Consultant on gasoline movement from leaking underground storage tanks for CDM, PEI and the EPA. Panel reviewer of EPA programs on leaking underground storage tanks

Review of EPA screening models for oily wastes applied to landfills.

Consultant on groundwater remediation plans for BASF Corporation

Consultant on oily wastes in surface waters for Aqua-Terra Corp. and the EPA.

Consultant and peer reviewer on in-situ vacuum extraction of mixed wastes at INEL

Consultant on soil fumigants and methyl bromide releases to the environment

B. Short Courses

Capping Design -The art of designing of isolation layers to reduce environmental risk associated with contaminated sediments (with Espen Eck, Norwegian Geotechnical Institute)
2015 Battelle Sediment Conference
2017 Battelle Sediment Conference
2019 Battelle Sediment Conference

Smart from the Start: Addressing Wicked Problems at Contaminated Sediment Sites for EPA April
2011 – Chicago IL
May 2011 – New York, NY June
2011 – Seattle, WA

CETCO Remediation University November 2008
Newark, NJ November 2009 Portland,

OR October 2010, San Francisco, CA

Contaminated Sediments: What are the options and how do we select them?
September 2007 Portland OR
October 2007 Atlanta GA

Remediation of Contaminated Sediments
EPA Region 1, August 2005, Boston MA
EPA Region 2, October 2005, New York, NY EPA
Region 5, November 2005, Chicago, IL

Contaminated Sediments, October 15, 2000, 16th Annual International Conference on Contaminated Soils, Sediments and Water, Amherst, MA

Bioavailability - How Clean is Clean, October 9, 1999, Water Environment Federation WEFTEC Workshop, New Orleans, LA

Chemical Dynamics and Site Assessment, February 7-10, 1995, Hong Kong Polytechnic University, Hong Kong

Chemical Dynamics in the Environment, December 5-9, 1994, Hotel Konrad, Broadbeach, Queensland, Australia.

Chemodynamics, December 6-7, 1982, LSU (with Dr. T. Marrero, U of Missouri, and Dr. L. Thibodeaux, U of Arkansas)

Hazardous Waste- Movement of Chemicals in Air, Water and Soil, June 11-12, 1985 and March 18-19, 1986, LSU (with Dr. T. Marrero, U of Missouri and Dr. L. Thibodeaux, LSU)

Transport and Fate of Chemicals in the Environment, AIChE Continuing Education Course, Taught 1-2 times per year (with L. Thibodeaux and J. Clarke)

C. Other Professional Activities

Faculty Advisor, LSU student chapter of AIChE (1984-1987)

Faculty Advisor and Founder, LSU student chapter of Omega Chi Epsilon

President, LSU Zenith Users Group (1984-1989)

Reviews of papers for, Nature, AIChE Journal, Chemical Engineering Communications, Chemical Engineering Journal, Chemosphere, Journal of Environmental Quality, International Journal of Soil and Sediments, Journal of the Air and Waste Management Association, International Journal of Exposure Assessment and Monitoring, Journal of Environmental Engineering, Journal of Environmental Forensics, Journal of Hydraulic Engineering, Journal of Hazardous Materials, Journal of Nanoparticle Research, Boundary Layer Meteorology, the Soil Science Journal of America, American Chemical Society, Environmental Science and Technology, Water Research, Water Resources Research, Water Science and Technology, Heat Transfer Engineering, International Journal of Heat and Mass Transfer and the American Society of Mechanical Engineers, books for the AIChE Journal and Waste Management, reports for the U.S. Department of Interior and the US Environmental Protection Agency and proposals to the Civilian Research and Development Foundation, Environmental Protection Agency, National Science Foundation, Strategic Environmental Research and Development Program, Canadian Foundation for Innovation,
Hudson River Foundation, New Mexico Water Resources Institute, West Virginia and South Carolina EPSCoR programs and the LSU Center for Energy Studies.

**VI. INVITED LECTURES**

Ecofluvial Dynamics – Managing the Three Parallel Rivers for Human and Ecological Needs, Invited Lecture, Ecohydraulics workshop, Lijiang, China, January 2024

Management of black and odourous waters, Invited lecture, Southern University of Science and Technology, Shenzhen, China, July 2023

Sustainable Sediment and Water Management – Keynote Lecture as part of the Symposium on Sediment and Water Management held in honor of Dr. Danny Reible, ACS National Meeting, August 2022

Managing Water Availability – Chalmers University, Gotenberg Sweden, September 13, 2019

Managing the Physical, Chemical and Ecological Challenges of Sediments, Tsinghua University, Beijing, China, July 12, 2019

Managing the Physical, Chemical and Ecological Challenges of Sediments, Harbin Institute of Technology, Shengzhen, China, July 2, 2019

Innovations in Sediment Assessment and Remediation, Northeastern University, Boston, MA, March 17, 2019

Sustaining Water Availability in Rural Communities -Expanding brackish water use, Invited Lecture AIChE Water Workshop, November 15, 2018

Remediation of Surface Water and Sediments, Three Gorges, University, Yichang, China, July 14, 2018

Eco-Fluvial Dynamics, Tsinghua University, Beijing China, July 5, 2018

Challenges of Water Availability, ACS Lawler Symposium, March 18,2018

ACS Presidential Forum Lecturer "Meeting Future Water Needs : Addressing the Challenges of Water Quality & Availability" –New Orleans, March 2018

Kappe Lecture - Challenges in Water Availability
University of Oklahoma, April 2017
Arizona State University, September 2017
University of Tennessee, September 2017
Vanderbilt University, September 2017
Clemson University, September 2017
Duke University, September 2017
University of Cincinnati, October 2017
Carnegie Mellon, October 2017
Lehigh University, October 2017
Lafayette College, October 2017

Kappe Lecture - Innovations in Sediment Assessment and Remediaton
New Jersey Institute of Technology, March 2017
University of Oklahoma, April 2017
Chicago Water Reclamation District, June 2017
Washington University, St Louis, October 2017
Oregon State University, October 2017

Where are the Breakthrough Technologies – How We Go From Test Bench to Utility-Scale Implementation?, Invited Lecture American Academy of Environmental Engineers and Scientists, April 13, 2017

Innovations in Passive Sampling for Bioavailable Contaminants in Sediments, Invited Lecture, J. Schnoor Symposium, ACS, San Francisco, CA April 3, 2017

Challenges and Opportunities for Use of Concentrated Oil Field Brines and Brackish Groundwaters, Invited Lecture, East China Normal University, Shanghai, China July 2016

Sustaining Water Quality and Availability in An Era of Scarcity, Invited Lecture, University of Texas at Arlington, March 2016

Water Management for Hydraulic Fracturing, SETAC Specialty Meeting on Hydraulic Fracturing, Denton, TX March 2016

Water Management for Hydraulic Fracturing, ACS Spring meeting, San Diego, CA, March 2016 (delivered by V. Uddameri)

Sustaining Water Quality and Availability in An Era of Scarcity, Invited Lecture, Universidad, Havana Cuba, February, 2016

Sustaining Water Quality and Availability in An Era of Scarcity, Invited Lecture, North China University of Science and Technology, January 2016

General Analytical Solution for Transport In Finite Multi-Layered Porous Media, Amundson Lecture, University of Guadalajara, Nov 2015

Managing the Legacy of Contaminated Sediments, Amundson Lecture, University of Guadalajara, Nov 2015

Sustaining Water Quality and Availability in An Era of Scarcity, Invited Lecture, Argonne National Laboratory, July 2015

Long Term Risks of Oil Spills, Keynote Lecture, 6th European Bioremediation Conference, Xania, Crete, July 2015

Impacts of Oil and Gas on the Coastal Zone, Invited Lecture, 6th European Bioremediation Conference, Xania, Crete, July 2015

Sustaining Water Quality and Availability in An Era of Scarcity, Invited Lecture, Shanxi University, Taiyuan China, June 2015

Hydraulic Fracturing: Minimizing Impacts on Water Availability, Invited Lecture, NRC Chemical Roundtable Workshop on Hydraulic Fracturing, Washington DC May 2015

The Challenges of Water Availability, Can we Eat, Drink AND Turn on the Lights?, Keynote Lecture at International Congress on Sustainability and Sustainable Engineering, May 2015

The Energy Water Food Nexus, Invited Lecture, Santiago, Chile, November 2014

Water and Hydraulic Fracturing, Crook's Branch Workshop on Hydraulic Fracturing, November 2014

Managing Water Availability, Invited Lecture, IEEE, Washington DC, September 2014

Sustainable Sediment Management, 4th International Conference on Aqua Science and Water Resources, Taiyuan, China, August 2014

Water Availability in an Increasingly Water Stressed Environment, Advanced Study Institute Fellow Lecture, University of Bologna, May 2014

Water Management for Hydraulic Fracturing for Oil and Gas, Workshop on Clean Water Matters, Beijing China, April 2014

Sediments and Submarines: Indiana Jones and Environmental Engineering, Florida International University, March 2014

Assessing Contaminant Availability and Fate in Sediments, Notre Dame, February 2014

New Technologies for Sediment Assessment and Remediation, Arcadis Sediment Seminar, February, 2014

The Treatment and Reuse Experience in the United States, Workshop on Science and Technology to Enable Treatment and Reuse of Shale Water, Guiyang, China Oct 2013

Managing Water Availability in an Increasingly Water Stressed Environment, TAMU, October 2013

Water: the Present and Future in Texas, Binational Water Conservation Conference, Laredo TX, March 2013

Texas Water Management: A Path toward Sustainable Solutions, The Academy of Medicine, Engineering and Science of Texas, January 2013, Dallas, TX

Biotransformation, Biodegradation and Bioremediation Processes in Sediments, Tianjin University of Technology, Tianjin, China, June 2012

Sediment Assessment and Management, Lecture Series, Tsinghua University, Beijing, China, June 2012

Chemical Engineering at the Sediment-Water Interface, 14th Asian Pacific Confederation of Chemical Engineering (APCChe), Singapore, Feb 2012

Greening Solid Waste Management Operations, Plenary Lecture, International Solid Waste Association, Daegu Korea, Ocotber 2011

The Aftermath of the Deepwater Horizon Spill, Plenary Lecture, 2011 National Environmental Measurement Conference, Seattle, WA Aug 2011

Biotransformation and Biodegradation Processes in Sediment Caps, Plenary Lecture, 5th European Conference on Bioremediation , Chania, Crete, July 2011

Assessing and Managing Contaminated Sediments, Dalian University, Dalian, China, June 2011

Biotransformation and Biodegradation Processes in Sediments, World Congress on Marine Biology, Dalian, China, May, 2011

Assessing and Managing Contaminated Sediments, Tsinghua University, Beijing, China, June 2011

Biotransformation and Biodegradation Processes in Sediment Caps, Plenary Lecture, 14th International Biotechnology Symposium, Rimini, Italy, September 2010

Assessing and Managing Contaminated Sediments, Nanqiang Lecture, Xiamen University, June 2010

Assessing and Managing Contaminated Sediments, Yangtze University, June 2010

Assessing and Managing the Bioavailability of Sediment Contaminants, University of Iowa, December 2009

Passive Sampling for the Assessment of Mobility and Availability of Contaminants"
Missouri University of Science and Technology, September 2008
University of Maryland, Baltimore County, November 2008

Design Considerations for Active Sediment Caps, Plenary Lecture at 1st International Conference on Hazardous

Waste management, Crete, September 2008

Availability and Mobility of Contaminants in Sediments
University of Minnesota, Minneapolis, MN, November 2007
Utrecht University, Utrecht, Netherlands October 2007
Johns Hopkins University, Baltimore, MD, October 2007

Managing Sediment Contaminants, Southwest Research Institute, San Antonio, TX, April 2007

Availability and Mobility of Contaminants in Sediments, UT San Antonio, March, 2007

Defining the Availability of Contaminants in Sediments, University of Texas Marine Science Institute, Port Aransas, TX, 12/ 2006

Passive Sampling for the Assessment of Bioavailability in Sediments, Partners in Environmental Technology Forum, Washington DC 12/2006

Contaminated Sediment Management, Texas A&M Kingsville, 11/2006

Engineering and Policy Lessons Learned from Hurricane Katrina,
University of Sydney, AUS 10/2006
University of New South Wales, Sydney, AUS 10/2006

Defining the Availability of Contaminants in Sediments, Nankai, University, Tianjin, China, 9/2006

Managing Contaminated Sediments, Tianjin University, Tianjin, China, 9/2006

Bioavailability and bioaccumulation of PAHs in sediments
Texas Tech University, 2/2006
Arizona State University, 2/2006

Defining the availability of contaminants in sediments, University of Buffalo, 11/2005

Bioaccumulation and bioavailability of contaminants in sediments, Jackson School GeoSciences, October 2005

Managing Risks from Contaminated Sediments, University of Guadalajara, Guadalajara, Mexico January 2005

Benthic Organisms and Contaminant Flux, Uptake and Availability American Society of Limnology and Oceanography, Honolulu, Hawaii, February, 2004

Bioavailability of Contaminants in Sediments, Rice University, March 2004

Contaminated Sediments: Are We Managing?, University of Texas, Austin, January 2004

Contaminated Sediments: The Role of Sequestration and Availability in Defining Risk, University of Texas, Austin, December 2003

Sequestration and Bioavailability of PAHs Sediments
3/03 - University of South Carolina
12/02 - University of Texas at El Paso
11/02 - University of Michigan
10/02 - Mississippi State University

Bioavailability and biodegradation of PAHs by benthic organisms 10th International Biotechnology and Bioremediation Symposium, July 2002, Prague, Czech Republic

Where do we go from here? University of Arkansas, April 2002.

Sequestration and Bioavailability of PAHs in Sediments, American Geophysical Unition Annual Meeting, San Francisco, CA, December 2000

Sequestration and Bioavailability of PAHs in Sediments, Hanyang University, Seoul, Korea, November 2000

Trends in Industrial Waste Mangement in the United States, Invited Lecture, Korean Solid Waste Engineering Society, Taegu, Korea, November 2000

Management of Oil and Gas Exploration and Production Waste, Kyongii University, Seoul, Korea, Anyang University, Anyang, Korea and Korean Solid Waste Engineering Society, Taegu, Korea, November 2000

Contaminated Sediment Management - Still an Oxymoron" Korean Environment Institute, Seoul, Korea, November 2000

Sequestration and Bioavailability of PAHs in Sediments, Society of Environmental Toxicology and Chemistry, Nashville, TN, November 2000

Natural Processes in Sediments 16th Annual International Conference on Contaminated Soils, Sediments, and Water, Amherst, MA, October 16, 2000

Contaminated Sediment Management - Still an Oxymoron, National Hazardous Substance Research Centers Conference, Asilomar, CA, July 2000

Sequestration and Bioavailability of PAH Contaminants in Sediments, California Institute of Technology, Pasadena, CA, March, 2000

Managing Contaminated Sediments, Kansas State University, Manhattan, KS, February 1999

Assessing Exposure in the Coastal Environment, Michigan State University, September, 1997

Exposure Assessment in the Coastal Environment, Tulane University, March, 1997

Biological Processes in Sediments, 5th International Conference on Energy and the Environment, Cairo, Egypt, June 1996

Contaminant Transport in Sediments -Are Biological Processes Important? University of Arkansas, January, 1996

The Influence of Biological Processes on Contaminant Transport in Sediments, Plenary Lecture, 4th Environmental Conference, Darwin, Australia, July 1995.

A New Framework for Environmental Engineering graduation speech, Faculty of Engineering, University of Sydney, March, 1995

War and the Environment, joint meeting of the Institute of Engineers, Australia and the Institution of Chemical Engineers, Sydney, February, 1995

Organic Contaminant Migration from Freshwater Sediments, University of Sydney, Department of Chemistry, October, 1994

Perspective on Remediation of Contaminated Sites, Australian Institute of Petroleum, Sydney, Australia, October, 1994.

Flow and Transport in the Sea Breeze, University of Western Australia, September, 1994

Colloid Influences on Organic Contaminant Transport in Porous Media, Soil Science Society, Sydney, Australia, September, 1994

Fate of Methyl Bromide after Soil Fumigation, University of Sydney, Department of Agricultural Chemistry, August, 1994

Environmental Engineering Education- Aid or Hindrance, Environmental Branch of the Institute of Engineers, Australia, November, 1993

Contaminant migration in the coastal environment", University of New South Wales, Monash University, University of Melbourne and Queensland University, 1993

"Contaminant transport and fate processes in coastal regions, University of Sydney, Sydney, Australia, August, 1992

Migration and Fate of Nonaqueous Phase Liquids inthe Subsurface,
Cambridge University, UK March 1991
Heriot-Watt University, UK April 1991
University of Exeter, UK May, 1991

Contaminant Transport in River and Estuarine Sediments, Swansea University, UK,February, 1991

Current Environmental Contaminant Fate and Transport Research, Lecture series Institute for Experimental Meteorology, Obninsk, USSR, October 8-22, 1988

The State of the Student, or Who are These Students Anyway, Union Carbide University Representatives, New Orleans, LA, September 23, 1988

Subsurface Contamination by Multiphase Processes:Research and Policy Implications for the EPA, AAAS Environmental Science and Engineering Fellow Seminar, EPA, Washington, D.C.,August 1987

Multiphase Flow and Ground-Water Contamination, USGS, Reston, VA, July 1987

Contaminant Transport in Soils and Sediment, Shell Development Corporation, Houston,TX, March,1987

The Boundary Element Method and Applications to Environmental Transport, Rice University, November, 1986 and the University of Florida,Gainsville, FL, February, 1987

Modeling Convective Transport in River Sediments, University of Houston, Houston, Texas, February, 1986

Characterization of the Transport and Dispersion of Pollutants from a Coal-Fired Power Plant in Louisiana, Southern University, Baton Rouge, Louisiana, April 1985

**VII. THESES/DISSERTATIONS DIRECTED**

**Postdoctoral Research Associates Directed by Danny Reible**

1. Soraya Honarparvar, (2019-2020) PhD in Chemical Engineering, Texas Tech
   Employment: Aspen Technologies, Boston MA

2. Ke Wu, (2018-2020) PhD Nanjing University, China
   Employment: Texas Tech University

3. Yan Liu (2017-2019) PhD in Hydraulic Engineering, Tsinghua University

Employment: Southern University of Science and Technology, Shengzhen, China

4. Xiaolong Shen (2017- ) PhD in Chemical Engineering, University of Texas
Employment: Texas Tech University

5. Campbell, Ryan (2016-2022) PhD in Engineering Education, University of Washington
Employment: Texas Tech University
Currently Instructor and Research Faculty

6. Rakowska, Magdalena (2014- ) PhD in Civil Engineering, University of Wageningen, NL
Employment: Texas Tech University, Lubbock, TX
On Leave 2018 for National Academices Postdoctoral Fellowship

7. Rao, Balaji (2014- ) PhD in Civil Engineering, Texas Tech University
Employment: Texas Tech University, Lubbock, TX

8. Oleszczuk, Patryk (2016-2017) PhD Environmental Protection, Agricultural University, Lublin
Employment: University of Maria Skłodowska-Curie, Lubin, Poland

9. Schierz, A. (2011-2015) PhD in Chemistry, University of Dusseldorf
Employment: Exponent, Inc., Boston MA

10. Lu, XiaoXia (2003-2013) PhD in Chemical Engineering, LA State University
Employment: Texas Commission on Environmental Quality, Austin, TX

11. Lampert, D. (2010-2011) PhD in Civil Engineering, University of Texas
Employment: Illinois Institute of Technology, Chicago, IL

12. Hong, Y. S. (2010) PhD in Civil Engineering, University of Texas
Employment Daegu University, Daegu, Korea

13. Ma, Samuel, (2006-2008) PhD on Civil Engineering, Univ of Missouri-Rolla
Employment, Texas A&M University, College Station, TX

14. Chai, Y.Z (Joe) (2004-2006) PhD in Chemical Engineering, LA State University
Employment Dow Chemical Co, Midland MI

15. Kochetkov, Valentin (1998-2003) PhD in Physics, Moscow State University
Employment TYPHOON, Obninsk, Russia

16. Savant, Anne (1993-1995) PhD in Chemical Engineering, LA State University
Employment: BASF, Houston TX

17. Valsaraj, KT (1986-1991) PhD in Chemistry, Vanderbilt University
Employment LA State University, Baton Rouge, LA (Vice Provost for Research)

**Dissertations Completed under the Direction of Danny Reible**

1. Abaie, Elham, "Selective Sorption of Groundwater Contaminants using Novel Macrocyclic Materials", PhD in Civil Engineering, Texas Tech University, December 2023 (with Yuexiao Shen)

2. Hussain, Tariq, "Availability and Mobility of Legacy and Emerging Organic Contaminants in Stormwater" PhD in Civil Engineering, Texas Tech University, August 2023

3. Ziaei, Hasti Jam "Mercury Mobility and Bioavailability in Sediments Subject to Periodic Inundation and Drainage" PhD in Civil Engineering, Texas Tech University, August 2023.

4. Garza-Rubulcava, Uriel, "Characterization of Contaminant Fate and Transport Processes in Sediments and Aquifers Through High-Resolution Passive Sampling" PhD in Chemical Engineering, Texas Tech University, August 2022

5. Tianyu, Chen, "Modeling Fixed Charge Membrane Separation Processes", PhD in Chemical Engineering, Texas Tech University, August 2022

6. Smith, Alex, "In-Situ Passive Sampling for the Evaluation and Management of Hydrophobic Organic Compound Contaminated Sediment", PhD in Civil Engineering, Texas Tech University, May 2022

7. Afroz, Khursida, "Equilibrium Electrosorption Behavior in a Capacitive Electrode for Water Desalination" PhD in Chemical Engineering, Texas Tech University, August 2021

8. Zhang, Xin, "Modeling Desalination Performance and Energy Behavior of Membrane Capacitive Deionization" PhD in Chemical Engineering, Texas Tech University, May 2021

9. Odetayo, Adesewa, "Development and Application Of Passive Samplers For Assessing Air And Freely Dissolved Concentrations Of Hydrophobic Organic Contaminants", PhD in Civil Engineering, Texas Tech University, December 2020

10. Drygiannaki, Ilektra, "Assessment of Stormwater Metals on Receiving Water Sediment Recontamination," PhD in Civil Engineering, Texas Tech University, August 2020. Employment: Geosyntec

11. Pagnozzi, Giovanna (co advised with K. Millerick), "Evaluating the influence of capping materials on composition and biodegradation activity of benthic microbial communities: Implications for designing bioreactive sediment caps", PhD in Civil Engineering, Texas Tech University, August 2020. Employment: Geosyntec

12. Athanasiou, Dimitrius, "Effects of Polycyclic Aromatic Hydrocarbons in Urban Stormwater on Receiving Sediment", PhD in Civil Engineering, Texas Tech University, August 2019 Employment: Exponent

13. Honarparvar, Soraya, "Thermodynamic Modeling and Management of Saline Waters" PhD in Chemical Engineering, Texas Tech University, August 2019 Employment: MIT

14. Yan, Songjing, "Applications of Passive Sampling Technology in HOC Contaminated Sediment Management and Remediation", PhD in Chemical Engineering, Texas Tech University, December 2018 Employment: UMd-BC

15. Vrtlar, Tea, "Optimization of DGT Methyl Mercury Recovery; Bank Leaching Assesment And Evaluation Of Stabilization Efforts On Mercury Fate And Transport In Freshwater Systems", PhD in Civil Engineering, Texas Tech University, August 2018 Employment: CDM Smith

16. Shen, Xiaolong "Developing Models for the Assessment and the Design of the In situ Remediation of Contaminated Sediments" PhD in Chemical Engineering, University of Texas, December 2017 Employment: Texas Tech

17. Bireta, Paul "Application of Diffusive Gradient in Thin-Film Passive Samplers to Assess Mercury Availability and Mobility in a Fresh Water River System", PhD in Civil Engineering, University of Texas, August 2015 Employment: Chevron

18. Azhar, Wardah, "Evaluation of Sorbing Amendments for In-situ Remediation of Contaminated Sediments", PhD in Civil Engineering, University of Texas, August, 2015 Employment: CDM Smith

19. Thomas, Courtney, “Passive Sampling to Evaluate Performance of in situ Sediment Remediation,” PhD in Civil Engineering, University of Texas, December, 2014 Employment: Geosyntec

20. Yan, Fei, “PAH Degradation and Redox Control in an Electrode Enhanced Sediment Cap”, PhD in Civl Engineering, University of Texas, August 2012 Employment: Solenis

21. Smith, Anthony, “Microbiological Activity and Organic Pollutant Fate and Transport in Sediments and Sediment Caps,” PhD in Civil Engineering, University of Texas, June 2011 (graduation August 2011) (with MJ Kirisits) Employment: Geosyntec

22. Lampert, David “An Assessment of the Design of In Situ Management Approaches for Contaminated Sediments,” PhD in Civil Engineering, University of Texas, May, 2010 Employment: Illinois Institute of Technology, Chicago, IL

23. Hong, YongSeok, “Experimental and Mathematical Investigation of Dynamic Availability of Metals in Sediments” PhD in Civil Engineering, University of Texas, December 2009 (with K. Kinney) Employment: Korea University

24. Johnson, Nathan, “Mercury Methylation Beneath An In-Situ Sediment Cap” PhD in Civil Engineering, University of Texas, August 2009 (with L. Katz) EMPLOYMENT: University of Minnesota, Duluth

25. Nabatilan, Marilou, “Granular Activated Carbon Sorption As A Load Equalization Mechanism In Operation Of Air Pollution Control Devices”, PhD in Engineering Science, May 2009, Louisiana State University (with W. Moe) Employment: Wink Engineering

26. Yin, Ming, “Measurement Of Metal Migration In Sediment Caps With X-Ray Fluorescence”, PhD in Chemical Engineering, Louisiana State University (with C. Willson) Employment: Baton Rouge, LA

27. Chai, Youn Zhou, “Thermodynamic and Kinetic Studies on the Sorption and Desorption of Hydrophobic Organic Contaminants in Sediments, PhD in Chemical Engineering, Louisiana State University, June 2005, EMPLOYMENT: Dow Chemical Company, Midland, MI

28. Lu, Xia Xiao, “Bioavailability of Desorption Resistant Fraction of PAHs to Deposit Feeding Tubificid Oligochaetes”, PhD in Chemical Engineering, Louisiana State University, December 2003, Employment: Texas Commission on Environmental Quality

29. Peters, Greg, “Selenium in sediments, pore waters and benthic infauna of Lake Macquarie, New South Wales, Australia”, PhD in Chemical Engineering, 1999, Employment: Chalmers University, Sweden

30. Choy, Bruce, “Volatile Emissions of Organic Contaminants from Soils and Sediments, “ PhD in Chemical Engineering, University of Sydney, October 1999, Employment: Global Risk Institute, Toronto, Canada

31. deSeze, Guilhelm, “Sediment-Air Partitioning of Hydrophobic Organic Chemicals,” PhD in Chemical Engineering, Louisiana State University, May, 1999, (With K.T. Valsaraj) Employment: Research Engineer, Procter and Gamble, Belgium

32. Cheah, Elaine Poh Sim, Distribution and Remediation of Organic Contaminants in Soil”, PhD in Chemical Engineering, University of Sydney, April, 1999, Employment: Environmental Engineer, Sydney, Australia

33. Thoma, Greg, "Studies in the Diffusive Transport of Hydrophobic Organic Chemicals in Bed Sediments”, Ph.D. in Chemical Engineering, Louisiana State University, May, 1994 (with LJ Thibodeaux). Employment: Professor of Chemical Engineering, University of Arkansas

34. Doshi, Dharmesh Vinaychandra, "Modeling Vertical Migration of Non-Aqueous Phase Liquid Wastes in Unsaturated Soils", Ph.D. in Chemical Engineering, Louisiana State University, May, 1994., Employment: Environmental Manager, India

35. Koo, Youn-Seo, "Pollutant Transport in Buoyancy Driven Atmospheric Flows", Ph.D. in Chemical Engineering, Louisiana State University, December, 1993. Employment: Professor of Environmental Engineering, Anyang University

36. Lo, Yu-Wen, “Three Dimensional Modeling of Reaction Injection Molding", Ph.D. in Chemical Engineering, Louisiana State University, December, 1991. (With John Collier) Employment:Unknown

37. Rhee, Seung-Whee, "Modeling the Effect of Shale Heterogeneities on Hazardous Waste Transport in Deep Well Disposal Systems", Ph.D. in Chemical Engineering, Louisiana State University, December, 1991. Employment: Professor of Environmental Engineering, Kyongii University

38. King, John A., "Natural Convection Above Heated Inclined Surfaces", Ph.D. in Chemical Engineering, Louisiana State University, December, 1989. Employment: Retired

39. Savant-Malhiet, S. Anne, "Modelling of Passive Contaminant Transport in River Sediments", Ph.D. in Chemical Engineering, Louisiana State University, December, 1988. EMPLOYMENT: Dow Chemical Co. Baton Rouge, LA

**MS Theses Completed under the Direction of Danny Reible**

1. Liang, Chuan, “A Novel Iron Amended Cellulosic Material for Treatment of Arsenic Contamination in Water” , Texas Tech University MS Thesis August 2017

2. Bejar, Michelle, “Use of Diffusion Gradient in Thin Film Devices to Assess Mercury Bioavailability and Bioaccumulation in Tubificid Organisms” Texas Tech University MS Thesis August 2017

3. Nomaan, Sheik Mohammed, Preliminary Assessment Of Chlorobenzenes Fate And Transport In Sediment Environment, MS Thesis, Texas Tech University, August 2016 Employment: University of Texas

4. Offut, Alyssa, “The interaction of benthic oligochaetes, T. tubifex, with mercury impacted sediments: An assessment of bioaccumulation and biogeochemistry”, MS Thesis, University of Texas, May 2014 Employment: Geosyntec

5. Dunlap, Patrick, “Evaluating Organic Compound Sorption to Several Materials to Assess Their Potential as Amendments to Improve In-Situ Capping of Contaminated Sediments,” MS Thesis, University of Texas, June 2011 Employment: Black and Veatch

6. Kuriakose, Elizabeth, “Evaluating Sediment Cap Performance with PDMS Profilers: Field Study of McCormick and Baxter Superfund Site” MS Thesis, University of Texas, August 2010 Employment: Tox Strategies

7. Chess, Timothy “Laboratory Optimization and Field Demonstration of Diffusive Gradients in Thin Films for In-Situ Mercury Measurements of River Sediments” MS Thesis, University of Texas, August 2010 Employment: US ARMY

8. Jordan, Matt “Development of a Screening Model for the Migration of Contaminated Soil Vapor into the Indoor Air Environment”, MS in Environmental and Water Resources, University of Texas, May, 2010

EMPLOYMENT: CH2M Hill

9. Trejo, Gabe "The Evaluation of Sorbent Containing Geotextiles for the Remediation of PAH and NAPL Contaminated Sediment, MS in Environmental and Water Resources Engineering, University of Texas, August, 2009 Employment: Malcolm Pirnie

10. Jasmine Dufreche,"Evaluation of Organoclay As an Active Capping Amendment for Control of Dissolve PAH Contamination" MS in Environmental and Water Resources Engineering, University of Texas, May 2007 Employment: University of Louisiana-Lafayette (Lecturer)

11. Casey Forrest "Evaluation of Biopolymer Coated Sands As Capping Materials" MS in Environmental and Water Resources Engineering, University of Texas, May 2007 Employment: AnchorQEA, Austin,TX

12. Lisa Moretti "Evaluation of Capping NAPL-Contaminated Sediments" MS in Environmental and Water Resources Engineering, University of Texas, May 2007 Employment: ERM, Austin, TX

13. William Sarchet "Effects of a Thin Layer Sand Cap on Bioavailability And Bioaccumulation in Sediments" MS in Environmental and Water Resources Engineering, University of Texas, May 2007 Employment: Consulting, Austin, TX

14. Skwarski, Alison "Demonstration and Evaluation of Solid-Phase Microextraction for Assessment of Contaminant Mobility and Bioavailability" MS in Environmental and Water Resources Engineering, University of Texas, May 2007 Employment:Arcadis, Ann Arbor, MI

15. Drake, Brian, "Bioavailability and Trophic Transfer of PAHs and PCBs," MS in Environmental and Water Resources Engineering, University of Texas, May 2007 Employment: CH2M-Hill Idaho

16. Moderow, Shawn "Zero-valent Iron's Effectiveness at Dehalogenating Chlorobenzenes and its Feasibility as a Reactive Cap," MS Environmental and Water Resources, University of Texas, December 2006 Employment: Environeering, Inc., Houston, TX

17. Smith, Tony, "Effects of Bioturbation on the Bacterial Community in Contaminated Sediment", M.S. in Civil Engineering, The University of Texas at Austin, August, 2006 EMPLOYMENT: PhD student, University of Texas (with Mary Jo Kiristis) Employment: Geosyntec

18. Khanam, Aiahsa, "Assess Feasibility of Organoclay to retain NAPL (Non Aqueous Phase Liquid) in sediment beneath a cap" M.S. in Civil Engineering, The University of Texas at Austin, June 2006 Employment: BBL, Inc, Portland, OR

19. Nabatilan, Marilou, "Enhanced Degradation Of Phenanthrene And Benzo(A)Pyrene In A Field-Contaminated Sediment Inhabited By Ilyodrilus Templetoni: A Microcosm Study" M.S. in Chemical Engineering, Louisiana State University, December 2005, Employment: Wink Consulting

20. Marquette, Andre, "Modeling Of Chemical Fate And Transport In The Environment", M.S. in Chemical Engineering, Louisiana State University, August 2005, Employment: ERM Corporation, New Orleans, LA

21. Harris, Melanie, "Evaluation of In-Situ Capping of a Refinery Sludges", M.S. in Chemical Engineering, Louisiana State University, August 2005, Employment: Unknown

22. Roberts, Keegan, Modeling of River Hydrodynamics and Active Cap Effectiveness in the Anacostia River", M.S. in Civil Engineering, Louisiana State University, August 2004, Employment: CDM Smith, Denver.

23. Bhimasen, Narayan, “Micro-Visualization of Colloidal Gas Aphrons Interaction with Oil”, M.S. in Chemical Engineering, Louisiana State University, August 2000, Employment:Equilon Corporation

24. Fu, Xiao, “Evaluation of a Model of Capping of Contaminated Sediments”, M.S. in Chemical Engineering, Louisiana State University, December, 1998, Employment:Chemical Engineer in China

25. Mohanty, Sanat, “Modeling Bioturbation at the sediment-water interface”, M.S. in Chemical Engineering, Louisiana State University,May, 1997., Employment:3M Corporation (after completion of PhD at University of Minnesota)

26. Shephard, Antwane, “Fate of Pyrene during Oligochaete Bioturbation”, M.S. in Chemical Engineering, Louisiana State University, August, 1997. Employment: Unknown

27. Deng, Fei, “The Mobility of Pyrene in Oil and Grease Contaminated Sediments”, M.S. in Chemical Engineering, Louisiana State University, May, 1997. Employment: WITCO, Brooklyn, NY

28. Chia, Stuart, “Biological Degradation Studies of PAH Compounds in Water Treatment Plant Solids at Clyde Refinery”, M.E.S. (Environmental), University of Sydney, October, 1996. Employment: Sherpa Consulting Sydney, Australia

29. Hunter, Farley, “Fenton’s Treatment of 1,2,3-Trichloropropane: Chemical Reaction Byproducts, Pathway and Kinetics”, M.S. in Chemical Engineering, Louisiana State University, May, 1996. Employment:Novartis Corp., New Jersey

30. Choi, Ji Woong, “Laboratory Simulation of the Sea Breeze”, M.E.S. (Environmental), University of Sydney, March, 1996. Employment: Unknown- returned to Korea

31. Doroja, Dorinda S. , “Influence of colloidal matter on the seepage rates of hydrophobic contaminants through porous media”, M.S. in Chemical Engineering, Louisiana State University, August, 1995. Employment: Shell Chemical Co., South Carolina

32. Sojitra, Ishvar, "Transport of Organic Colloids from Contaminated Sediment Beds”, M.S. in Chemical Engineering, Louisiana State University, December, 1994. (With KT Valsaraj) Employment:Union Carbide, Taft, LA

33. Bolling, Trent, “Form and Distribution of Residual Nonaqueous Phase Liquids in Porous Media”, M.S. in Chemical Engineering, Louisiana State University, December, 1994. Employment: Shell Chemical Co, South Carolina

34. Swift, Brian, "Bottom Heating Frontolysis of Gravity Currents in Water”, M.S. in Chemical Engineering, Louisiana State University, December 1994. Employment: University of Indiana Branch Campus, Indiana

35. Smith, James Lee, “ An Experimental Study of the Transport and Fate of a NAPL in a Heterogeneous Soil and Removal by Vacuum Extraction", M.S. in Chemical Engineering, Louisiana State University, May, 1994. Employment: URS, Houston, TX

36. Corripio, Bernardo Miguel, "Laboratory Simulation of the Sea Breeze for Dispersion Modeling", M.S. in Chemical Engineering, Louisiana State University, May 1993. EMPLOYMENT: Dow Chemical Co., Plaquemine, LA

37. Dikshit, Mandar M., "Modeling and Experimentation in Bioturbation", M.S. in Chemical Engineering,

Louisiana State University, August, 1993. Employment: Private Consulting

38. Sahay, Nishit, “Mold Filling Studies in Reaction Injection Molding Process”, M.S. in Chemical Engineering, Louisiana State University, December, 1992. EMPLOYMENT: ABB Lummus, Houston

39. Mahliet, Mark Eric,"Validation of a Simplified Transport Model for Non Aqueous Contaminant Infiltration in the Unsaturated Zone", M.S. in Chemical Engineering, Louisiana State University, December, 1989. Employment: Deceased

40. Perrett, Fred Jack, "Computer Simulation of Flow, Reaction and Heat Transfer in Reaction Injection Molding", M.S. in Chemical Engineering, Louisiana State University, August, 1988. Employment:Mississippi Chemical Co., Yazoo City, MS

41. Chitgopekar, Nitin, "Modeling Short Range Air Dispersion from Area Sources of Non-Buoyant Toxics", M.S. in Chemical Engineering, Louisiana State University, December, 1988. Employment: Stone and Webster, Houston

42. Ayoub, Ibrahim F., "Study of Transport and Entrapment of Concentrated Organics In Soils", M.S. in Civil Engineering, Louisiana State University, May, 1987. Employment: Unknown

43. Doshi, Dharmesh Vinaychandra, "Modeling Vertical Migration of Non-Aqueous Phase Liquid Wastes in Unsaturated Soils", M.S. in Chemical Engineering, Louisiana State University, May , 1987. Employment: Environmental Manager, India

44. Garg, Kul Bhushan, "Characterization of Transport and Dispersion of Air Pollutants from a Coal-Fired Power Plant", M.S. in Engineering Science, Louisiana State University, May, 1986. Employment:US Air Force, Huntsville, AL

45. Marsden, Jr., Arnold Riley, “Development of Approximate Chemical Submodels for Use in Photochemical Air Pollution Modeling", M.S. in Chemical Engineering, Louisiana State University, December, 1985. Employment: Shell Oil Co., Houston



Exponent®
Engineering & Scientific Consulting


# Maureen T.F. Reitman, Sc.D., F.S.P.E.

Group Vice President & Principal | Polymer Science & Materials Chemistry
1075 Worcester St. | Natick, MA 01760
(508) 652-8541 tel | mreitman@exponent.com


## Professional Profile

Dr. Reitman leverages her understanding of the fundamental principles of materials science and the technology of macromolecules to assess risk and performance for end users, distributors, manufacturers, product designers and raw material suppliers across a wide range of industries. Her expertise includes polymer and composite technology, mechanics of materials, adhesion science, fiber mechanics, history and technology of plastics, and material failure analysis. She is skilled in the development and use of testing tools and methods and has applied them to plastics, rubber, textile, metal, glass, ceramic, and composite materials and systems. She is experienced in major aspects of product development, including materials selection, formulation, scale-up, end-use testing, failure analysis, certification procedures and issues related to intellectual property.

Dr. Reitman has conducted research in the areas of medical plastics and devices including implants, diagnostic components, and transdermal drug delivery systems; plastic packaging and barrier materials; paints and coatings; plastic pipes; spray foam insulation; adhesives, sealants, and encapsulants; additive manufacturing / 3D printing; molding compounds; composite materials; high temperature resins; rubber gaskets and seals; nanoparticles; fibers and textiles; polymer chemical resistance; wire and cable insulation; connectors and splices; environmental effects on durability; and product aging. She has used her expertise to address problems and opportunities related to coatings, fibers, films, and extruded and molded products, and their use in the telecom, electronics, electrical, energy, transportation, construction, fire protection, medical, and consumer products markets. Dr. Reitman also assists clients with matters related to intellectual property, including support related to patent filings, technical due diligence, and technical aspects of trade secret, patent infringement, and patent validity disputes.

Dr. Reitman is active in technical and business advisory roles. She has served on technical advisory boards for materials and manufacturing companies as well as in several Board of Directors positions for the Medical Plastics Division and the Failure Analysis and Prevention Special Interest Group of the Society of Plastics Engineers. Dr. Reitman is also a voting member of two Underwriters Laboratories Standard Technical Panels, addressing Polymeric Materials (UL 94, UL 746, UL 1694) and Appliance Wiring (UL758).

Prior to joining Exponent, Dr. Reitman worked for the 3M Company in both research and management roles. Her activities included technology identification, materials selection and qualification, product development, customer support, program management, acquisition integration, staff and organizational development, intellectual property analysis, and patent litigation support.

## Academic Credentials & Professional Honors

Sc.D., Materials Science and Engineering, Massachusetts Institute of Technology (MIT), 1993

B.S., Materials Science and Engineering, Massachusetts Institute of Technology (MIT), 1990

Elected Member of the National Academy of Engineering 2024

Fellow of the Society of Plastics Engineers

National Academy of Engineering Frontiers of Engineering, 2009

Tau Beta Pi

Sigma Xi

John Wulff Award

Carl Loeb Fellowship

NCAA Postgraduate Scholarship

Malcolm G. Kispert Award

GTE Academic All-American

## Licenses and Certifications

Professional Mechanical Engineer, Maryland, #46268

## Professional Affiliations

American Association for the Advancement of Science (Member)

American Association of Textile Chemists and Colorists — AATCC (Senior Member)

American Chemical Society (Member)

ASTM International (Member)

Society for the Advancement of Material and Process Engineering (Member)

Society of Plastics Engineers (Fellow)

**Professional Appointments**

Underwriter's Laboratory Standards Technical Panel TC 746 (Polymeric Materials, includes UL94, UL 746 and UL1694)

Underwriter's Laboratory Standards Technical Panel TC 758 (Appliance Wires/ UL758)

Medical Plastics Division, Society of Plastics Engineers, Board of Directors Special Advisor

Failure Analysis and Prevention Technical Interest Group, Society of Plastics Engineers, Board of Directors Special Advisor

## Patents

Patent 6,311,524: Accelerated Method for Increasing the Photosensitivity of a Glassy Material, issued November 6, 2001.

European Patent EP0830428: Tackified Polydiorganosiloxane Polyurea Segmented Copolymers and a Process for Making Same, published March 25, 1998.

Patent 5,731,051: Fiber Optic Fusion Splice Protector Sleeve, issued March 24, 1998.

## Publications

Wade, RJ, Pittelli S, Reitman MTF. Stability of polypropylene mesh to acid, base, and peroxide chemical challenge. Singh Center for Nanotechnology 2021 Annual User Meeting. Philadelphia, PA, 2021.

Dimitriou, M., Moll, J., and Reitman, M. Polymer Materials in Architectural Applications: Building on Traditional Knowledge and Innovative Technologies in Materials Selection for Long-Term Success. In Susan E. Schur (Ed.) Architectural Plastics & Polymer Composites in the 21st Century Conference Proceedings Plus (Vol I). The Technology Organization, Inc., Somerville, MA, 2021.

White, C., Dimitriou, M., Moll, J., and Reitman, M. Traditional Polymer Materials in Innovative Architectural Applications: Understanding How Advances in Design Affects the Materials Selection Process. In Susan E. Schur (Ed.) Architectural Plastics & Polymer Composites in the 21st Century Conference Proceedings Plus (Vol I). The Technology Organization, Inc., Somerville, MA, 2021.

Garcia-Leiner, M., Reitman, M. T.F., El-Hibri, M. J. and Roeder, R. K. (2016), Structure-property relationships in commercial polyetheretherketone resins. Polym Eng Sci. doi:10.1002/pen.24472.

Farina, R., Reitman M. The effect of localized heating on polyethylene tubing. Proceedings, ANTEC 2015, Society of Plastic Engineers, Orlando, FL, March 2015.

Moalli P, Brown B, Reitman MTF, Nager C. Polypropylene mesh: Evidence for lack of carcinogenicity. International Urogynecology Journal 2014; 25(5):573-576.

Hoffman JM, Ralston B, Chakravartula A, Reitman M. ESC of polycarbonate exposed to hospital disinfectants. Proceedings, ANTEC 2013, Society of Plastic Engineers, Cincinnati, OH, April 2013.

Ralston B, Hoffman JM, Reitman M. Fractographic examination of failures in polycarbonate and polyxymethylene due to impact, tensile, fatigue, and creep mechanisms. Proceedings, ANTEC 2013, Society of Plastic Engineers, Cincinnati, OH, April 2013.

Kurtz S, Siskey R, Reitman M. Accelerated aging, natural aging, and small punch testing of gamma-air sterilized polycarbonate urethane acetabular components. Journal of Biomedical Materials Research Part B: Applied Biomaterials 2010 May; 93B(2):422-447.

Hoffman JM, Reitman M, Donthu S, Ledwith P. Complimentary failure analysis methods and their application to CPVC pipe. Proceedings, ANTEC 2010, Society of Plastics Engineers, Orlando, FL, May 2010.

Hoffman JM, Reitman M, Donthu S, Ledwith P, Wills D. Microscopic characterization of CPVC failure modes. Proceedings, ANTEC 2009, Society of Plastics Engineers, Chicago, IL, June 2009. Best Paper Award in Failure Analysis & Prevention.

Kurtz SM, Ebert M, Siskey R, Ciccarelli L, Reitman M, Harper ML, Chan FW. Natural and accelerated aging of polyurethanes in the Bryan cervical disc. Poster No. P158. Transactions of Spineweek 2008,

Geneva, Switzerland, May 26-31, 2008.

Reitman M, Ledwith P, Hoffman M, Moalli J, Xu T. Environmentally driven changes in nylon. Proceedings, ANTEC 2008, Milwaukee, WI, Society of Plastics Engineers, May 2008.

Hoffman JM, Reitman M, Ledwith P. Characterization of manufacturing defects in medical balloons. Proceedings, ANTEC 2008, Milwaukee, WI, Society of Plastics Engineers, May 2008.

Moalli JE, Moore CD, Robertson C, Reitman MTF. Failure analysis of nitrile radiant heating tubing. Proceedings, ANTEC 2006, Society of Plastic Engineers, Charlotte, NC, May 2006.

Reitman M, McPeak J. Protective coatings for implantable medical devices. Proceedings, ANTEC 2005, Society of Plastic Engineers, Boston MA, May 2005.

McPeak J, Reitman M, Moalli J. Determination of in-service exposure temperature of thermoformed PVC via TMA. Proceedings, 31st Annual North American Thermal Analysis Society Conference, Williamsburg, VA, 2004.

Reitman MTF, Moalli JE. Product development and standards organizations: Listings and certifications for plastic products. 8th Annual International Conference on Industrial Engineering Theory, Applications and Practice, Las Vegas, NV, 2003.

Potdar YK, Reitman MTF. The role of engineering consultants in failure analysis and product development. 8th Annual International Conference on Industrial Engineering Theory, Applications and Practice, Las Vegas, NV, 2003.

Ezekoye OA, Lowman CD, Hulme-Lowe AG, Fahey MT. Polymer weld strength predictions using a thermal and polymer chain diffusion analysis. Polymer Engineering and Science 1998; 38(6):976-991, June.

Fahey MT. Nonlinear and anisotropic properties of high performance fibers. MIT Thesis, 1993.

Fahey MT. Mechanical property characterization and enhancement of rigid rod polymer fibers. MIT Thesis, 1990.

**Book Contributions**

Kreuzer, S.M. and Reitman, T.F. (2022). Design-Related Failures of Plastic Parts. In Todd J. Menna (Ed.) ASM Handbook, Volume 11B: Characterization and Failure Analysis of Plastics (pp. 589-598). ASM International. https://doi.org/10.31399/asm.hb.v11B.a0006938.

Reitman, M. T. F., Dimitriou, M. D., Vargas, J. R., & Madden, S. B. (2020). Why is service life prediction of polymers and plastics exposed to outdoor weathering important? An industrial perspective. In C. C. White, M. E. Nichols, & J. E. Pickett (Eds.), Service Life Prediction of Polymers and Coatings (pp. 19-32). William Andrew Publishing. https://doi.org/10.1016/B978-0-12-818367-0.00002-3

Reitman M, Jaekel D, Siskey R, Kurtz S. (2019) Morphology and crystalline architecture of polyarylketones, In: PEEK Biomaterials Handbook, Second Edition. Kurtz SM (ed), Elsevier William Andrews, Kidlington, Oxford, UK, 2019. ISBN 978-0-12-812524-3

Reitman M, Liu D, Rehkopf J. Chapter 38. Mechanical properties of polymers. In: Handbook of Measurement in Science and Engineering. Volume 2. Kutz, M (ed), John Wiley & Sons, Hoboken NJ, 2013. ISBN- 978-1-118-38464-0.

Reitman M, Jaekel D, Siskey R, Kurtz S. Morphology and crystalline architecture of polyarylketones, pp.

49-60. In: PEEK Biomaterials Handbook. Kurtz SM (ed), Elsevier William Andrews, Kidlington, Oxford, UK, 2012. ISBN 13:978-1-4377-4463-7

Tsuji JS, Mowat FS, Donthu S, Reitman M. Application of toxicology studies in assessing the health risks of nanomaterials in consumer products, pp. 543-580. In: Nanotoxicity: From In Vivo and In Vitro Models to Health Risks. Sahu S, and Casciano D. (eds), John Wiley & Sons, Chicester, West Sussex, UK, 2009. ISBN 978-0-470-74137-5.

Reitman MTF. The Plastics Revolution. In: Research and Discovery: Landmarks and Pioneers in American Science. Lawson RM (ed), Armonk NY: Sharpe Reference 2008. ISBN 978-0-7656-8073-0.

Klein SM. Mid-century plastic jewelry. Schiffer Publishing, Atglen, PA, 2005. (Technical advisor to author).

**Trade Articles**

Comerford PJ, Reitman MTF, Cooner, DJ. The legal issues of the 3DP/AM revolution. RX for the Defense 2014 Jan; 22(1).

Comerford PJ, Vernon DV, Reitman, MTF. 3DP/AM revolution is also a legal revolution. (http://www.manufacturing.net/articles/) December 2013.

Comerford, PJ and Reitman, MTF. The 3DP/ AM revolution . Today's Medical Developments (cover story) (www.onlinetmd.com), October 2013.

Reitman, MTF, Moalli JE. Polymeric coatings for medical device. Medical Device and Manufacturing Technology, Touch Briefings 2006; pp. 28-30.

**Selected Presentations**

Reitman, M. PFAS and Medical Devices: Implications of evolving chemical and environmental regulations on the use of fluoropolymers and other fluorinated substances in healthcare. Invited Keynote Address. Society of Plastics Engineers Medical Plastics MiniTec 2024: MedTech Trends in Design, Manufacturing, Packaging, and Sustainability. February 5, 2024.

Reitman, M. Polymers for MedTech: New Trends and Growth Drivers. Society of Plastics Engineers Medical Plastics: Medical Polymers Virtual Workshop – Fall 2023, Polymers for MedTech: Industry Perspective. October 2023.

Reitman, M. Evolving PFAS Definitions, Regulations and Implications for Producers and Users of Plastic Products. Society of Plastics Engineers Medical Division, Hot Topics in the Medical Devices Industry and Recognition of Our New Emeritus Member Glenn Beall. October 2022.

Reitman, M. Improving Outcomes for Patients and Societies. Keynote Speaker, Medical Plastics Minitec, Society of Plastic Engineers, Anaheim, CA February 2020.

Wade, RJ, Kiel J, Reitman MTF. Oxidative stability of polypropylene for biomedical applications. 257th American Chemical Society Meeting. Orlando April 2019.

Reitman MTF. Service Life and Practical Risk: Incorporating failure modes and predictive tools in product development. NIST/ UL Conference on Service Life Prediction of Polymeric Materials: Reaching New Heights. Boulder, CO March 2018.

Reitman MTF. Innovate from what you know: Tips and tricks for medical device development. Teel Medical Plastics Summit, Minneapolis MN, November 2017.

Reitman MTF. Characteristics and Stability of Implantable Polypropylene Fibers. Medical Plastics Minitec,

Society of Plastics Engineers, Durham, NC, April 2016.

Reitman MTF. 3D Printing technology viewed from the inside: Recognizing opportunity and managing risk. Presenter and panelist, Product Liability Advisory Council Spring Meeting, Miami, FL, March 2016.

Reitman MTF. To Your Health: Polymers in Biology and Medicine. Medical Plastics Keynote. ANTEC 2015 Conference, Orlando, FL, March 2015.

Reitman MTF. Turning failure into success: tools, techniques and practical examples for product development engineer. ANTEC FAPSIG Tutorial, Las Vegas, NV, April 2014.

Reitman MTF. Materials science of surgical meshes: Polypropylene for soft tissue repair. AATCC International Conference, Materials Track-Medical Textiles, Ashville, NC, April 2014.

Reitman MTF. PEEK: A structure-property-performance overview for medical device designers. AAOS/Solvay Education Summit: Healthcare Industry Perspective to Support Innovation and Product Development in a Challenging Global Environment, New Orleans, LA, March 2014.

Reitman MTF. Assessment of proposed division by type for F2026 in light of material, manufacturing and testing variability. ASTM F04 Committee meeting, Jacksonville, FL, November 2013.

Reitman MTF. Materials science of surgical meshes: Polypropylene for soft tissue repair. American Urogynecology Society (AUGS) 34th Annual Scientific Meeting, Mesh Special Interest Group, Las Vegas, NV October 16, 2013.

Reitman MTF. Structure-property overview of medical polymers. 4th China International Medical Device Regulatory Forum (CIMDR), Xi'an, China, September 2013.

Reitman MTF. Failure analysis of polymeric materials in medical applications: Lessons for successful material selection. Polymers and Plastics in Medical Devices San Francisco, CA, June 2013.

Reitman MTF. Failure analysis tools. Workshop on Future Needs for Service Life Prediction of Polymeric Materials. NIST and Underwriters Laboratories, Gaithersburg, MD, October 2012.

Hoffman J, MacLean S, Ralston B, Reitman M, Ledwith P. Fractography of unfilled thermoplastic materials experiencing common mechanical failure modes. Materials Science & Technology 2012 Conference, Pittsburgh PA, October 2012.

Hoffman J, Reitman M, Ledwith P. Microscopic characterization of CPVC failure. Materials Science & Technology 2012 Conference, Pittsburgh PA, October 2012.

Reitman MTF. Polymer material properties for next generation medical devices. Invited Speaker: MedTech Polymers, UBM Canon, Chicago, IL, September 2012.

Reitman MTF. Polymers for medical applications. Fundamentals and Fellows Forum, ANTEC 2012, Orlando FL, April 2012.

Reitman MTF. Plastic and composite product failures. Invited lecture in Failure Analysis of Emerging Technologies. Stanford University Department of Materials Science and Engineering, Menlo Park, CA October 2009.

Reitman MTF. Factors for success: Plastics in injection molded medical devices. Part of Injection Molding Works for Medical Design, Design News Webcast, October 2008.

Reitman MTF. Plastic and composite product failures. Keynote Speaker: Third International Conference

on Engineering Failure Analysis (ICEFA III), Elsevier, Sitges Spain, July 2008.

Reitman MTF. Multiphase materials for medical device applications, an overview. Medical Device and Manufacturing (MDM), Canon Communications, various locations, Jan-June 2008.

Reitman MTF. Nanotechnology and plastics for medical devices. Capitalizing on Nanoplastics, Intertek PIRA San Antonio TX, February 2008.

Reitman MTF. Nano additives in composites and coatings for medical device applications. Medical Device and Manufacturing Minneapolis, Canon Communications, Minneapolis MN, October 2007.

Reitman MTF, Swanger LA. Practical tips on how to manage your technical expert in patent disputes. Ropes & Gray IP Master Class, Live Teleconference, June 2007.

Reitman MTF, Kennedy E. Root cause failure analysis and accident investigation. Lorman Educational Services, Live Teleconference, November 2007.

Reitman MTF. Plastics failure analysis: Case studies. Baltimore/ Washington Chapter of SAMPE, October 2006.

Reitman MTF. Plastics failure analysis. Baxter Global Plastics Processing Conference 2005, Schaumburg IL, 2005.

Fahey MT. Fiber mechanics, corrosion, sealants: Tales of a 3M materials scientist. Class of 1960's Scholars Program, Williams College, 1999.

Fahey MT. Adhesives and sealants for the telecommunications industry. Riverwood V Conference, St. Paul MN, 1998.

## Advisory Appointments

UL Forum on Initiatives to Improve the Long Term Aging Program, LTTA Tools Working Groups, Underwriters Laboratories

Teel Manufacturing Technical Advisory Board

Solvay Advanced Polymers Healthcare Board of Advisors

## Peer Reviewer

Reviewer, Medical Plastics Technical Program Committee, Society of Plastics Engineers

Reviewer, Failure Analysis and Prevention Technical Program Committee, Society of Plastics Engineers

Reviewer, various book proposals and submissions related to polymer science, ASM International, Elsevier, John Wiley, Hanser, NIST

# Andrew Saxon, M.D.

Emeritus Professor
Emeritus Chief,
Clinical Immunology/Allergy
Department of Medicine
UCLA School of Medicine
BH-421, Center for the Health Sciences
Los Angeles, CA 90095-1690
Tel: (310) 367-9736 Fax: (310) 206-8622
Email: asaxon@mednet.ucla.edu

CEO and President, Sixal Incorporated
Board of Directors, PADI Foundation
Scientific Advisory Board, Stellar Biotech
Advisory Board, Summit Street Medical

[redacted]

## EDUCATION:

- Graduate, Deerfield Academy, Deerfield, Massachusetts, 1964
  - Cum Laude Society, 1963, 1964
  - Bausch and Lomb Science Award, 1964
- A.B., Anthropology, Dartmouth College, Hanover, New Hampshire, 1968
  - Phi Beta Kappa, 1968
  - A.B. Magna Cum Laude
  - Distinction in Anthropology
  - Founding Fathers Scholar and Scholarship
- Archaeology/Anthropology (First Class Honors), University of Otago
  Dunedin, New Zealand, 1967
- B.M.S., Dartmouth Medical School, Hanover, New Hampshire, 1970
  - Dean's Medal as First in Class
- M.D., Harvard Medical School, Boston, Massachusetts, 1972
  - Boylston Society, 1971 - 1972

## POSTGRADUATE TRAINING:

- Intern, Straight Medicine, Harbor General Hospital
  Los Angeles, California, 1972 - 1973
  Outstanding Medical Intern Award
- Resident, Internal Medicine, Harbor General Hospital
  Los Angeles, California, 1973 - 1975
- Postdoctoral Scholar in Immunology
  Department of Microbiology and Immunology
  UCLA School of Medicine
  Los Angeles, California, 1975 - 1977

## CERTIFICATION AND LICENSING:

- National Board of Medical Examiners (#126793), June 1973
- Licentiate (#G24948), State of California, July 1973
- Diplomate American Board of Internal Medicine (#49823), June 1975
- Diplomate American Board of Allergy and Immunology (#1967), October 1979
- Diplomate American Board of Diagnostic Laboratory Immunology (#0134), October 1990

## PUBLICATIONS

o Approximately 190 peer-reviewed research publications

## PATENTS

o Approximately 10 related to development of agents for the manipulation of the human immune response. Examples follow:
- "*Fusion Molecules and Methods for Treatment of Immune Disease*" •United States patent 7,265,208, 7,534,440 Issued April 19, 2009.
- *Anti-Immunoglobulin E Antibodies and Methods of Use Thereof*", United States Patent 10196458 Issued February 5, 2019.

## PROFESSIONAL APPOINTMENTS:

o Professor of Medicine Emeritus (rehire), Department of Medicine, UCLA School of Medicine, 2006.
o Executive Director, UCLA Food and Drug Allergy Care Center, 2010 - 2016
o Chief Scientific Officer, Tunitas Therapeutics, 2008 - present
o Scientific Advisory Board, Stellar Biotechnology, 2010 – present, Chairman 2010- 2014
o Professor of Medicine, Department of Medicine, UCLA School of Medicine, 1984 – present.
o Chief, Division of Clinical Immunology/Allergy, UCLA School of Medicine, 1978 – 2006.
o Associate, UCLA Molecular Biology Institute, 1985 – 2013.
o Member, UCLA Jonsson Comprehensive Cancer Center, 1983 – 2006, Associate 2106- present.
o Associate Professor of Medicine, Department of Medicine, UCLA School of Medicine, 1980 – 1984.
o Acting Chief, Division of Clinical Immunology-Allergy, UCLA School of Medicine, 1977 - 1978
o Assistant Professor of Medicine, Department of Medicine, UCLA School of Medicine, 1977 – 1980
o Chief Scientific Officer and Founder, Tunitas Therapeutics, 2008 – 2016
o President and Founder, Sixal Incorporated, 2011 - present

## PROFESSIONAL ACTIVITIES, UCLA:

**Division of Clinical Immunology/Allergy Activities:**

o Founder: Division of Clinical Immunology-Allergy, Department of Medicine, UCLA School of Medicine, 1977. The activity included 6 full-time faculty members and a broad array of research scientists, technicians, and administrative support persons. I have been funded continuously by the NIH since 1977 and currently have been awarded 2 NIH research grants

o Established the post-doctoral training program in Adult Clinical Immunology and Allergy. This was later combined with the ongoing Pediatric training program so that now I was Co-Director of the Conjoint Adult/Pediatric training program in Allergy and Clinical Immunology for about 25 years. Initiated the UCLA Basic and Clinical Immunology conjoint teaching in 1977 that is now carried out in conjunction with the Department of Pediatrics.

**Departmental Activities (selected):**

- Department of Medicine Division Chiefs Committee, 1977 - 2006
- Department of Medicine Subspecialties Committee, 1999 - 2006
- Department of Medicine Honors Committee 1984 - 1987
- Department of Medicine Curriculum Committee 1989 - 1991
- Department of Medicine Chairman Search Committee 1991 - 1992

**School of Medicine and Campus Activities (selected):**

- Executive Board, UCLA Academic Senate, 1983 - 1984
- Interim Director - UCLA AIDS Center, 1985
- Associate Director - UCLA AIDS Center, 1986 - 1990
- Howard Hughes Faculty Search Committee, 1986 - 1991
- Dean's Bridge Grant Selection Committee 1995- 2010
- Co-Director, Center for Interdisciplinary Research in Immunologic Diseases Grant (CIRID) at UCLA, involving investigators from multiple School of Medicine Departments, as well as the School of Nursing, 1988 - to 1993.
- Director, UCLA Asthma, Allergy and Immunologic Disease Center 1993 – 2006, Co Director 2006 - present. This Center, funded by the National Institutes of Health (National Institute of Allergy and Infectious Disease and the National Institute Environmental Health and Sciences) is dedicated to determining the relationship between environmental factors, the immune system and specific disease processes
- Principal Investigator: Basic and Clinical Immunology Training Grant, providing for graduate and post-graduate training positions to training preceptors in both the School of Medicine and the College of Letters and Science, 1990 - 2006
- Numerous search committees.

**<u>PROFESSIONAL ACTIVITIES, OUTSIDE UCLA</u>:**

**National Scholarly Organization Activities (selected):**

- American Academy of Allergy and Immunology, Basic and Clinical Immunology Section, Vice-Chair 1989 - 1990; Chair 1990 - 1991
- American Academy of Allergy and Immunology, Committees (active) Research Awards committee - Chair, Nominating committee, Primary Immunodeficiency Disease committee, Clinical and Diagnostic Immunology committee.
- American Association of Immunologists, Program Committee - Clinical Immunology Section, Co-Chair 1994 - 1996
- American Association of Immunologists, Program Committee - Immediate Hypersensitivity Section, Co-Chair 1990 - 1991; Chair 1991 - 1993
- American Federation for Clinical Research, National Counselor, 1981 - 1986
- American Federation for Clinical Research, Public Policy Committee: 1982 - 1986
- American Federation for Clinical Research, Publications Committee: 1983 -1986
- Clinical Immunology Society, Council Member and Executive Committee. 1992- 2011
- Clinical Immunology Society, President, 1999 -2000
- Clinical Immunology Society, Publications Committee, 1987 - 1998, Chair, 1995 - 1998
- Dartmouth Medical School Admissions Support Committee, 1983 - 1988

- National Institute of Allergy and Infectious Diseases: Co-chair for Allergy & Immediate Hypersensitivity 1996-7: Member 1989 - 1990
  Task Force on Asthma and Other Allergic Diseases/New Initiatives in Immunology
- National Institute of Allergy and Infectious Diseases: Expert Panel on the Extramural Asthma and Allergy Research Program, Co-Chair, 2000
- Pan-American Group on Immunodeficiency, Co-founder and Member of Executive Council 1995 - present
- National Institute of Allergy and Infectious Diseases: Expert Panel on Food Allergy Research, Co-Chair, 2003
- Task Force on Asthma and Other Allergic Diseases/New Initiatives in Immunology NIH, 2002
- U.S. Judiciary impartial expert witness: Swine Flu Litigation, 1984 - 1988

**Research Peer Review Funding Responsibilities (selected):**

- Immune Tolerance Network, Member and Co-Chair, Section on Allergy, Member of National Steering Committee and National Executive Committee, 2000 - 2014
- Advisory Council ad hoc member, National Institute of Allergy and Infectious Diseases, 1991
- Chair of Asthma, Allergy and Immunologic Disease Center Review, National Institute of Allergy and Infectious Diseases, 1994 and 1999.
- Co-chair of Human Immunology Think Tank, National Institute of Allergy & Infectious Diseases, 2001
- Reviewer:
  American Arthritis Foundation
  Human Frontier Science Program Organization (Europe
  Medical Research Council (Australia)
  Medical Research Council (Canada)
  Medical Research Council (United Kingdom)
  National Science Foundation
  NIH Study Sections: Ad Hoc: Immunobiology, Allergy and Immunology, Immunological Sciences, Experimental Immunology
  Veterans' Administration: Immunology Merit Review Board

**Journal Stewardship:**
- Editor-in-Chief: Clinical Immunology, 1999 – 2010,
- Special Editor/Editor emeritus, Clinical Immunology, 2011 - present
- Founder and Editor-in-Chief: AIDS Medical Update, 1983 - 1992
- Executive Editor: Clinical Immunology Spectrum, 1991 - 1996
- Associate Editor-in-Chief: The Immunologist, 1996 - 1999
- Associate Editor: AIDS Targeted Information Newsletter, 1987 - 1993
- Associate Editor: Journal of Immunology, 1982 - 1987
- Founder and Consulting Editor: AIDS Nursing Update, 1987 - 1992
- Associate Editor-in-Chief: Clinical Immunology & Immunopathology - 1998
- Editorial Board:
  Journal Allergy and Clinical Immunology, 1981 - 1986
  Journal of Clinical Immunology, 1982 - 1989
  Clinical Research, 1984 - 1986
  Disease Markers, 1985 – 2012
- Member, Committee on Publishing Ethics, Elsevier 2008-2013

**TRAINING/TEACHING ACTIVITIES (selected):**

- Co-Director: Combined Fellowship in Pediatric and Adult Immunology and Allergy, 1979 - 2003
- Director: Fellowship Program in Adult Clinical Immunology/Allergy (CIA), UCLA School of Medicine, 1977 - 1979
- American Academy of Allergy/Immunology: Trainee Award Committee Member, 1989 - 1991
- Member: Training Directors Committee, American Academy of Allergy and Immunology, 1980 - 2000
- Member: Training Directors Committee, American College of Allergy and Immunology, 1989 - 2000
- Chairman: UCLA Department of Medicine Honors Preceptor Program, 1984 - 1987
- Organizer and/or Instructor: various courses in Medicine and Microbiology & Immunology, as well as in continuing medical education, 1977 - present

**PUBLIC SERVICE:**

- Asthma and Allergy Foundation of America (Los Angeles Chapter): Board of Directors, 1981 - 1985
- Asthma and Allergy Foundation of America (Los Angeles Chapter): Medical Advisory Board, 1986 - 1999; Chairman, 1990 - 1999
- FDA Advisory Panel member - Allergenic products 1997 - 2002
- Immune Deficiency Foundation of America: Medical Advisory Board, 1990 - 2004
- PADI Foundation: Board of Directors, 1991- present, Secretary and Chief Financial Officer 1992 – present.
- Chair, USC Children's Center Advisory Committee 1999-present
- Chair, Food Allergy Initiative Medical Advisory Board 2001 – 2006
- External reviewer of the FDA research programs in the Laboratory of Immunobiochemistry, Division of Bacterial, Parasitic and Allergenic Products, Center for Biologics Evaluation and Research

**PROFESSIONAL SOCIETIES:**

- Association of American Physicians
- American Society for Clinical Investigation
- American Federation for Clinical Research
- American Association of Immunologists
- American Academy of Allergy and Clinical Immunology
- American College of Allergy and Immunology
- Clinical Immunology Society
- Collegium Internationale Allergologicum
- Los Angeles Society of Allergy and Clinical Immunology
- Pan-American Group on Immunodeficiency
- Society of Toxicology, Immunotoxicology Section
- Western Association of Physicians

**<u>HONORS</u>: (selected)**

- Recipient: Allergic Diseases Academic Award; National Institute of Allergy and Infectious Diseases, 1978 – 1983.
- University Visiting Professorship: Singapore Post Graduate School of Medicine and Singapore General Hospital, Singapore, 1985.
- Swineford Memorial Lectureship: University of Virginia, Charlottesville, VA, 1987.
- Catholic University Visiting Lectureship in Immunology: Catholic University, Santiago, Chile, 1987
- Rabiner Visiting Professor: University of Oregon School of Medicine, Good Samaritan Hospital, Portland, OR, 1988.
- UCLA Visiting Professorship: Harbor General Hospital/UCLA, Torrance, CA, 1988.
- Robert Orange Memorial Lectureship, University of Toronto, Hospital for Sick Children, Toronto, Canada, 1988.
- Visiting Professor, National Jewish Center for Immunology, Denver, CO, 1990.
- American College of Allergy & Immunology Visiting Professor, University of Oklahoma, Tulsa, OK, 1991.
- American College of Allergy & Immunology Visiting Professor, Temple University, Philadelphia, PA., 1992.
- Goodman Family Visiting Professor, Santa Monica Hospital Medical Center, Los Angeles, CA 1994
- UCLA Medical Sciences Research Award Recipient, 1994.
- University of Illinois College of Medicine Visiting Professor 1995.
- Keynote speaker First Japanese Clinical Immunology and Allergy Society meeting and International Guest of Honor, Japanese Society of Immunology, Allergy and Otolaryngology, 1996.
- Arbesman Commemorative Lecturer - American Academy of Allergy, Asthma and Immunology, 1997.
- National Institute of Allergy and Infectious Diseases 50th Anniversary Symposium Speaker, ATS, 1999.
- Recipient, Stein Oppenheimer Award 1999.
- William Pierson Lectureship, American Academy of Allergy, Asthma and Immunology, Scripps Mercy Hospital, 2000.
- First Annual Feng Pao Hsii Lectureship, Singapore Society of Immunology, Rheumatology & Allergy Society, 2000.
- Keynote Speaker, Keystone Symposium on Asthma, Sante Fe, New Mexico, Feb. 2002
- Distinguished Visiting Professor in Immunology, Biology of Inflammation Center at Baylor College of Medicine, Feb. 2004.
- Presidential Award, Clinical Immunology Society, 2005.
- Physician-of-the-Year honoree, Asthma and Allergy Foundation of America, Los Angeles Chapter, 2005.
- Carolyn and Warren Richards Allergy Lectureship, Children's Hospital of Los Angeles, Keck School of Medicine, University of Southern California, 2006.
- Distinguished Service Award, Clinical Immunology Society, 2008

## PUBLICATIONS

### Research Papers - peer reviewed


1. **Saxon, A**. and Higham, C.W.F. Identification and interpretation of growth rings in the secondary dental cementum of Ovis aris L. *Nature*. 219:634, 1968.
2. **Saxon, A**. and Higham, C.W.F. A new research method for economic prehistorians. *American Antiquity*. 34:303, 1969.
3. Ferm, V.H. and **Saxon, A**. Amniotic fluid volumes in experimentally induced renal agenesis and anencephaly. *Experimentia*. 27:1066, 1971.
4. Ferm, V.H., **Saxon, A**. and Smith, B.M. The teratogenic profile of sodium arsenate in the golden hamster. *Arch Environ Health*. 22:557, 1971.
5. Hoefnagel, D., Pomeroy, J., Wurster, D. and **Saxon, A.** Congenital athetosis, mental deficiency, dwarfism and laxity of skin and ligaments. *Helv Paediat Acta*. 26:397, 1971.
6. **Saxon, A**., Busch, G.J., Merrill, J.P. and Wilson, R. Renal transplantation in primary hyperoxaluria. *Arch of Internal Med*. 133:464, 1974.
7. **Saxon, A**. and Kattlove, H.E. Platelet inhibition by sodium nitroprusside, a smooth muscle inhibitor. *Blood*. 46:957, 1976.
8. **Saxon, A**., Feldhaus, J., and Robins, R.A. Single step separation of human T and B cells using AET treated SRBC rosettes. *J Immunol Methods*. 12:285, 1976.
9. Cline, M.J., Opelz, G., **Saxon, A**., Fahey, J.L. and Golde, D.W. Autoimmune panleukopenia. *N Engl J Med*. 295:1489, 1976.
10. O'Toole, C., **Saxon, A**. and Bohrer, R. Human lymph node lymphocytes fail to effect lysis of antibody coated target cells. *Clin Exp Immunol*. 27:165, 1977.
11. Bonavida, B., Robins, R.A. and **Saxon, A.** Lectin-dependent cellular cytotoxicity in man. *Transplantation*. 23:261, 1977.
12. Golde, D.W., **Saxon, A**. and Stevens, R.H. Macroglobulinemia and hairy-cell leukemia. *N Engl J Med*. 296:92, 1976.
13. Golde, D.W., Stevens, R.H., Quan, S.G. and **Saxon, A**. Immunoglobulin synthesis in hairy cell leukemia. *Brit Journal Haematology*. 35:359, 1977.
14. **Saxon, A**. and Portis, J. Lymphoid subpopulation changes in regional lymph nodes in squamous head and neck cancer. *Cancer Res*. 37:1154, 1977.
15. **Saxon, A**. and Portaro, J. Preservation of *in vitro* biologic functions in regional lymph node lymphocytes in squamous head and neck cancer. *Cancer Res*. 37:1159, 1977.
16. **Saxon, A**., Morledge, D. and Bonavida, G. Histamine receptor leukocytes (HRL): Organ and lymphoid subpopulation distributions in man. *Clin Exp Immunol*. 28:394, 1977.
17. **Saxon, A**., Stevens, R.H., Ashman, R.A. and Parker, N. Dual immune defects in non-granulomatous ulcerative jejunoileitis with hypogammaglobulinemia. *Clin Immunol Immunopath*. 8:272, 1977.
18. **Saxon, A**., Stevens, R.H. and Ashman, R.A. Regulation of immunoglobulin production in human peripheral blood leukocytes: Cellular interactions. *J. Immunol*. 118:1872, 1977.
19. Pratt, H.P.M., Fitzgerald, P.A. and **Saxon, A**. Synthesis of sterol and phospholipid induced by the interaction of phytohemagglutinin and other mitogens with human lymphocytes and their relation to blastogenesis and DNA synthesis. *Cell Immunol*. 32:160, 1977.
20. **Saxon, A.**, Stevens, R.H., Raimer, S.J., Clements, P.J. and Yu, D.T.Y. Glucocorticoids administered *in vivo* inhibit human suppressor T lymphocyte function and diminish B lymphocyte responsiveness in *in vitro* immunoglobulin synthesis. *J Clin Invest*. 61:922, 1978.

21. **Saxon, A**., Stevens, R.H., Quan, S.G. and Golde, D.W. Immunologic characterization of hairy cell leukemias in continuous culture. *J Immunol.* 120:777, 1978.
22. Fiala, M., Chatterjee, S.N., Carson, S., Poolsawat, S., Heiner, D.C., **Saxon, A**. and Guze, L.B. Cytomegalovirus retinitis secondary to chronic viremia in phagocytic leukocytes. *Amer J Ophthalmol*. 84:567, 1977.
23. Fiala, M. Chatterjee, S., Ellis, R., Imparato, B., Bahna, S. and **Saxon, A**. Fever of undetermined origin: Role of cytomegalovirus and Epstein-Barr virus. *West J Med.* 129:263-266, 1978.
24. Pratt, H.P.M., **Saxon, A**. and Graham, M.L. Membrane lipid changes associated with malignant transformation and normal maturation of human lymphocytes. *Leukemia Research*. 2:1, 1978.
25. **Saxon, A.** and Stevens, R.H. Suppression of immunoglobulin production in normal human blood characterization of the cells responsible and mediation by a soluble T lymphocyte derived factor. *Clin Immunol Immunopath.* 10:427, 1978.
26. Stevens, R.H., and **Saxon, A.** Anti-human helper T-lymphocyte antiserum: Generation and functional characterization. *Clin Immunol Immunopath.* 10:438, 1978.
27. **Saxon, A.**, Stevens, R.H. and Golde, D.W. T-lymphocyte variant of hairy cell leukemia. *Ann Int Med.* 88:323, 1978.
28. Stevens, R.H. and **Saxon, A**. Immunoregulation in humans: Control of anti-tetanus toxoid antibody production after booster immunization. *J Clin Invest*. 62:1154, 1978.
29. Stevens, R.H., Thiele, C. and **Saxon, A**. The production of a soluble human T lymphocyte derived factor which substitutes for helper T lymphocytes in the *in vitro* production of immunoglobulin. *Immunology*. 36:407, 1979.
30. **Saxon, A**. and Stevens, R.H. Human T lymphocyte-derived helper factor (HHF): Cellular and physical characterization. *Clin Immunol Immunopath*. 12:82, 1979.
31. Fitchen, J.H., Cline, M.J., **Saxon, A**. and Golde, D.W. Serum inhibitors of hematopoiesis in a patient with aplastic anemia and systemic lupus erythematosus: Recovery after exchange plasmaphoresis. *Amer J of Med.* 66:537, 1979.
32. **Saxon, A**., Stevens, R.H. and Golde, D.W. Helper and suppressor T-lymphocyte leukemia in Ataxia Telangiectasia. *N Engl J Med.* 300:700, 1979.
33. Stevens, R.H. and **Saxon, A**. Reduced *in vitro* production of anti-tetanus toxoid antibody after repeated *in vivo* immunization with tetanus toxoid. *J Immunol.* 122:592, 1979.
34. Stevens, R.H. and **Saxon, A**. Differential synthesis of IgM and IgG antitetanus toxoid antibody *in vitro* following *in vivo* booster immunization of humans. *Cell Immunol*. 45:142, 1979.
35. Stevens, R.H., Macy, E., Morrow, C. and **Saxon, A.** Characterization of a circulating sub-population of spontaneous anti-tetanus toxoid antibody producing B cells following *in vivo* booster immunization. *J Immunol*. 122:2498, 1979.
36. Bluming, A., Cohen, H. and **Saxon, A**. Angioimmunoblastic lymphadenopathy with dysproteinemia: A pathogenetic link between physiologic lymphoid proliferation and malignant lymphoma. *Amer J Med.* 67:421, 1979.
37. Krantman, H.J., Stiehm, E.R., Stevens, R.H., **Saxon, A.** and Seeger, R.C. Abnormal B cell differentiation and variable increased T cell suppression in immunodeficiency with hyper-IgM. *Clin Exp Immunol*. 40:147, 1980.
38. Ashman, R.F., **Saxon, A**. and Stevens, R.H. Profile of multiple lymphocyte functional defects in acquired hypogammaglobulinemia derived from *in vitro* cell recombination analysis. *J Allergy Clin Immunol*. 65:242, 1980.
39. **Saxon, A**. and Stevens, R.H. Stimulation and regulation of human IgE production *in vitro* using peripheral blood lymphocytes. *Clin Immunol Immunopath*. 14:474, 1979.

40. **Saxon, A**., Kobayashi, R.H., Stevens, R.H., Stiehm, E.R. and Siegel, S.C. *In vitro* analysis of humoral immunity with normal immunoglobulins in antibody deficiency. *Clin Immunol Immunopath.* 17:235, 1980.
41. Stevens, R.H., Tamaroff, M. and **Saxon, A.** Inability of patients with common variable hypogammaglobulinemia to generate lymphoblastoid B cells following booster immunization. *Clin Immunol Immunopath.* 16:336, 1980.
42. **Saxon, A**., Morrow, C. and Stevens, R.H. Subpopulations of circulating B cells and regulatory T cells involved in *in vitro* immunoglobulin E production in atopic patients with elevated serum immunoglobulin E. *J Clin Invest.* 65:1457, 1980.
43. **Saxon, A**., Tamaroff, M.A., Morrow, C. and Stevens, R.H. Impaired generation of spontaneous and mitogen-reactive anti-tetanus toxoid antibody producing B cells following repetitive *in vivo* booster immunization. *Cell Immunol.* 59:82, 1981.
44. Boxer, R.J., Sofen, H. and **Saxon, A**. The detection of transitional cell bladder cancer antigens on established cell lines. *Invest Urology*. 19:70, 1981.
45. **Saxon, A**., Kaplan, M. and Stevens, R.H. Isotype specific human B lymphocytes that produce immunoglobulin E *in vitro* when stimulated by pokeweed mitogen. *J Allergy Clin Immunol.* 66:231, 1980.
46. Stevens, R.H. and **Saxon, A.** Antigen-induced suppression of human *in vitro* pokeweed mitogen stimulated antibody production. *Cell Immunol.* 55:85, 1980.
47. Foon, K.A., Naiem, F., **Saxon, A**., Stevens, R.H. and Gale, R.P. Leukemia of T-helper lymphocytes: Clinical and functional features. *Leukemia Research.* 5:1, 1981.
48. **Saxon, A**., Thiele, C.J., Moroz, C. and Stevens, R.H. Adenosine receptor lymphocytes in humoral immunodeficiency. *J Clin Immunol.* 1:131, 1981.
49. Krantman, H.J., **Saxon, A.**, Stevens, R.H. and Stiehm, E.R. Phenotypic heterogeneity in X-linked infantile agammaglobulinemia with *in vitro* monocyte suppression of immunoglobulin synthesis. *Clin Immunol Immunopath.* 20:170, 1981.
50. Church, J.A., Isaccs, H., **Saxon, A**., Keens, T.G. and Richards, W. Lymphoid interstitial pneumonitis and hypogammaglobulinemia in children. *Amer Rev Resp Dis*. 124:491, 1981.
51. Cannon, R.A., Blum, P.M., Ament, M.E., Byrne, W.J., Soderberg-Warner, M., Seeger, R.C., **Saxon, A.** and Stiehm, E.R. Reversal of enterocolitis-associated combined immunodeficiency by plasma therapy. *J Pediatrics.* 101:711, 1982.
52. **Saxon, A**., McIntyre, R.E., Stevens, R.H. and Gale, R.P. Lymphocyte dysfunction in chronic graft versus host disease. *Blood*. 58:746, 1981.
53. Ahmed, R.A., Sofen, H. and **Saxon, A.** Detection of an antisquamous antibody in multiple kertoacanthoma. *Clin Immunol Immunopath*. 22:20, 1982.
54. Gottlieb, M.S., Schroff, R., Schanker, H.M., Weisman, J.D., Fan, P.T., Wolf, R.A. and **Saxon, A**. Pneumocystis carinii pneumonia and mucosal candidiasis in previously healthy homosexual men: Evidence of a new acquired cellular immunodeficiency. *N Engl J Med.* 305:1425, 1981.
55. Barbers, R.G., Shih, W.W.H. and **Saxon, A**. *In vitro* depression of human lymphocyte mitogen response (phytohemagglutinin) by asbestos fibres. *Clin Exp Immunol.* 48:602, 1982.
56. Schwartz, A.G., Targan, S.R., **Saxon, A.** and Weinstein, W.M. Sulfasalazine-induced exacerbation of ulcerative colitis. *N Engl J Med*. 306:409, 1982.
57. Ahmed, A.R., Stevens, R.H. and **Saxon, A.** Production of antibasement membrane zone antibody by peripheral blood leukocytes bullous pemphigoid patients. *J Clin Immunol*. 2:179, 1982.
58. Thompson, L.F., **Saxon, A.**, O'Connor, R.D. and Fox, R.I. Ectro-5'-nucleotidase activity in human T cell subsets: Decreased numbers of ecto-5'-nucleotidase positive cells from both OKT4+ and OKT8+ cells in patients with hypogammaglobulinemia. *J Clin Invest.* 71:892, 1983.

59. Rohr, A., Hassner, A. and **Saxon, A.** Rhinopharynogoscopy for the evaluation of allergic-immunologic disorders. *Ann Allergy*. 50:380, 1983.
60. Ahmed, R.A., Murahata, R.I., Schroff, R.W., Stevens, R.H. and **Saxon, A**. Production of pemphigus antibody *in vitro* and analysis of T cell subsets. *J Clin Immunol*. 3:241, 1983.
61. Hassner, A. and **Saxon, A**. Inhibition of ongoing myeloma IgE synthesis *in vitro* by activated human T cells. *J Immunol.* 130:1567, 1983.
62. Schanker, H.M., Young, R., Cahan, L., Schroff, R. and **Saxon, A.** Effect of midbrain stimulus induced analgesia on immune function in humans. *J Neuroimmunol*. 5:185, 1983.
63. Denis, K.A., Wall, R. and **Saxon, A.** Human-human B cell hybridomas from *in vitro* stimulated lymphocytes patients with common variable immunodeficiency. *J Immunol*. 131:2273, 1983.
64. Hassner, A. and **Saxon, A.** Isotype-specific human suppressor T cells for IgE synthesis activated by IgE-Anti-IgE immune complexes. *J Immunol.* 132:2844, 1984.
65. Kodo, H., Gale, P. and **Saxon, A**. Antibody synthesis by bone marrow cells *in vitro* following primary and booster tetanus toxoid immunization in humans. *J Clin Invest*. 73:1377, 1984.
66. Rohr, A.S., Marshall, N.A. and **Saxon, A**. Successful immunotherapy for *Triatoma protracta*-induced anaphylaxis. *J All. Clin Immunol.* 73:369, 1984.
67. **Saxon, A.**, Hassner, A., Swabb, E.A., Wheeler, B. and Adkinson, N.F. Lack of cross-reactivity between Aztreonam, a monobactam antibiotic, and Penicillin in penicillin allergic subjects. *J Inf Dis.* 149:16, 1984.
68. **Saxon, A.** and Barnett, E. Human auto-anti-idiotypes regulating T cell mediated reactivity to tetanus toxoid. *J Clin Invest.* 73:342, 1984.
69. Ochs, H.D., Allred, R.U., Ammann, A.J., Budinger, M.D., Cowan, M.T., Fischer, S.H., Rousell, R.H., **Saxon, A**., Wara, D. and Wedgewood, R. Comparison of high dose, low dose intravenous immunoglobulin therapy in patients with primary immunodeficiency diseases. *Amer J Med.* 76:78, 1984.
70. Kanowith-Klein, S. and **Saxon, A**. Fc epsilon receptors on human cell lines and peripheral blood lymphoctyes detected by binding of IgE immune complexes. *J Clin Immunol*. 5:38, 1985.
71. **Saxon, A.**, Swabb, E. and Adkinson Jr., N.F. Investigation into the immunologic cross-reactivity of Aztreonam with other beta-lactam antibodies. *Amer J Med.* 78:19, 1985.
72. Schanker, H.M., Rajfer, J. and **Saxon, A.** Recurrent respiratory disease, azoospermia and nasal polyposis: A syndrome that mimics cystic fibrosis and immotile cilia syndrome. *Arch Int Med.* 145:2201, 1985.
73. Marshall, N., Liebhaber, M., Dyer, A. and **Saxon, A**. The prevalence of allergic sensitization to Triatoma protracta (Heteroptera: Reduviidae) in a Southern California U.S.A. Community. *J Med Entomol*. 23:117, 1986.
74. Kanowith-Klein, S. and **Saxon, A**. Regulation of ongoing IgE synthesis by human T cell supernatants derived from atopic and nonatopic donors. *Int Arch Allergy Appl Immunol*. 80:33, 1986.
75. Ashida, E.R. and **Saxon, A.** Home intravenous immunoglobulin therapy by self-administration. *J Clin Immunol*. 6:306, 1986.
76. Marshall, M.S., Chapman, M.D. and **Saxon, A.** Species specific allergens from the salivary glands of Triatominae (Heteroptera: Reduviidae). *J Allergy Clin Immunol*. 78:430, 1986.
77. Chapman, M.D., Marshall, N.A. and **Saxon, A**. Identification and partial purification of species specific allergens from Triatoma protracta (Heteroptera: Reduviidae). *J Allergy Clin Immunol.* 78:436, 1986.
78. **Saxon, A**., Mitsuyasu, R., Stevens, R., Champlin, R.E., Kimata, H. and Gale, R.P. Designed transfer of specific immune responses with bone marrow transplantation. *J Clin Invest.* 78:959, 1986.

79. **Saxon, A.**, Tsui, F. and Martinez, O. Jacalin, an IgA binding lectin, inhibits differentiation of human B cells by both a direct effect and by activating T suppressor cells. *Cell Immunol.* 104:134, 1987.
80. **Saxon, A**. and Weinstein, R. Oral administration of bovine colostrum anti-cryptosporidia antibody fails to alter the course of human cryptosporidiosis. *J Parasitology* 73:413-415, 1987.
81. Sherr, E.H., Stein, L.D., Dosch, H.M. and **Saxon, A.** IgE enhancing activity directly and selectively affects activated B cells: Evidence for a human IgE differentiation factor. *J Immunol.* 138:3836, 1987.
82. Kanowith-Klein, S., **Saxon, A.**, Uittenbogaart, C.H. Constitutive production of B cell differentiation factor-like activity by human T and B cell lines. *Euro. J. Immunol.* 17:593-598, 1987.
83. Kimata, H., Shanahan, F., Brogan, M., Targan, S. and **Saxon, A**. Modulation of ongoing human immunoglobulin synthesis by natural killer cells. *Cell Immunol.* 107:74, 1987.
84. Sherr, E.H., **Saxon, A**., Wells, J.R. Functional and phenotypic characterization of human B lymphocyte subsets isolated by unit gravity sedimentation. *Int Arch Allergy Appl Immunol.* 85:154, 1988.
85. Clement, L.T., Plaeger-Marshall, S., Hass, A., **Saxon, A.** and Martin, A.M. Bare lymphocyte syndrome: Consequences of absent class II major histocompatibility antigen expression for B lymphocyte differentiation and function. *J Clin Invest.* 81:669, 1988.
86. **Saxon, A**., Adelman, D. C., Patel, A., Hajdu, R. and Calandra, G.B. Imipenem cross-reactivity with penicillin in humans. *J Allergy Clin Immunol.* 82:213, 1988.
87. Sherr, E.H., Adelman, D.C., **Saxon, A**., Gilly, M., Wall, R. and Sidell, N. Retinoic acid Induces the differentiation of B cell hybridomas from patients with common variable immunodeficiency. *J Exp Med*. 168:55, 1988.
88. Kimata, H. and **Saxon, A.** A subset of natural killer cells is induced by immune complexes to display Fc receptors for IgE and IgA and demonstrate isotype regulatory function. *J Clin Invest*. 82:160, 1988.
89. Kanowith-Klein, S., Hofman, F. and **Saxon, A**. Expression of Fc e receptors and surface and cytoplasmic IgE on human fetal and adult lymphopoietic tissue. *Clin Immunol Immunopath*. 48:214, 1988.
90. Kimata, H., Sherr, E. and **Saxon, A**. Human natural killer cells produce a late acting B cell differentiation activity. *J. Clin. Immunol.* 8:381, 1988.
91. Macy, E., Kemeny, M. and **Saxon, A**. Enhanced ELISA: How to measure less than 10 picograms of a specific protein (immunoglobulin) in less than 8 hours. *FASEB Journal*. 2:3003, 1988.
92. Sherr, E., Macy, E., Kimata, H., Gilly, M. and **Saxon, A**. Binding the low affinity FceR on B cells suppresses ongoing human IgE synthesis. *J. Immunol.* 142:481, 1989.
93. Ch'ng, H.H., Shaw, D., Klesius, P. and **Saxon, A**. Inability of oral bovine transfer factor failed to eradicate cryptosporidial infection in a patient with congenital dysgammaglobulinemia. *Clin Immunol Immunopath*. 50:402, 1989.
94. **Saxon, A.,** Giorgi, J.V., Sherr, E.H. and Kagan, J.M. Failure of B cells in common variable immunodeficiency to transit from proliferation to differentiation is associated with altered B cell surface molecule display. *J Allergy Clin Immunol*. 84:44, 1989.
95. Macy, E., Bulpitt, K., Champlin, R.E. and **Saxon, A**. Anaphylaxis to infusion of autologous bone marrow: An apparent IgE reaction to self, mediated by IgE antibody to bovine serum albumin. *J. Allergy Clin Immunol*. 83:871, 1989.
96. Kagan, J., Champlin R.E. and **Saxon A**. B-cell dysfunction following human bone marrow transplantation: Functional-phenotypic dissociation in the early post transplant period. *Blood.* 74:777, 1989.

97. Ch'ng, H.H., Ganz, T. and **Saxon, A.** The utility of detecting autoantibodies against neutrophil cytoplasmic components in Wegener's granulomatosis. *Ann Allergy*. 63:411, 1989.
98. Kimata, H., Berenson, J., Kagan, J. and **Saxon, A.** Functional human T cell-B cell hybridomas established from fusion of normal T cells and an EBV transformed B cell line. *Clin Immunol Immunopath*. 54:134, 1990.
99. **Saxon, A.**, Shanahan, F., Landers, C., Ganz, T. and Targan, S. A distinct subset of anti neutrophil cytoplasmic antibodies is associated with inflammatory bowel disease. *J Allergy Clin Immunol.* 86:202, 1990.
100. Brieva, J.A., Martin, RA, Martinez-Maza, O, Kagan, J.M., Merrill, J, **Saxon, A**., Van Damme, J. and Stevens, R.H. Interleukin 6 is essential for antibody secretion by human *in vivo* antigen-induced lymphoblastoid B cells. *Cellular Immunology* 130:303, 1990.
101. **Saxon, A,** Ke, Z., Bahtee, L. and Stevens, RH. Soluble CD23 containing B cell supernatants induce IgE from peripheral blood B lymphocytes and co-stimulates with IL-4 in induction of IgE. *J Allergy Clin Immunol*. 86:333, 1990.
102. Adelman, D.C, Matsuda, T., Hirano, T., Kishimoto,T. and **Saxon, A**. Elevated serum interleukin-6 associated with a failure in B cell differentiation in common variable immunodeficiency. *J Allergy Clin Immunol*. 86:512, 1990.
103. **Saxon, A**. Macy, E, Witte, O., Tary-Lehmann, M., Denis, K. and Braun, J. Limited B cell repertoire in severe combined immunodeficient mice engrafted with peripheral blood mononuclear cells derived from immunodeficient or normal humans. *J. Clin Invest.* 87: 658, 1991.
104. Zhang Ke, Z., Clark, E.A., and **Saxon, A.** CD40 stimulation provides an interferon-γ independent IL-4 dependent IgE specific differentiation signal directly for human blood and tonsil B cells, *J. Immunol.*, 146:1836-1842, 1991.
105. Sidell, N., Taga, T. Hirano, T., Kishimoto, T., and **Saxon, A**. Retinoic acid-induced growth inhibition of a human myeloma cell line via down-regulation of IL-6 receptors. *J. Immunol.* 146:3809-3814, 1991.
106. Braun, J., Galbraith, L., Valles-Ayoub, V., and **Saxon, A**. Human humoral immunodeficiency results from germinal center B cell arrest. *Immun. Lett*., 27:205-208, 1991.
107. Adelman, D.C., Yen, T.Y., Cumberland, W.G., Sidell, N. and **Saxon A**. 13-Cis retinoic acid enhances *in vivo* B-lymphocyte differentiation in patients with common variable immunodeficiency. *J All. Clin Immunol.* 88:705-712, 1991.
108. **Saxon, A**., Behle, K, Kurbe-Leamer, M., E. E. Max and Ke, Z. Inhibition of human IgE production via FceR-II stimulation results from a decrease in the mRNA for secreted but not membrane epsilon (e) heavy chains, *J. Immunol.*, 147:4000-4006, 1991.
109. Tary-Lehmann, M. and **Saxon, A.** Human Mature T Cells which are Anergic *in vivo* Prevail in SCID Mice Reconstituted with Human Peripheral Blood (hu-PBL-SCID mice) *J. Exp. Med.* 175: 503-512, 1992.
110. Sogn, D., Evans, R., Shepard,G.M., Casale, T.B., Condemi, J.J., Greenberger, P.A., Kohler, P.F., **Saxon, A**., Summers, R.J., VanArsdel Jr, P.P., Massicot, J.G., Blackwelder, W.C. and Levine, B.B. Results of the NIAID collaborative clinical trial to test the predictive value of skin testing with major and minor penicillin derivatives in hospitalized adults. *Arch. Int. Med.* 152:1025, 1992.
111. Zhang, K., **Saxon, A**., Max, E.E. Two unusual forms of human IgE encoded by alternative RNA splicing of ε heavy chain membrane exons. *J. Exp. Med.* 176:233-243, 1992.
112. Storek, J., Schmid, I., Ferrara, S., **Saxon, A**. A novel B-cell stimulation-proliferation assay using simultaneous flow cytometric detection of cell surface markers and DNA content. *J. Immunol. Method.* 151:261-267, 1992.

113. **Saxon, A.**, Sidell, N., Zhang, K. B-cells from subjects with CVI can be driven to Ig production in response to CD40 stimulation. *Cell. Immunol.*, 144:169-181, 1992.
114. Storek, J., Ferrara, S., Rodriguez, C., and **Saxon, A.** Recovery of mononuclear cell subsets after bone marrow transplantation: Overabundance of CD4+ CD8+ dual-positive T cells reminiscent of ontogeny. *J. Hematother*. 1: 303-316, 1992.
115. Geha, R., Buckley, C.E., Greengberger, P., Patterson, R., Polmer, S., **Saxon, A**., Rohr, A., Yang, W., and Drouin, M. Aspartame is no more likely than placebo to cause urticaria/angioedema: Results of a multicenter, randomized, double-blind, placebo-controlled, crossover study. *J. All. Clin. Immunol*. 92:513-520. 1993.
116. **Saxon, A**., Keld, B., Braun, J., Dotson, A., and Sidell, N. Long Term Administration of 13-cis Retinoic Acid in Common Variable Immunodeficiency: Circulating IL-6 levels, B cell surface molecule display,and *in vitro* and *in vivo* B cell antibody production. *Immunology*, 80:477-487, 1993.
117. Storek, J., Ferrara, S., Ku, N., Giorgi, J., Champlin, R.E., and **Saxon**, **A**. Reconstitution of B-cell immunity following bone marrow transplantation: Recapitulation of Ontogeny? *Bone Marrow Transplantation*. 12:387-398, 1993.
118. Zhang, K., Max, E.E., Cheah, H-K., and **Saxon, A**. Complex alternative RNA splicing of ε immunoglobulin transcripts produces mRNAs encoding four potential secreted protein isoforms. *J. Biol. Chem.* 269: 456-462, 1994.
119. Uittenbogaart, C.H., Anisman, D.J., Tary-Lehmann, M., Vollger, L.W., Breit, T.M., Van Dongen, J.J.M., and **Saxon, A**. The SCID mouse environment causes immunophenotypic changes of human immature T cell lines. *Int. J. Cancer*. 56: 546-551, 1994.
120. Zhang, K., Mills, F.C., **Saxon, A**. Switch Circles from IL-4 Directed e Class Switching from Human B Lymphocytes: Evidence for Direct, Sequential and Multiple Step Sequential Switch from Mu to Epsilon Immunoglobulin Heavy Chain Gene. *J. Immunol*., 152: 3427-3435, 1994.
121. Diaz-Sanchez, D., Chegini, S., Zhang, K, **Saxon, A**. CD58 (LFA-3) Stimulation Provides a Signal for Human Isotype switching and IgE Production Distinct from CD40. *J. Immunol.* 153:10-20, 1994.
122. Diaz-Sanchez, D., Dotson, A.R., Takenaka, H., **Saxon, A**., Diesel exhaust particles induce local IgE production in vivo in humans and alter the pattern of IgE mRNA isoforms. *J. Clin. Invest.* 94:1417-25, 1994.
123. Tary-Lehmann, M., Lehmann, P.V., Schols, D., Grazia-Roncarolo, M., **Saxon, A**. Anti-SCID mouse reactivity shapes the human CD4+ repertoire in hu-PBL-SCID chimeras. *J. Exp. Med*. 180:1817-1827, 1994.
124. Storek, J., King, L., Ferrara, S., Marcello, D., **Saxon, A.**, Braun, J. Abundance of a restricted fetal B cell repertoire in marrow transplant recipients. *Bone Marrow Trans*., 14: 783-790, 1994.
125. Storek, J., Ferrara, S., Hultin, L.E., Ku, N., Giorgi, J.V., Champlin, R.E., and **Saxon, A**. B cell dysfunction after bone marrow transplantation is associated with decreased Ca++ flux upon membrane Ig crosslinking. *Clin. Immunol Immunopath.* 72:210-6, 1995.
126. Takenaka, H., Zhang, K., Diaz-Sanchez, D., Tsien, A., **Saxon, A**., Enhanced human IgE results from exposure to the aromatic hydrocarbons in diesel exhaust: direct effects on B cell IgE production, *J. All. Clin. Immunol*, 95:103-115, 1995.
127. Zhang, K., Cheah, H-K., **Saxon, A.**, Secondary deletional recombination of rearranged switch region in Ig isotype switched B cells: A mechanism for isotype stabilization. *J. Immunol*. 154: 2237-2247, 1995.
128. Zhang, K, Diaz-Sanchez, D., **Saxon, A**. Germ-line human epsilon heavy chain gene RNA transcripts utilize the full range of alternative 3' splicing seen in productive epsilon mRNAs, *Immunology*, 85: 228-235, 1995.

129. Xu F., **Saxon, A**, Nguyen, A., Zhang, K., Diaz-Sanchez, D., Nel, A. IL-4 activates a Stat protein which interacts with a GAS-like sequence upstream of the Iε exon in a human B-cell line: Evidence for the involvement of JAK3 kinase and IL-4-Stat., *J. Clin. Invest*., 96:907-914, 1995.
130. Diaz-Sanchez, D., Zhang, K., Nutman, T.B., **Saxon, A**., Differential regulation of alternative 3' splicing of human epsilon mRNA variants. J. Immunol, 155: 1930-1941, 1995.
131. Tary-Lehmann, M., **Saxon, A**., Lehmann, P.V. The human immune system in hu-pbl-SCID mice. *Immunology Today*. 16:529-33 1995.
132. **Saxon, A**, Keld, B., Diaz-Sanchez, D., Guo, B-C., Sidell, N. B cells from a distinct subset of patients with common variable immunodeficiency have increased CD95 (Apo-1/fas) and diminished CD38 expression and undergo enhanced apoptosis: rescue by CD40 and IL-4, *Clin Exp. Immunol*., 102: 17-25, 1995.
133. Fujieda, S., Zhang, K, **Saxon, A**. IL-4 plus CD40 mAb Induces Human B Cell Gamma Subclass Specific Isotype Switch: Switching to g1, g3 and g4 but not g2. *J. Immunol*., 155: 2318-2328, 1995.
134. Guo, B. C. and **Saxon, A**. B Cell Lines from a Subset of Patients with Common Variable Immunodeficiency Undergo Enhanced Apoptosis Associated with Increased CD95 (Apo-1/fas) Display, Diminished CD38 Expression, and Decreased IgG and IgA Production, *Cell Immunology*, 166:83-92, 1995.
135. Lyczak, J., Zhang, K., **Saxon,** A., Morrison, S., Expression of Novel Secreted Isoforms of Human Immunoglobulin E Proteins. *J. Biol. Chemistry*, 271:3428-36, 1996.
136. Diaz-Sanchez, D., Tsien, A., Casillas, A., Dotson, A.R., **Saxon, A.** Enhanced Nasal Cytokine Production in Human Beings after *in vivo* Challenge with Diesel Exhaust Particles. *J. Allergy. Clin. Imunol.,* 98:114-23, 1996.
137. Fujieda,S., Waschek, J.A.› Zhang, K, **Saxon, A.** Vasoactive intestinal peptide induces Sa/Sm switch circular DNA in human B cells, *J. Clin. Invest*. 98:1527-32, 1996.
138. Fujieda, S., Lin, Y.Q., **Saxon, A**, and Zhang, K. Multiple Types of Chimeric Germ-line Ig Heavy Chain Transcripts in Human B Cells: Evidence for *trans*-splicing of Immunoglobulin RNA. *J. Immunol*., 157: 3450-9, 1996
139. Peterson, B, and **Saxon A**., Global Increases in Allergic Respiratory Disease: The Possible Role of Diesel Exhaust. *Ann. All. Asthma, Immunol*, 77:263-8, 1996.
140. Fujieda, S., **Saxon, A**., Zhang, K., Direct Evidence that g1 and g3 switching in human B cells is interleukin-10 dependent., *Molecular Immunology*, 1335-43, 1997.
141. Tsien, A., Diaz-Sanchez, D., **Saxon, A**. The Organic Component of Diesel Exhaust Particles and Phenanthrene, a Major Polyaromatic Hydrocarbon Constituent, Enhance IgE Production by IgE- secreting EBV-transformed Human B cells *in vitro, Toxicology and Applied Pharmacology*, 142:256-63, 1997.
142. **Saxon, A**, Diaz-Sanchez, D., Zhang, K. Regulating expression of distinct human secreted IgE proteins produced by alternative RNA splicing, *Biochemical Society Transactions* 25:383-387, 1997.
143. Diaz-Sanchez, D., Tsien, A, Fleming, J., **Saxon, A.** Combined Diesel Exhaust Particulate and Ragweed Allergen Challenge Markedly Enhances In Vivo Nasal Ragweed-Specific IgE and Skews Cytokine Production to a TH2-Type Pattern, *J. Immunol*, 158:2406-2413, 1997.
144. Thompson, AA, Talley, JA, Do, HN, Kagan, HL, Kunkel, L, Berenson, J. Cooper, M., **Saxon, A,** Wall, R. Aberrations in the B cell receptor B29 (CD79b) gene in chronic lymphocytic leukemia. *Blood*, 90:1387-94, 1997.
145. Ng, D, Kokot, N, Faris, M, **Saxon, A**, Nel, A. Macrophage activation by polycyclic aromatic hydrocarbons: Evidence for the involvement of stress-activation protein kinases, AP-1 and anti-oxidant response elements. *J. Immunol*, 161:942-951, 1998

146. Fujieda, S, Sieling, P.A., Modlin, R.L., **Saxon, A**. CD1b-restricted T cells influence IgG subclass and IgE production, *J. Allergy Clin. Immunol*. 101:545-51, 1998.
147. Wakim, M, Alazard, M, Yajima, A, Speights, D, **Saxon, A**, Steihm, ER. High dose intravenous immunoglobulin in atopic dermatitis and hyper-IgE syndrome. *Ann. Allergy, Asthma, Immunol.* 83: 53-58, 1998.
148. Fujieda, S. Diaz-Sanchez, D., **Saxon, A**. Combined Nasal Challenge with Diesel Exhaust Particles and Allergen Induces In Vivo IgE Isotype Switching, *Am. J. Respir. Cell Mol. Biol*. 19: 507-512, 1998
149. Nel, AE, Diaz-Sanchez, D, Ng, D, Hiura, T, **Saxon, A**. Enhancement of allergic inflammation by the interaction between diesel exhaust particles and the immune system. *J. Allergy Clin. Immunol*., 102:539-554, 1998.
150. Wang, M., **Saxon, A**., Diaz-Sanchez, D. Early IL-4 production driving Th2 differentiation in a human in vivo model is mast cell derived. *Clinical Immunology*, 90:47-54, 1999.
151. Thompson, AA, Do, HN, **Saxon, A,** Wall, R. Widespread B29 (CD79b) gene defects and loss of expression in chronic lymphocytic leukemia. *Leukemia and Lymphoma*, 35:561-9, 1999.
152. Diaz-Sanchez, D, Tsien, A, Flemming, J, **Saxon, A**. Effect of topical fluticasone propionate on the mucosal allergic response induced by ragweed allergen and diesel exhaust particle challenge. *Clinical Immunology* 90:313-320, 1999.
153. **Saxon, A**., Nel, A.E., Diaz-Sanchez, D. Diesel particulates in allergic airway disease. *Jap. J. Rhinology* 38:123-8, 1999.
154. Diaz-Sanchez, D, Wang, M, Penichet-Garcia, M, Jyrala, M,. **Saxon, A**, Nasal challenge with diesel exhaust can induce sensitization to a neoallergen in the human mucosa. *J. Allergy Clin. Imm*. 104:1183-8, 1999.
155. **Saxon, A**., Ownby, D., Huard, T., Parsad, R., Roth H.D. Prevalence of IgE to Natural Rubber Latex in unselected blood donors and performance characteristics of Alastat® testing, *Annals of Allergy, Asthma and Immunology*, 84:199-206, 2000.
156. Geha, RS, Beiser, A, Ren, C, Patterson, R, Greenberger, PA, Grammer, LC, Ditto, AM, Harris, KE, Shaughnessy, MA, Yarnold, PR, Corren, J, **Saxon, A.** Multicenter, double-blind placebo controlled multiple challenge evaluation of reported reactions to monosodium glutamate J. *Allergy Clin Imm*., 106:973-980, 2000.
157. Diaz-Sanchez, D, Jyrala, M, Ng, D, Nel, A.E., **Saxon, A** *In vivo* challenge with diesel exhaust particles enhances expression of the C-C chemokines Rantes, MIP-1a and MCP-3 in humans. *Clinical Immunology*, 97: 140-5, 2000
158. Diaz-Sanchez D, Penichet-Garcia M, **Saxon A**. Diesel exhaust particles directly induce activated mast cells to degranulate and increase histamine levels and symptom severity. *J Allergy Clin Immunol.* 2000 Dec;106(6):1140-6.
159. Chan, L, Lyczak, JB, Zhang, K, Morrison, S, **Saxon, A.** The novel human IgE epsilon heavy chain, epsilon tailpiece, is present in plasma as part of a covalent complex. *Molecular Immunology*, 37:241-52, 2001
160. Heo, Y., **Saxon, A.** , and Hankinson, O, Effect of diesel exhaust particles and their components on the allergen-specific IgE and IgG1 response in mice. Toxicology, 159: 143-158, 2001.
161. Diaz-Sanchez, Penichet-Garcia, M, **Saxon, A**. Differential effects diesel exhaust particle chemicals vs the carbon core human allergic responses, *Immunology* 107: 55-61, 2002
162. Zhang, K., Zhang, L,. Yamada, T, Vu M.V., Lee, A, **Saxon A.,** Efficiency of Iε promoter-directed switch recombination in GFP expression based switch constructs works synergistically with other promoter and/or enhancer elements but is not tightly linked to the strength of the transcriptional activity. *European J. Immunol.* 32:424-34, 2002

163. Zhu, DC, Kepley, CL, Zhang, M, Zhang, K, **Saxon, A**. A Novel Human Ig Fcγ-Fcε Bifunctional Fusion Protein Inhibits FcεRI-Mediated Degranulation, *Nature Medicine* 8:518-22, 2002.
164. Devouassoux, G., **Saxon, A**., D.D. Metcalfe D.D., Prussin, C, Colomb, M.G., Brambilla, C., Diaz-Sanchez, D., Chemical Constituents of Diesel Exhaust Particles Induce IL-4 Production by Human Basophils, *J. All. Clin. Imm.*, 109:847-853, 2002.
165. Yamada T, Zhu D, **Saxon A**, Zhang K. CD45 controls interleukin-4-mediated IgE class switch recombination in human B cells through its function as a Janus kinase phosphatase. *J Biol Chem*. 2002 Aug 9;277(32):28830-5
166. Zhang K, Zhang L, Zhu D, Bae D, Nel A, **Saxon A**. CD40-mediated p38 mitogen-activated protein kinase activation is required for immunoglobulin class switch recombination to IgE. *J Allergy Clin Immunol*. 2002 Sep;110(3):421-8.
167. Zhou, C, **Saxon, A** and Zhang K., Human Activation-Induced Cytidine Deaminase is induced by IL-4 and negatively regulated by CD45: Implication for CD45 as a Janus Kinase Phosphatase in Antibody Diversification, J. *Immunol.*, 170, 1887-1893, 2003.
168. Kepley, CL, Zhang, K, Zhu, DC, **Saxon, A:** FcεRI-FcγRII Co-Aggregation Inhibits IL-16 Production From Human Langerhans-Like Dendritic Cells, *Clin Imm.* 108(2):89-94, 2003.
169. Yamada, T, Zhu, DC, Zhang, K. **Saxon, A**, Inhibition of IL-4-induced class switch recombination by a human Ig Fc gamma -Fc epsilon chimeric protein, *J. Biol. Chem*. 278:32818-32824, 2003.
170. Gilliland, FD, Li YF, **Saxon, A**, Diaz-Sanchez, D. Glutathione-S-Transferase M1 and P1 Genotypes Protect Against Xenobiotic Enhancement of Allergic Responses. *Lancet*, 363:119-125, 2004.
171. Bastain, TM, hFrank D. Gilliland, FD, Li, YF., **Saxon, A**, Diaz-Sanchez, D. Intra-Individual Reproducibility of Nasal Allergic Responses to Diesel Exhaust Particles Indicates a Susceptible Phenotype. *Clin. Immun.* 109:130-6, 2004.
172. Kepley, CL, Taghavi, S, Mackay, G, Zhu, D, Morel, PA Zhang, K, Ryan, JJ, Satin, LS, Zhang, M, Pandolfi, PP and **Saxon, A**. Co-Aggregation of FcγRII With FcεRI on Human Mast Cells Inhibits Antigen-Induced Secretion and Involves SHIP-Grb2-Dok Complexes, *J. Biol. Chem*, 279:35139-49, 2004.
173. Corren J, Diaz-Sanchez D, **Saxon A**, Deniz Y, Reimann J, Sinclair D, Davancaze T, Adelman D. Effects of omalizumab, a humanized monoclonal anti-IgE antibody, on nasal reactivity to allergen and local IgE synthesis. *Ann Allergy Asthma Immunol.* 93:243-8, 2004.
174. Zhang, K, Kepley, CL, Terada, T, Daocheng Zhu, DC, PhD, Perez, H, **Saxon, A**. Inhibition of Allergen Specific IgE Reactivity by a Human Ig Fcγ-Fcε Bifunctional Fusion Protein, *J Allergy Clin Immunol.* 114:321-7, 2004.
175. Zhu, D, Kepley, CL, Zhang, K, Terada, T, Yamada, T, **Saxon, A.** A Chimeric Human –Cat Fusion Protein Blocks Cat-induced Allergy, Nature Medicine, *Nature Medicine*. 11:446-9, 2005.
176. Yamada, T, Zhang, K, Yamada, A, Daocheng Zhu, D, **Saxon A.,** Lymphocyte Stimulator activates p38 MAPK in Human Ig Class Switch Recombination, *Amer. J. Resp. Cell Mol. Biol*, 32: 388-94, 2005.
177. Riedl, MA, Landaw, EM, **Saxon A**, Diaz-Sanchez, D. Initial High-dose Nasal Allergen Exposure Prevents Allergic Sensitization to a Neoantigen. *J Immunol*, 174:7440-5, 2005
178. Terada, T, Zhang, K, Belperio, J, Londhe, V, **Saxon A**., A chimeric human-cat Fcγ-Fel d1 fusion protein inhibits systemic, pulmonary and cutaneous allergic reactivity to intratracheal challenge in mice sensitized to Fel d1, the major cat allergen, *Clinical Immunology*, 120:45-56, 2006.

179. **Saxon A**, Zhu D, Zhang K, Chan LA, Kepley CL. Recent advances in the use of genetically engineered negative signaling molecules to treat allergic diseases. Arb Paul Ehrlich Inst. Bundesamt Sera Impfstoffe Frankf AM. 2006;(95):223-31

180. St. Clair, W.E. Larry A. Turka, L.A., **Saxon, A.,** Jeffrey B. Matthews, JB,. Sayegh, MH, Eisenbarth, GS, Bluestone, J., New Reagents on the Horizon for Immune Tolerance, *Annual Review of Medicine*, 2007. 58:329-46

181. Zhang K, Zhu D, Kepley C, Terada T, **Saxon A**. Chimeric human fcgamma-allergen fusion proteins in the prevention of allergy. Immunol Allergy Clin North Am. 27:93-103, 2007.

182. Allen L, Kepley C, **Saxon A**, Zhang K. Modifications to a Fcγ-Fcε fusion protein alter its effectiveness in the inhibition of FcεRI-mediated functions. J. Allergy Clin. Immunol;120:462-8, 2007

183. Mertsching, E, Bafetti, L, Hess, H, Stuart Perper, S, Giza, K Allen, L, Negrou, E, Hathaway, K, Hopp, J, Chung, J. Daniel Perret, D, Michael Shields, M, **Saxon, A** and. Kehry, MR, A mouse FcγFcε protein that inhibits mast cells through activation of FcγRIIB, SH2 domain-containing inositol phosphatase 1, and SH2 domain-containing protein tyrosine phosphatases . J. Allergy Clin. Immunol, 121: 441-447, 2008

184. **Saxon, A**, Kepley, C, Zhang, K. "Accentuate the negative, eliminate the positive": Engineering allergy therapeutics to block allergic reactivity via negative signaling. J. Allergy Clin. Immunol, 121: 320-5, 2008.

185. Riedl, MA, **Saxon, A**, Diaz-Sanchez, D. Oral Sulforaphane increases Phase II antioxidant enzymes in the human upper airway. Clin Immunol, 130:244-51, 2009.

186. Behnecke, B., Wei L., Chen L., **Saxon, A.**, Zhang, K. A Chε-Based Allergen Gene Vaccine Platform That Targets Human Antigen Presenting Cells via the High Affinity IgE Receptor (FcεRI), J. Allergy Clinical Immunology;124:108-13, 2009.

187. Lin E., **Saxon A**, Riedl M., Penicillin Allergy: Value of Including Amoxicillin as a Determinant in Penicillin Skin Testing, Int. Arch All Imm. 2010;152: 313-318, 2010, PMID: 20185923

188. Li W, Zhang Z, **Saxon A**, Zhang K. Prevention of oral food allergy sensitization via skin application of food allergen in a mouse model. Allergy. 2012 doi: 10.1111/j.1398-9995.2012. PubMed PMID: 22339388.

189. Zhang, K, Liu J, Truong T, Zukin E, Chen W, **Saxon A**, Blocking allergic reaction through targeting surface-bound IgE with low affinity anti-IgE antibodies, J. Immunol. 2017;198(10):3823-3834. doi: 10.4049/jimmunol.1602022. PubMed PMID: 28396318.

190. Zhang K, Elias M, Zhang H, Liu J, Kepley C, Bai Y, Metcalfe DD, Schiller Z, Wang Y, **Saxon A**. Inhibition of Allergic Reactivity through Targeting FcεRI Bound IgE with Humanized Low-Affinity Antibodies. J Immunol. 2019 Dec 1;203(11):2777-2790 2019. pii: ji1900112. doi: 10.4049/jimmunol.1900112. PubMed PMID:3163623

**Research Papers - non-peer reviewed**

191. Gale, R.P., Opelz, G., Mickey, M.R., Graze, P.R. and **Saxon, A.** Immunodeficiency following allogeneic bone marrow transplantation. *Transplant Proc.* 10:223, 1978.

192. Opelz, G., Gale, R.P., Feig, S.A., Walker, J., Terasaki, P.I. and **Saxon, A.** Significance of HLA and non-HLA antigens in bone marrow transplantation. *Transplant Proc*. 10:43, 1978.

193. **Saxon, A.** and Stevens, R.H. Synthesis of human IgE *in vitro* in normals and high IgE atopy. *Int Archs Allergy Appl Immunol*. 66:55, 1981.

194. **Saxon, A.**, Mawhinney, H. and Stevens, R.H. Alterations in functional human B cell subsets that produce IgG and IgE *in vitro* by repeated antigen exposure *in vivo*. In: Human B cell function: activation and regulation. A.S. Fauci and R.P. Baillieux, eds. Raven Press. 1982, p.73.



ESTL_DEXP_AS_000042

EXHIBIT A- 0160

195. Denis, K.A., Wall, R. and **Saxon, A.** Human-human hybridomas in the study of immunodeficiencies. In: Human hybridomas and monoclonal antibodies. Engleman, Foung, Larrack and Raubitschek, eds., Plenum Pub. Co., New York. 1985, p. 293.
196. Kimata, H. and **Saxon, A**. Natural killer cell interaction with IgE in the control of ongoing human IgE synthesis. *Int Arch Appl Immmunol.* 82:419, 1987.
197. Sherr, E. and **Saxon, A.** Fc epsilon receptor mediated suppression: A mechanism for the suppression of ongoing IgE synthesis. *Int Arch Appl Immunol.* 82:414, 1987.
198. **Saxon, A.** and Kimata, H. Human Natural Killer cells and their Fc epsilon receptors in the regulation of IgE and other immunoglobulin isotypes. In: Advances in the Biosciences (Allergy and Molecular Biology), El Shami, A.S. and Merrett, T. G. (eds.), 74:359, 1989.
199. Stevens, R.H., Brieva,J.A., Martin, R.A. and **Saxon, A**. Regulation of specific antibody production via CD23. In: Monographs in Allergy, Gordon, J., (ed.), Switzerland, p. 169-177. 1991.
200. **Saxon, A.**, Zhang, K., Max, E.E. Regulation of human B cell production of IgE proteins. *Proc 9th Sandoz Immunopharmacology Symposium*, 1991.
201. Braun, J., **Saxon, A.**, Wall, R., and Morrison, S.L. The second century of the antibody: Molecular perspectives in regulation, pathophysiology, and therapeutic applications. *Western J. Med.*, 157:158-168, 1992.
202. **Saxon, A.**, Zhang, K., and Max, E.E. Human ε mRNAs using membrane sequence encode for two membrane forms of IgE and a novel second secreted IgE. In: *Transactions of the Association of American Physicians*. Baltimore, MD. 93-99, 1992.
203. Storek, J. and **Saxon, A**. Reconstitution of B-cell immunity following bone marrow transplantation. *Bone Marrow Transplant.* 9:395-408, 1992.
204. **Saxon, A**, Max, EE, Diaz-Sanchez, D, Zhang, K. Alternative RNA Splicing of Epsilon Transcripts Produces mRNAs Encoding Two Membrane and Four Secreted IgE Isoforms. *Int. Arch. All. Immunol*., 107: 45-47, 1995.
205. Diaz-Sanchez, D, **Saxon, A**, The Effect of Diesel Exhaust Particles on Allergic Disease, *Allergy & Clinical Immunology International* 8:57-61, 1996.
206. Geha RS; Beiser A; Ren C; Patterson R; Greenberger PA; Grammer LC; Ditto AM; Harris KE; Shaughnessy MA; Yarnold PR; **Saxon A**, et al. Review of alleged reaction to monosodium glutamate and outcome of a multicenter double-blind placebo-controlled study. *Journal of Nutrition*, 2000 Apr, 130(4S Suppl):1058S-62S.
207. **Saxon, A**. and Diaz-Sanchez, D. Diesel Exhaust as a Model Xenobiotic in Allergic Inflammation. *Immunopharmacology*, 48: 325-9, 2000.
208. Zhang, K., Behnecke, A., **Saxon, A** and Li W. An IgE-based Polyplex Allergen Gene Vaccine That Targets Dendritic Cells; A Novel Therapeutic Approach for Severe Food Allergy, Proceeding of the 27th CIA Symposium (van Ree, Ring & Marone Editors), 2010, pg 261-265.

**Reviews and Book Chapters**

209. **Saxon, A**. Dendrochronology. *Science in Archaeology*. 7:4, 1967.
210. **Saxon, A**. Immediate hypersensitivity: Approach to diagnosis. In Manual of Allergy and Clinical Immunology. Fisher, T.J., Lawlor, G. (eds.), Little Brown Co. Boston. 1981, p. 15.
211. **Saxon, A**. Assessment of T-cell help and suppression of B-cell function. In: Manual of Clinical Immunology. Rose, N.R. and Friedman, H. (eds.), Amer Soc Micro. Washington, D.C. 1980, p. 151.

212. Wall, R. and **Saxon, A**. Molecular approaches to human immune functions and disorders. In: Genetic Disease: Diagnosis and Treatment. Dietz, A.A. (ed.). Amer Assoc Clin Chem. Washington, D.C. 1983, p. 131.
213. **Saxon, A**. Immediate hypersensitivity reactions to beta-lactam antibiotics. *Rev of Inf Dis.* 5:5368, 1983.
214. **Saxon, A**. Insect allergy. In: Allergy and Clinical Immunology. Beall, G. (ed.). John Wiley and Sons Inc, New York City. 1983, p. 201.
215. Thompson, L.F., **Saxon, A**., O'Connor, R. and Fox, R. Ecto-5'- nucleotidase as a cell surface marker of human T lymphocyte subpopulations. In: Intercellular Communication in Leukocyte Function. Parker, J.W. and O'Brien, R.L. (eds.). Wiley and Sons, New York City. 1983, p. 189.
216. Adkinson, N.F., **Saxon, A.,** Spence, M.R. and Swabb, E.A. Cross-allergenicity and immunogenicity of aztreonam. *Rev Inf Disease.* 7:613, 1983.
217. **Saxon, A**. Reconstitution of specific immunity following bone marrow transplantation. UCLA Symposium on Molecular and Cellular Biology. Gale, R.P. and Chaplin, R. (eds.). Alan R. Liss, Inc. *Progress in Bone Marrow Transplantation*. 53:623-633, 1987.
218. **Saxon, A**. and Stiehm, R. The B cell system. In: Immunologic Disorders in Infants and Children. Stiehm, E.R. (ed). W.B. Sanders Co. 1988.
219. **Saxon, A**. Immediate hypersensitivity: Approach to diagnosis. In: Manual of Allergy and Clinical Immunology. Fisher, T.J. and Lawlor, G. (eds.). Little Brown Co. Boston, 2nd Edition. 1987.
220. **Saxon, A**., Beall, G., Rohr, A. and Adelman, D. Immediate hypersensitivity reactions to beta-lactam antibiotics. *Annals of Int Med.* 107:204, 1987.
221. Adelman, D.C. and **Saxon, A**. Recurrent bacterial infections and cellulitis in a 29 year old woman with a history of hypogammaglobulinemia. *Ann Allergy.* 59:403, 1987.
222. **Saxon, A.** Antibiotic choices in the penicillin allergic patient. *Postgraduate Medicine*. 83:135, 1988.
223. **Saxon, A**. and Kaplan A. Immediate hypersensitivity. *Immunology and Allergy Clinics of North America.* 8:145, 1988.
224. **Saxon, A.** and Campen, V. AIDS: State of the art, spring 1988. *J Allergy Clin Immunol.* 81:796, 1988.
225. **Saxon, A**. Aztreonam in the management of gram-negative infections in penicillin allergic patients: A review. *Ped Infec Dis.J*. 8: 124, 1989.
226. Storek, J and **Saxon, A**. Reconstitution of B-cell immunity following bone marrow transplantation. *Bone Marrow Transplant*. 1992, 9:395-408.
227. **Saxon, A.** Immunodeficiency: Functional B-cell Studies. In: Manual of Clinical Laboratory Immunology. Rose, N.R., Friedman, H. and Fahey, J.L..(eds.). Amer Soc Micro. Washington, D.C. 1992, p 403-8.
228. Adelman, D and **Saxon, A**. Immediate hypersensitivity: Approach to diagnosis. In: Manual of Allergy and Clinical Immunology. Lawlor, G. and Adelman, D. (eds.). Little Brown Co. Boston, 3rd Edition. 1994. p 18-39.
229. **Saxon, A**., Diaz-Sanchez, D., Zhang, K., The Allergic Response in Host Defense. In Clinical Immunology, R.R. Rich, T.A. Fleisher, B.D. Schwartz, W.T. Shearer, and W. Strober, (eds.) Mosby Co. St. Louis, MO., p 847-62, 1996.
230. Zhang, K. and **Saxon, A.**, Human IgE: Production of a family of IgE proteins by alternative splicing of the 3' end e RNA. in Molecular Mechanisms of IgE Regulation, Vercelli, D. (ed), Wiley & Sons, London, p191-205-224, 1997

231. Zhang, K. and **Saxon, A.**, Human IgE: Isotype switching from μ to ε Ig heavy chain gene in human B cells as determined by switch circle analysis. in Molecular Mechanisms of IgE Regulation, Vercelli, D. (ed), Wiley & Sons, London,191-204, 1997
232. Hardin, BD, Kelman, BJ, **Saxon, A**. Adverse human health effects associated with molds in the indoor environment. J Occup Environ Med 2003 May;45(5):470-8.
233. **Saxon, A**. What impact will the Immune Tolerance Network have on the future treatment of allergic diseases? Clin Exp Allergy, 34:1657-9, 2004.
234. **Saxon, A.,** Zhu, D, Zhang, K. Allen, L.C., Kepley, C.L, Genetically engineered negative signaling molecules in the immunomodulation of allergic diseases, Current Opinion in Allergy and Clinical Immunology, 4:563-568, 2004.
235. **Saxon, A.**, and Diaz-Sanchez, D. Air Pollution and Allergy: You are what you breathe. Nature Immunology, 6:223-6, 2005.
236. Bush RK, Portnoy JM, **Saxon A**, Terr AI, Wood RA, AAAAI Position Paper: The medical effects of mold exposure. J Allergy Clin Immunol.117:326-33, 2006.
237. Zhang K, Zhu D, Kepley C, Terada T, **Saxon A**. Chimeric human fcgamma-allergen fusion proteins in the prevention of allergy. Immunol Allergy Clin North Am. 27:93-103, 2007.
238. **Saxon, A**, Zhu D, Zhang K, Chan, LA, Kepley, CL Recent advances in the use of genetically engineered negative signaling molecules to treat allergic diseases., Arb Paul Ehrlich Inst Bundesamt Sera Impfstoffe Frankf A M. 95:223-31, 2006.
239. Zhang K., Behnecke, A., Li. W., **Saxon, A**. A novel multi-potential dendritic cell targeted gene vaccination platform; application to food allergy and beyond. In press. Arb Paul Ehrlich Inst. Bundesamt Sera 338-348, 2008.
240. Tsicopoulos, A, Duez, C and **Saxon A**, Environmental Factors in IgE in Production, in Allergy and Allergic Diseases, Volume 1, Second Edition (eds. A.B. Kay, A.P. Kaplan, J. Bousquet and P.G Holt), Wiley-Blackwell Publishing Ltd, Oxford, UK, 2009.